# EXHIBIT C

CFN 20240241805
OR BK 35141 PG 1058
RECORDED 7/15/2024 12:47 PM
Palm Beach County, Florida
Joseph Abruzzo, Clerk
Pgs: 1058 - 1058; (1pgs)

# DECLARATION OF DOMICILE

To the Clerk of the Circuit Court [County Comptroller] __Palm Beach_____ County, Florida.

This is my declaration of domicile in the State of __Florida_____, that I am filing this day in accordance and in conformity with Section 222.17 Florida Statutes.

**FOR DOMICILIARIES OF THE STATE OF FLORIDA:**

I hereby declare that I reside in and maintain a place of abode at __315 S. Lake Drive, Unit 5D__, __Palm Beach__,
(street and number)      (city)
in __Palm Beach_____ County, Florida, which place of abode I recognize and intend to maintain as my permanent home and, if I maintain another place or places of abode in some other state or states, I hereby declare that my above-described residence and abode in the State of Florida constitutes my predominant and principal home, and I intend to continue it permanently as such. I am, at the time of making this declaration, a bona fide resident of the State of Florida residing at the above described residence and place of abode.

x __/s/ Rudolph W. Giuliani__   __Rudolph W. Giuliani__
      (signature)                                  (print name)
Rudolph W. Giuliani

State of __New Hampshire__
County of __Hillsborough__
Sworn to and subscribed before me this __13th__ day of __July__, __2024__ by __Rudolph W. Giuliani__ who is personally known to me or who has produced __Drivers License__ as identification and who did/did not take an oath.

[Notary Seal: JAMES A FULLER, STATE OF NEW HAMPSHIRE, NOTARY PUBLIC, MY COMMISSION EXPIRES JUNE 2, 2026]

x __/s/ James Fuller__
Signature of Notary Public
__State of NH Notary Public__
Print, type or stamp commission named of Notary Public

**FOR DOMICILIARIES OF STATES OTHER THAN THE STATE OF FLORIDA:**

I hereby declare that my domicile is in the State of _____ and that I intend to permanently continue and maintain my domicile in such state. At the time of making this declaration I am a bona fide resident of the State of _____. My place of abode within the State of Florida, if any, is as follows:

_____, _____ in _____ County, Florida
(street and number)   (city)

(Person making declaration may also include such other and further facts with reference to any acts done or performed by such person which such person desires or intends not to be construed as evidencing any intention to establish his domicile within the State of Florida.)

_____            _____
(signature)                                                    (print name)
State of _____
County of _____

Sworn to and subscribed before me this _____ day of _____, _____ by _____ who is personally known to me or who has produced _____ as identification and who did/did not take an oath.

_____
Signature of Notary Public

_____
Print, type or stamp commission named of Notary Public

[Watermark: NOT A CERTIFIED COPY]