AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ruby Freeman and Wandrea' Moss | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-06563 |
| Rudolph W. Giuliani | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruby Freeman and Wandrea' ArShaye "Shaye" Moss.

Date: 08/30/2024

/s/ Michael J. Gottlieb
*Attorney's signature*

Michael J. Gottlieb NY Bar #: 4424149
*Printed name and bar number*

1875 K Street, N.W.
Washington, DC 20006

*Address*

mgottlieb@willkie.com
*E-mail address*

(202) 303-1000
*Telephone number*

(202) 303-2000
*FAX number*