AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Ruby Freeman and Wandrea' Moss )<br>*Plaintiff* )<br>v. )<br>Rudolph W. Giuliani )<br>*Defendant* ) | Case No. 24-cv-06563 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruby Freeman and Wandrea' ArShaye "Shaye" Moss.

Date: 08/30/2024

/s/ Marie Anne Houghton-Larsen
*Attorney's signature*

Marie Anne Houghton-Larsen NY Bar #: 5705603
*Printed name and bar number*

787 7th Ave.
New York, NY 10019-6018

*Address*

mhoughton-larsen@willkie.com
*E-mail address*

(212) 728-8164
*Telephone number*

(919) 728-9164
*FAX number*