UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,
                             Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                             Defendant.

Case No. 24-cv-06563

## AFFIDAVIT OF MERYL C. GOVERNSKI IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Meryl C. Governski, hereby declare as follows:

1. I am a partner at the law firm of Willkie Farr & Gallagher LLP, located at 1875 K Street, N.W. Washington, DC 20006, phone number (202) 303-1016, facsimile (202) 303-2000. I respectfully submit this affidavit in support of my motion for admission *pro hac vice* to represent Plaintiffs Ruby Freeman and Ms. Wandrea' Moss, in the above-captioned case.

2. I am currently a member in good standing of the bars of the District of Columbia and the State of Maryland, and have been admitted to practice before the United States District Court for the District of Columbia and other federal courts.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission to any court.

5. There are no disciplinary proceedings presently against me.

6. I am familiar with and agree to abide by the Federal Rule of Civil and Criminal Procedures, and the Local Rules of the United States District Courts for the Southern District of New York.

I swear under the penalty of perjury that the foregoing is true and correct. Executed this 4th day of September, 2024 in Washington, District of Columbia.

_____
Meryl C. Governski

Subscribed and sworn before me in Washington, D.C. this 4th day of September, 2024.

_____
Notary Public

[Notary Seal: ANN M. STARON, NOTARY PUBLIC, DISTRICT OF COLUMBIA, EXP. 5-31-28]