UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                Defendant.

Case No. 24-cv-06563

---

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Meryl C. Governski to be admitted, *pro hac vice*, to represent Ms. Ruby Freeman and Ms. Wandrea' Moss in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar in the bars of the District of Columbia and the State of Maryland and the United States District Court for the District of Columbia, it is hereby

**ORDERED**, that Meryl C. Governski, Esq. is admitted to practice, *pro hac vice*, in the above-captioned case to represent Ruby Freeman and Ms. Wandrea' Moss in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September ___, 2024
      New York, New York

                                              UNITED STATES DISTRICT COURT JUDGE