United States District Court
Southern District of New York

| | |
|---|---|
| Ruby Freeman, et al<br><br>　　　　Plaintiff<br>　VS<br><br>Rudolph W. Giuliani<br><br>　　　　Defendant | **PROOF OF SERVICE**<br><br>File/Index No.: 24 CV 06563<br>Issued On:<br>Alt File/Index No.:<br>Calendar No.: |

**SERVICE UPON: Rudolph W. Giuliani**

State/Commonwealth/Locale of: New Jersey, County/City of: Hunterdon: ss

Harlin Parker does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of New Jersey.

On 9/5/2024 at 4:50 PM at 45 East 66th Street, in the lobby, New York, NY 10065, I effected service of process of the following documents: Summons; Complaint with Exhibits; Related Case Statement; Civil Cover Sheet upon Rudolph W. Giuliani, a/the defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with Nick "Doe" who declined to provide his full name, person of suitable age and discretion thereat, a/the doorman of/for said Rudolph W. Giuliani.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: white Age: 25-35 Height: 5'7" Glasses:  Weight: 170 Hair: brown

On 9/6/2024 Deponent served a copy of said documents by mailing a true copy thereof in a postpaid sealed envelope addressed to Rudolph W. Giuliani, 45 East 66th Street Apt 10W, New York, NY, 10065 and bearing the words 'Personal & Confidential' by First Class Mail and placed in an official depository of the U.S.P.S. in the state of New Jersey

At the time of service, the recipient acknowledged to me that Rudolph Giuliani resides in the building. He would not allow me past the lobby to go up to the apartment. He would not attempt to call Rudolph Giuliani's apartment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2024.

Declared/Certified/Affirmed on
9/6/24

Harlin Parker 0793198
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R90419

Personal Service by Substitute Delivery with Mailing Personal and Confidential