UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

                            Plaintiffs,

    v.

RUDOLPH W. GIULIANI,

                            Defendant.

Case No. 24-cv-06563

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Christine Kwon, request admission, *pro hac vice*, to represent Ruby Freeman and Ms. Wandrea' Moss, in the above-captioned case.

    I certify that I am a member in good standing of the bar of the State of California and have been admitted to practice before the United States District Court for the Southern District of California and other federal courts. A copy of my Certificate of Good Standing for the State of California and affidavit pursuant to Local Rule 1.3 are attached hereto.

    I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: September 11, 2024
       Los Angeles, California

                                                             By: /s/ Christine Kwon
                                                             Christine Kwon
                                                              UNITED TO PROTECT DEMOCRACY
                                                              2020 Pennsylvania Avenue, N.W.
                                                              Suite #163
                                                              Washington, DC 20006
                                                             Telephone: (202) 579-4582
                                                             Facsimile: (202) 769-3176
                                                             christine.kwon@protectdemocracy.org

                                                             *Counsel to Ms. Ruby Freeman and*
                                                             *Ms. Wandrea' Moss*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　　　　　　　　Defendant. | Case No. 24-cv-06563 |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Christine Kwon to be admitted, *pro hac vice*, to represent Ms. Ruby Freeman and Ms. Wandrea' Moss in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California, it is hereby

**ORDERED**, that Christine Kwon, Esq., is admitted to practice, *pro hac vice*, in the above-captioned case to represent Ruby Freeman and Ms. Wandrea' Moss in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September ___, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE