## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                           Plaintiffs,<br>     v.<br><br>RUDOLPH W. GIULIANI,<br><br>                           Defendant. | Case No. 24-cv-06563 |

## AFFIDAVIT OF CHRISTINE KWON IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Christine Kwon, hereby declare as follows:

1. I am a counsel at United to Protect Democracy, located at 2020 Pennsylvania Avenue, N.W., Suite #163, Washington, DC 20006, phone number (202) 579-4582, facsimile (202) 769-3176. I respectfully submit this affidavit in support of my motion for admission *pro hac vice* to represent Plaintiffs Ruby Freeman and Ms. Wandrea' Moss in the above-captioned case.

2. I am currently a member in good standing of the bar of the State of California and have been admitted to practice before the United States District Court for the Southern District of California and other federal courts.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission to any court.

5. There are no disciplinary proceedings presently against me.

6. I am familiar with and agree to abide by the Federal Rule of Civil and Criminal Procedures, and the Local Rules of the United States District Courts for the Southern District of New York.

- 2 -

I swear under the penalty of perjury that the foregoing is true and correct. Executed this 11th day of September, 2024, in Los Angeles, California.

*[signature]*
Christine Kwon

Subscribed and sworn before me in Los Angeles, California, this 11th day of September, 2024.

*[signature]*
Notary Public

ASTRID MORAN
COMM. # 2482859
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES FEB. 24, 2028

See Attached **JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this 11 day of September, 2024, by Christine Kwon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ASTRID MORAN
COMM. # 2482859
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES FEB. 24, 2028

(Seal)                    Signature _Astrid Moran_