United States District Court
Southern District of New York

Ruby Freeman, et al

                    Plaintiff
        VS

Rudolph W. Giuliani

                    Defendant

PROOF OF SERVICE

File/Index No.: 24 CV 06563
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Rudolph W. Giuliani**

State/Commonwealth/Locale of: New York, County/City of: Nassau: ss

Juan Aguirre does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

On 9/11/2024 at 7:01 PM at 200 West 44th Street, New York, NY 10036, I effected service of process of the following documents: Summons; Complaint with Exhibits; Related Case Statement; Civil Cover Sheet upon Rudolph W. Giuliani, a/the defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with Rudolph W. Giuliani personally.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: white Age: 80 Height: 6-0 Glasses: yes Weight: 200+ Hair: balding

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2024

Declared/Certified/Affirmed on

9/13/24

Juan Aguirre Lic. 2119916
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

Order #:R90428

Personal Service by Personal Delivery