**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

September 16, 2024

**VIA ECF**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Freeman et al. v. Giuliani*, No. 24-cv-6563

Dear Judge Hellerstein:

      Plaintiffs Ruby Freeman and Wandrea' Moss respectfully write to update the Court on the service issues described in their Letter of September 10, 2024 (ECF No. 11). After that letter was filed, Defendant Rudolph W. Giuliani was served with the summons and complaint by personal service on September 11, 2024. *See* ECF No. 13. At the time of such service, Plaintiffs' service of the Complaint pursuant to N.Y. Civil Practice Law and Rules 308(2) had not yet taken effect. *See* ECF No. 11. The first, effective date of service of the summons and complaint in this action is accordingly September 11, 2024, and Defendant's deadline to respond to the complaint is October 2, 2024. *See* ECF No. 13; Fed. R. Civ. P. 12.

      Accordingly, the Court may wish to treat the request in Plaintiffs' September 10, 2024 letter as moot, as the docket accurately reflects the deadline to respond following personal service of the summons and Complaint. *See* ECF No. 13. For the sake of clarity, however, Plaintiffs note that the auto-generated deadline set forth in the docket text accompanying ECF No. 10 is inaccurate; the correct date (running from personal service on September 11, 2024) is October 2, 2024.

                                                                               Respectfully submitted,

                                                                               s/ Aaron E. Nathan