UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                        Plaintiffs,<br>    v.<br><br>RUDOLPH W. GIULIANI,<br><br>                        Defendant. | Case No. 24-cv-06563 |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Christine Kwon, request admission, *pro hac vice*, to represent Ruby Freeman and Ms. Wandrea' Moss, in the above-captioned case.

I certify that I am a member in good standing of the bar of the State of California and have been admitted to practice before the United States District Court for the Southern District of California and other federal courts. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. A copy of my Certificate of Good Standing for the State of California and affidavit pursuant to Local Rule 1.3 are attached hereto. I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: September 11, 2024
       Los Angeles, California

                                                  By: /s/ Christine Kwon
                                                  Christine Kwon
                                                  UNITED TO PROTECT DEMOCRACY
                                                  2020 Pennsylvania Ave., N.W., Suite #163
                                                  Washington, DC 20006
                                                  Telephone: (202) 579-4582
                                                  Facsimile: (202) 769-3176
                                                  christine.kwon@protectdemocracy.org
                                                  *Counsel to Ms. Ruby Freeman and*
                                                  *Ms. Wandrea' Moss*