UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBY FREEMAN and WANDREA' MOSS,

        Plaintiffs,

 v.

RUDOLPH W. GIULIANI,

        Defendant.

Case No. 24-cv-06563

---

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

 The motion of Christine Kwon to be admitted, *pro hac vice*, to represent Ms. Ruby Freeman and Ms. Wandrea' Moss in the above-captioned case is granted.

 Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

> Christine Kwon
> UNITED TO PROTECT DEMOCRACY
> 2020 Pennsylvania Ave., N.W., Suite #163
> Washington, DC 20006
> Telephone: (202) 579-4582
> Facsimile: (202) 769-3176
> christine.kwon@protectdemocracy.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Ms. Ruby Freeman and Ms. Wandrea' Moss in the above-entitled action;

 **IT IS HEREBY ORDERED** that Christine Kwon is admitted to practice, *pro hac vice*, in the above-captioned case to represent Ruby Freeman and Ms. Wandrea' Moss in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September ___, 2024
   New York, New York

               _____
               UNITED STATES DISTRICT COURT JUDGE