AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Ruby Freeman and Wandrea' Moss )<br>*Plaintiff* )<br>v. )<br>Rudolph W. Giuliani )<br>*Defendant* ) | Case No. 24-cv-06563-AKH |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Rudolph W. Giuliani                        .

Date:    09/20/2024

/s/ Kenneth A. Caruso
*Attorney's signature*

Kenneth A. Caruso NY Bar #1080357
*Printed name and bar number*

15 W. 72nd Street
New York, NY 10023
*Address*

ken.caruso@kennethcarusolaw.com
*E-mail address*

(646) 599-4970
*Telephone number*

*FAX number*