AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ruby Freeman and Wandrea' Moss | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-06563-AKH |
| Rudolph W. Giuliani | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Rudolph W. Giuliani                                                                                                  .

Date:   09/20/2024

/s/ David Labkowski
*Attorney's signature*

David Labkowski NY Bar #6056915
*Printed name and bar number*

250 95th Street, Unit #547233
Surfside, FL 33154

*Address*

david@labkowskilaw.com
*E-mail address*

(786) 461-1340
*Telephone number*

*FAX number*