UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                         :

RUBY FREEMAN and WANDREA' MOSS,        :

                                           :

                   Plaintiffs,            :

                                           :              24-mc-00353 (LJL)

        -v-                                 :              24-cv-06563 (LJL)

                                           :

RUDOLPH W. GIULIANI,                    :

                                           :              ORDER

                   Defendant.           :

                                           :
----------------------------------------------------------------------X


----------------------------------------------------------------------X
                                         :

RUBY FREEMAN and WANDREA' MOSS,        :

                                           :

                   Plaintiffs,            :

                                           :

        -v-                                 :

                                           :

RUDOLPH W. GIULIANI,                    :

                                           :

                   Defendant.           :

                                           :
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court will hold a hearing in person in the above-captioned matters on September 27, 2024 at 2 p.m. in Courtroom 15C, 500 Pearl St., New York, New York 10007.

        Defendant is in default of the Court's order of September 10, 2024, setting a deadline of September 23, 2024 for an opposition to the motion to enforce the judgment.  Dkt. No. 17. Defendant shall address why the Court should not consider the motion to be unopposed. Defendant shall also be prepared to address the failure to respond timely to the information subpoena.  Dkt. No. 10 ¶ 17 24-mc-00353 (LJL).

        All existing dates shall remain in place absent further order of the Court.

2

      The parties should additionally be prepared to address whether these cases should be consolidated under Federal Rule of Civil Procedure 42.


      SO ORDERED.


Dated: September 26, 2024
      New York, New York
                                      LEWIS J. LIMAN
                               United States District Judge