UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | No. 24-cv-6563-LJL |

**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE, that Plaintiffs Ruby Freeman and Wandrea' Moss move for summary judgment on all claims pursuant to Federal Rule of Civil Procedure 56, and upon the memorandum in support of this motion and supporting papers.

| | |
|---|---|
| Dated: October 2, 2024 | Respectfully submitted, |
| | |
| John Langford | WILLKIE FARR & GALLAGHER LLP |
| Rachel Goodman | |
| United to Protect Democracy | By: s/ Aaron E. Nathan |
| 82 Nassau Street, #601 | |
| New York, NY 10038 | Michael J. Gottlieb |
| Tel: (202) 579-4582 | Meryl C. Governski (admitted *pro hac vice*) |
| john.langford@protectdemocracy.org | Willkie Farr & Gallagher LLP |
| rachel.goodman@protectdemocracy.org | 1875 K Street NW |
| | Washington, DC 20006 |
| Christine Kwon (admitted *pro hac vice*) | (202) 303-1000 |
| United to Protect Democracy | mgottlieb@willkie.com |
| P.O. Box 341423 | mgovernski@willkie.com |
| Los Angeles, CA 90034 | |
| (202) 579-4582 | Aaron E. Nathan |
| christine.kwon@protectdemocracy.org | M. Annie Houghton-Larsen |
| | Willkie Farr & Gallagher LLP |
| Von A. DuBose (*pro hac vice forthcoming*) | 787 Seventh Avenue |
| DuBose Miller LLC | New York, New York 10019 |
| 75 14th Street NE, Suite 2110 | (212) 728-8000 |
| Atlanta, Georgia 30309 | anathan@willkie.com |
| (404) 720-8111 | mhoughton-larsen@willkie.com |
| dubose@dubosemiller.com | |

*Counsel for Plaintiffs Ruby Freeman and Wandrea' Moss*