# EXHIBIT 1

**2024-05-26 - Uncovering the Truth (Video File)**