# EXHIBIT 2

**2024-06-17 - The Rudy Giuliani Show (Video File)**