# EXHIBIT 3

**2024-06-18 -The Rudy Giuliani Show (Video File)**