# EXHIBIT 4

**2024-06-18 -America's Mayor Live (Video File)**