# EXHIBIT 5

**2024-06-19 -The Rudy Giuliani Show (Video File)**