# EXHIBIT 6

2024-06-19 -America's Mayor Live (Video File)