# EXHIBIT 7

**2024-06-20 -The Rudy Giuliani Show (Video File)**