# EXHIBIT 8

2024-06-20 -America's Mayor Live (Video File)