# EXHIBIT 9

2024-06-21 -America's Mayor Live (Video File)