# EXHIBIT 10

**2024-06-24 -America's Mayor Live (Video File)**