# EXHIBIT 11

**2024-06-25 -America's Mayor Live (Video File)**