# EXHIBIT 12

2024-06-26 -America's Mayor Live (Video File)