# EXHIBIT 13

2024-06-27 -America's Mayor Live (Video File)