# EXHIBIT 14

**2024-06-28 -America's Mayor Live (Video File)**