# EXHIBIT 15

2024-07-01 -America's Mayor Live (Video File)