# EXHIBIT 16

**2024-07-02 -The Rudy Giuliani Show (Video File)**