# EXHIBIT 17

**2024-07-02 -America's Mayor Live (Video File)**