# EXHIBIT 18

**2024-07-03 -The Rudy Giuliani Show (Video File)**