# EXHIBIT 19

**2024-07-03 -America's Mayor Live (Video File)**