# EXHIBIT 20

**2024-07-04 -The Rudy Giuliani Show (Video File)**