# EXHIBIT 21

**2024-07-04 -America's Mayor Live (Video File)**