# EXHIBIT 22

**2024-07-05 -The Rudy Giuliani Show (Video File)**