# EXHIBIT 23

2024-07-05 -America's Mayor Live (Video File)