# EXHIBIT 24

**2024-07-08 -America's Mayor Live (Video File)**