# EXHIBIT 25

**2024-07-09 -The Rudy Giuliani Show (Video File)**