# EXHIBIT 26

2024-07-09 -America's Mayor Live (Video File)