# EXHIBIT 27

**2024-07-10 -The Rudy Giuliani Show (Video File)**