# EXHIBIT 28

2024-07-10 -America's Mayor Live (Video File)