# EXHIBIT 29

**2024-07-11 -The Rudy Giuliani Show (Video File)**