# EXHIBIT 30

**2024-07-11 -America's Mayor Live (Video File)**