# EXHIBIT 31

**2024-07-12 -America's Mayor Live (Video File)**