# EXHIBIT 32

Search

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Business
Profile
More

Post

Research Account
@rsrch_account

# Post

**Ted Goodman** @TedCGoodman

Thankful for all the birthday wishes. We had a small dinner in Milwaukee to celebrate.

My birthday wish is that God keeps President Donald J. Trump, his team, and supporters safe as we work toward total and complete victory in November.

Make America Great Again! 🇺🇸

11:26 PM · Jul 14, 2024 · **29.2K** Views

24 · 56 · 418 · 6

Post your reply — Reply

**Albert Clayton** 🇺🇸 @therealalbertc · Jul 14
Pretty sure God already played that card.
1 · 244

**Mocking SF Values** @Mockingsfvalues · Jul 16
Happy Birthday!
74

**Robbiebrinkley** @Robbiebrin21866 · Jul 16
Happy Birthday Ted and all You do!! Listen to you every night!! Love Greg and Robbie Brinkley! #MakeAmericaSmartAgain





X

- Home
- Explore
- Notifications
- Messages
- Grok
- Lists
- Bookmarks
- Jobs
- Communities
- Premium
- Business
- Profile
- More

Post

Research Account
@rsrch_account

1 · 60

**Just Jan** @Jan299917080051 · Jul 18
Hi Mike!!
11

**Benclineizatwatbird** @slickeree · Jul 17
I see somebody brought a pair of tits for Rudy the drunk.
8

**Libertyannie** @KinselKinsel10 · Jul 15
Happy birthday 🎂 🥳
50

**💉mark simula💉** @stickman_1971 · Jul 14
Did @RudyGiuliani pick up the bill?
120

**MultiPolonius** @multipolonius · Jul 15
that is one energetic, efficient, courageous, indomitable, patriotic and truth-telling group of Americans right there .... Best wishes , keep up the great entertaining n informative podcasts...
42

**Lori Doyle** @LoriD72308 · Jul 16
Happy belated birthday Ted Goodman.
42

**JAY RANKOWITZ** @LOBSTRTL · Jul 17
Its a shame what you did to yourself!
3

**Scott Krause** @Kr06955229Scott · Jul 15
Crook
1 · 41

**rainbow** @rainbow41294205 · Jul 14
Happy birthday 🎈🎉
1 · 133

**Evil** @AndyTMorrison1 · Jul 17
Overserve Rudy?

The following media includes potentially sensitive content. View
Change settings

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Business
Profile
More

Post

Research Account
@rsrch_account

Change settings

8

**#grabhimbytheassets** @cadillacmine · Jul 16
Isn't it past your jail time?

15

**Sparky** @ChrisPsuc · Jul 15
Aren't you bankrupt?

2 14

**Cherie Pentz** @cheriepentz · Jul 16

Questions persist about falsification of 100,000 mail-in ballots in Michigan as Gov…

From naturalnews.com

1 1 18

Show probable spam

Premium

Business

Profile

More

Post