# EXHIBIT 33

**2024-07-15 -The Rudy Giuliani Show (Video File)**