# EXHIBIT 34

**2024-07-16 -The Rudy Giuliani Show (Video File)**