# EXHIBIT 35

**2024-07-17 -The Rudy Giuliani Show (Video File)**