# EXHIBIT 36

**2024-07-18 -The Rudy Giuliani Show (Video File)**