# EXHIBIT 37

**2024-07-19 -The Rudy Giuliani Show (Video File)**