# EXHIBIT 38

2024-07-19 -America's Mayor Live (Video File)