# EXHIBIT 39

**2024-07-22 -The Rudy Giuliani Show (Video File)**