# EXHIBIT 40

**2024-07-23 -The Rudy Giuliani Show (Video File)**