# EXHIBIT 41

2024-07-23 -America's Mayor Live (Video File)