# EXHIBIT 42

**2024-07-24 -The Rudy Giuliani Show (Video File)**