# EXHIBIT 43

**2024-07-24 -America's Mayor Live (Video File)**