# EXHIBIT 44

**2024-07-25 -The Rudy Giuliani Show (Video File)**