# EXHIBIT 45

2024-07-25 -America's Mayor Live (Video File)