# EXHIBIT 46

**2024-07-26 - Live stream (Video File)**