# EXHIBIT 47

**2024-07-29 - The Rudy Giuliani Show (Video File)**