# EXHIBIT 48

**2024-08-01 - America's Mayor Live (Video File)**