# EXHIBIT 49

**2024-08-02 - America's Mayor Live (Video File)**