# EXHIBIT 50

**2024-08-05 - The Rudy Giuliani Show (Video File)**