# EXHIBIT 51

**2024-08-06 - The Rudy Giuliani Show (Video File)**