# EXHIBIT 52

**2024-08-06 – America's Mayor Live (Video File)**