# EXHIBIT 53

**2024-08-07 – America's Mayor Live (Video File)**