# EXHIBIT 54

**2024-08-08 - The Rudy Giuliani Show (Video File)**