# EXHIBIT 55

**2024-08-08 – America's Mayor Live (Video File)**