# EXHIBIT 56

**2024-08-09 - The Rudy Giuliani Show (Video File)**