# EXHIBIT 57

**2024-08-09 – America's Mayor Live (Video File)**