# EXHIBIT 58

**2024-08-12 - The Rudy Giuliani Show (Video File)**