# EXHIBIT 59

**2024-08-13 - The Rudy Giuliani Show (Video File)**