# EXHIBIT 60

**2024-08-14 – America's Mayor Live (Video File)**