# EXHIBIT 61

**2024-08-15 - The Rudy Giuliani Show (Video File)**