# EXHIBIT 62

**2024-08-15 – America's Mayor Live (Video File)**