# EXHIBIT 63

**2024-08-16 - The Rudy Giuliani Show (Video File)**