# EXHIBIT 64

**2024-08-19 - The Rudy Giuliani Show (Video File)**