# EXHIBIT 65

**2024-08-20 - The Rudy Giuliani Show (Video File)**