# EXHIBIT 66

**2024-08-21 - The Rudy Giuliani Show (Video File)**