# EXHIBIT 67

**2024-08-22 - The Rudy Giuliani Show (Video File)**