# EXHIBIT 68

**2024-08-23 - The Rudy Giuliani Show (Video File)**