# EXHIBIT 70

**2024-08-23 – America's Mayor Live (Video File)**