# EXHIBIT 71

**2024-08-26 - The Rudy Giuliani Show (Video File)**