# EXHIBIT 72

**2024-08-26 – America's Mayor Live (Video File)**