# EXHIBIT 73

**2024-08-27 - The Rudy Giuliani Show (Video File)**