# EXHIBIT 74

**2024-08-27 – America's Mayor Live (Video File)**