# EXHIBIT 75

**2024-08-28 – America's Mayor Live (Video File)**