# EXHIBIT 76

**2024-08-29 - The Rudy Giuliani Show (Video File)**