# EXHIBIT 77

**2024-08-29 – America's Mayor Live (Video File)**