# EXHIBIT G

ADDENDUM TO STATEMENT OF FINANCIAL AFFAIRS No.: 6

| DATE | Check number | Business/person | Amount |
|---|---|---|---|
| September 7, 2023 | 2149 | Envision Physician services | $288.00 |
| September 7, 2023 | 2166 | Mazar's CPA | $4000.00 |
| September 7, 2023 | 2162 | County Meadows Assisted Living. Ex Mother in law Joan Stish | $6000.00 |
| September 7, 2023 | 2038 | County Meadow I.e. Joan Stish | $10,000 |
| September 7, 2023 | 2114 | AT and T | $54.39 |
| September 7, 2023 | 2164 | Con Ed | $601.13 |
| September 11, 2023 | 2040 | Diamond Pharmacy for Joan Stish | $717.95 |
| September 11, 2023 | 2161 | AT and T | $63.85 |
| September 15, 2023 | Electronic debit | NYS taxes | $12,806.51 |
| 9-20-23 | 2047 | Southlake Association - repair/replace stove top | $1052.49 |
| 9-20-23 | 2046 | Southlake Association Maintenance fee | $15,995.43 |
| 9-21-23 | Electronic debit | BankersHGroup Payment | $4,911.27 |
| 9-22-23 | Electronic debit | American express | $1,282.71 |
| 9-22-23 | Electronic debit | American express | $759.64 |
| 9-22-23 | | Fee for domestic transfer | $35.00 |
| 9-22-23 | Outgoing domestic wire | Country meadows nursing home | $16,344.64 |
| 9-25-23 | Electronic wire | American express | $536.76 |
| 9-26-23 | 2041 | Merit Cleaners (dry cleaning) | $726.00 |

| 9-26-2023 | Electronic debit | Verizon (internet/cable) | $256.03 |
|---|---|---|---|
| 9-27-23 | Cash withdrawal | | $122.99 |
| 9-28-23 | 2050 | | $98.00 |
| 9-29-23 | 2048 | 45 east 66th maintenance fee | $15,000.00 |
| 10-2-23 | Electronic debit | American Express | $2300.00 |
| 10-3-23 | Electronic debit | Discover | $42.00 |
| 10-3-23 | 2049 | AT and T | $61.80 |
| 10-5-23 | 2079 | Skyline storage | $5400.00 |
| 10-10-23 | Electronic | American Express | $5,000.00 |
| 10-12-23 | 2076 | Judith Stish Giuliani | $5000.00 |
| 10-12-23 | 2077 | Judith Stish Giuliani | $5000.00 |
| 10-16-23 | Electronic debit | American Express | $651.95 |
| 10-16-23 | Electronic debit | American Express | $3,937.30 |
| 10-16-23 | Electronic debit | NYS Taxes | $12,806.51 |
| 10-18-23 | Electronic debit | American express | $3,937.30 |
| 10-18-23 | 2080 | AT and T | $30.90 |
| 10-18-23 | Electronic debit | American Express | $1653.15 |
| 10-20-23 | Electronic debit | American Express | $3657.86 |
| 10-23-23 | Electronic debit | American Expreses | $357.05 |
| 10-23-23 | 2082 | Discover | $2000.00 |
| 10-23-23 | Electronic debit | BankersHCareGrp payment | $4911.27 |
| 10-23-23 | Electronic debit | American Express | $21,08096 |
| 10-23-23 | 2085 | Citicard | $5000.00 |
| 10-24-23 | 2083 | Country Meadows re: Joan Stish | $8,862.00 |
| 10-24-23 | Electronic debit | Verizon | $257.13 |
| 10-25-23 | 2081 | Mar-A-Lago | $4800.00 |
| 10-26-23 | 2086 | Metropolitan Club | $498.89 |
| 10-30-23 | 2078 | Dr. Anthony Fasco | $130.00 |
| 10-30-23 | 2084 | Merit Cleaners | $2013.50 |
| 10-30-23 | Electronic debit | American Express | $130.28 |
| 10-30-23 | Electronic debit | American Express | $726.55 |
| 10-30-23 | Electronic debit | American Express | $240.74 |
| 10-31-23 | 2087 | 45 east 66th maintenance fee | $15,000.00 |
| 11-2-23 | 2088 | Diamond Pharmacy for Joan Stish | $265.16 |
| 11-3-23 | 2089 | 45 east 66th maintenance fee | $18,000.00 |

| 11-6-23 | 2090 | Morning Star private duty nurses for Joan Stish | $1746.20 |
|---|---|---|---|
| 11-8-23 | Electronic debit | American Express | $3051.13 |
| 11-10-23 | 2091 | Southlake Assoc. Maintenance Fee | $15,995.43 |
| 11-15-23 | Electronic debit | NYS taxes | $12,806.51 |
| 11-15-23 | 2091 | Southlake Maintenance fee | $15,995.43 |
| 11-17-23 | | Payment for property taxes in Florida | $84,408.59 |
| 11-20-23 | Electronic debit | NYS taxes | $12,806.51 |
| 11-21-23 | Electronic debit | BankersHCareGroup | $4,911.27 |
| 11-21-23 | Electronic debit | American Express | $3422.73 |
| 11-22-23 | 2092 | Merit Cleaners | $618.50 |
| 11-27-23 | Electronic debit | American Express | $544.17 |
| 11-28-23 | 2094 | Diamond Pharmacy for Joan Stish | $362.43 |
| 11-28-23 | Electronic debit | Verizon | $257.14 |
| 11-29-23 | Electronic debit | American Express | $2898.28 |
| 11-29-23 | Electronic debit | American Express | $3307.85 |
| 11-30-23 | Electronic debit | American Express | $403.47 |
| 12-4-23 | Electronic debit | Discover | $44.00 |
| 12-4-23 | Electronic debit | American Express | $2317.90 |
| 12-4-23 | Electronic debit | American Express | $1,455.11 |
| 12-4-23 | Electronic debit | American Express | $2717.64 |
| 12-15-23 | Electronic debit | NYS taxes | $12,806.51 |
| 12-18-23 | Electronic debit | American express | $2661.55 |
| 12-18-23 | Electronic debit | American Express | $351.18 |
| 12-18-23 | Electronic debit | American Express | $1,068.13 |
| 12-18-23 | Electronic debit | American Express | $100.38 |
| 12-18-23 | Electronic debit | American Express | $59.40 |
| 12-18-23 | Electronic debit | American Express | $635.61 |
| 12-19-23 | Electronic debit | American Express | $5800.00 |
| 12-21-23 | Electronic debit | BankersHCareGroup | $4911.27 |
| 12-22-23 | Cash withdrawal | Tips for staff | $3000.00 |