## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br>    Plaintiffs,<br>    v.<br>RUDOLPH W. GIULIANI,<br>    Defendant. | Case No. 24-cv-06563-LJL |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 1.4, the undersigned counsel respectfully seeks leave to withdraw as Attorney of Record for Plaintiffs Ms. Ruby Freeman and Ms. Wandrea' Moss. I will begin new employment after October 4, 2024, and therefore can no longer represent Plaintiffs. Plaintiffs will continue to be represented by all attorneys for Plaintiffs entered in this case, including John Langford and Rachel Goodman from United to Protect Democracy. I certify that Plaintiffs have been given reasonable notice of my withdrawal of appearance in this case. I am not asserting a retaining or charging lien.

Dated: October 3, 2024

Respectfully submitted,

*/s/ Christine Kwon*_____
Christine Kwon (*pro hac vice*)
United to Protect Democracy
2020 Pennsylvania Avenue, N.W.
Suite #163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
christine.kwon@protectdemocracy.org

*Counsel to Ms. Ruby Freeman and
Ms. Wandrea' Moss*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, which shall serve as notice of filing to all counsel of record.

*/s/ Christine Kwon*_____
