# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RUBY FREEMAN and WANDREA' MOSS,

                            Plaintiffs,

    v.

RUDOLPH W. GIULIANI,

                            Defendant.

Case No. 24-cv-06563-LJL

## [PROPOSED] ORDER

Upon consideration and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED and Christine Kwon is permitted to withdraw as counsel for Plaintiffs in the above referenced matter.

**SO ORDERED** this ___ day of October, 2024.

_____
Hon. Lewis J. Liman
UNITED STATES DISTRICT COURT JUDGE