UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>       Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>       Defendant. | No. 24-cv-06563-LJL<br><br>**NOTICE OF CROSS-MOTION** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Defendant, Rudolph W. Giuliani ("Defendant"), the exhibits attached thereto, the Declaration of David Labkowski, Esq., the Statement of Material Facts under Local Rule 56.1, and the accompanying Memorandum of Law, Defendant will move this Court, at a time and place designated by the Court, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of Defendant on the "cause of action" alleged in the Complaint in this action.

**PLEASE TAKE FURTHER NOTICE** that papers in opposition to this cross-motion, and reply papers in support of this cross-motion, shall be filed in accordance with a schedule to be agreed by the parties and/or fixed by the Court.

Dated: October 16, 2024
   New York, New York             Respectfully Submitted,

                      KENNETH CARUSO LAW LLC

                      By: <u>/s/ Kenneth A. Caruso</u>
                      Kenneth A. Caruso
                      15 W. 72nd Street
                      New York, NY 10023
                      (646) 599-4970
                      ken.caruso@kennethcarusolaw.com

                      LABKOWSKI LAW, P.A.

2

                                              By: /s/ David Labkowski
                                              David Labkowski
                                              250 95th Street, Unit #547233
                                              Surfside, Florida 33154
                                              (786) 461-1340
                                              david@labkowskilaw.com

                                              *Attorneys for Defendant,*
                                              *Rudolph W. Giuliani*