# EXHIBIT A

```
CFN 20100054908
OR BK 23690 PG 0091
RECORDED 02/11/2010 10:05:14
Palm Beach County, Florida
AMT 1,400,000.00
Doc Stamp 9,800.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0091 - 94; (4pgs)
```

This instrument prepared by and
should be returned to (W/C #42):
Laurie L. Gildan, Esq.
Greenberg Traurig, P.A.
777 S. Flagler Drive, Suite 300E
West Palm Beach, Florida 33401

Parcel I.D. No.: 50-43-43-22-17-000-0310

## WARRANTY DEED

**THIS WARRANTY DEED** is made this 11th day of February, 2010, by **Lawrence E. Larson, as Trustee of The Restated Declaration of Trust dated February 23, 2000, of the Jean Daniels Cluett Declaration of Trust dated January 25, 1991, with full power and authority to protect, conserve and to sell, lease or encumber or otherwise manage and dispose of real property described in this deed, pursuant to Section 689.071, Florida Statutes** (hereinafter called the "Grantor") whose mailing address is 153 Mason Street, Greenwich, CT 06830, to **Rudolph W. Giuliani and Judith S. Giuliani, husband and wife** (hereinafter called the "Grantee"), whose mailing address is 315 South Lake Drive, Apt. 5-D, Palm Beach, Florida 33480.

### W I T N E S S E T H:

Grantor, in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable considerations paid by Grantee, the receipt and sufficiency of which are hereby acknowledged, has granted, bargained and sold, and by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach** County, Florida, to-wit:

> Apartment No. 5-D, THE SOUTHLAKE, a condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 1542, Page 94, and amendments thereto, of the Public Records of Palm Beach County, Florida; together with an undivided interest in the common elements appurtenant thereto as set forth in said Declaration of Condominium.

> This conveyance is subject to: restrictions, reservations, easements, covenants and limitations of record; zoning and/or other restrictions imposed by governmental authorities, and subject to the covenants, conditions, liens, terms and other provisions set forth in the Declaration of Condominium described above and all

Each of the representations, covenants, or warranties made by the Grantor herein are not made or intended as personal representations, covenants, or warranties of the Grantor, but are made and intended for the purpose of binding the trust property.  This instrument is executed and delivered by Grantor not in his own right, but solely in the exercise of the powers conferred upon him as Trustee.  No personal liability is assumed by, nor shall at any time be asserted or enforceable against, the Grantor or any of the beneficiaries under the Trust Agreement, on account of this instrument or on account of any representation, covenant, or warranty of the Grantor in this instrument.

**TO HAVE AND TO HOLD** the same, together with all hereditaments, easements, and appurtenances pertaining to or benefiting the same, unto Grantee, and Grantee's heirs, successors and assigns in fee simple forever.

Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

[SIGNATURE ON FOLLOWING PAGE]

NOT A CERTIFIED COPY

**IN WITNESS WHEREOF**, Grantor has executed this Warranty Deed as of the day and year first above written.

Signed, sealed and delivered
in the presence of:

Sign: _____
Print: OVI ROSARIO

_____
Lawrence E. Larson, as Trustee of The Restated Declaration of Trust dated February 23, 2000, of the Jean Daniels Cluett Declaration of Trust dated January 25, 1991

Sign: _____
Print: Mary Ann Gospodinov

STATE OF CONNECTICUT )
                     ) SS: Greenwich
COUNTY OF FAIRFIELD )

The foregoing instrument was acknowledged before me this 9th day of February, 2010, by Lawrence E. Larson, as Trustee of The Restated Declaration of Trust dated February 23, 2000, of the Jean Daniels Cluett Declaration of Trust dated January 25, 1991, who personally appeared before me, ☒ is personally known to me **OR** ☐ produced _____ as identification.

[NOTARIAL SEAL]

Notary: _____
Print Name: Mary Ann Gospodinov
Notary Public, State of Connecticut
My commission expires: 4-30-10

*NOT A CERTIFIED COPY* (watermark)

 

the **SOUTHLAKE** ASSOCIATION INC.
315 South Lake Drive
Palm Beach, Florida 33480-4598

(561) 655-8202
FAX
(561) 655-1998

## THE SOUTHLAKE CONDOMINIUM ASSOCIATION, INC.
## CERTIFICATE OF APPROVAL FOR PURCHASE

This certificate will serve to confirm the approval of the Board of Directors of The Southlake Condominium Association, Inc. of the application of **Rudolph and Judith Giuliani** for the purchase of the Apartment described as follows:

Apartment 5-D, The Southlake, a Condominium, according to the Declaration of Condominium thereof, dated June 16, 1967, and recorded in the Official Records Book 1542, pages 94 through 153, inclusive, of the Public Records of Palm Beach County, Florida, and all amendments thereto.

All in accordance with the Declaration of Condominium and the Association has caused this Certificate of Approval for purchase to be executed this __9TH__ day of __February__, 2010.

WITNESSES:

_Wm. W. [signature]_
Wm. W. Stafford
Print Name

THE SOUTHLAKE ASSOCIATION, INC.,
a Florida corporation not for profit

By: _[signature]_
President

_Andrew Miller [signature]_
Print Name **Andrew Miller**

By: _[signature]_
Secretary/Treasurer

(Corporate Seal)

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this __9TH__ day of __February__, 2010, by **William H. Moore III** and **Richard A. Higginbotham** as President and Secretary/Treasurer, respectively, of THE SOUTHLAKE CONDOMINIUM ASSOCIATION, INC., a Florida corporation not for profit, on behalf of said corporation, who:

_✓_ are personally known to me, (or) _____ have produced _____ as identification.

_Harrison A. Miller [signature]_
Notary Public

(Notary Seal)
NOTARY PUBLIC-STATE OF FLORIDA
Harrison A. Miller
Commission # DD788473
Expires: JULY 30, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**HARRISON A. MILLER**
Printed Name of Notary