# EXHIBIT E

Mail To:
RUDOLPH W GIULIANI, JUDITH S GIULIANI
315 SOUTHLAKE DR
PALM BEACH, FL 33480

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY 6 / 4
T# 1960102575
B# 15848281

| PLATE | JA3414 | DECAL | 01437896 | Expires | Midnight Thu 05/28/2026 | | |
|---|---|---|---|---|---|---|---|

YR/MK  1980/MERZ   BODY  CV       COLOR  BLU        Reg. Tax          36.20   Class Code        95
VIN    10704412064727             TITLE  113691505  Init. Reg.                Tax Months        24
Plate Type  AQR    NET WT  3605                     County Fee         6.00   Back Tax Mos       0
                                                    Mail Fee           5.45   Credit Class
                                                    Sales Tax                 Credit Months      0
Date Issued  5/6/2024   Plate Issued  5/6/2024      Voluntary Fees
                                                    Grand Total       47.65

IMPORTANT INFORMATION

RUDOLPH W GIULIANI, JUDITH S GIULIANI
315 SOUTHLAKE DR
PALM BEACH, FL 33480

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

AQR - ANTIQUE LICENSE PLATE    PLATE ISSUED X