# EXHIBIT H

CFN 20240241805
OR BK 35141 PG 1058
RECORDED 7/15/2024 12:47 PM
Palm Beach County, Florida
Joseph Abruzzo, Clerk
Pgs: 1058 - 1058; (1pgs)

# **DECLARATION OF DOMICILE**

To the Clerk of the Circuit Court [County Comptroller] **Palm Beach** County, Florida.

This is my declaration of domicile in the State of **Florida**, that I am filing this day in accordance and in conformity with Section 222.17 Florida Statutes.

**FOR DOMICILIARIES OF THE STATE OF FLORIDA:**

I hereby declare that I reside in and maintain a place of abode at **315 S. Lake Drive, Unit 5D**, **Palm Beach**,
(street and number)                (city)

in **Palm Beach** County, Florida, which place of abode I recognize and intend to maintain as my permanent home and, if I maintain another place or places of abode in some other state or states, I hereby declare that my above-described residence and abode in the State of Florida constitutes my predominant and principal home, and I intend to continue it permanently as such. I am, at the time of making this declaration, a bona fide resident of the State of Florida residing at the above described residence and place of abode.

x _____[signature]_____
Rudolph W. Giuliani
(signature)

**Rudolph W. Giuliani**
(print name)

State of **New Hampshire**
County of **Hillsborough**

Sworn to and subscribed before me this **13th** day of **July**, **2024** by **Rudolph W. Giuliani** who is personally known to me or who has produced **Drivers License** as identification and who did/did not take an oath.

[Notary seal: JAMES A FULLER, STATE OF NEW HAMPSHIRE, NOTARY PUBLIC, MY COMMISSION EXPIRES JUNE 2, 2028]

x _____[signature]_____
Signature of Notary Public

**State of NH    Notary Public**
Print, type or stamp commission named of Notary Public

**FOR DOMICILIARIES OF STATES OTHER THAN THE STATE OF FLORIDA:**

I hereby declare that my domicile is in the state of _____ and that I intend to permanently continue and maintain my domicile in such state. At the time of making this declaration I am a bona fide resident of the State of _____. My place of abode within the State of Florida, if any, is as follows:

_____, _____ in _____ County, Florida
(street and number)    (city)

(Person making declaration may also include such other and further facts with reference to any acts done or performed by such person which such person desires or intends <u>not</u> to be construed as evidencing any intention to establish his domicile within the State of Florida.)

_____
(signature)

_____
(print name)

State of _____
County of _____

Sworn to and subscribed before me this _____ day of _____, _____ by _____ who is personally known to me or who has produced _____ as identification and who did/did not take an oath.

_____
Signature of Notary Public

Print, type or stamp commission named of Notary Public

[Watermark: NOT A CERTIFIED COPY]