# EXHIBIT I

# February 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  | 1<br>X | 2<br>X | 3<br>X |
| 4<br>X | 5<br>X | 6<br>X | 7<br>Defendant gives testimony via Zoom in Bankruptcy Court, Section 341 hearing.<br>New York | 8<br>New York | 9<br>New York | 10<br>New York |
| 11<br>New York | 12<br>Palm Beach | 13<br>Palm Beach | 14<br>Palm Beach | 15<br>Palm Beach | 16<br>Palm Beach | 17<br>Palm Beach |
| 18<br>Palm Beach | 19<br>Palm Beach | 20<br>Palm Beach | 21<br>Palm Beach | 22<br>Palm Beach | 23<br>Palm Beach | 24<br>Palm Beach |
| 25<br>Palm Beach | 26<br>Palm Beach | 27<br>Palm Beach | 28<br>Palm Beach | 29<br>Palm Beach |  |  |

# March 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1<br>**Palm Beach** | 2<br>**Palm Beach** |
| 3<br>**Palm Beach** | 4<br>**New York** | 5<br>**New York** | 6<br>**New York** | 7<br>**New York** | 8<br>**New York** | 9<br>**New York** |
| 10<br>**New York** | 11<br>**Palm Beach** | 12<br>**Palm Beach** | 13<br>**Palm Beach** | 14<br>**Palm Beach** | 15<br>**Palm Beach** | 16<br>**Palm Beach** |
| 17<br>**Palm Beach** | 18<br>**Palm Beach** | 19<br>**Palm Beach** | 20<br>**Palm Beach** | 21<br>**Palm Beach** | 22<br>**Palm Beach** | 23<br>**Palm Beach** |
| 24<br>**Palm Beach** | 25<br>**Palm Beach** | 26<br>**Palm Beach** | 27<br>**Palm Beach** | 28<br>**Palm Beach** | 29<br>**Palm Beach** | 30<br>**Palm Beach** |
| 31<br>**Palm Beach** |  |  |  |  |  |  |

# April 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1<br>New York | 2<br>New York | 3<br>New York | 4<br>New York | 5<br>New Hampshire | 6<br>New Hampshire |
| 7<br>New Hampshire | 8<br>New Hampshire | 9<br>New York | 10<br>New York | 11<br>Tulsa, Oklahoma | 12<br>New York | 13<br>New York |
| 14<br>New York | 15<br>New York | 16<br>New York | 17<br>New York | 18<br>New York | 19<br>New Hampshire | 20<br>New Hampshire |
| 21<br>New Hampshire | 22<br>New York | 23<br>New York | 24<br>New York | 25<br>New York | 26<br>New York | 27<br>New York |
| 28<br>Palm Beach | 29<br>Palm Beach | 30<br>Palm Beach |  |  |  |  |

# May   2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  | 1<br>Palm Beach | 2<br>Palm Beach | 3<br>Palm Beach | 4<br>Palm Beach |
| 5<br>Palm Beach | 6<br>Palm Beach | 7<br>Palm Beach | 8<br>Palm Beach | 9<br>Palm Beach | 10<br>Palm Beach | 11<br>Palm Beach |
| 12<br>Palm Beach | 13<br>Palm Beach | 14<br>Palm Beach | 15<br>Palm Beach | 16<br>Palm Beach | 17<br>Palm Beach | 18<br>Palm Beach |
| 19<br>Palm Beach | 20<br>Palm Beach | 21<br>Palm Beach | 22<br>Palm Beach | 23<br>Palm Beach | 24<br>Palm Beach | 25<br>Palm Beach |
| 26<br>Palm Beach | 27<br>New York | 28<br>New York | 29<br>New York | 30<br>New York | 31<br>New York |  |

# June 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1<br>New York |
| 2<br>New York | 3<br>New York | 4<br>New York | 5<br>New York | 6<br>New York | 7<br>Michigan | 8<br>Michigan |
| 9<br>Michigan | 10<br>Arizona | 11<br>New York | 12<br>New York | 13<br>New York | 14<br>New York | 15<br>New York |
| 16<br>New York | 17<br>New York | 18<br>New Hampshire | 19<br>New Hampshire | 20<br>New Hampshire | 21<br>New Hampshire | 22<br>New Hampshire |
| 23<br>New Hampshire | 24<br>New Hampshire | 25<br>New Hampshire | 26<br>New Hampshire | 27<br>New Hampshire | 28<br>New Hampshire | 29<br>New Hampshire |
| 30<br>New Hampshire | | | | | | |

## July 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1<br>New Hampshire | 2<br>New Hampshire | 3<br>New Hampshire | 4<br>New Hampshire | 5<br>New Hampshire | 6<br>New Hampshire |
| 7<br>New Hampshire | 8<br>New Hampshire | 9<br>New Hampshire | 10<br>New Hampshire | 11<br>New Hampshire | 12<br>New Hampshire | 13<br>New Hampshire |
| 14<br>New York/Milwaukee | 15<br>Milwaukee | 16<br>Milwaukee | 17<br>Milwaukee | 18<br>Milwaukee | 19<br>Milwaukee | 20<br>Milwaukee |
| 21<br>New Hampshire | 22<br>New Hampshire | 23<br>New Hampshire | 24<br>New Hampshire | 25<br>New Hampshire | 26<br>Paris | 27<br>Paris |
| 28<br>Paris | 29<br>London | 30<br>Paris/London | 31<br>Paris/London |  |  |  |

# August 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1<br>Paris | 2<br>New Hampshire | 3<br>New Hampshire |
| 4<br>New Hampshire | 5<br>New Hampshire | 6<br>New Hampshire | 7<br>New Hampshire | 8<br>New Hampshire | 9<br>X | 10<br>X |
| 11<br>X | 12<br>X | 13<br>X | 14<br>X | 15<br>X | 16<br>X | 17<br>X |
| 18<br>X | 19<br>X | 20<br>X | 21<br>X | 22<br>X | 23<br>X | 24<br>X |
| 25<br>X | 26<br>X | 27<br>X | 28<br>X | 29<br>X | 30<br>X | 31<br>X |
| | | | | | | |