```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RUBY FREEMAN and                                                   :
WANDREA' MOSS,                                                     :
                                                                   :
                         Plaintiffs,                               :   24-cv-06563 (LJL)
                                                                   :
          -v-                                                      :   SCHEDULING ORDER
                                                                   :
RUDOLPH W. GIULIANI,                                               :
                                                                   :
                         Defendant.                                :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") move, pursuant to Federal Rule of Civil Procedure 56, for summary judgment in their claim for declaratory judgment as to the priority of their lien on Defendant Rudolph W. Giuliani's Florida Condominium over Defendant's claim of a Homestead Exemption under Article X, Section 4 of the Florida Constitution. Dkt. No. 1, 28. Defendant in turn opposes Plaintiffs' motion for summary judgment and cross-motions for summary judgment. Dtk. No. 41.

      Without prejudging the respective motions for summary judgment, but in anticipation that the Court might deny each of the motions, the Court sets January 16, 2025 at 9:00 a.m., as the date for the bench trial of the declaratory judgment. Trial will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C. The Court will also be prepared to try at that time any of the other turnover matters that are ripe and appropriate for trial.

      SO ORDERED.

Dated: October 17, 2024  
      New York, New York

                                                                            LEWIS J. LIMAN  
                                                                        United States District Judge