**KENNETH CARUSO LAW**
15 West 72nd Street | New York, NY 10022
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

October 20, 2024

<u>Via ECF</u>

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

     Re:    *Freeman et al v. Giuliani*, 24-cv-06563-LJL

Dear Judge Liman:

     We represent Defendant in this action.

     One of our recent filings contains a typographical error, which, I believe, is important enough to warrant correction. Specifically, the filing states that "between June 18 and August 8, Defendant spent time (38 of 42 days) in New Hampshire[.]" ECF 44 at page 12, ¶ (c). In fact, the number "42" is a typographical error; the correct number is "52." Today, we filed a corrected document, which makes that correction (and only that correction).

     The corrected document is ECF 48.

     We brought this error to the attention of Plaintiffs' counsel earlier today. We apologize for the error, and for the inconvenience to the Court and counsel.

Respectfully Submitted,

<u>/s/ Kenneth A. Caruso</u>
Kenneth A. Caruso

cc:    Counsel for Record (via ECF)