```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                            :
RUBY FREEMAN and
WANDREA' MOSS,
                                            :
                Plaintiffs,      :         24-mc-00353 (LJL)
                                            :
          -v-                     :        SCHEDULING ORDER
                                            :
RUDOLPH W. GIULIANI,
                                            :
                Defendant.      :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      In keeping with the scheduling order issued by the Court on October 17, 2024 in the related declaratory judgment action, 24-cv-06563 at Dkt. No. 47, the Court sets January 16, 2025 at 9:00 a.m. as the date for the bench trial of all outstanding questions in this turnover action that are ripe and appropriate for trial.  Trial will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

      SO ORDERED.

Dated: October 21, 2024
      New York, New York               _____
                                   LEWIS J. LIMAN
                             United States District Judge