KENNETH CARUSO LAW

15 West 72nd Street | New York, NY 10022
E:  ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

November 1, 2024

Via ECF

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Freeman et al. v. Giuliani*, 24-cv-06563-LJL

Dear Judge Liman:

We write, pursuant to the Court's Individual Practices, to request a two-day adjournment of our time to file a reply in support of our cross-motion for summary judgment, ECF 41.  Per the Court's rule 1(D):

The original date for this filing is Wednesday, November 6, 2024.  The requested adjourned date is Friday, November 8, 2024.  There have been no previous requests for adjournment or extension of time (and obviously, none granted or denied).  Plaintiffs will not oppose this request.  The parties have a telephone conference with the Court scheduled for Thursday, November 7, 2024, at noon.

I do not believe that the requested adjournment would affect any other scheduled dates, or the Case Management Plan and Scheduling Order.

We respectfully ask the Court to grant this request.

Respectfully submitted,

 /s/ Kenneth A. Caruso
Kenneth A. Caruso

cc:     Counsel of Record