UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                          Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>                          Defendant. | No. 24-cv-06563-LJL<br><br>**AMENDED ANSWER** |

## **INTRODUCTION**

1. Defendant denies the allegations.

2. Defendant denies the allegations.

3. Defendant denies the allegations.

4. Defendant denies the allegations.

## **PARTIES**

5. Defendant admits the allegations.

6. Defendant admits the allegations.

7. Defendant denies the allegations.

## **JURISDICTION AND VENUE**

8. Defendant admits the allegations.

9. Defendant denies the allegations but does not dispute the Court's personal jurisdiction.

10. Defendant admits the allegations.

## **FACTS**

1

11. Defendant admits the allegations, except denies the allegations in the first sentence.

12. Defendant denies the allegations except admits that the D.C. district court entered a default judgment as to liability.

13. Defendant admits the allegations.

14. Defendant admits the allegations.

15. Defendant admits the allegations except denies Plaintiffs' characterizations of the Bankruptcy Court.

16. Defendant admits the allegations except denies the allegations in the last sentence.

17. Defendant admits the allegations.

18. Defendant admits the allegations.

19. Defendant admits the allegations.

20. Defendant admits the allegation that he filed a motion to convert his bankruptcy case from chapter 11 to chapter 7 but denies the remainder.

21. Defendant admits the allegations.

22. Defendant denies the allegations.

23. Defendant admits that on May 26, 2024, he broadcasted an episode from his Palm Beach condo but denies the remainder.

24. Defendant admits the allegations.

25. Defendant admits the allegations.

26. Defendant admits the allegations.

27. Defendant admits the allegations.

28. Defendant admits the allegations.

29. Defendant admits the allegations.

30. Defendant admits the allegations.

31. Defendant admits the allegations.

32. Defendant admits the allegations.

33. Defendant admits the allegations.

34. Defendant admits the allegations.

35. Defendant admits the allegations.

36. Defendant admits the allegations.

37. Defendant admits the allegations.

38. Defendant admits the allegations.

39. Defendant admits the allegations.

40. Defendant admits the allegations.

41. Defendant admits the allegations.

42. Defendant admits the allegations.

43. Defendant admits the allegations.

44. Defendant admits the allegations.

45. Defendant admits the allegations.

46. Defendant admits the allegations.

47. Defendant admits the allegations.

48. Defendant admits the allegations.

49. Defendant denies the allegations.

50. Defendant admits the allegations.

51. Defendant admits the allegations.

52. Defendant admits the allegations.

53. Defendant admits the allegations.

54. Defendant admits the allegations.

55. Defendant admits the allegations.

56. Defendant admits the allegations.

57. Defendant admits the allegations, except denies that the affidavit "purports" to declare.

58. Defendant admits the allegations, except for the allegations in the last sentence.

59. Defendant denies the allegations.

## CAUSE OF ACTION
### (28 U.S.C. § 2201)

60. No responsive pleading is required.

61. Defendant admits the allegations.

62. Defendant denies the allegations.

63. Defendant denies the allegations.

64. Defendant denies the allegations.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

65. The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

66. The Court should abstain under the *Burford* abstention doctrine.

### THIRD DEFENSE

67. The Court, in its discretion, should decline to adjudicate this declaratory judgment action.

## FOURTH DEFENSE

68. Plaintiffs waived their claims and/or their contentions.

## FIFTH DEFENSE

69. Plaintiffs are estopped from asserting their claims and/or their contentions under the doctrine of judicial estoppel and/or other doctrines of estoppel.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment in his favor, dismissing the Complaint and awarding such other and further relief as the Court deems just and proper.

Dated: November 5, 2024
New York, New York

Respectfully Submitted,

KENNETH CARUSO LAW LLC

By: /s/ Kenneth A. Caruso
Kenneth A. Caruso
15 W. 72nd Street
New York, NY 10023
(646) 599-4970
ken.caruso@kennethcarusolaw.com

LABKOWSKI LAW, P.A.

By: /s/ David Labkowski
David Labkowski
250 95th Street, Unit #547233
Surfside, Florida 33154
(786) 461-1340
david@labkowskilaw.com

*Attorneys for Defendant,*
*Rudolph W. Giuliani*