**KENNETH CARUSO LAW**
15 West 72nd Street | New York, NY 10022
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

November 8, 2024

<u>Via ECF</u>

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Freeman et al. v. Giuliani*, 24-cv-06563-LJL

Dear Judge Liman:

      We are filing reply papers today in support of Defendant's cross-motion for summary judgment. Those papers include a reply memorandum of law. We respectfully request that the Court accept that memorandum, even though the formal Conclusion and signature block spill over to page eleven.

Respectfully submitted,

<u>/s/ Kenneth A. Caruso</u>
Kenneth A. Caruso

cc:    Counsel of Record (via ECF)