# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

November 8, 2024

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Freeman et al. v. Giuliani*, No. 24-cv-6563 (LJL)

Dear Judge Liman,

      Plaintiffs Ruby Freeman and Wandrea' Moss respectfully submit this letter to note that "Point III" of Defendant's reply in support of his cross-motion for summary judgment, ECF No. 64 at 10-14,[1] responds to arguments made in Plaintiffs' motion for summary judgment and Plaintiffs' reply in support of that motion, and is accordingly an improper sur-reply that should be disregarded. Local Civil Rule 6.1 does not authorize a sur-reply, and "[s]ur-replies filed without the court's permission are generally considered improper." *Trombetta v. Novocin*, No. 18-CV-993 (RA), 2021 WL 6052198, at *13 (S.D.N.Y. Dec. 21, 2021); *Bisesto v. Uher*, No. 19-CV-1678 (KMK), 2019 WL 2537452, at *2 (S.D.N.Y. June 20, 2019) (collecting cases). Here, Defendant cites some concluding statements in Plaintiffs' opposition to Defendant's cross-motion that summarized arguments made in the prior summary judgment briefing (ECF No. 54, at 30-31), using that as a hook to spend half of his reply in support of his own cross-motion arguing why *Plaintiffs'* motion should *not* be granted. The Court should treat that section of Defendant's reply brief as an improper sur-reply in opposition to Plaintiffs' motion for summary judgment, and "not consider the arguments presented" therein. *Clear Channel Outdoor, LLC v. City of New Rochelle*, No. 20-CV-9296-NSR, 2022 WL 12404476, at *2 (S.D.N.Y. Oct. 20, 2022).

      Respectfully submitted,

      s/ Aaron E. Nathan

---

[1] Pincites to ECF documents cited herein refer to the pagination in the ECF docket stamp rather than the document's internal pagination.

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HOUSTON   LONDON   LOS ANGELES   MILAN
MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON