# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

November 11, 2024

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Freeman et al. v. Giuliani*, No. 1:24-cv-06563-LJL, No. 24-mc-353-LJL

Dear Judge Liman,

Plaintiffs Ruby Freeman and Wandrea' Moss respectfully submit this letter to notify the Court that Plaintiffs inadvertently filed their November 8, 2024 response regarding Defendant's request to extend the deadlines for the information subpoenas to the Giuliani Entities on the docket for 24-cv-6563. Plaintiffs have filed a copy of that filing on the docket for No. 24-mc-353 and have submitted this notice to ensure that the record is clear.

Respectfully submitted,

s/ Aaron E. Nathan