UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　　　　　Defendant. | No. 24-cv-06563-LJL;<br>24-mc-00353-LJL<br><br>**DECLARATION OF<br>KENNETH A. CARUSO** |

KENNETH A. CARUSO hereby declares, pursuant to 28 U.S.C. § 1746:

1.　I am a member of the Bar of this Court and the sole member of Kenneth Caruso Law LLC.  I am lead counsel for Defendant, Rudolph W. Giuliani ("Defendant"), in both 24-cv-06563-LJL (the "Homestead Action") and 24-mc-00353-LJL (the "Turnover Proceeding").

2.　I submit this Declaration in compliance with the Court's Order (Homestead Action ECF 85, Turnover Proceeding ECF 117) (the "Order"), which requires that "attorneys Caruso and Labkowski shall promptly serve a copy of this Order on Defendant, by express mail and email, and shall file a proof of service on ECF."

3.　Immediately after the Court entered the Order, I served a copy of it on Defendant via email.

4.　Mr. Labkowski informed me that, last night, he sent a copy of the Order to Defendant via FedEx overnight delivery.

5.　Upon reviewing the FedEx tracking number, 779966880515, I confirmed that the Order was delivered to Defendant, today, at 10:52 am.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

1

2

Executed on November 15, 2024

By: /s/ Kenneth A. Caruso
Kenneth Caruso Law LLC
15 W. 72nd Street
New York, NY 10023
(646) 599-4970
ken.caruso@kennethcarusolaw.com

*Attorneys for Defendant,*
*Rudolph W. Giuliani*

2