AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

RUBY FREEMAN AND WANDREA' MOSS
Plaintiff(s),

v.

RUDOLPH W. GIULIANI
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 24cv6563

Notice is hereby given that, subject to approval by the court, Rudolph W. Giuliani substitutes
(Party (s) Name)

Joseph Cammarata , State Bar No. 5260187 as counsel of record in
(Name of New Attorney)

place of Kenneth Caruso and David Labkowski
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Cammarata & DeMeyer PC
Address: 456 Arlene Street, Staten Island, New York 10314
Telephone: (718) 477-0020   Facsimile: 
E-Mail (Optional): joe@cdlawpc.com

I consent to the above substitution.
Date: 11/14/2024

*Signed by:* Rudolph W. Giuliani
(Signature of Party (s))

I consent to being substituted.
Date: 11/14/2024

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/14/2024

*Signed by:* Joseph Cammarata
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]