AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Ruby Freeman and Wandrea' Moss<br>*Plaintiff*<br>v.<br>Rudolph W. Giuliani<br>*Defendant* | )<br>)<br>)    Case No.   23 cv 6563 LJL<br>)<br>) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Rudloph W. Giuliani

Date:    11/15/2024

*Attorney's signature*

Joseph Cammarata, Esq. JC7286
*Printed name and bar number*

Cammarata & De Meyer P.C.
456 Arlene Street
Staten Island, New York 10314

*Address*

Joe@cdlawpc.com
*E-mail address*

(718) 477-0020
*Telephone number*

(718) 494-3288
*FAX number*