UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                        Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>                        Defendant. | No. 24-mc-00353 (LJL)<br>No. 24-cv-6563 (LJL) |

## MOTION FOR LEAVE TO SERVE RYAN MEDRANO BY ALTERNATIVE MEANS AND FOR EX PARTE CONSIDERATION AND DECISION OF THIS MOTION

PLEASE TAKE NOTICE, that Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs"), pursuant to Local Civil Rule 6.1(d), New York Civil Practice Law and Rules §§ 308(1)–(5), Federal Rule of Civil Procedure 4(e)(1), (2), and upon the memorandum in support of this motion and supporting papers, (1) move this Court for entry of an order permitting Plaintiffs to serve Mr. Ryan Medrano with copies of the Motion to Compel (No. 24-mc-353, ECF No. 113) the Order (No. 24-mc-353, ECF No. 116), and a Rule 45 Subpoena via the alternative methods listed in the motion and (2) that this Court grant this Motion on an expedited basis and without awaiting a response from Mr. Medrano.

Respectfully submitted,

Dated: November 20, 2024
New York, New York

/s/ Aaron E. Nathan
Aaron E. Nathan

Rachel Goodman
United to Protect Democracy
82 Nassau Street, #601
New York, NY 10038
(202) 579-4582
rachel.goodman@protectdemocracy.org

Michael J. Gottlieb
Meryl C. Governski (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com

Von DuBose (*pro hac vice forthcoming*)
DuBose Miller LLC
75 14th Street NE. Suite 2110
Atlanta, GA 30309
(404) 720-8111
dubose@dubosemiller.com

mgovernski@willkie.com

Aaron E. Nathan
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mhoughton-larsen@willkie.com

*Attorneys for Plaintiffs*