# Exhibit 1

United States District Court
Southern District of New York

| Ruby Freeman, et al | PROOF OF ATTEMPTED SERVICE |
|---|---|
| Plaintiff | File/Index No.: 24 MC 353 |
| VS | Issued On: |
| Rudolph W. Giuliani | Alt File/Index No.: |
| Defendant | Calendar No.: |

**SERVICE UPON: Ryan Medrano**

State/Commonwealth/Locale of: Missouri, County/City of: _____ : ss

Marybeth Rice does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of Missouri.

I was unable to effect service of process of the following documents: Subpoena to Produce Documents (return date 11/29/24); Letter Motion with Supporting documents; Court Order of 11-14-24 upon Ryan Medrano after due diligent efforts to do so at the following dates and times and at the following places:

On 11/15/2024 at 11:07 AM at 27 Maryland Plaza, 2nd floor, St. Louis, MO 63108, I found this to be a three story home that has been remodeled to a three unit residence. The name "Medrano" is on the outside intercom button. I received no response to repeatedly pressing the intercom button.

On 11/15/2024 at 6:45 PM at 27 Maryland Plaza, 2nd floor, St. Louis, MO 63108, I received no response to repeatedly pressing the intercom button.

On 11/16/2024 at 7:45 AM at 27 Maryland Plaza, 2nd floor, St. Louis, MO 63108, I received no response to repeatedly pressing the intercom button.

On 11/16/2024 at 7:11 PM at 27 Maryland Plaza, 2nd floor, St. Louis, MO 63108, I received no response to repeatedly pressing the intercom button.

On 11/16/2024 at 10:10 PM at 27 Maryland Plaza, 2nd floor, St. Louis, MO 63108, I received no response to repeatedly pressing the intercom button. I did not see any lights on inside.

On 11/18/2024 at 11:54 AM at 27 Maryland Plaza, 2nd floor, St. Louis, MO 63108, I received no response to repeatedly pressing the intercom button.

Declared/Certified/Affirmed on

11/20/2024

_Bridget R_ (signature)

BRIDGET RANAE DESIMONE
Notary Public - Notary Seal
St. Louis City - State of Missouri
Commission Number 12483971
My Commission Expires Oct 5, 2026

_Marybeth Rice_ (signature)
Marybeth Rice
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

AFFIDAVIT OF NON SERVICE

Order #: R90528