```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
RUBY FREEMAN and WANDREA' MOSS,                                  :
                                                                 :
                          Plaintiffs,                            :   24-mc-00353 (LJL)
          -v-                                                    :
                                                                 :
RUDOLPH W. GIULIANI,                                             :
                                                                 :
                          Defendant,                             :
          -and-                                                  :
                                                                 :
ANDREW H. GIULIANI,                                              :
                                                                 :
                          Intervenor-Defendant                   :
                          Applicant.                             :
                                                                 :
---------------------------------------------------------------- X
                                                                 :
RUBY FREEMAN and WANDREA' MOSS,                                  :   24-cv-06563 (LJL)
                                                                 :
                          Plaintiffs,                            :
                                                                 :
          -v-                                                    :
                                                                 :   ORDER
RUDOLPH W. GIULIANI,                                             :
                                                                 :
                          Defendant.                             :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024

LEWIS J. LIMAN, United States District Judge:

This Order memorializes deadlines set at the hearing held on November 26, 2024. Any application to reschedule the trial currently set for January 16, 2025 to January 13 and 14, 2025 shall be filed no later than Monday, December 2, 2024. The proposed joint pretrial order, motions in limine, and proposed findings of fact and conclusions of law shall be filed on January

6, 2025.  Any responses to the motions in limine shall be filed by January 10, 2025.

Dated: November 26, 2024　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge