UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | No. 24-cv-6563-LJL |

**PLAINTIFFS' NOTICE OF MOTION TO HOLD
DEFENDANT IN CIVIL CONTEMPT AND TO IMPOSE SANCTIONS**

PLEASE TAKE NOTICE, that Plaintiffs Ruby Freeman and Wandrea' Moss move pursuant to Federal Rule of Civil Procedure 37 and the Court's inherent authority for an order holding Defendant Rudolph W. Giuliani in civil contempt and imposing sanctions. In support of this motion, Plaintiffs submit the accompanying memorandum of law and supporting papers.

Dated: December 5, 2024

Rachel Goodman
United to Protect Democracy
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org


Von A. DuBose (*pro hac vice forthcoming*)
DuBose Miller LLC
75 14th Street NE, Suite 2110
Atlanta, Georgia 30309
(404) 720-8111
dubose@dubosemiller.com

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: s/ Aaron E. Nathan

Michael J. Gottlieb
Meryl C. Governski (admitted *pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
mgovernski@willkie.com

Aaron E. Nathan
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
anathan@willkie.com
mhoughton-larsen@willkie.com

*Counsel for Plaintiffs Ruby Freeman and Wandrea' Moss*