# EXHIBIT 2



Member/Account #: ▓▓▓▓ 9163

425 Hooksett Road
Manchester, NH 03104
**Toll Free:** 1-866-996-9828
www.bccu.org

# Personal Information Change

## Account Information to Change

**Is there a joint member that also needs to update their address so they can receive new debit/credit cards?**

Last Name <u>Giuliani</u>           First Name <u>Rudolph</u>

[✔] New Address    [ ] Seasonal Address    [ ] Name Change

Effective Date: <u>08/07/2024</u>    End Date (if seasonal): _____

Mailing Address <u>418 Walnut St</u>

City <u>Manchester</u>    State <u>NH</u>    Zip Code <u>03104</u>

Physical Street Address *(if different from above)* _____

City _____ State _____ Zip Code _____

Associate the above changes with:

[✔] All accounts where I am the primary member
[ ] These specific accounts: _____ _____ _____ _____ _____

## My Information to Change

Phone #1 _____    [ ] Mobile  [ ] Home  [ ] Business

Phone #2 _____    [ ] Mobile  [ ] Home  [ ] Business

Email _____

ID Type _____  # _____  Issuer _____

Password *(optional)* _____  Security Question *(optional)* _____

## Authorizations and Signatures

Out of Wallet Authentication #: <u>Secure Message</u>

_____    <u>08/07/2024</u>
Member's Signature                              Date

<u>Rudolph William Giuliani</u>
Name (print or type)                            Title* Required for a Corporation or Trust

Page 1 of 1       (MAH)       FX_Personal_Information_Change       Last revised: 02.07.2019
                                                   MXH 8.7.24        Employee: <u>Meghan Mendonca</u>

AUG 27 2024

# Secure Message

**This information is confidential.**

| | | | |
|---|---|---|---|
| **From:** | Rudolph Giuliani | **To:** | Member Service |
| **Subject:** | Address change | | |
| **Created:** | 2024-08-06 20:40:43 | | |
| **Read:** | 2024-08-07 11:13:39 | **ExpirationDate:** | 2025-02-06 20:40:43 |

Please change my address from 109 English Village Road to 418 Walnut St Manchester, NH 03104



425 Hooksett Road
Manchester, NH 03104
**Toll Free:** 1-866-996-9828
www.bccu.org

August 7, 2024

Rudolph William Giuliani
109 English Village Rd Apt 204
Manchester, NH 03102-2472

Re: Your Recent Address Change

Dear Rudolph William Giuliani

Thank you for contacting us to update your address. Please review the new information below, to ensure we've updated your membership correctly.

      New Mailing Address:    418 Walnut St
                                                  Manchester , NH  03104

If we have made any errors in this information, please contact us immediately at (603) 645-8181 or toll free at (866) 996-9828. Thank you for choosing Bellwether Community Credit Union.

Sincerely,


Meghan Mendonca
CCSR








**OPERATIONS FILE COPY – SENT TO OLD ADDRESS**



425 Hooksett Road
Manchester, NH 03104
**Toll Free:** 1-866-996-9828
www.bccu.org

August 7, 2024

Rudolph William Giuliani
418 Walnut St
Manchester, NH 03104

Re: Your Recent Address Change

Dear Rudolph William Giuliani

Thank you for contacting us to update your address. Please review the new information below, to ensure we've updated your membership correctly.

        New Mailing Address:      418 Walnut St
                                            Manchester, NH 03104

If we have made any errors in this information, please contact us immediately at (603) 645-8181 or toll free at (866) 996-9828. Thank you for choosing Bellwether Community Credit Union.

Sincerely,


Meghan Mendonca
CCSR

OPERATIONS FILE COPY – SENT TO NEW ADDRESS