# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | No. 24-cv-06563-LJL |

**DEFENDANT'S
RULE 26(A) INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant, Rudolph W. Giuliani ("Defendant"), makes the following initial disclosures:

A.  Witnesses

The following individuals are likely to have discoverable information that Defendant may use to support his defense in this action:

1.  Rudolph W. Giuliani
    c/o Kenneth Caruso Law LLC
    15 W. 72nd Street
    New York, NY 10023
    (646) 599-4970
    ken.caruso@kennethcarusolaw.com

Subject:  Defendant possesses personal knowledge regarding the matters raised in the pleadings and motions in this action, including his intention to make Florida his permanent residence and his actions that corroborate and manifest that intent.  Defendant also has knowledge as to the facts contained in his cross-motion for summary judgment [ECF 41], as well

as his declaration [ECF42] and the accompanying exhibits annexed thereto [ECF42-1-42-9]. Those materials are hereby incorporated by reference.

B.      Documents and Tangible Things

The following is a description by category and location of all documents, electronically stored information, and tangible things in Defendant's possession, custody, or control that Defendant may use to support his defense:

1. Exhibit A to Defendant's Cross-Motion for Summary Judgment (ECF42-1);
2. Exhibit B toDefendant's Cross-Motion for Summary Judgment (ECF42-2);
3. Exhibit C to Defendant's Cross-Motion for Summary Judgment (ECF42-3);
4. Exhibit D to Defendant's Cross-Motion for Summary Judgment (ECF42-4);
5. Exhibit E to Defendant's Cross-Motion for Summary Judgment (ECF42-5);
6. Exhibit F to Defendant's Cross-Motion for Summary Judgment (ECF42-6);
7. Exhibit G to Defendant's Cross-Motion for Summary Judgment (ECF42-7);
8. Exhibit H to Defendant's Cross-Motion for Summary Judgment (ECF42-8);
9. Exhibit I to Defendant's Cross-Motion for Summary Judgment (ECF42-9);and
10. The videos referred to in the Declaration of David Labkowski, Esq. in Support of Defendant's Cross-Motion for Summary Judgment [ECF43¶¶5-99].
11. All of the foregoing materials are hereby incorporated by reference.

Dated:  November 3, 2024
        New York, New York                Respectfully Submitted,

                                          KENNETH CARUSO LAW LLC


                                          By: /s/ Kenneth A. Caruso
                                          Kenneth A. Caruso
                                          15 W. 72nd Street
                                          New York, NY 10023

(646) 599-4980
Ken.caruso@kennethcarusolaw.com


LABKOWSKI LAW, P.A.

By: /s/ David Labkowski
David Labkowski
250 95th Street, Unit #547233
Surfside, Florida 33154
(786) 461-1340
david@labkowskilaw.com

*Attorneys for Defendant,
Rudolph W. Giuliani*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | No. 24-cv-06563-LJL |

**DEFENDANT'S
RULE 26(A) INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant, Rudolph W. Giuliani ("Defendant"), makes the following initial disclosures:

A.    Witnesses

The following individuals are likely to have discoverable information that Defendant may use to support his defense in this action.

1. Rudolph W. Giuliani
   c/o Kenneth Caruso Law LLC
   15 W. 72nd Street
   New York, NY 10023
   (646) 599-4970
   ken.caruso@kennethcarusolaw.com

   Subject: Defendant possesses personal knowledge regarding the matters raised in the pleadings and motions in this action, including his intent to make Florida his permanent residence and his actions that corroborate and manifest that intent. Defendant also has knowledge as to the facts contained in his cross-motion for summary judgment [ECF 41], as well as his declaration [ECF 42] and the accompanying exhibits annexed thereto [ECF 42-1–42-9]. Those materials are hereby incorporated by reference.

B.    Documents and Tangible Things

1

The following is a description by category and location of all documents, electronically stored information, and tangible things in Defendant's possession, custody, or control that Defendant may use to support his defense:

1. Exhibit A to Defendant's Cross-Motion for Summary Judgment (ECF 42-1);
2. Exhibit B to Defendant's Cross-Motion for Summary Judgment (ECF 42-2);
3. Exhibit C to Defendant's Cross-Motion for Summary Judgment (ECF 42-3);
4. Exhibit D to Defendant's Cross-Motion for Summary Judgment (ECF 42-4);
5. Exhibit E to Defendant's Cross-Motion for Summary Judgment (ECF 42-5);
6. Exhibit F to Defendant's Cross-Motion for Summary Judgment (ECF 42-6);
7. Exhibit G to Defendant's Cross-Motion for Summary Judgment (ECF 42-7);
8. Exhibit H to Defendant's Cross-Motion for Summary Judgment (ECF 42-8);
9. Exhibit I to Defendant's Cross-Motion for Summary Judgment (ECF 42-9); and
10. The videos referred to in the Declaration of David Labkowski, Esq. in Support of Defendant's Cross-Motion for Summary Judgment [ECF 43 ¶¶ 5-99].
11. All of the foregoing materials are hereby incorporated by reference.

Dated: November 3, 2024
       New York, New York                     Respectfully Submitted,

                                              KENNETH CARUSO LAW LLC

                                              By: /s/ Kenneth A. Caruso
                                              Kenneth A. Caruso
                                              15 W. 72nd Street
                                              New York, NY 10023
                                              (646) 599-4970
                                              ken.caruso@kennethcarusolaw.com

                                              LABKOWSKI LAW, P.A.

                                              By: /s/ David Labkowski
                                              David Labkowski

2

250 95th Street, Unit #547233
Surfside, Florida 33154
(786) 461-1340
david@labkowskilaw.com

*Attorneys for Defendant,
Rudolph W. Giuliani*