UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                Defendant.

No. 24-cv-06563-LJL

---

**NOTICE OF ERRATA TO MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CIVIL CONTEMPT AND SANCTIONS (ECF NO. 106)**

      Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss ("Plaintiffs") respectfully submit this notice to correct a misstated date in their Memorandum of Law in Support of Plaintiffs' Motion for Civil Contempt and Sanctions (ECF No. 106). At page 2, the Memorandum of Law states that discovery is scheduled to close in this action on December 31, 2024. The correct date is January 9, 2025. December 31, 2024 is the deadline to complete depositions. *See* ECF No. 53. Plaintiffs regret the error.

                                                      Respectfully submitted,

Dated: December 5, 2024
New York, New York

                                                      s/ Aaron E. Nathan

| | |
|---|---|
| Rachel Goodman | Michael J. Gottlieb |
| United to Protect Democracy | Meryl C. Governski (admitted *pro hac vice*) |
| 82 Nassau Street, #601 | Willkie Farr & Gallagher LLP |
| New York, NY 10038 | 1875 K Street NW |
| (202) 579-4582 | Washington, DC 20006 |
| rachel.goodman@protectdemocracy.org | (202) 303-1000 |
| | mgottlieb@willkie.com |
| | mgovernski@willkie.com |

-2-

Von DuBose (*pro hac vice forthcoming*)  Aaron E. Nathan
DuBose Miller LLC  M. Annie Houghton-Larsen
75 14th Street NE. Suite 2110  Willkie Farr & Gallagher LLP
Atlanta, GA 30309  787 Seventh Avenue
(404) 720-8111  New York, NY 10019
dubose@dubosemiller.com  (212) 728-8000
anathan@willkie.com
mhoughton-larsen@willkie.com

*Counsel for Plaintiffs Ruby Freeman and Wandrea' Moss*