IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>        Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>        Defendant. | No. 24-mc-353<br>No. 24-cv-6563<br><br>**AFFIDAVIT OF SERVICE** |

  I, M. Annie Houghton-Larsen, an attorney admitted to practice in this court, declare as follows pursuant to 28 U.S.C. § 1746:

  1. I am over the age of 18 years old and reside in New York, New York. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned actions.

  2. Pursuant to this Court's order on November 21, 2024 (ECF No. 143),[1] on November 22, 2024, I caused the following documents to be served on Defendant's counsel by email: Plaintiffs' motion to compel (ECF No. 113); this Court's November 21, 2024 corrected order granting Plaintiffs' motion to compel and setting deadlines for Dr. Maria Ryan, Mr. Ted Goodman, and Mr. Medrano to provide complete responses to information subpoenas (ECF No. 141); this Court's November 21, 2024 order granting Plaintiffs' motion to serve Mr. Medrano by alternative means (ECF No. 143); and Plaintiffs' Rule 45 subpoena directed to Mr. Ryan Medrano.

  3. On December 4, 2024 I also caused the service of the following documents to be sent to Mr. Medrano via email to his email address at the domain giulianipartners.com: Plaintiffs' Rule

---

[1] Though the documents referenced herein were also filed in *Freeman v. Giuliani*, 24-cv-6564 (S.D.N.Y.), the docket numbers for *Freeman v. Giuliani*, 25-mc-353 (S.D.N.Y.) are used in this affidavit.

- 2 -

45 subpoena directed to Mr. Ryan Medrano and this Court's November 21, 2024 order granting Plaintiffs' motion to serve Ryan Medrano by alternative means (ECF No. 143).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2024.

s/ M. Annie Houghton-Larsen
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
MHoughton-Larsen@willkie.com

*Attorney for Ruby Freeman and Wandrea' Moss*