IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　　　　　　Defendant. | No. 24-mc-353<br>No. 24-cv-6563<br><br>**AFFIDAVIT OF SERVICE** |

I, Perri Haser, hereby declare as follows pursuant to 28 U.S.C. § 1746:

　　1.　I am over the age of 18 years old and am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned actions.

　　2.　Pursuant to this Court's order on November 21, 2024 (ECF No. 143),[1] on December 4, 2024, I caused the following documents to be served on Mr. Ryan Medrano via mail through FedEx, overnight delivery, to his home address at 27 Maryland Plaza, 2nd Floor, St. Louis, Missouri, 63108: Plaintiffs' motion to compel (ECF No. 113); this Court's November 21, 2024 corrected order granting Plaintiffs' motion to compel and setting deadlines for Dr. Maria Ryan, Mr. Ted Goodman, and Mr. Medrano to provide complete responses to information subpoenas (ECF No. 141); this Court's November 21, 2024 order granting Plaintiffs' motion to serve Mr. Medrano by alternative means (ECF No. 143); and Plaintiffs' Rule 45 subpoena directed to Mr. Ryan Medrano. The tracking number for the FedEx delivery is 282161779643.

---

[1] Though the documents referenced herein were also filed in *Freeman v. Giuliani*, 24-cv-6564 (S.D.N.Y.), the docket numbers for *Freeman v. Giuliani*, 25-mc-353 (S.D.N.Y.) are used in this affidavit.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2024.

Case 1:24-cv-06563-LJL   Document 111   Filed 12/06/24   Page 2 of 2