```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RUBY FREEMAN and :
WANDREA' MOSS, :
:
Plaintiffs, :   24-cv-06563 (LJL)
:
-v- :   ORDER
:
RUDOLPH W. GIULIANI, :
:
Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Plaintiffs Ruby Freeman and Wandrea' Moss move pursuant to Federal Rule of Civil Procedure 37 and the Court's inherent authority for an order holding Defendant Rudolph W. Giuliani in civil contempt and imposing sanctions. *See* Dkt. No. 105. Defendant shall file a memorandum in response to the motion no later than December 19, 2024. Plaintiffs may file a memorandum in reply no later than December 27, 2024. Any untimely filings will be disregarded. The Court will hold a hearing on the motion for civil contempt on January 3, 2025 at 10 a.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. With their filings in response to the motion for civil contempt, the parties shall indicate whether they wish the Court to hear evidence or testimony on January 3, 2025 and shall submit any physical exhibits they wish the Court to consider in connection with the motion for civil contempt.

    SO ORDERED.

Dated: December 6, 2024
       New York, New York
                                                                                   LEWIS J. LIMAN
                                                                                   United States District Judge