# EXHIBIT 6

United States District Court
Southern District of New York

Ruby Freeman, et al
　　　　　Plaintiff
VS
Rudolph W. Giuliani
　　　　　Defendant

**PROOF OF SERVICE**

File/Index No.: 24 MC 353
Issued On:
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Maria Ryan**

State/Commonwealth/Locale of: New Hampshire, County/City of: __Rockingham__ : ss

David McGrath does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of New Hampshire.

On 11/18/2024 at 4:17 PM at 418 Walnut Street, Manchester, NH 03104, I effected service of process of the following documents: Subpoena to Produce Documents (return date 11/29/24); Letter Motion with Supporting documents; Court Order of 11-14-24 upon Maria Ryan, a/the witness in this matter/proceeding:

By delivering to and leaving a true copy thereof with Bob Ryan, person of suitable age and discretion thereat, a/the husband of/for said Maria Ryan.

At the time of service to Bob Ryan, he told me that Maria is in Georgia for the next two weeks. He was not hostile and he took the documents from me and stated he would give to Maria when she returns.

Declared/Certified/Affirmed on

David McGrath
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R90526

Personal Service by Substitute Delivery No Mailings