# EXHIBIT C

| | |
|---|---|
| **From:** | TruthandJustice4U <TruthandJustice4U@protonmail.com> |
| **Sent:** | Thursday, December 5, 2024 9:36 AM |
| **To:** | Gottlieb, Michael; Nathan, Aaron E. |
| **Subject:** | Extension |

**\*\*\* EXTERNAL EMAIL \*\*\***

Mr. Nathan and Mr. Gottlieb:


I plan to move again for an extension of time-- 30 days-- to find a lawyer to represent me in this matter and assist with opposing the contempt motion.

Given the upcoming holidays, I need at least 30 days.

Please let me know when you can discuss this today.

I am awaiting a court response to my request for an extension.


Very Truly Yours,


Rudolph W Giuliani

1