# EXHIBIT B

# Haser, Perri

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **Sent:** | Wednesday, November 6, 2024 7:06 PM |
| **To:** | Kenneth Caruso; David Labkowski |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; Nathan, Aaron E.; Rachel Goodman; John Langford; Brittany Williams; MacCurdy, Maggie; Knoblett, John Tyler |
| **Subject:** | Freeman v. Giuliani No. 24-cv-6563 (LJL) - First Set of Interrogatories |
| **Attachments:** | 2024.11.04 Plaintiffs' First Set of ROGs for R. Giuliani.pdf; 2024.11.04 Plaintiffs' Local Rule 33(c) Contention ROGs for R. Giuliani.pdf |

Counsel,

Please find attached Plaintiffs' first set of interrogatories. Per the Court's Order, ECF No. 53, Mr. Giuliani's response is due on November 21.

Please also find attached a contention interrogatory, which per the Court's Order at ECF No. 53, is due no later than two weeks prior to Mr. Giuliani's deposition.

Thank you,

M.Annie Houghton-Larsen
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

1