# EXHIBIT C

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **To:** | Joseph Cammarata, Esq. |
| **Cc:** | Kenneth Caruso; David Labkowski; Gottlieb, Michael; Governski, Meryl Conant; Nathan, Aaron E.; Rachel Goodman; MacCurdy, Maggie; Knoblett, John Tyler; Haser, Perri; Gottlieb, Michael; Governski, Meryl Conant; Nathan, Aaron E. |
| **Subject:** | RE: Freeman v. Giuliani No. 24-cv-6563 (LJL) - First Set of Interrogatories |
| **Date:** | Friday, November 22, 2024 5:19:29 PM |

Joe,

Thanks again for the meet and confer re interrogatories. We appreciate that you are still getting up to speed, but as you know you trial is fast approaching and this is not the first time your client has been deficient in returning discovery. To that end, we are happy to give you until Tuesday November 26 at 2 p.m. to return verified interrogatory responses. This way, if we need to move to compel, which we sincerely hope we don't, we will be able to do so before Thanksgiving. As we discussed, your client will be in New York for the hearing Tuesday which should make his compliance easier.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Friday, November 22, 2024 2:29 PM
**To:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
**Cc:** Kenneth Caruso <ken.caruso@kennethcarusolaw.com>; David Labkowski <david@labkowskilaw.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Knoblett, John Tyler <JKnoblett@willkie.com>; Haser, Perri <PHaser@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>
**Subject:** RE: Freeman v. Giuliani No. 24-cv-6563 (LJL) - First Set of Interrogatories

Thanks Joe, I can call you in 10 minutes.

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio

Pronouns: she, her, hers

---

**From:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
**Sent:** Friday, November 22, 2024 2:25 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Kenneth Caruso <ken.caruso@kennethcarusolaw.com>; David Labkowski <david@labkowskilaw.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; John Langford <john.langford@protectdemocracy.org>; Brittany Williams <brittany.williams@protectdemocracy.org>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Knoblett, John Tyler <JKnoblett@willkie.com>; Haser, Perri <PHaser@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Knoblett, John Tyler <JKnoblett@willkie.com>; Haser, Perri <PHaser@willkie.com>
**Subject:** Re: Freeman v. Giuliani No. 24-cv-6563 (LJL) - First Set of Interrogatories

**\*\*\* EXTERNAL EMAIL \*\*\***

I can speak now. Are you available?


Regards,


Joseph Cammarata, Esq.
Cammarata & De Meyer P.C.
456 Arlene Street
Staten Island, NY 10314
Phone: 718-477-0020
Fax: 718-494-3288


Admitted to Practice in:
New York, New Jersey & Florida


www.CDLawPC.com



CONFIDENTIALITY NOTICE: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only

for the use of the individual or entity addressed on this email.

If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at Joe@CDLawPC.com immediately so that we can arrange the return of the documents.

*IRS Circular 230 Disclosure:* As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

On Nov 22, 2024, at 1:45 PM, Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

Counsel,

We did not receive anything in response to Plaintiffs' first set of interrogatories yesterday. Please advise if you are available to meet and confer this afternoon or if the responses to the interrogatories are forthcoming by 10 a.m. Monday.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Wednesday, November 6, 2024 7:06 PM
**To:** Kenneth Caruso <ken.caruso@kennethcarusolaw.com>; David Labkowski <david@labkowskilaw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; John Langford <john.langford@protectdemocracy.org>; Brittany Williams <brittany.williams@protectdemocracy.org>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Knoblett, John Tyler <JKnoblett@willkie.com>
**Subject:** Freeman v. Giuliani No. 24-cv-6563 (LJL) - First Set of Interrogatories

Counsel,

Please find attached Plaintiffs' first set of interrogatories. Per the Court's Order, ECF No. 53, Mr. Giuliani's response is due on November 21.

Please also find attached a contention interrogatory, which per the Court's Order at ECF No. 53, is due no later than two weeks prior to Mr. Giuliani's deposition.

Thank you,


**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.