| | |
|---|---|
| KENNETH CARUSO LAW LLC<br>15 W. 72nd Street<br>New York, New York 10023<br>(646) 599-4970<br>ken.caruso@kennethcarusolaw.com | LABKOWSKI LAW, P.A.<br>250 95th Street, Unit #547233<br>Surfside, Florida 33154<br>(786) 461-1340<br>david@labkowskilaw.com |

December 13, 2024

<u>Via ECF</u>

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *Freeman et al. v. Giuliani*, 24-cv-06563-LJL

Dear Judge Liman:

    We respectfully request that the Court enter Orders on the docket granting our motions to withdraw as counsel, ECF 79-80 in this action.

    On November 12, 2024, we each filed a motion to withdraw as counsel for Defendant in both the civil action and the miscellaneous proceeding pending before the Court. On November 26, 2024, at a conference in open court, the Court orally granted the motions. Subsequently, the Court entered Orders on the docket in the miscellaneous proceeding granting our motions. 24-mc-00353-LJL, ECF 155 (as to Mr. Labkowski); ECF 156 (as to Mr. Caruso). However, the Court has not yet entered Orders on the docket in this action.

    We, therefore, respectfully request that the Court enter Orders, on the docket of this action, granting our motions, as the Court did in the miscellaneous action.

    Respectfully submitted,

| | |
|---|---|
| KENNETH CARUSO LAW LLC | LABKOWSKI LAW, P.A. |
| By: <u>/s/ Kenneth A. Caruso</u><br>Kenneth A. Caruso<br>15 W. 72nd Street<br>New York, NY 10023<br>Tel: (646) 599-4970<br>ken.caruso@kennethcarusolaw.com | By: <u>/s/ David Labkowski</u><br>David Labkowski<br>250 95th Street, #547233<br>Surfside, FL 33154<br>Tel: (786) 461-1340<br>david@labkowskilaw.com |

cc:    Counsel of Record (via ECF)