```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RUBY FREEMAN and
WANDREA' MOSS,

               Plaintiffs,                24-cv-06563 (LJL)

    -v-                                    ORDER

RUDOLPH W. GIULIANI,

               Defendant.

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On Friday, December 13, 2024, Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") requested a conference in response to disclosures from Defendant Rudolph W. Giuliani ("Defendant") of new witnesses that might be called at trial.  See Dkt. No. 124.  Defendant responded on Tuesday, December 17, 2024.  See Dkt. No. 138.  Plaintiffs shall advise the Court today, Thursday, December 19, 2024, whether Defendant's response moots their request for a conference prior to Friday, January 3, 2024.

    SO ORDERED.

Dated: December 19, 2024
       New York, New York
                                                         LEWIS J. LIMAN
                                                          United States District Judge