# EXHIBIT 1

**From:** Medrano, Ryan
**To:** Joseph Ricci
**Subject:** Re: K-1 Question
**Date:** Monday, October 7, 2024 8:38:51 AM

I will be home around 230pm ET and will call you then.

> On Oct 6, 2024, at 2:33 pm, Joseph Ricci <jricci@ricciandcompany.com> wrote:
>
> Yea we can. Let's talk tomorrow. I'm out for my birthday dinner!
> Sent from my iPhone
>
>> On Oct 6, 2024, at 3:07 PM, Medrano, Ryan <Ryan.Medrano@giulianipartners.com> wrote:
>>
>> Hello.  Please update the tax return with this info for Dennison Young.  I just saw it.
>>
>> Can we refile?
>>
>> Also, we finally have a bank acct and can start making payments Oct 12 if our clients wire us the fees they owe from the last 2 months.
>>
>>
>> Ryan Medrano
>>
>> Giuliani Partners LLC
>>
>> C. 646.509.6069
>>
>>> **From:** Nicholas Young <nicholas.y@gmail.com>
>>> **Sent:** Thursday, September 26, 2024 1:48 PM
>>> **To:** Medrano, Ryan <Ryan.Medrano@giulianipartners.com>
>>> **Subject:** Re: K-1 Question
>>>
>>> Hey Ryan, sorry for the delay, Ive been swamped.
>>> The name of the trust is:  DENNISON YOUNG, JR. 2016 IRREVOCABLE TRUST
>>> And the EIN is: 88-6172608
>>>
>>> Let me know if you need more.

Regards,
Nick

On Thu, Sep 19, 2024 at 3:45 PM Medrano, Ryan <Ryan.Medrano@giulianipartners.com> wrote:
> Thank you
>
>> On Sep 19, 2024, at 10:07 AM, Nicholas Young <nicholas.y@gmail.com> wrote:
>>
>> Apologies, I will send this to you shortly today
>> Sent from my iPhone
>>
>>> On Sep 13, 2024, at 17:16, Nicholas Young <nicholas.y@gmail.com> wrote:
>>>
>>> Apologies, can we make it 545?
>>>
>>> Nick
>>>
>>> Sent from my iPhone
>>>
>>>> On Sep 13, 2024, at 16:33, Nicholas Young <nicholas.y@gmail.com> wrote:
>>>>
>>>> Yep, EST.  Thanks Ryan
>>>> Sent from my iPhone
>>>>
>>>>> On Sep 13, 2024, at 16:28, Medrano, Ryan <Ryan.Medrano@giulianipartners.com> wrote:
>>>>>
>>>>>
>>>>> Yes.  I moved home so I'm in St. Louis now.  You are on Eastern Time

yes? Will call you at 530 ET. Thanks.

> On Sep 13, 2024, at 3:24 PM, Nicholas Young <nicholas.y@gmail.com> wrote:
>
> Hey Ryan, does 530pm work today? Nick
>
> Sent from my iPhone
>
>> On Sep 13, 2024, at 15:45, Medrano, Ryan <Ryan.Medrano@giulianipartners.com> wrote:
>>
>> Thank you Bruce. My apologies

as I do this part time now and forgot the process.

Hello Nick, can you do a 5-minute call later today or tomorrow? Tell me what works for you and I will call. Thank you.

Ryan

Medrano

Giuliani Partners LLC

C. 646.509.6069

**From:** Bruce Margulies <brucem@glcpas.com>
**Sent:** Friday, September 13, 2024 8:20 AM
**To:** Medrano, Ryan <Ryan.Medrano@giulianipartners.com>
**Cc:** Nicholas Young (nicholas.y@gmail.com) <nicholas.y@gmail.com>
**Subject:** RE: K-1 Question

Hi Ryan,

You need to discuss with Nick.

**NEW MAILING ADDRESS EFFECTIVE 1/1/24**

Bruce Margulies, CPA

Goldstein Lieberman & Company LLC

225 Brae Blvd., Suite 200

Park Ridge, NJ 07656

(201) 512-5700

(201) 512-5735 Direct

(201) 512-5701 Fax

[brucem@glcpas.com](brucem@glcpas.com)

The information contained in this message is intended for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of the information contained

in this communication is strictly prohibited. If you received this communication in error, please immediately notify this firm via e-mail and delete the e-mail message sent to you in error. Thank you.

**From:** Medrano, Ryan <<u>Ryan.Medrano@giulianipartners.com</u>>
**Sent:** Thursday, September 12, 2024

4:56 PM

**To:** Bruce Margulies <[brucem@glcpas.com](brucem@glcpas.com)>

**Subject:** K-1 Question

Hello Bruce. Tell me if you have time for a 5-minute conversation. My accountants asked me to speak to you regarding Denny's K-1. I am hoping you are handling his estate. Tell me a

good time to try you either today or tomorrow. Thank you.

Ryan Medrano

Giuliani Partners LLC

C. 646.509.6069

--
_____

Nicholas P. Young
nicholas.y@gmail.com
_____