# EXHIBIT 2

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **To:** | ryan.medrano@giulianipartners.com |
| **Cc:** | Nathan, Aaron E.; Governski, Meryl Conant |
| **Subject:** | Freeman v. Giuliani - Court Filing and Order and Subpoena |
| **Date:** | Thursday, November 14, 2024 6:16:32 PM |
| **Attachments:** | 2024-11-14 MTC Ryan, Goodman, and Medrano For Service.pdf<br>2024.11.14 Order re MTC.pdf<br>2024-11-14 Combined 3P Subpoena - Ryan Medrano.pdf |

Mr. Medrano,

We are not aware that you are currently represented in connection with this action, please direct me to your attorney if that is incorrect.

I am attaching a motion to compel, the Court's order regarding the same, and a subpoena to this email. Please confirm your acceptance of service.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers