# EXHIBIT 8

**From:** FedEx Tracking
**To:** Haser, Perri
**Subject:** Your shipment was delivered 282161779643
**Date:** Thursday, December 5, 2024 12:19:57 PM

**\*\*\* EXTERNAL EMAIL \*\*\***



## Your shipment was delivered.

Delivery Date

Thu, 12/05/2024

10:03am

Delivered to

27 MARYLAND PLZFL 2, St. Louis, MO 63108

**Report missing package**

## How was your delivery?



## Personal message

PSShip eMail Notification

### Tracking details

Tracking ID                                    282161779643

| | |
|---|---|
| From | Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC, US<br>20006 |
| To | Ryan Medrano<br>27 Maryland Plaza<br>2nd Floor<br>St. Louis, MO, US<br>63108 |
| Ship date | Wed 12/04/2024 12:09 PM |
| Number of pieces | 1 |
| Total shipment weight | 0.50 LB |
| Service | FedEx Priority Overnight |
| Reference | 099199/0000419060 |
| Shipper reference | 099199/0000419060 |

**TRACK SHIPMENT**



### FedEx can ship your holiday packages for less than the post office.

Two-day retail shipping, one flat rate. FedEx One Rate®.* *Effective 10/6/24-1/19/25.

**EXPLORE FEDEX ONE RATE®**

## This tracking update has been requested by:

| | |
|---|---|
| Company name | Willkie Farr & Gallagher LLP |
| Name | Perri Haser |

| Email | phaser@willkie.com |
|---|---|

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:19 AM CST 12/05/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID  1026