# EXHIBIT 9



UNITED STATES DISTRICT COURT
Southern District of New York
Docket number 24-cv-6563 (LJL)

**Ruby Freeman and Wandrea' Moss**

Plaintiff,
vs.

AFFIDAVIT OF NON SERVICE

**Rudolph W Giuliani ,**

Defendant,
_____/

I, Marybeth Rice  affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that as of 12/14/2024 at 5:37 PM, all attempts for service of process of the Subpoena for Deposition upon **Ryan Medrano**  at all addresses known or provided have not been successful therefore I am returning this paper as non served.

27 Maryland Plaza 2nd Floor, St Louis, MO 63108 is a secured building with airphone intercom

12/13/2024  7:12 PM   Lights on 2nd floor  server rand airphone  3 times before male voice answered stated he was Ryan's brother, in town for a few days
Ryan is out of town
12/14/2024  8:50 AM   No answer at airphone  rang others to see if someone would let me in    no luck, server spoke to female over airphone from another unit to see if she would let server in the building.  She stated no, they are tired of Ryan's mess and people bussing all hour of the day and night
12/14/2024  5:37 PM   No answer at airphone   but lights on again 2nd floor

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_Marybeth Rice_

The foregoing affidavit sworn and subscribed before me today, December 19, 2024

_Bridget Ranae Desimone_

| Samantha Lynne Clark | Bridget Ranae Desimone | Richard A. Raymond |

BRIDGET RANAE DESIMONE
Notary Public - Notary Seal
St. Louis City - State of Missouri
Commission Number 12483971
My Commission Expires Oct 5, 2026