IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>      Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>      Defendant. | No. 24-cv-6563 (LJL) |

### DECLARATION OF M. ANNIE HOUGHTON-LARSEN IN SUPPORT OF PLAINTIFFS' LETTER RE A STATUS CONFERENCE

I, M. Annie Houghton-Larsen, an attorney admitted to practice in this court, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned actions.

2. I submit this declaration in support of Plaintiffs' Letter re a Status Conference.

3. On December 17, 2024, Mr. Giuliani served second-amended initial disclosures, a true and correct copy of which is attached hereto as **Exhibit A**.

4. On December 17, 2024, Dr. Maria Ryan produced one document to Plaintiffs' counsel via email.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 19, 2024.       s/ M. Annie Houghton-Larsen
                     M. Annie Houghton-Larsen
                       Willkie Farr & Gallagher LLP
                       787 Seventh Avenue
                       New York, NY 10019

(212) 728-8000
mhoughton-larsen@willkie.com

*Attorney for Ruby Freeman and Wandrea' Moss*

2