UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
RUBY FREEMAN and WANDREA' MOSS,  :
:
                             Plaintiffs,  :      24-mc-00353 (LJL)
  -v-  :
:
RUDOLPH W. GIULIANI,  :
:
                            Defendant,  :
  -and-  :
:
ANDREW H. GIULIANI,  :
:
Intervenor-Defendant Applicant.  :
:
-------------------------------------------------------------- :
                                                                                         X
RUBY FREEMAN and WANDREA' MOSS,  :
:      24-cv-06563 (LJL)
                             Plaintiffs,  :
  -v-  :
:
RUDOLPH W. GIULIANI,  :      ORDER
:
                            Defendant.  :
:
-------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      Trial in this matter is scheduled to commence on January 16, 2025. Trial shall be limited to (1) the issue of the ownership of the three World Series rings subject to the motion to enforce judgment filed by Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs"), *see* 24-mc-00353, Dkt. No. 8, 9 at 9, and the claim by Andrew H. Giuliani ("Intervenor") to those rings, *see* Dkt. No. 45, 46, and (2) the applicability of the Florida Homestead Exemption, Fla. Const. art. X, § 4(a), to the Palm Beach condominium of Defendant Rudolph H. Giuliani ("Defendant") pursuant to Plaintiffs' request for declaratory judgment, *see* 24-cv-06563, Dkt. No. 1. The following shall apply:

1. By no later than December 23, 2024, at 5 p.m., the Parties, including Intervenor, shall file letters on ECF listing their proposed witnesses, the topics of their testimony, and a request for an amount of time for their direct examination. Absent good cause, a party may not call at trial a witness that has not been disclosed by letter to the Court by December 23, 2024, at 5 p.m.

2. Per the Case Management Plan, 24-cv-06563, Dkt. No. 53, Defendant and Intervenor shall make themselves available for deposition prior to the close of depositions on December 31, 2024. The Court is prepared to draw adverse inferences against a party who violates this Order.

3. Trial will begin with the question of the World Series rings and with the testimony of Mr. Rudolph W. Giuliani and Mr. Andrew H. Giuliani and will continue until completed.

4. No witness will be permitted to testify unless that witness has made full compliance with any interrogatories or document requests and shall have submitted himself or herself to a noticed deposition by December 31, 2024, absent a showing of good cause.

5. By no later than January 3, 2025, at 5:00 p.m., each party shall submit to the Court a list of proposed exhibits. Absent good cause, the Court will not receive an exhibit that has not been listed by January 3, 2025. Good cause will include the failure of a party or a witness to have produced such document or interrogatory response in response to a timely-served document request or interrogatory.

6. As previously ordered on November 26, 2024, 24-cv-06563, Dkt. No. 104, a proposed joint pretrial order, motions in limine, and proposed findings of fact and conclusions of law are due by 5 p.m. on January 6, 2025. Responses to the motions in limine are due on January 10, 2025, at 5 p.m. Absent good cause, no replies shall be entertained.

7. The Court will hold a pretrial conference on January 14, 2025, at 4:00 p.m. in Courtroom 15C, 500 Pearl Street, New York, NY. Parties shall be prepared at that conference to give the Court the final list of witnesses in the order which they will be presented after Mr. Rudolph Giuliani and Mr. Andrew Giuliani and a final list of exhibits.

8. Trial shall begin promptly at 9:00 a.m. on January 16, 2025, in Courtroom 15C. 500 Pearl Street, New York, NY. Defendant and Intervenor shall be present in person and shall be prepared to testify. Consistent with this Court's practice in bench trials and with the Court's instructions to the parties at the hearing on October 28, 2024, no opening statements shall be permitted.

SO ORDERED.

Dated: December 20, 2024
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge

3