UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Ruby Freeman and Wandrea' Moss                                    Case No. 24-cv-6563(LJL)
                                                                 Case No. 24-mc-353 (LJL)

                              Plaintiffs,

        -    against –

Rudolph W. Giuliani

                              Defendant.
----------------------------------------------------------X

<u>Defendant Rudolph W. Giuliani's Pretrial Disclosures</u>
<u>Pursuant to Federal Rule of Civil Procedure 26(a)(3)</u>

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant Rudolph W.
Giuliani ("Defendant"), by his undersigned counsel, submits the following pretrial disclosures.

**I.   Witnesses (Federal Rule of Civil Procedure, 26(a)(3)(i) and (ii)).**

Defendant provides the following list of potential trial witnesses for this case in chief:

1

# Defendant's Witnesses

| Name | Address | Telephone Number | Category | Topics of Testimony | Requested Amount of Time for Direct Testimony |
|---|---|---|---|---|---|
| Rudolph W. Giuliani | 315 S. Lake Drive, Apt 5-D, Palm Beach, Florida 33480 | c/o Defendant's counsel | Defendant expects to present | Rudolph W. Giuliani's relocation from his New York City Cooperative Apartment to his Palm Beach County, Florida condominium as his homesteaded property. | 1 hour |
| Maria Ryan | 418 Walnut Street, Manchester, New Hampshire 03104 | 603-540-2451 | Defendant expects to present | Rudolph W. Giuliani's relocation from his New York City Cooperative Apartment to his Palm Beach County, Florida condominium as his homesteaded property. | 30 minutes |
| Ryan Medrano | 27 Maryland Plaza, Apt 1B, St. Louis, Missouri 63108 | 646-509-6069 | Defendant expects to present | Rudolph W. Giuliani's relocation from his New York City Cooperative Apartment to his Palm Beach County, Florida condominium as his homesteaded property. | 30 minutes |
| Monsignor Alan Placa | 200 Eagleston Estate Boulevard, Palm Beach Gardens, Florida 33418 | 646-241-8553 | Defendant expects to present | Discussions of Rudolph W. Giuliani's relocation from his New York City Cooperative Apartment to his Palm Beach County, Florida condominium as his homesteaded property prior to 12/31/2023. | 30 minutes |

| | | | | | |
|---|---|---|---|---|---|
| Michael Ragusa | | 917-920-0424 | Defendant expects to present | Discussions of Rudolph W. Giuliani's relocation from his New York City Cooperative Apartment to his Palm Beach County, Florida condominium as his homesteaded property prior to 12/31/2023. | 30 minutes |
| Theodore Goodman | 111 West Douglass, Houghton, Michigan 49931 | 906-231-5849 | Defendant may call if the need arises | Photographs that had been taken showing Defendant. | 30 minutes |

Defendant reserves the right to call additional witnesses as deemed necessary by Defendant to rebut any testimony or other evidence offered by Plaintiffs.

**II.  Documents or other exhibits (Federal Rule of Civil Procedure, 26(a)(3)(iii).**

Defendant submits the following list of potential exhibits for his case in chief:

| Bates Stamp Numbered (not attached to court disclosure - provided directly to Plaintiffs' counsel) | Date | Description of Document | Category |
|---|---|---|---|
| Defendant's Trial Exhibit, # 001 to # 004 | 2/11/2010 | Deed dated February 11, 2010 in the name of Rudolph W. Giuliani and Judith S. Giuliani for the real property located at and known as Condominium Unit 5D, 315 S. Lake Drive, Palm Beach, Florida | Defendant expects to offer |

| | | | |
|---|---|---|---|
| Defendant's Trial Exhibit, # 005 to # 007 | 1/14/2020 | Deed dated January 14, 2020 in the name of Rudolph W. Giuliani for the real property located at and known as Condominium Unit 5D, 315 S. Lake Drive, Palm Beach, Florida | Defendant expects to offer |
| Defendant's Trial Exhibit, # 008 to # 012 | 7/12/2023 | Exclusive Right to Sell – Cooperative Agreement between Rudolph W. Giuliani and Sotheby's International Realty dated July 12, 2023 | Defendant expects to offer |
| Defendant's Trial Exhibit, # 013 to # 016 | 5/18/2024 | Application for Homestead and Related Tax Exemption | Defendant expects to offer |
| Defendant's Trial Exhibit, # 017 to # 018 | undated | Notice of Proposed Property Taxes and Proposed or Adopted Non-Ad Valorem Assessments | Defendant expects to offer |
| Defendant's Trial Exhibit, # 019 to # 020 | undated | Real Estate Tax Bill from the Palm Beach County Tax Assessor / Collector | Defendant expects to offer |
| Defendant's Trial Exhibit, # 021 | 7/13/2024 | Declaration of Domicile filed in the Office of the Palm Beach County Clerk on July 15, 2024 | Defendant expects to offer |
| Defendant's Trial Exhibit, # 022 | undated | New York State Department of Taxation and Finance confirmation of no Star Credit | Defendant expects to offer |
| Defendant's Trial Exhibit, # 023 | 8/30/2024 | New York City Department of Finance confirmation of no Cooperative Condominium Abatement | Defendant expects to offer |

| | | | |
|---|---|---|---|
| Defendant's Trial Exhibit, # 024 | 2/22/2024 | Florida driver's license of Rudolph W. Giuliani dated February 22, 2024 | Defendant expects to offer |
| Defendant's Trial Exhibit, # 025 | 5/8/2024 | Vehicle tag for 1980 Mercedes which bore Florida tag JA3414 | Defendant expects to offer |
| Defendant's Trial Exhibit, # 026 to # 029 | 5/17/2024 | Voter registration in the State of Florida – voter registration number 132378699 dated May 17, 2024 | Defendant expects to offer |
| Defendant's Trial Exhibit, # 030 to # 052 | undated | Personal Federal Income Tax Return for 2023 Redacted | Defendant expects to offer |
| Defendant's Trial Exhibit, # 053 to # 059 | undated | Calendar noting Defendants' presence inside and outside the State of Florida in 2024 | Defendant expects to offer |
| Defendant's Trial Exhibit, # 060 to # 092 | various dates | Photographs | Defendant expects to offer |
| Defendant's Trial Exhibit, # 093 to # 142 | March 1, 2024 through July 31, 2024 | Bank Statements | Defendant expects to offer |
| Defendant's Trial Exhibit, # 143 to # 144 | 10/23/2024 | Invoice #416642 from Corporate Transfer & Storage Inc. | Defendant expects to offer |
| Defendant's Trial Exhibit, # 145 | 10/16/2024 | Invoice #416641 from Corporate Transfer & Storage Inc. | Defendant expects to offer |
| Defendant's Trial Exhibit, # 146 to # 155 | 10/16/2024 | Invoice #416643 from Corporate Transfer & Storage Inc. | Defendant expects to offer |
| Defendant's Trial Exhibit, # 156 to # 173 | Closing date 2/20/2024, 7/22/2024 | American Express Bills | Defendant expects to offer |
| Defendant's Trial Exhibit, # 174 to # 175 | undated | Photograph of notes | Defendant expects to offer |

The foregoing list does not include all exhibits that Defendant may use on cross-examination or on rebuttal. Defendant reserves the right to amend and/or supplement this list with additional

documents, including but not limited to any documents provided in discovery and deposition transcripts not yet available, that may become necessary exhibits at the trial.

Dated: December 23, 2024
Staten Island, New York

_____
Joseph M. Cammarata, Esq.
Cammarata & DeMeyer P.C.
Attorneys for Defendant Rudolph W. Giuliani
456 Arlene Street,
Staten Island, New York 10314
718-477-0020


I certify that I have transmitted the foregoing document via email to Plaintiffs' counsel of record.

Dated: December 23, 2024
Staten Island, New York

_____
Joseph M. Cammarata, Esq.
Cammarata & DeMeyer P.C.
Attorneys for Defendant Rudolph W. Giuliani
456 Arlene Street,
Staten Island, New York 10314
718-477-0020