**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

December 23, 2024

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Freeman et al. v. Giuliani*, No. 24-cv-6563 (LJL)

Dear Judge Liman:

    Counsel for Plaintiffs Ruby Freeman and Wandrea' Moss respectfully submit this letter in response to the Court's order, ECF No. 139, directing Plaintiffs' counsel to submit its costs incurred in making the Motion to Compel Defendant Rudolph W. Giuliani to Answer Interrogatories #4 and #8 from Plaintiffs First Set of Interrogatories (the "Motion to Compel").

    Although none of the conditions in Rule 37(a)(5)(i)-(iii) are met, Plaintiffs respectfully waive their right to "reasonable expenses . . . , including attorney's fees" under Rule 37(a)(5) with respect to the Motion to Compel. The only expenses incurred in making the motion were attorney's fees, and because Plaintiffs' counsel is working on this matter *pro bono*, a recovery of attorney's fees in these circumstances would not ultimately benefit Plaintiffs themselves.

    Plaintiffs reserve all rights to seek recovery of expenses and attorney's fees with respect to other or future circumstances.

                                      Respectfully submitted,

                                      s/ Aaron E. Nathan