IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>       Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>       Defendant. | No. 24-mc-353<br>No. 24-cv-6563<br><br>**AFFIDAVIT OF SERVICE** |

  I, M. Annie Houghton-Larsen, an attorney admitted to practice in this court, declare as follows pursuant to 28 U.S.C. § 1746:

  1. I am over the age of 18 years old and reside in New York, New York. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned actions.

  2. Pursuant to this Court's December 20, 2024 Order (24-cv-6563, ECF No. 148; 24-mc-353, ECF No. 182), on December 20, 2024, I caused the following documents to be sent to Mr. Ryan Medrano via email to his email address at the domain giulianipartners.com: (1) Plaintiffs' letter-motion to compel Mr. Medrano to produce documents responsive to Plaintiffs' subpoena to produce documents and for an order permitting Plaintiffs to serve Mr. Medrano by alternative means (the "letter-motion") and the declaration and exhibits attached thereto (24-cv-6563, ECF Nos. 141, 142); (2) this Court's December 20, 2024 Order granting in part and denying in part the letter-motion (24-cv-6563, ECF No 148); (3) Plaintiffs' subpoena to testify at a deposition on December 31, 2024 directed to Mr. Medrano in accordance with this Court's Order on December 20, 2024 regarding pre-trial discovery, including that all depositions occur before December 31, 2024 (24-cv-6563, ECF No. 150; 24-mc-353, ECF No. 184); and (4) this Court's December 20, 2024 order regarding pre-trial discovery (24-mc-353, ECF No. 184).

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on December 23, 2024. | s/ M. Annie Houghton-Larsen<br>M. Annie Houghton-Larsen<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>MHoughton-Larsen@willkie.com<br><br>*Attorney for Ruby Freeman and Wandrea' Moss* |