# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>        Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>        Defendant. | No. 24-mc-353<br>No. 24-cv-6563<br><br>**AFFIDAVIT OF SERVICE** |

I, John Tyler Knoblett, hereby declare as follows pursuant to 28 U.S.C. § 1746:

 1. I am over the age of 18 years old and am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned actions.

 2. Pursuant to this Court's December 20, 2024 Order (24-cv-6563, ECF No. 148; 24-mc-353, 182), on December 20, 2024, I caused the following document to be served on Mr. Ryan Medrano via certified mail to his home address at 27 Maryland Plaza, Apt. 1B, St. Louis, Missouri, 63108: Plaintiffs' subpoena to testify at a deposition on December 31, 2024 directed to Mr. Medrano, in accordance to this Court's Order on December 20, 2024 regarding pre-trial discovery, including that all depositions occur before December 31, 2024 (24-cv-6563, ECF No. 150; 24-mc-353, ECF No. 184). The certified mail receipt number for this certified mailing is 9589 0710 5270 0289 8702 30.

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2024.

                          */s/ John Tyler Knoblett*
                          John Tyler Knoblett