**DIN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

RUBY FREEMAN and WANDREA' MOSS,

                    Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                    Defendant.

No. 24-mc-353
No. 24-cv-6563

**AFFIDAVIT OF SERVICE**

---

I, Perri Haser, hereby declare as follows pursuant to 28 U.S.C. § 1746:

    1.   I am over the age of 18 years old and am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned actions.

    2.   Pursuant to this Court's December 20, 2024 Order (24-cv-6563, ECF No. 148; 24-mc-353, ECF No. 182), on December 20, 2024, I caused the following documents to be served on Mr. Ryan Medrano via certified mail to his home address at 27 Maryland Plaza, Apt. 1B, St. Louis, Missouri, 63108: (1) Plaintiffs' letter-motion to compel Mr. Medrano to produce documents responsive to Plaintiffs' subpoena to produce documents and for an order permitting Plaintiffs to serve Mr. Medrano by alternative means (the "letter-motion") and the declaration and exhibits attached thereto (24-cv-6563, ECF Nos. 141, 142; 24-cv-353, ECF Nos. 176, 178); and (2) this Court's December 20, 2024 Order granting in part and denying in part the letter-motion (24-cv-6563, ECF No. 148; 24-cv-353, ECF No. 182). The certified mail receipt number for this certified mailing is 9589 0710 5270 1042 1224 29.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2024.

Perri Haser