IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>       Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>       Defendant. | No. 24-cv-6563<br>No. 24-mc-353<br><br>**AFFIDAVIT OF SERVICE** |

I, M. Annie Houghton-Larsen, an attorney admitted to practice in this court, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 years old and reside in New York, New York. I am counsel to Plaintiffs Ruby Freeman and Wandrea' Moss ("Plaintiffs") in the above-captioned actions.

2. Pursuant to this Court's December 20, 2024 Order (24-cv-6563, ECF No. 148; 24-mc-353, ECF No. 182), on December 23, 2024, I caused the following document to be sent to Mr. Ryan Medrano via email to his email address at the domain giulianipartners.com: Plaintiffs' subpoena to testify at a deposition on December 31, 2024 with a corrected case caption directed to Mr. Medrano.

3. Pursuant to this Court's December 20, 2024 Order (24-cv-6563, ECF No. 148; 24-mc-353, ECF No. 182), on December 24, 2024, I caused the following document to be served on Mr. Ryan Medrano via certified mail to his home address at 27 Maryland Plaza, Apt. 1B, St. Louis, Missouri, 63108: Plaintiffs' subpoena to testify at a deposition on December 31, 2024 with a corrected case caption directed to Mr. Medrano. The certified mail receipt number for this certified mailing is 9589 0710 5270 1042 1223 82.

I declare under penalty of perjury that the foregoing is true and correct.

- 2 -

| | |
|---|---|
| Executed on December 24, 2024. | s/ M. Annie Houghton-Larsen<br>M. Annie Houghton-Larsen<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>MHoughton-Larsen@willkie.com<br><br>*Attorney for Ruby Freeman and Wandrea' Moss* |