# Exhibit "5"

Defendant's anticipated exhibits 034

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

RUBY FREEMAN and WANDREA' MOSS

                Plaintiffs,

  -against-

RUDOLPH W. GIULIANI

                Defendant.
-----------------------------------------------------------------------------X

**No. 24-cv-6563(LJL)**

Defendants' response to Plaintiffs' First Set of Interrogatories

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33.3 of the Southern District of New York, Defendant Rudolph W. Giuliani submit the responses to Plaintiffs' First Set of Interrogatories.

## RESPONSES TO INTERROGATORIES

LOCAL CIVIL RULE 33.3(c) INTERROGATORY NO. 1: Identify the date on which You contend You established the Palm Beach Condo as Your homestead within the meaning of article X, section 4 of the Florida Constitution.

**RESPONSE:** January 1, 2024.

Dated: December 1, 2024
      Staten Island, New York

*Joseph M. Cammarata, Esq.*
_____
Joseph M. Cammarata, Esq.
Cammarata & De Meyer, P.C.
456 Arlene Street
Staten Island, New York 10314
Telephone: 718-477-0020
Email: joe@cdlawpc.com

Defendant's anticipated exhibits 204

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
RUBY FREEMAN and WANDREA' MOSS

                **No. 24-cv-6563(LJL)**

        Plaintiffs,

  -against-

                Defendants' verification of
                Defendant's response to Plaintiffs'
                First Set of Interrogatories

RUDOLPH W. GIULIANI

        Defendant.
-----------------------------------------------------------------------X

Verification

    Rudolph W. Giuliani hereby declares under penalties of perjury that the facts stated in the foregoing Defendant's Responses to Plaintiffs' First Set of Interrogatories are true and correct to the best of my knowledge, information and belief.

Dated: December 1, 2024

                                    *Signed by: Rudolph W. Giuliani*
                                    Rudolph W. Giuliani