# EXHIBIT "10"

Defendant's anticipated exhibits 258



**Department of Finance**

**Property Exemptions Administration**
**Compliance Unit**
**59 Maiden Lane, 22nd Floor**
**New York, NY  10038**

August 30, 2024

Gary Rosen, ESQ.
216 Lakeville Road
Great Neck, NY 11020

**Re: Property Tax Exemption Removal**
   **Borough**: Manhattan **Block**: 1381 **Lot:** 1104 **Unit**: 10W

Dear Gary Rosen,

Please be advised that the Cooperative Condominium Abatement (CCA) for Unit 10W at 45 East 66 Street, New York NY 10065, has been removed for the period beginning July 1, 2023. If you have any questions, please call 311.

Sincerely,

Property Exemptions Administration
Compliance Unit
New York City Department of Finance

If due to a disability you need an accommodation in order to apply for and receive a service or participate in a program offered by the Department of Finance, please contact the Disability Service Facilitator at www.nyc.gov/contactdofeeo or by calling 311.

Defendant's anticipated exhibits 259