# EXHIBIT "12"

Defendant's anticipated exhibits 262

Mail To:
RUDOLPH W GIULIANI, JUDITH S GIULIANI
315 SOUTHLAKE DR
PALM BEACH, FL 33469

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

CO/AGY   6  / 4         T# 1960102575
                        R# 15842281

# FLORIDA VEHICLE REGISTRATION

PLATE   JA3414      DECAL   01437896     Expires  Midnight Thu 05/28/2026

| YR/MK | 1989/MERZ | BODY | CV | COLOR | BLU | Reg. Tax | 36.20 | Class Code | 93 |
| VIN | 10704412094727 | | | TITLE | 113881904 | Init. Reg. | | Tax Months | 24 |
| Plate Type | AGR | NET WT | 3865 | | | County Fee | 0.00 | Back Tax Mos | 0 |
| | | | | | | Mail Fee | 5.65 | Credit Class | |
| | | | | | | Sales Tax | | Credit Months | 0 |
| Date issued | 5/8/2024 | Plate Issued | 5/8/2024 | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 47.65 | | |

IMPORTANT INFORMATION

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30 day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

RUDOLPH W GIULIANI, JUDITH S GIULIANI
315 SOUTHLAKE DR
PALM BEACH, FL 33480

AGR - ANTIQUE LICENSE PLATE    PLATE ISSUED X

Defendant's anticipated exhibits 263