# EXHIBIT "13"

Defendant's anticipated exhibits 264

Select Language  
Powered by Google Translate

My Information  Upcoming Elections  Previous Elections

[ New Search ]

# Rudolph W. Giuliani

**Voter Registration Number:** 132378699

## Voter Information

⊕ **Voter Status:** Eligible to vote in Palm Beach County.
You have a standing request to receive a mail ballot for elections occurring on or before 12/31/2024.

**Date Registered:** May 18, 2024

**Date of Birth:** May 28, 1944

**Party Affiliation:** REP

**Precinct:** 5603

**County:** Palm Beach

[ Request Registration Update ]

View Office Holders

View Precinct Statistics

## Contact Information

**Residence Address:**
315 S Lake Dr UNIT 5D
Palm Beach, FL 33480

**Mailing Address:**
315 S Lake Dr UNIT 5D
Palm Beach, FL 33480

[ Request Address Change ]

## Default Polling Location

**Morton & Barbara Mandel Recreation Center**
**340 Seaview Ave**
**Palm Beach, FL 33480**

# Upcoming Elections

There are no future elections currently listed. Would you like to request a mail ballot for all future elections?

[ Request a Mail Ballot ]

# Previous Election Activity

[+] 2024 General Election

[+] 2024 Primary Election

Defendant's anticipated exhibits 266

**Transparent Secure Democracy**

Defendant's anticipated exhibits 267



**Palm Beach County Supervisor of Elections**
**MAIN OFFICE:** 4301 Cherry Road, West Palm Beach, FL 33409
P.O. Box 22309, West Palm Beach, FL 33416
**P:** (561) 656-6200 | **F:** (561) 656-6287
**Hours for All Offices:** M - F: 8:30 AM - 5:00 PM

**NORTH COUNTY BRANCH OFFICE**
North County Courthouse
3188 P.G.A. Blvd.
Rm. #2401
Palm Beach Gardens, FL 33410

**P:** (561) 624-6555
**F:** (561) 624-6572

**SOUTH COUNTY BRANCH OFFICE**
Southeast PBC Administrative Complex
345 South Congress Avenue
Rm. #103
Delray Beach, FL 33445

**P:** (561) 276-1226
**F:** (561) 276-1321

**WEST COUNTY BRANCH OFFICE**
West County Office Building
2976 State Road #15
Second Floor
Belle Glade, FL 33430

**P:** (561) 992-1114
**F:** (561) 992-1219

**Candidates**
candidates@votepalmbeach.gov

**Vote by Mail**
votebymail@votepalmbeach.gov

**General Information**
info@votepalmbeach.gov

Accessibility Statement           Site Map

PLEASE NOTE: Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. Florida Statute 668.6076.