# EXHIBIT "14"

Defendant's anticipated exhibits 269

| Form **1040** | Department of the Treasury - Internal Revenue Service **U.S. Individual Income Tax Return** | **2023** | OMB No. 1545-0074 | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|---|

**For the year Jan. 1 - Dec. 31, 2023, or other tax year beginning** _____, **ending** _____    See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| RUDOLPH W. | GIULIANI | ▉▉▉▉ |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). If you have a P.O. box, see instructions. — **315 SOUTHLAKE DR.** — Apt. no. **5D**

City, town, or post office. If you have a foreign address, also complete spaces below. — **PALM BEACH** — State **FL** — ZIP code **33480**

Foreign country name — Foreign province/state/county — Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent ▶

**Digital Assets**  At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes  ☒ No

**Standard Deduction**  Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  ☒ Were born before January 2, 1959  ☐ Are blind  **Spouse:**  ☐ Was born before January 2, 1959  ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instr. and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instr.): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | **1a** |
| b | Household employee wages not reported on Form(s) W-2 | **1b** |
| c | Tip income not reported on line 1a (see instructions) | **1c** |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | **1d** |
| e | Taxable dependent care benefits from Form 2441, line 26 | **1e** |
| f | Employer-provided adoption benefits from Form 8839, line 29 | **1f** |
| g | Wages from Form 8919, line 6 | **1g** |
| h | Other earned income (see instructions) | **1h** |
| i | Nontaxable combat pay election (see instructions) ......... **1i** | |
| z | Add lines 1a through 1h | **1z** |

Attach Sch. B if required.

| 2a | Tax-exempt interest | **2a** | | b Taxable interest | **2b** |
|---|---|---|---|---|---|
| 3a | Qualified dividends | **3a** | | b Ordinary dividends | **3b** |
| 4a | IRA distributions | **4a** | | b Taxable amount | **4b** ▉▉ |
| 5a | Pensions and annuities | **5a** | | b Taxable amount | **5b** |
| 6a | Social security benefits | **6a** ▉▉ | | b Taxable amount | **6b** ▉▉ |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | | |

**Standard Deduction for -**
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions.

| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **7** ▉ |
|---|---|---|
| 8 | Additional income from Schedule 1, line 10 | **8** |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | **9** |
| 10 | Adjustments to income from Schedule 1, line 26 | **10** |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | **11** ▉ |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | **12** |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | **13** |
| 14 | Add lines 12 and 13 | **14** ▉▉ |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | **15** |

LHA  **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**   Form **1040** (2023)

313921 12-04-23

Defendant's anticipated exhibits 270

Form 1040 (2023)        RUDOLPH W. GIULIANI                                    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | ███████ |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | ███████ ⋅ |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | ███████ ⋅ |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | ████ ⋅ ⋅ |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | ███████ ⋅ |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 | 25a | |
| | b | Form(s) 1099 | 25b | |
| | c | Other forms (see instructions) | 25c | |
| | d | Add lines 25a through 25c | 25d | |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2023 estimated tax payments and amount applied from 2022 return | 26 | |
| | 27 | Earned income credit (EIC) | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | |
| Direct deposit? See instructions. | b | Routing number _____  c Type: ☐ Checking  ☐ Savings | | |
| | | Account number _____ | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** | 36 | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | ███████ ⋅ |
| | 38 | Estimated tax penalty (see instructions) | 38 | ████ ⋅ |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions    ☑ **Yes.** Complete below.   ☐ **No**

Designee's name _____   Phone no. _____   Personal identification number (PIN) _____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | EXECUTIVE | |

Joint return? See instructions. Keep a copy for your records.

| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | ████████ |
|---|---|---|---|

Phone no. _____   Email address _____

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| JOSEPH RICCI | | | P█████ | ☐ Self-employed |

Firm's name  Ricci and Company, CPA, P.C.                      6██ █ ███
Firm's address  80 Orville Dr. Suite 100
Bohemia, NY 11716                                              8 ███████

Go to *www.irs.gov/Form1040* for instructions and the latest information.        Form **1040** (2023)

313922  12-04-23

| | | |
|---|---|---|
| **SCHEDULE 1**<br>**(Form 1040)**<br><br>Department of the Treasury<br>Internal Revenue Service | **Additional Income and Adjustments to Income**<br><br>**Attach to Form 1040, 1040-SR, or 1040-NR.**<br>**Go to www.irs.gov/Form1040 for instructions and the latest information.** | OMB No. 1545-0074<br><br>**2023**<br>Attachment<br>Sequence No. **01** |

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
RUDOLPH W. GIULIANI                                                                                          1█ ██ █

**Part I    Additional Income**

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | **1** | |
| 2a | Alimony received | **2a** | |
| b | Date of original divorce or separation agreement (see instructions) | | |
| 3 | Business income or (loss). Attach Schedule C | **3** | ██ ██ |
| 4 | Other gains or (losses). Attach Form 4797 | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **5** | ██ ██ . |
| 6 | Farm income or (loss). Attach Schedule F | **6** | |
| 7 | Unemployment compensation | **7** | |
| 8 | Other income: | | |
| a | Net operating loss | **8a** ( ██ ) | |
| b | Gambling | **8b** | |
| c | Cancellation of debt | **8c** | |
| d | Foreign earned income exclusion from Form 2555 | **8d** ( ) | |
| e | Income from Form 8853 | **8e** | |
| f | Income from Form 8889 | **8f** | |
| g | Alaska Permanent Fund dividends | **8g** | |
| h | Jury duty pay | **8h** | |
| i | Prizes and awards | **8i** | |
| j | Activity not engaged in for profit income | **8j** | |
| k | Stock options | **8k** | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | **8l** | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | **8m** | |
| n | Section 951(a) inclusion (see instructions) | **8n** | |
| o | Section 951A(a) inclusion (see instructions) | **8o** | |
| p | Section 461(l) excess business loss adjustment | **8p** | |
| q | Taxable distributions from an ABLE account (see instructions) | **8q** | |
| r | Scholarship and fellowship grants not reported on Form W-2 | **8r** | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | **8s** ( ) | |
| t | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan | **8t** | |
| u | Wages earned while incarcerated | **8u** | |
| z | Other income. List type and amount: | | |
| | **See Statement 3** | **8z** ██ | |
| 9 | Total other income. Add lines 8a through 8z | **9** | ██ █ |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | **10** | ██ ██ █ |

For Paperwork Reduction Act Notice, see your tax return instructions.                                                     Schedule 1 (Form 1040) 2023

LHA    314141  12-14-23

Defendant's anticipated exhibits 272

Schedule 1 (Form 1040) 2023      Page **2**

## Part II    Adjustments to Income

| | | | |
|---|---|---|---|
| 11 | Educator expenses | **11** | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | **12** | |
| 13 | Health savings account deduction. Attach Form 8889 | **13** | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | **14** | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | **15** | |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | **16** | |
| 17 | Self-employed health insurance deduction | **17** | |
| 18 | Penalty on early withdrawal of savings | **18** | |
| 19a | Alimony paid | **19a** | |
| b | Recipient's SSN | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction | **20** | |
| 21 | Student loan interest deduction | **21** | |
| 22 | Reserved for future use | **22** | |
| 23 | Archer MSA deduction | **23** | |
| 24 | Other adjustments: | | |

| | | | | |
|---|---|---|---|---|
| a | Jury duty pay (see instructions) | **24a** | | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | **24b** | | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | **24c** | | |
| d | Reforestation amortization and expenses | **24d** | | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | **24e** | | |
| f | Contributions to section 501(c)(18)(D) pension plans | **24f** | | |
| g | Contributions by certain chaplains to section 403(b) plans | **24g** | | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | **24h** | | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | **24i** | | |
| j | Housing deduction from Form 2555 | **24j** | | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | **24k** | | |
| z | Other adjustments. List type and amount: | **24z** | | |

| | | | |
|---|---|---|---|
| 25 | Total other adjustments. Add lines 24a through 24z | **25** | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | **26** | |

Schedule 1 (Form 1040) 2023

314142  12-14-23

Defendant's anticipated exhibits 273

| SCHEDULE 2 (Form 1040) Department of the Treasury Internal Revenue Service | **Additional Taxes** Attach to Form 1040, 1040-SR, or 1040-NR. Go to www.irs.gov/Form1040 for instructions and the latest information. | OMB No. 1545-0074 **2023** Attachment Sequence No. 02 |
|---|---|---|

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
RUDOLPH W. GIULIANI

| **Part I** | **Tax** | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 .......................................................... | **1** | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 ................................ | **2** | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 | **3** | ██████████ |

| **Part II** | **Other Taxes** | | | | |
|---|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE ..................................................... | | | **4** | |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 | **5** | | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 | **6** | | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 | | | **7** | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required If not required, check here ......................................................... ☐ | | | **8** | |
| 9 | Household employment taxes. Attach Schedule H ................................. | | | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required ............ | | | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 ..................................... | | | **11** | |
| 12 | Net investment income tax. Attach Form 8960 .................................. | | | **12** | ██████████ |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 | | | **13** | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares | | | **14** | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 | | | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 .......................... | | | **16** | |

(continued on page 2)

**For Paperwork Reduction Act Notice, see your tax return instructions.**    Schedule 2 (Form 1040) 2023

LHA    314151 12-14-23

Defendant's anticipated exhibits 274

Schedule 2 (Form 1040) 2023      Page **2**

| Part II | Other Taxes *(continued)* | | |
|---|---|---|---|
| **17** | Other additional taxes: | | |
| **a** | Recapture of other credits. List type, form number, and amount | **17a** | |
| **b** | Recapture of federal mortgage subsidy, if you sold your home see instructions | **17b** | |
| **c** | Additional tax on HSA distributions. Attach Form 8889 | **17c** | |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 | **17d** | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 | **17e** | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | **17f** | |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property | **17g** | |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A | **17h** | |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A | **17i** | |
| **j** | Section 72(m)(5) excess benefits tax | **17j** | |
| **k** | Golden parachute payments | **17k** | |
| **l** | Tax on accumulation distribution of trusts | **17l** | |
| **m** | Excise tax on insider stock compensation from an expatriated corporation | **17m** | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 | **17n** | |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR | **17o** | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund | **17p** | |
| **q** | Any interest from Form 8621, line 24 | **17q** | |
| **z** | Any other taxes. List type and amount: | **17z** | |
| **18** | Total additional taxes. Add lines 17a through 17z | | **18** |
| **19** | Reserved for future use | | **19** |
| **20** | Section 965 net tax liability installment from Form 965-A | **20** | |
| **21** | Add lines 4, 7 through 16, and 18. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b | | **21** |

Schedule 2 (Form 1040) 2023

314152 12-14-23

Defendant's anticipated exhibits 275

Form **2210**

Department of the Treasury
Internal Revenue Service

## Underpayment of Estimated Tax by Individuals, Estates, and Trusts

Attach to Form 1040, 1040-SR, 1040-NR, or 1041.
Go to www.irs.gov/Form2210 for instructions and the latest information.

OMB No. 1545-0140

**2023**
Attachment
Sequence No. **06**

Name(s) shown on tax return

RUDOLPH W. GIULIANI

Identifying number

██████████

## Do You Have To File Form 2210?

| | |
|---|---|
| Complete lines 1 through 7 below. Is line 4 or line 7 less than $1,000? | **Yes** → **Don't file Form 2210.** You don't owe a penalty. |

**No** ↓

| | |
|---|---|
| Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? | **Yes** → You **don't** owe a penalty. **Don't** file Form 2210 unless **box E** in Part II applies, then file page 1 of Form 2210. |

**No** ↓

| | |
|---|---|
| You may owe a penalty. Does any box in Part II below apply? | **Yes** → You **must** file Form 2210. Does box **B, C, or D** in Part II apply? |

**No** ↓

**No** ←    **Yes** → You must figure your penalty.

**Don't file Form 2210.** You aren't required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III as a worksheet and enter your penalty amount on your tax return, but **don't file Form 2210.**

You **aren't** required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III as a worksheet and enter your penalty amount on your tax return, but **file only page 1 of Form 2210.**

### Part I   Required Annual Payment

| | | | |
|---|---|---|---|
| 1 | Enter your 2023 tax after credits from Form 1040, 1040-SR, or 1040-NR, line 22. (See the instructions if not filing Form 1040.) | **1** | ██,██ |
| 2 | Other taxes, including self-employment tax and, if applicable, Additional Medicare Tax and/or Net Investment Income Tax (see instructions) | **2** | ████ |
| 3 | Other payments and refundable credits (see instructions) | **3** | (████) |
| 4 | Current year tax. Combine lines 1, 2, and 3. If less than $1,000, **stop**; you don't owe a penalty. **Don't file** Form 2210 | **4** | ████ |
| 5 | Multiply line 4 by 90% (0.90) | 5 ████ | |
| 6 | ████████ taxes. **Don't** include estimated tax payments. See instructions | **6** | |
| 7 | Subtract line 6 from line 4. If less than $1,000, **stop**; you don't owe a penalty. **Don't file** Form 2210 | **7** | ██,██ |
| 8 | Maximum required annual payment based on prior year's tax (see instructions) | **8** | ██,██ |
| 9 | **Required annual payment.** Enter the **smaller** of line 5 or line 8 | **9** | ██,██ |

**Next:** Is line 9 more than line 6?

☐ **No.** You **don't** owe a penalty. **Don't** file Form 2210 unless box **E** below applies.

☒ **Yes.** You may owe a penalty, but **don't** file Form 2210 unless one or more boxes in Part II below applies.
- If box **B, C, or D** applies, you must figure your penalty and file Form 2210.
- If box **A** or **E** applies (but not **B, C, or D**), file only page 1 of Form 2210. You **aren't** required to figure your penalty; the IRS will figure it and send you a bill for any unpaid amount. If you want to figure your penalty, you may use Part III as a worksheet and enter your penalty on your tax return, but **file only page 1 of Form 2210.**

### Part II   Reasons for Filing. Check applicable boxes. If none apply, **don't** file Form 2210.

| | | |
|---|---|---|
| A | ☐ | You request a **waiver** (see instructions) of your entire penalty. You must check this box and file page 1 of Form 2210, but you aren't required to figure your penalty. |
| B | ☐ | You request a **waiver** (see instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210. |
| C | ☐ | Your income varied during the year and your penalty is reduced or eliminated when figured using the **annualized income installment method.** You must figure the penalty using Schedule AI and file Form 2210. |
| D | ☐ | Your penalty is lower when figured by treating the federal income tax withheld from your income as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210. |
| E | ☐ | You filed or are filing a joint return for either 2022 or 2023, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210, but you **aren't** required to figure your penalty (unless box **B, C, or D** applies). |

For Paperwork Reduction Act Notice, see separate instructions.

Form **2210** (2023)

LHA    312501 01-11-24

Form 2210 (2023)  RUDOLPH W. GIULIANI  ███  ████████████  Page **2**

| **Part III** | **Penalty Computation** (See the instructions if you're filing Form 1040-NR.) |

### Section A – Figure Your Underpayment

| | | **Payment Due Dates** | | | |
|---|---|---|---|---|---|
| | | **(a)** 4/15/23 | **(b)** 6/15/23 | **(c)** 9/15/23 | **(d)** 1/15/24 |
| 10 | **Required installments.** If box C in Part II applies, enter the amounts from Schedule AI, line 27. Otherwise, enter 25% (0.25) of line 9, Form 2210, in each column. For fiscal year filers, see instructions ..... **10** | ███████████████████████████████ | | | |
| 11 | Estimated tax paid and tax withheld (see the instructions). For column (a) only, also enter the amount from line 11 on line 15, column (a). If line 11 is equal to or more than line 10 for all payment periods, stop here; you don't owe a penalty. **Don't file Form 2210 unless you checked a box in Part II** ....... **11** | | | | |

**Complete lines 12 through 18 of one column before going to line 12 of the next column.**

| 12 | Enter the amount, if any, from line 18 in the previous column ............................................ **12** | | | | |
|---|---|---|---|---|---|
| 13 | Add lines 11 and 12 .................................................. **13** | | | | |
| 14 | Add the amounts on lines 16 and 17 in the previous column **14** | ███████████████████████████████████████ | | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0-. For column (a) only, enter the amount from line 11 **15** | ██████████████████████████████████████████████ | | | |
| 16 | If line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- **16** | | ████████████████ | | |
| 17 | **Underpayment.** If line 10 is equal to or more than line 15, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 .................... **17** | █ ███ | ██ █ | ██ ██ | ██ ██ |
| 18 | Overpayment. If line 15 is more than line 10, subtract line 10 from line 15. Then go to line 12 of the next column ... **18** | | | | |

### Section B – Figure the Penalty (Use the Worksheet for Form 2210, Part III, Section B – Figure the Penalty in the instructions.)

| 19 | **Penalty.** Enter the total penalty from line 14 of the Worksheet for Form 2210, Part III, Section B – Figure the Penalty. Include this amount on Form 1040, 1040-SR, or 1040-NR, line 38; or Form 1041, line 27. **Don't file Form 2210 unless you checked a box in Part II** ........................................................ | **19** | ██████████████ |

Form **2210** (2023)

**See Attached Worksheet**

312502  01-11-24

| SCHEDULE C<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.<br>Go to www.irs.gov/ScheduleC for instructions and the latest information. | OMB No. 1545-0074<br>**2023**<br>Attachment<br>Sequence No. 09 |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| RUDOLPH W. GIULIANI | |

**A** Principal business or profession, including product or service (see instructions)
PODCASTING

**B** Enter code from instructions

**C** Business name. If no separate business name, leave blank.
GIULIANI COMMUNICATIONS LLC

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ 315 SOUTHLAKE Dr Apt 5D
City, town or post office, state, and ZIP code PALM BEACH, FL 33480

**F** Accounting method: (1) [X] Cash (2) ☐ Accrual (3) ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses ......... [X] Yes ☐ No

**H** If you started or acquired this business during 2023, check here ......... ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions ......... ☐ Yes [X] No

**J** If "Yes," did you or will you file required Form(s) 1099? ......... ☐ Yes ☐ No

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐ | 1 | |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 Repairs and maintenance | 21 | |
| | | | | 22 Supplies (not included in Part III) | 22 | |
| | | | | 23 Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 Travel and meals: | | |
| | | | | a Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27 a Other expenses (from line 48) | 27a | |
| 17 | Legal and professional services | 17 | | b Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | 28 | |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____<br>and (b) the part of your home used for business: _____ .<br>Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.
LHA   320001  10-25-23                                                      Schedule C (Form 1040) 2023

Defendant's anticipated exhibits 278

Schedule C (Form 1040) 2023     **RUDOLPH W. GIULIANI**     Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

**33**   Method(s) used to value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34**   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ............................................................................................. ☐ **Yes**   ☐ **No**

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** | |
| **36** Purchases less cost of items withdrawn for personal use | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself | **37** | |
| **38** Materials and supplies | **38** | |
| **39** Other costs | **39** | |
| **40** Add lines 35 through 39 | **40** | |
| **41** Inventory at end of year | **41** | |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43**   When did you place your vehicle in service for business purposes? (month/day/year)     ____ / ____ / ____

**44**   Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:
   **a** Business _____    **b** Commuting _____    **c** Other _____

**45**   Was your vehicle available for personal use during off-duty hours? ................................................ ☐ **Yes**   ☐ **No**

**46**   Do you (or your spouse) have another vehicle available for personal use? ................................... ☐ **Yes**   ☐ **No**

**47 a**   Do you have evidence to support your deduction? ................................................................... ☐ **Yes**   ☐ **No**
   **b**   If "Yes," is the evidence written? ............................................................................................ ☐ **Yes**   ☐ **No**

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26, line 27b, or line 30. |
|---|---|

| | |
|---|---|
| CONSULTING | ████████ |
| NYS LLC FEE | ████████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48**   **Total other expenses.** Enter here and on line 27a | **48**   ████████ |

320002 10-25-23                               Schedule

Defendant's anticipated exhibits 279

| SCHEDULE D<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Capital Gains and Losses**<br><br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>**Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.**<br>Go to www.irs.gov/ScheduleD for instructions and the latest information. | OMB No. 1545-0074<br>**2023**<br>Attachment<br>Sequence No. **12** |
|---|---|---|

| Name(s) shown on return<br><br>RUDOLPH W. GIULIANI | Your social security number |
|---|---|

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year? ☐ Yes ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

**Part I** Short-Term Capital Gains and Losses - Generally Assets Held One Year or Less (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)**<br>Proceeds<br>(sales price) | **(e)**<br>Cost<br>(or other basis) | **(g)**<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part I,<br>line 2, column (g) | **(h) Gain or (loss)**<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| 1a  Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b ................................................ | | | | |
| 1b  Totals for all transactions reported on Form(s) 8949 with **Box A** checked ................................ | | | | |
| 2  Totals for all transactions reported on Form(s) 8949 with **Box B** checked ................................ | | | | |
| 3  Totals for all transactions reported on Form(s) 8949 with **Box C** checked ................................ | | | | |

| 4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 ........... | | 4 | |
| 5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts<br>from Schedule(s) K-1 ............................................................................................. | | 5 | |
| 6  Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss**<br>**Carryover Worksheet** in the instructions ................................................................. | | 6 | ( ) |
| 7  **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term<br>capital gains or losses, go to Part II below. Otherwise, go to Part III on page 2 ............................... | | 7 | |

**Part II** Long-Term Capital Gains and Losses - Generally Assets Held More Than One Year (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)**<br>Proceeds<br>(sales price) | **(e)**<br>Cost<br>(or other basis) | **(g)**<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part II,<br>line 2, column (g) | **(h) Gain or (loss)**<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| 8a  Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b ................................................ | | | | |
| 8b  Totals for all transactions reported on Form(s) 8949 with **Box D** checked ............................... | | | | |
| 9  Totals for all transactions reported on Form(s) 8949 with **Box E** checked ............................... | | | | |
| 10  Totals for all transactions reported on Form(s) 8949 with **Box F** checked ............................... | | | | |

| 11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss)<br>from Forms 4684, 6781, and 8824 ........................................................................ | | 11 | |
| 12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from<br>Schedule(s) K-1 .......................................... See Statement 4 ........................... | | 12 | ▉. |
| 13  Capital gain distributions. See the instructions .......................................................... | | 13 | |
| 14  Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover**<br>**Worksheet** in the instructions ......................................................................... | | 14 | ( ▉.) |
| 15  **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then, go to<br>Part III on page 2 ....................................................................................... | | 15 | ▉ > |

LHA    **For Paperwork Reduction Act Notice, see your tax return instructions.**          Schedule D (Form 1040) 2023

320511  12-21-23

Schedule D (Form 1040) 2023     **RUDOLPH W. GIULIANI**       ███████████   Page **2**

**Part III**   **Summary**

**16**   Combine lines 7 and 15 and enter the result .................................................... **16**   ███████████

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then, go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 22.

**17**   Are lines 15 and 16 **both** gains?

☐ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18**   If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet ............................. **18**

**19**   If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet ............................. **19**

**20**   Are lines 18 and 19 both zero or blank and you are not filing Form 4952?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16. **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21**   If line 16 is a loss, enter here and on Form 1040, 1040-SR, or 1040-NR, line 7, the **smaller** of:

- The loss on line 16; or
- ($3,000), or if married filing separately, ($1,500)

    }    **See Statement 5**     **21** (   ██████████

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**   Do you have qualified dividends on Form 1040, 1040-SR, or 1040-NR, line 3a?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16.

☒ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

Schedule D (Form 1040) 2023

320512 12-21-23

Defendant's anticipated exhibits 281

Schedule E (Form 1040) 2023      Attachment Sequence No. **13**    Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

**RUDOLPH W. GIULIANI**

Your social security number

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II   Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198.** See instructions.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section .................................................. ☐ Yes ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | GIULIANI & COMPANY LLC | P | | ▓▓▓▓▓ | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | ▓▓▓ | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a | Totals | | | ▓▓▓ | |
| b | Totals | | | | |

30   Add columns (h) and (k) of line 29a ....................... 30 ▓▓
31   Add columns (g), (i), and (j) of line 29b ................... 31 (▓▓▓)
32   **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 ... 32 ▓▓▓

## Part III   Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a | Totals | | | |
| b | Totals | | | |

35   Add columns (d) and (f) of line 34a ........................ 35
36   Add columns (c) and (e) of line 34b ........................ 36 ( )
37   **Total estate and trust income or (loss).** Combine lines 35 and 36 ... 37

## Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39   Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ... 39

## Part V   Summary

40   Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ... 40
41   **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 ... 41 ▓▓▓
42   **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. **See instructions.** ... 42
43   **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules ... 43

321501 11-07-23           Schedule E (Form 1040) 2023

**INCOME FROM PASSTHROUGH STATEMENT, PAGE 1**                                        2023

**SCHEDULE E**
Name  RUDOLPH W. GIULIANI                                                          SSN/▮ ▮▮▮▮▮▮▮
Passthrough  GIULIANI & COMPANY LLC          ID  01-0557795                             Taxpayer
Partnership

| Nonpassive | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE E, PAGE 2** | | | | | | | | |
| Ordinary business income (loss) | | | | | | | | |
| Rental real estate income (loss) | | | | | | | | |
| Other net rental income (loss) | | | | | | | | |
| Intangible drilling costs/dry hole costs | | | | | | | | |
| Self-charged passive interest expense | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 and carryover | | | | | | | | |
| Disallowed section 179 expense | | | | | | | | |
| Excess farm loss | | | | | | | | |
| Net income (loss) | | | | | | | | |
| First passive other | | | | | | | | |
| Second passive other | | | | | | | | |
| Cost depletion | | | | | | | | |
| Percentage depletion | | | | | | | | |
| Depletion carryover | | | | | | | | |
| Disallowed due to 65% limitation | | | | | | | | |
| Unreimbursed expenses (nonpassive) | | | | | | | | |
| Nonpassive other | | | | | | | | |
| Total Schedule E (page 2) | | | | | | | | |
| **FORM 4797** | | | | | | | | |
| Section 1231 gain (loss) | | | | | | | | |
| Section 179 recapture on disposition | | | | | | | | |
| **SCHEDULE D** | | | | | | | | |
| Net short-term cap. gain (loss) | | | | | | | | |
| Net long-term cap. gain (loss) | | | | | | | | |
| Section 1256 contracts & straddles | | | | | | | | |
| **FORM 4952** | | | | | | | | |
| Investment interest expense - Sch. A | | | | | | | | |
| Other net investment income | | | | | | | | |
| **ITEMIZED DEDUCTIONS** | | | | | | | | |
| Charitable contributions | | | | | | | | |
| Deductions related to portfolio income | | | | | | | | |
| Other | | | | | | | | |

321551  04-01-23

INCME FROM PASSTHROUGH STATEMENT, PAGE 2                                                    2023

**SCHEDULE E**
Name   RUDOLPH W. GIULIANI                                                                  SSN/EIN ▮▮▮▮▮
Passthrough GIULIANI & COMPANY LLC                          ID   ▮▮▮▮▮▮        Taxpayer
Partnership

| Nonpassive | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **INTEREST AND DIVIDENDS** | | | | | | | | |
| Interest income | | | | | | | | |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | | | | | | | | |
| Qualified dividends | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| **FORM 6251** | | | | | | | | |
| Depreciation adjustment after 12/31/86 | | | | | | | | |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Self-employment earnings (loss)/Wages | | | | | | | | |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |
| **FORM 8995** | | | | | | | | |
| Qualified business income | | | | | | | | |
| Qualified service income | | | | | | | | |
| Section 199A W-2 wages | | | | | | | | |
| Section 199A unadjusted basis | | | | | | | | |

321552 04-01-23

Defendant's anticipated exhibits 284

| Form **8960** | | Net Investment Income Tax - Individuals, Estates, and Trusts | OMB No. 1545-2227 | |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | Attach to your tax return. Go to www.irs.gov/Form8960 for instructions and the latest information. | **2023** Attachment Sequence No. 72 | |

Name(s) shown on your tax return
**RUDOLPH W. GIULIANI**

### Part I  Investment Income

☐ Section 6013(g) election (see instructions)
☐ Section 6013(h) election (see instructions)
☐ Regulations section 1.1411-10(g) election (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| **1** | Taxable interest (see instructions) | | | **1** | |
| **2** | Ordinary dividends (see instructions) | | | **2** | |
| **3** | Annuities (see instructions) | | | **3** | |
| **4a** | Rental real estate, royalties, partnerships, S corporations, trusts, trades or businesses, etc. (see instructions) | **4a** | ■ | | |
| **b** | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions)  **Statement 6** | **4b** | ■ | | |
| **c** | Combine lines 4a and 4b | | | **4c** | ■ |
| **5a** | Net gain or loss from disposition of property (see instructions) | **5a** | | | |
| **b** | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) | **5b** | | | |
| **c** | Adjustment from disposition of partnership interest or S corporation stock (see instructions) | **5c** | | | |
| **d** | Combine lines 5a through 5c | | | **5d** | |
| **6** | Adjustments to investment income for certain CFCs and PFICs (see instructions) | | | **6** | |
| **7** | Other modifications to investment income (see instructions)  **See Statement 7** | | | **7** | |
| **8** | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | | | **8** | |

### Part II  Investment Expenses Allocable to Investment Income and Modifications

| | | | | | |
|---|---|---|---|---|---|
| **9a** | Investment interest expenses (see instructions) | **9a** | | | |
| **b** | State, local, and foreign income tax (see instructions) | **9b** | | | |
| **c** | Miscellaneous investment expenses (see instructions) | **9c** | | | |
| **d** | Add lines 9a, 9b, and 9c | | | **9d** | |
| **10** | Additional modifications (see instructions) | | | **10** | |
| **11** | Total deductions and modifications. Add lines 9d and 10 | | | **11** | |

### Part III  Tax Computation

| | | | | | |
|---|---|---|---|---|---|
| **12** | Net investment income. Subtract Part II, line 11, from Part I, line 8. Individuals, complete lines 13-17. Estates and trusts, complete lines 18a - 21. If zero or less, enter -0- | | | **12** | |

**Individuals:**

| | | | | | |
|---|---|---|---|---|---|
| **13** | Modified adjusted gross income (see instructions) | **13** | ■ | | |
| **14** | Threshold based on filing status (see instructions) | **14** | | | |
| **15** | Subtract line 14 from line 13. If zero or less, enter -0- | **15** | | | |
| **16** | Enter the smaller of line 12 or line 15 | | | **16** | |
| **17** | Net investment income tax for individuals. Multiply line 16 by 3.8% (0.038). **Enter here and include on your tax return** (see instructions) | | | **17** | ■ |

**Estates and Trusts:**

| | | | | | |
|---|---|---|---|---|---|
| **18a** | Net investment income (line 12 above) | **18a** | | | |
| **b** | Deductions for distributions of net investment income and charitable deductions (see instructions) | **18b** | | | |
| **c** | Undistributed net investment income. Subtract line 18b from line 18a (see instructions). If zero or less, enter -0- | **18c** | | | |
| **19a** | Adjusted gross income (see instructions) | **19a** | | | |
| **b** | Highest tax bracket for estates and trusts for the year (see instructions) | **19b** | | | |
| **c** | Subtract line 19b from line 19a. If zero or less, enter -0- | **19c** | | | |
| **20** | Enter the smaller of line 18c or line 19c | | | **20** | |
| **21** | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (0.038). **Enter here and include on your tax return** (see instructions) | | | **21** | |

LHA  **For Paperwork Reduction Act Notice, see your tax return instructions.**   Form **8960** (2023)

323121  12-09-23

Defendant's anticipated exhibits 285

# Worksheet for NOL Deduction

**2023**

Name(s) as shown on return
**RUDOLPH W. GIULIANI**

Social Security Number

**USE YOUR 2023 FORM 1040 TO COMPLETE THE WORKSHEET:**

1. Enter as a positive number the NOL carryover NOT subject to 80% of taxable income limit
2. Enter as a positive number the NOL carryover subject to 80% of taxable income limit ......
3. Total NOL carryover ................................................
4. Taxable income before the NOL deduction ................................................
5. NOL carryover NOT subject to 80% of taxable income limit ................................................
6. Subtract line 5 from line 4 (but not less than zero) ................................................
7. Multiply line 6 by 80% ................................................
8. Enter the lesser of lines 2 or 7. This is the deductible amount of the NOL carryovers reported on line 2
9. Enter the amount from line 1 ................................................
10. NOL deduction. Add lines 8 and 9. Enter on Schedule 1, line 8a ................................................

**TAXABLE INCOME WITHOUT THE NOL DEDUCTION:**

11. Enter the amounts from Form 1040, lines 1z, 2b, 3b, 4b, 5b and 7 ................................................
12. Enter the taxable social security benefits ................................................
13. Enter the amount from Schedule 1, lines 1, 2a, 4 and 7 ................................................
14. Enter the amount from Schedule 1, line 3 ................................................
15. Enter the amount from Schedule 1, line 5 ................................................
16. Enter the amount from Schedule 1, line 6 ................................................
17. Enter the amount from Schedule 1, line 9 ................................................
18. Add lines 11 through 17. This is your total income calculated without regard to NOLs ......
19. Enter the amounts from Schedule 1, lines 11 through 19a and other adjustments
20. Enter the IRA deduction ................................................
21. Enter the student loan interest deduction ................................................
22. Enter the Archer MSA deduction ................................................
23. Adjusted gross income without regard to the NOL deduction. Subtract lines 19 through 22 from line 18
24. Enter the amount from Schedule A, line 4 ................................................
25. Enter the amount from Schedule A, line 7 ................................................
26. Enter the amount from schedule A, lines 10 and 16 ................................................
27. Enter the amount from Schedule A, line 14 ................................................
28. Enter the amount from Schedule A, line 15 ................................................
29. Enter the larger of the standard deduction or the sum of lines 24 through 28 ................................................
30. Enter the capital construction fund and other deductions ................................................
31. Taxable income without regard to the NOL and qualified business income deductions. Subtract lines 29 through 30 from line 23. If zero or less, enter 0. Enter on line 4 above ...

316691 09-26-23

Defendant's anticipated exhibits 286



| NOL | | | Detail NOL Carryover/Carryback Worksheet | | | | | | | | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name(s) RUDOLPH W. GIULIANI | | | | | | | | | | ▮▮▮ | |
| Year Carried From | Amount Available for Carryover/Carryback | Amount Used in 2023 | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in |
| *2022 | ▮▮▮▮. | ▮▮▮. | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Totals | ▮▮▮. | | | | | | | | | | |

Total amount available for carryover ▮▮▮▮ ▮ ▮▮▮▮▮r

Remaining carryover

322211 04-01-23

Defendant's anticipated exhibits 287

| AMT NOL | | | Detail AMT NOL Carryover Worksheet | | | | | | | | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Name(s) **RUDOLPH W. GIULIANI**  Social Security Number ███████

| Year Carried From | Amount Available for Carryover | Amount Used in 2023 | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *2022 | ███████ | ███████ | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Totals | ███████ | ███████ | | | | | | | | | |

Total amount available for carryover  ███████
Less total amounts used  ███████
Less total amounts expired  0.
Remaining carryover  0.

* Sec. 461 Carryover

316721 04-01-23

Defendant's anticipated exhibits 288

RUDOLPH W. GIULIANI

| Form 1040 | IRA Distributions | Statement 1 |
|-----------|-------------------|-------------|

| Name of Payer | Gross Distribution | Taxable Amount |
|---------------|--------------------|----------------|
| PERSHING LLC | ███████ | ███████ |
| Total to Form 1040, lines 4a and 4b | ███████ | ███████ |

Statement(s) 1

Defendant's anticipated exhibits 289



RUDOLPH W. GIULIANI

Form 1040               Social Security Benefits Worksheet          Statement 2

Check only one box:
X A. Single, Head of household, or Qualifying surviving spouse
  B. Married filing jointly
  C. Married filing separately and lived with your spouse
     at any time during 2023
  D. Married filing separately and lived apart from your spouse
     for all of 2023

 1. Enter the total amount from Box 5 of all your
    Forms SSA-1099 and RRB-1099. Also, enter this amount on
    Form 1040, line 6a
        If you checked Box B: Taxpayer amount
                             Spouse amount
 2. Multiply line 1 by 50% (0.50)
 3. Add the amounts on Form 1040, lines 1z, 2a, 2b, 3b, 4b, 5b,
    7 and 8. If filing Form 8815, don't include the amount from
    line 2b. Instead, use the amount from Schedule B, line 2.
    Do not include any amounts from box 5 of Forms SSA-1099 or
    RRB-1099
 4. Enter the amount of any exclusions from foreign earned
    income, foreign housing, income from U.S. possessions,
    or income from Puerto Rico by bona fide residents of
    Puerto Rico that you claimed
 5. Add lines 2, 3, and 4
 6. Add the amounts from Schedule 1, lines 11 through 20,
    and 23 and 25
 7. Subtract line 6 from line 5
 8. Enter:   $25000. if you checked Box A or D, or
             $32000. if you checked Box B, or
             $-0-    if you checked Box C
 9. Is the amount on line 8 less than the amount on line 7?
    [ ] No. Stop. None of your social security benefits are
    taxable. Enter -0- on Form 1040, line 6b. If you are
    married filing separately and you lived apart from your
    spouse for all of 2023, be sure you entered 'D' to the
    right of the word "benefits" on line 6a.
    [X] Yes. Subtract line 8 from line 7
10. Enter $9000.  if you checked Box A or D,
         $12000. if you checked Box B
         $-0-    if you checked Box C
11. Subtract line 10 from line 9. If zero or less, enter -0-
12. Enter the smaller of line 9 or line 10
13. Enter one half of line 12
14. Enter the smaller of line 2 or line 13
15. Multiply line 11 by 85% (.85). If line 11 is zero, enter -0-
16. Add lines 14 and 15
17. Multiply line 1 by 85% (.85)

18. Taxable benefits.  Enter the smaller of line 16 or line 17

      * Also enter this amount on Form 1040, line 6b

Defendant's anticipated exhibits 290

RUDOLPH W. GIULIANI ████████████

| Schedule 1 | Miscellaneous Income | Statement 3 |

**Description** Amount

PERSONAL SECURITY RECEIVED ████

Total to Schedule 1, line 8z ███.

| Schedule D | Net Long-Term Gain or Loss from Partnerships, S Corporations, and Fiduciaries | Statement 4 |

| Description of Activity | Gain or Loss | 28% Gain |
|---|---|---|
| GIULIANI & COMPANY LLC | ██ | |
| Total to Schedule D, Part II, line 12 | ██ | |

| Schedule D | Capital Loss Carryover | Statement 5 |

1. Enter the amount from Form 1040, line 15
2. Enter the loss from Schedule D, line 21, as a positive amount
3. Combine lines 1 and 2. If zero or less, enter -0-
4. Enter the smaller of line 2 or line 3

5. Enter the loss from Schedule D, line 7, as a positive amount
6. Enter the gain, if any, from Schedule D, line 15
7. Add lines 4 and 6
8. Short-term capital loss carryover to next year. Subtract line 7 from line 5. If zero or less, enter -0-

9. Enter the loss from Schedule D, line 15, as a positive amount
10. Enter the gain, if any, from Schedule D, line 7
11. Subtract line 5 from line 4. If zero or less, enter -0-
12. Add lines 10 and 11
13. Long-term capital loss carryover to next year. Subtract line 12 from line 9. If zero or less, enter -0-

Defendant's anticipated exhibits 291

RUDOLPH W. GIULIANI

| Form 8960 | Trade or Business Income | Statement 6 |

GIULIANI & COMPANY LLC
GIULIANI COMMUNICATIONS LLC

Amount to Form 8960, line 4B

| Form 8960 | Other Modifications to Investment Income | Statement 7 |

PERSONAL SECURITY RECEIVED

Amount to Form 8960, line 7

6, 7

Defendant's anticipated exhibits 292