# EXHIBIT "15"

Defendant's anticipated exhibits 293

Docusign Envelope ID: C3394853-3014-48FB-8BD2-DBACED6F97BC
Case 1:24-cv-06563-LJL    Document 42-9    Filed 10/16/24    Page 2 of 8
Case 1:24-cv-06563-LJL    Document 165-15    Filed 12/24/24    Page 2 of 8

# February 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 X | 2 X | 3 X |
| 4 X | 5 X | 6 X | 7 Defendant gives testimony via Zoom in Bankruptcy Court, Section 341 hearing. New York | 8 New York | 9 New York | 10 New York |
| 11 New York | 12 Palm Beach | 13 Palm Beach | 14 Palm Beach | 15 Palm Beach | 16 Palm Beach | 17 Palm Beach |
| 18 Palm Beach | 19 Palm Beach | 20 Palm Beach | 21 Palm Beach | 22 Palm Beach | 23 Palm Beach | 24 Palm Beach |
| 25 Palm Beach | 26 Palm Beach | 27 Palm Beach | 28 Palm Beach | 29 Palm Beach | | |

Defendant's anticipated exhibits 294

Docusign Envelope ID: C3394853-3014-48FB-8BD2-DBACED6F07BC
Case 1:24-cv-06563-LJL   Document 165-15   Filed 12/24/24   Page 3 of 8
Case 1:24-cv-06563-LJL   Document 42-9   Filed 10/16/24   Page 3 of 8

# March 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1<br>Palm Beach | 2<br>Palm Beach |
| 3<br>Palm Beach | 4<br>New York | 5<br>New York | 6<br>New York | 7<br>New York | 8<br>New York | 9<br>New York |
| 10<br>New York | 11<br>Palm Beach | 12<br>Palm Beach | 13<br>Palm Beach | 14<br>Palm Beach | 15<br>Palm Beach | 16<br>Palm Beach |
| 17<br>Palm Beach | 18<br>Palm Beach | 19<br>Palm Beach | 20<br>Palm Beach | 21<br>Palm Beach | 22<br>Palm Beach | 23<br>Palm Beach |
| 24<br>Palm Beach | 25<br>Palm Beach | 26<br>Palm Beach | 27<br>Palm Beach | 28<br>Palm Beach | 29<br>Palm Beach | 30<br>Palm Beach |
| 31<br>Palm Beach |  |  |  |  |  |  |

Defendant's anticipated exhibits 295

Docusign Envelope ID: C3394853-3014-48FB-8BD2-DBACED6F07BC
Case 1:24-cv-06563-LJL   Document 165-15   Filed 12/24/24   Page 4 of 8
Case 1:24-cv-06563-LJL   Document 42-9   Filed 10/16/24   Page 4 of 8

# April 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1<br>New York | 2<br>New York | 3<br>New York | 4<br>New York | 5<br>New Hampshire | 6<br>New Hampshire |
| 7<br>New Hampshire | 8<br>New Hampshire | 9<br>New York | 10<br>New York | 11<br>Tulsa, Oklahoma | 12<br>New York | 13<br>New York |
| 14<br>New York | 15<br>New York | 16<br>New York | 17<br>New York | 18<br>New York | 19<br>New Hampshire | 20<br>New Hampshire |
| 21<br>New Hampshire | 22<br>New York | 23<br>New York | 24<br>New York | 25<br>New York | 26<br>New York | 27<br>New York |
| 28<br>Palm Beach | 29<br>Palm Beach | 30<br>Palm Beach |  |  |  |  |

Defendant's anticipated exhibits 296

Docusign Envelope ID: C3394853-3014-48FB-8BD2-DBACED6F07BC
Case 1:24-cv-06563-LJL  Document 165-15  Filed 12/24/24  Page 5 of 8
Case 1:24-cv-06563-LJL  Document 42-9  Filed 10/16/24  Page 5 of 8

# May 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  | 1<br>Palm Beach | 2<br>Palm Beach | 3<br>Palm Beach | 4<br>Palm Beach |
| 5<br>Palm Beach | 6<br>Palm Beach | 7<br>Palm Beach | 8<br>Palm Beach | 9<br>Palm Beach | 10<br>Palm Beach | 11<br>Palm Beach |
| 12<br>Palm Beach | 13<br>Palm Beach | 14<br>Palm Beach | 15<br>Palm Beach | 16<br>Palm Beach | 17<br>Palm Beach | 18<br>Palm Beach |
| 19<br>Palm Beach | 20<br>Palm Beach | 21<br>Palm Beach | 22<br>Palm Beach | 23<br>Palm Beach | 24<br>Palm Beach | 25<br>Palm Beach |
| 26<br>Palm Beach | 27<br>New York | 28<br>New York | 29<br>New York | 30<br>New York | 31<br>New York |  |

Defendant's anticipated exhibits 297

Docusign Envelope ID: C3394853-3014-48FB-8BD2-DBACED6F07BC
Case 1:24-cv-06563-LJL  Document 165-15  Filed 12/24/24  Page 6 of 8
Case 1:24-cv-06563-LJL  Document 42-9  Filed 10/16/24  Page 6 of 8

# June 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1<br>New York |
| 2<br>New York | 3<br>New York | 4<br>New York | 5<br>New York | 6<br>New York | 7<br>Michigan | 8<br>Michigan |
| 9<br>Michigan | 10<br>Arizona | 11<br>New York | 12<br>New York | 13<br>New York | 14<br>New York | 15<br>New York |
| 16<br>New York | 17<br>New York | 18<br>New Hampshire | 19<br>New Hampshire | 20<br>New Hampshire | 21<br>New Hampshire | 22<br>New Hampshire |
| 23<br>New Hampshire | 24<br>New Hampshire | 25<br>New Hampshire | 26<br>New Hampshire | 27<br>New Hampshire | 28<br>New Hampshire | 29<br>New Hampshire |
| 30<br>New Hampshire | | | | | | |

Defendant's anticipated exhibits 298

Docusign Envelope ID: C3394853-3014-48FB-8BD2-DBACED6F07BC
Case 1:24-cv-06563-LJL    Document 165-15    Filed 12/24/24    Page 7 of 8
Case 1:24-cv-06563-LJL    Document 42-9    Filed 10/16/24    Page 7 of 8

# July 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 1<br>New Hampshire | 2<br>New Hampshire | 3<br>New Hampshire | 4<br>New Hampshire | 5<br>New Hampshire | 6<br>New Hampshire |
| 7<br>New Hampshire | 8<br>New Hampshire | 9<br>New Hampshire | 10<br>New Hampshire | 11<br>New Hampshire | 12<br>New Hampshire | 13<br>New Hampshire |
| 14<br>New York/Milwaukee | 15<br>Milwaukee | 16<br>Milwaukee | 17<br>Milwaukee | 18<br>Milwaukee | 19<br>Milwaukee | 20<br>Milwaukee |
| 21<br>New Hampshire | 22<br>New Hampshire | 23<br>New Hampshire | 24<br>New Hampshire | 25<br>New Hampshire | 26<br>Paris | 27<br>Paris |
| 28<br>Paris | 29<br>London | 30<br>Paris/London | 31<br>Paris/London | | | |

Defendant's anticipated exhibits 299

Docusign Envelope ID: C3394853-3014-48FB-8BD2-DBACED6F07BC
Case 1:24-cv-06563-LJL   Document 165-15   Filed 12/24/24   Page 8 of 8
Case 1:24-cv-06563-LJL   Document 42-9   Filed 10/16/24   Page 8 of 8

# August 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  | 1 Paris | 2 New Hampshire | 3 New Hampshire |  |
| 4 New Hampshire | 5 New Hampshire | 6 New Hampshire | 7 New Hampshire | 8 New Hampshire | 9 X | 10 X |
| 11 X | 12 X | 13 X | 14 X | 15 X | 16 X | 17 X |
| 18 X | 19 X | 20 X | 21 X | 22 X | 23 X | 24 X |
| 25 X | 26 X | 27 X | 28 X | 29 X | 30 X | 31 X |

Defendant's anticipated exhibits 300