EXHIBIT "16"





# Add tag

**January 9, 2024 10:04 PM**    Edit

20240109_220400.jpg

/Internal storage/DCIM/Camera

Defendant's anticipated exhibits 303

Docusign Envelope ID: C3394853-3914-48FB-8B93-DBACED6F97BC



January 11, 2024 8:55 PM

20240111_205523.jpg

/Internal storage/DCIM/Camera

Samsung SM-F936U

1.75 MB | 4000x2252 | 9MP

ISO 125 | 23mm | -2.0ev | F1.8 | 1/120 s

Docusign Envelope ID: C3394853-3014-48FB-8BB3-DBACED6F97BC



10:26

**February 12, 2024 8:15 PM**          Edit

20240212_201537.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**  Motion photo

5.66 MB  |  4000x2252  |  9MP

ISO 200  |  23mm  |  -2.0ev  |  F1.8  |  1/120 s



Docusign Envelope ID: C3394853-3014-48FB-8B93-DBACED6F97BC



10:26

# Add tag

NGRESSIONAL SPECIAL ELECTION IN NEW YORK: Mazi Pilip (R) v. Tom Suozzi (D)

**February 13, 2024 8:09 PM**          **Edit**

20240213_200913.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**   Motion photo

5.99 MB | 4000x2252 | 9MP

ISO 100 | 23mm | 0.0ev | F1.8 | 1/120 s

Docusign Envelope ID: C3394853-3914-48FB-8B92-DBACED6F97BC



**February 15, 2024 9:26 PM**    **Edit**

20240215_212631.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**  Motion photo

6.30 MB  |  4000x2252  |  9MP

ISO 50  |  23mm  |  -2.0ev  |  F1.8  |  1/120 s

Docusign Envelope ID: C3394853-3914-48FB-8BD3-DBACED6F97BC



# Add tag

**February 17, 2024 5:37 PM**          Edit

20240217_173712.jpg
/Internal storage/DCIM/Camera

**Samsung SM-F936U**   Motion photo

6.60 MB | 4000x2252 | 9MP

ISO 32 | 13mm | 0.0ev | F2.2 | 1/163 s

Docusign Envelope ID: C3394852-3014-485B-8B02-DBACED6597BC



# Add tag

**March 2, 2024 2:00 PM**                    Edit

20240302_140016.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**   Motion photo

6.20 MB   |   4000x2252   |   9MP

ISO 200   |   23mm   |   0.0ev   |   F1.8   |   1/120 s

Docusign Envelope ID: C3394852-3014-48FB-8BD2-DBACED6597BC



**March 11, 2024 9:30 PM**          Edit

20240311_213025.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**   Motion photo

3.83 MB │ 1999x1620 │ 3MP

ISO 800 │ 23mm │ 0.0ev │ F1.8 │ 1/60 s

Docusign Envelope ID: C3394852-3014-48FB-8BD2-DBACED6597BC



# Add tag

**March 12, 2024 8:08 PM**                    **Edit**

20240312_200830.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**   Motion photo

5.79 MB  |  4000x2252  |  9MP

ISO 160  |  23mm  |  0.0ev  |  F1.8  |  1/180 s

Docusign Envelope ID: C3394852-3D14-48F8-8BD2-DBACED6597BC



# Add tag

**March 13, 2024 3:05 PM**    **Edit**

20240313_150556.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**    Motion photo

6.18 MB    4000x2252    9MP

ISO 500    23mm    0.0ev    F1.8    1/120 s



# March 15, 2024 8:09 PM          Edit

20240315_200944.jpg
/Internal storage/DCIM/Camera

**Samsung SM-F936U** Motion photo

6.03 MB | 4000x2252 | 9MP
ISO 100 | 23mm | 0.0ev | F1.8 | 1/120 s





Docusign Envelope ID: C3394852-3014-48FB-8BD2-DBACED6597BC



# Add tag

**March 20, 2024 9:22 PM**          Edit

20240320_212246.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**  Motion photo

6.04 MB  |  4000x2252  |  9MP

ISO 200  |  23mm  |  0.0ev  |  F1.8  |  1/120 s



# Add tag

March 21, 2024 5:05 PM                              Edit

20240321_170520.jpg

/Internal storage/DCIM/Camera

Samsung SM-F936U   Motion photo

5.81 MB │ 4000x2252 │ 9MP

ISO 200 │ 23mm │ -2.0ev │ F1.8 │ 1/120 s

Defendant's anticipated exhibit 318

Docusign Envelope ID: C3394852-3D14-48FB-8B02-DBACED6597BC



March 23, 2024 4:01 PM     Edit

20240323_160146.jpg
/Internal storage/DCIM/Camera

Samsung SM-F936U    Motion photo

6.23 MB  |  2252x4000  |  9MP

ISO 20  |  23mm  |  0.0ev  |  F1.8  |  1/424 s

Docusign Envelope ID: C3394852-3014-48EB-8BD2-DBACED6597BC



March 25, 2024 9:55 PM          **Edit**

20240325_205520.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**  Motion photo

3.83 MB  |  2301x2252  |  5MP

ISO 40  |  23mm  |  -2.0ev  |  F1.8  |  1/120 s

Defendant's anticipated exhibits 520



# March 26, 2024 9:33 PM       Edit

20240326_213314.jpg

/Internal storage/DCIM/Camera

## Samsung SM-F936U  Motion photo

5.30 MB | 4000x2252 | 9MP

ISO 160 | 23mm | 0.0ev | F1.8 | 1/120 s

Docusign Envelope ID: C3394852-3D14-485B-8B02-DBACED6597BC



Docusign Envelope ID: C3394852-3014-48EB-8BD2-DBACED6597BC



# Add tag

May 1, 2024 8:41 PM

Edit

20240501_204151.jpg
/Internal storage/DCIM/Camera

Samsung SM-F936U   Motion photo

5.91 MB | 2252x4000 | 9MP
ISO 250 | 23mm | -2.0ev | F1.8 | 1/120 s

Defendant's unopposed Exhibit 323

Docusign Envelope ID: C3394852-3014-48E8-8B02-DBACED6597BC



Defendant's anticipated exhibit 324







Defendant's anticipated exhibits 327

Docusign Envelope ID: C3394853-3014-48FB-8B02-DBACED6597BC



May 14, 2024 12:53 PM          Edit

20240514_125333.jpg
/Internal storage/DCIM/Camera

Samsung SM-F936U    Motion photo

6.73 MB    4000x2252    9MP

ISO 20    23mm    0.0ev    F1.8    1/219 s

Defendant's anticipated exhibits 328





Defendant's anticipated exhibits 330



# Add tag

May 19, 2024 11:10 AM                    Edit

20240519_111017.jpg
/Internal storage/DCIM/Camera

Samsung SM-F936U   Motion photo

6.14 MB    2252x4000    9MP

ISO 50    23mm    0.0ev    F1.8    1/180 s

Defendant's anticipated exhibits 331



# Add tag

May 19, 2024 11:10 AM                    Edit

20240519_111017.jpg
/Internal storage/DCIM/Camera

Samsung SM-F936U    Motion photo

6.14 MB    2252x4000    9MP
ISO 50    23mm    0.0ev    F1.8    1/180 s

Defendant's anticipated exhibits 332



# Add tag

May 20, 2024 5:50 PM                    Edit

20240520_175023.jpg
/Internal storage/DCIM/Camera

Samsung SM-F936U    Motion photo

6.67 MB    2252x4000    9MP

ISO 1000    23mm    0.0ev    F1.8    1/120 s

Docusign Envelope ID: C3394852-3D14-48F8-8B02-DBACED6597BC



Defendant's anticipated exhibits 334