# EXHIBIT "18"

Defendant's anticipated exhibits 354



Defendant's anticipated exhibits 355



Defendant's anticipated exhibits 356