# Exhibit "22"

Defendant's anticipated exhibits 420

**Corporate Transfer &
Storage Inc.**
90 13th Avenue Unit 4
Ronkonkoma, NY 11779
631-676-2620
www.corporatetransfer.co
m



# Invoice 416642

**BILL TO**
Dr Mari Ryan
New Hampshire Health
System

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 10/23/2024 | $46,406.57 | 10/23/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 10/04/2024 | All materials needed to complete this portion of the job. | 0.15 | 36,720.00 | 5,508.00T |
| 10/04/2024 | Project Manager:<br>5 days | 40 | 198.00 | 7,920.00 |
| 10/04/2024 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 10/05/2024 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 0/06/2024 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 0/07/2024 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 0/08/2024 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 0/08/2024 | Warehouse Handling Inbound: | 6 | 400.00 | 2,400.00 |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|------|-------------|---|-----|------|--------|
| 10/08/2024 | Storage: 6 containers (Approx. 2,000lbs) Each container is 5'X5'X7') of household goods October 2024 | | 6 | 200.00 | 1,200.00T |

**Payment due upon deliver COD**

| | |
|---|---|
| SUBTOTAL | 45,828.00 |
| TAX | 578.57 |
| TOTAL | 46,406.57 |

| | |
|---|---|
| TOTAL DUE | $46,406.57 |

THANK YOU.

**Corporate Transfer & Storage Inc.**
90 13th Avenue Unit 4
Ronkonkoma, NY 11779
631-676-2620
www.corporatetransfer.com



### Invoice 416641

**BILL TO**
Dr Mari Ryan
New Hampshire Health System

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/16/2024 | $21,457.48 | 10/16/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/19/2024 | All materials needed to complete this portion of the job. | 0.15 | 14,352.00 | 2,152.80T |
| 09/19/2024 | Project Manager: 3 days | 24 | 198.00 | 4,752.00 |
| 10/01/2024 | Household Goods: Load out from Sky Line Warehouse 485 Brown Court Oceanside, New York. 3 vans, 1 supervisor, 3 drivers, 6 men | 8 | 1,060.00 | 8,480.00 |
| 0/02/2024 | Household Goods: Unload into Corporate Transfer & Storage 3 vans, 1 supervisor, 3 drivers, 6 men | 8 | 1,060.00 | 8,480.00 |
| 0/02/2024 | Warehouse Handling Inbound: 24 skids | 24 | 200.00 | 4,800.00 |
| 0/02/2024 | Storage: 1 month 24 pallets 5'X5'X8' unknown boxes and loose furniture October 2024 | 24 | 100.00 | 2,400.00T |

'ayment due upon deliver COD

| | |
|---|---|
| SUBTOTAL | 31,064.80 |
| TAX | 392.68 |
| TOTAL | 31,457.48 |
| PAYMENT | 10,000.00 |
| **TOTAL DUE** | **$21,457.48** |

THANK YOU.

**Corporate Transfer &**
**Storage Inc.**
90 13th Avenue Unit 4
Ronkonkoma, NY 11779
631-676-2620
www.corporatetransfer.co
m



# Invoice 416643

BILL TO

Dr Mari Ryan
New Hampshire Health
System

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/16/2024 | $25,702.23 | 10/16/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/06/2023 | All materials needed to complete this portion of the job. | 0.15 | 14,688.00 | 2,203.20T |
| 07/06/2023 | Project Manager: 2 days | 16 | 198.00 | 3,168.00 |
| 07/07/2023 | Household Goods: Pack Load out from NYC Address will be given. 1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 07/08/2023 | Household Goods: Pack Load out from NYC Address will be given. 1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 7/09/2023 | Warehouse Handling Inbound: | 2 | 400.00 | 800.00 |
| 0/15/2024 | Storage: 18 months 2 containers (Approx. 2,000lbs) Each container is 5'X5'X7') of household goods from July 2023 to November 2024 | 36 | 200.00 | 7,200.00T |

Payment due upon deliver COD

| | | |
|---|---|---|
| SUBTOTAL | | 24,891.20 |
| TAX | | 811.03 |
| TOTAL | | 25,702.23 |

| TOTAL DUE | $25,702.23 |
|---|---|

THANK YOU.

# Inventory Summary

| Item Name | Quantity |
|---|---|
| Bundle of Items Paper Paded & Shrink Wrapped/Rug/Flag/Extension Cord | 1 unit |
| Gray Furniture Room Hers Masks & Christmas from Bottom of Closet/1.5Ctn | 1 unit |
| Gray Furniture Room/Her Clothes/Wardrobe | 1 unit |
| Headboard From Master Bedroom/Wood Chipped in some spots/Paded & Shrink Wrapped | 1 unit |
| Master Bedroom Bed Slats/Bundled Paper Pads on Bottom | 1 unit |
| Master Bedroom King Footboard/Wood Chipped on some spots/ Paded & Shrink Wrapped | 1 unit |
| Master Bedroom Lamp & Pillows/Dishpack 5.1Ctn | 1 unit |
| Master Bedroom Side Rails Chipped Up on some spots/Padded | 1 unit |
| Sofa Bed Leather 3 Seater/Living Room | 1 unit |
| Study Room Books/1.5Ctn | 1 unit |
| Television From Office/ 6 Mirror Ctns to cover & Shrink Wrapped | 1 unit |
| Black Leather OS Chairs/ Paper Pads & Shrink Wrapped | 1 unit |
| Bundle of 3 Small Pictures/Wrapped in White Paper | 1 unit |
| Bundle of Miscellaneous Bats/Canes/Wrapped in Paper Pads | 1 unit |
| Camra Stand From Media Room in Case | 1 unit |
| Clear Container PBO/Media Items | 1 unit |
| Cushioned Ottoman Yellow/Shrink Wrapped | 1 unit |
| Diplomas/2 Mirror Ctns to Make 1 Item | 1 unit |
| Easel Pads/PBO | 2 units |
| Golf bag | 1 unit |
| Gray Room Television/2 3.0 Ctns Cut Plus Padded and Shrink Wrapped | 1 unit |

Defendant's anticipated exhibits 425

| | |
|---|---|
| Hallway Closet/Cleaning Supplies/Rug Cleaner/Wardrobe | 1 unit |
| Living Room Picture/ Used 2 Mirror Ctns | 1 unit |
| Manorias/Miscellaneous/PBO Clear Container | 1 unit |
| Master Bedroom File Cabinet on Wheels/ Wrapped in Pads | 1 unit |
| Master Bedroom Side Rails/Wrapped in Pads | 1 unit |
| Media Room Armoire/Wrapped in Pads and Shrink Wrapped | 1 unit |
| Painting/Chipped Frame/Paper Pads | 1 unit |
| Painting/Wrapped in Paper Pads | 1 unit |
| Plastic Bin PBO/ Christmas Supplies | 1 unit |
| Plastic Bin/PBO Drapes | 1 unit |
| Plastic Tub PBO/Media Supplies | 1 unit |
| Plastic Tube PBO/Christmas Supplies | 1 unit |
| Red Over Stuffed Chairs Shrink Wrapped | 2 units |
| Small Cigar Box | 1 unit |
| Small Green Blanket | 1 unit |
| 2 Pictures/Hole in One Picture/Lincoln Picture/2 Mirror Ctns to Cover | 1 unit |
| 9/11 Print Picture/Wrapped in Paper Pads | 1 unit |
| American Flag/4 Mirror Ctns to Cover | 1 unit |
| Back Office & Bathroom/Miscellaneous Supplies/C-Bin | 1 unit |
| Clear Bin of Christmas Decorations/PBO | 1 unit |
| Comfoter im Clear Bag PBO | 1 unit |
| Electronics/3.0 Ctn | 1 unit |
| Fan Gray Room/Cut 3.0Ctn | 1 unit |
| Framed Oil Painting of Lady/Wrapped In Paper Pads | 1 unit |
| Golf Bags/Cut Wardrobe | 1 unit |
| Good Will Fire Company #2 Signed | 1 unit |

Defendant's anticipated exhibits 426

| Gray Furniture Room/Under Bed Pictures/Loose Glass Inside/4 Mirror Ctns Tapped Together/1 Ctn Total | 1 unit |
|---|---|
| Gray Room Dresser Mirror/4 Mirror Ctns Used/1 Mirror | 1 unit |
| Grey Furniture Room Bed Parts/Bundle Covered in Paper Pads | 1 unit |
| Kitchen Double Hand Statue From Shelvs Around Refrigerator/1.5Ctn Capped | 1 unit |
| Lawyer Sitting At Desk/4 Mirror Ctns to Cover | 1 unit |
| Master Bedroom Mirror/4 Mirror Ctns Used/ 1 Item | 1 unit |
| Master Bedroom Miscellaneous Items From Desk/1.5Ctn | 1 unit |
| Master Bedroom Miscellaneous from Desk Drawers/1.5Ctn | 1 unit |
| Medium Mirror/Wrapped in Paper Pads | 1 unit |
| Micky Mantle Picture/3 Mirror Ctns to Cover | 1 unit |
| Office Statues &Bookends/Dishpack 5.2Ctn | 1 unit |
| Picture of John Daly/Wrapped in Paper Pads | 1 unit |
| Picture of Train Yard&FDNY Fire Figuter | 1 unit |
| Rudy Awards/PBO Small Box | 1 unit |
| Rudy Birthday Prints Total of 5 | 1 unit |
| Rudy Study Room/Electronics | 1 unit |
| Rudys Personal Books/PBO Small White Tote | 1 unit |
| Rudys Wires From Desk/PBO Plastic Tote | 1 unit |
| Skeleton/Holoween Decorations | 1 unit |
| Small Cabinet/Chest/Wrapped in Paper Pads | 1 unit |
| Small Media Room Electronics & Miscellaneous/3.0 Ctn | 1 unit |
| Small Media Room File Cabinet/3.0Ctn | 1 unit |
| Small Media Room Miscellaneous Supplies/Dishpack 5.2Ctn | 1 unit |
| Small Media Room Miscellaneous/Dishpack 5.2 Ctn | 1 unit |
| Small Media Room/Artwork & Folding Tables/Wardrobe | 1 unit |
| Small Media Room/File Cabinet & Office Supplies/3.0 Ctn | 1 unit |

| | |
|---|---|
| Small Media Room/Folders/Paper/Office Supplies/3.0 Ctn | 1 unit |
| Small Media Room/Miscellaneous Media Supplies/Wardrobe | 1 unit |
| Small Media Room/Office Supplies/Dishpack 5.2 CTN | 1 unit |
| Study Room Books/1.5Ctns | 7 units |
| Trump 2020 Sign | 1 unit |
| White Board on Stand From Master Bedroom/1 Mirror Ctn | 1 unit |
| 4 Pictures/2 Mirror Ctns To Cover/ All in Same Mirror Ctns | 1 unit |
| Backpack Black | 1 unit |
| Clear Containers PBO | 2 units |
| Cushons | 3 units |
| Folding Chair Cushoned | 1 unit |
| Full Mattress/ Paded & Shrink Wrap | 1 unit |
| Gray Furniture Room Hers Bed Pillows/4.5Ctns | 1 unit |
| Gray Furniture Room Lamp Shade & Hat/1.5Ctn | 1 unit |
| Gray Room Armoire Hers with Mirror/ 2 Mirror Ctns & Shrink Wrap to Cover | 1 unit |
| Gray Room Clothes from Furniture Hers/Wardrobe | 1 unit |
| Gray Room Mirrored Dresser Hers/2 Mirror Ctns & Shrink Wrap | 1 unit |
| Legs For Brown Sofabed/ 1.5Ctn | 1 unit |
| Living Room 2 Lamp Shades/ 4.5Ctn | 1 unit |
| Master Bedroom Items From Dresser/1.5Ctn | 1 unit |
| Master Bedroom Mens Clothes/Waresrobe | 1 unit |
| Master Bedroom Shirts & Miscellaneous Items/4.5Ctns | 1 unit |
| Mens Shoes/4.5 Ctn | 1 unit |
| Speaker Legs/Office TV Plugs/Bundle in Paper Pads and Shrink | 1 unit |
| Wicker Baskets/4.5Ctn | 1 unit |
| 2 Pictures of USA Flag/4 Mirror Ctns to cover | 1 unit |

Defendant's anticipated exhibits 428

| | |
|---|---|
| Baseball Hats/4.5Ctn. | 2 units |
| Coat Closet Luggage/4.5 Ctn | 1 unit |
| Coat Closet Miscellaneous/4.5Ctn | 1 unit |
| Coat Closet Miscellaneous/Wardrobe | 2 units |
| Cushion to Desl Chair | 1 unit |
| Derek Jeter Hallway Picture/2 Mirror Ctns to Cover | 1 unit |
| Dinning Room Large Glass Bottle & Miscellaneous Items/Dishpack 5.1Ctn | 1 unit |
| Elephant Statue/ Covered in Paper Pads | 1 unit |
| Gray Furniture Room Glass Lamp/1.5Ctn Capped | 1 unit |
| Gray Furniture Room T V. Mount & Wires/Paper Pads | 1 unit |
| Gray Furniture Room/Green Liquor Box with Shot Glasses/1.5Ctn | 1 unit |
| Gray Room Bed Slats Bundled Together | 1 unit |
| Gray Room Mirror/6 Mirror Ctns To Cover | 1 unit |
| Gray Room Mirrored Headboard / 1 Mirror Ctn/Pads/Shrink Wrapped | 1 unit |
| Grey Furniture Room Shoes From Bottom Closet/4.5Ctn | 1 unit |
| Hallway Yankee Picture/ 2 Mirror Ctns | 1 unit |
| Ironing Board | 1 unit |
| Man of the Year Picture/ 4 Mirror Ctns to cover | 1 unit |
| Master Bedroom 2 Pictures/2 Mirror Ctns to Cover | 1 unit |
| Master Bedroom Bedding/4.5Ctn | 1 unit |
| Master Bedroom Bookcase Shelves/Bundle of Paper Pads | 1 unit |
| Master Bedroom File Cabinet/Covered with Pads and Shrink Wrap | 1 unit |
| Master Bedroom Files/1.5Ctns | 1 unit |
| Master Bedroom Files/Miscellaneous Items / 3.0 Ctn | 1 unit |
| Master Bedroom Life Picture & 2 American Flags/2 Mirror Ctns to Cover | 1 unit |

| | |
|---|---|
| Master Bedroom Mens Clothes/Wardrobe | 1 unit |
| Master Bedroom Miscellaneous Items from Bookcase/1.5Ctn | 1 unit |
| Master Bedroom Miscellaneous Items from Bookcase/3.0Ctn | 1 unit |
| Master Bedroom Miscellaneous/4.5Ctn | 1 unit |
| Master Bedroom Night Stand & Pillow/1.5 Ctn | 1 unit |
| Master Bedroom Television/6 Mirror Ctns to cover | 1 unit |
| Men Clothes & Miscellaneous from Master Bedroom/Wardrobe | 1 unit |
| Mens Shoes Master Bedroom/3.0Ctn | 1 unit |
| Miscellaneous From 3 Top Drawes In Gray Furniture Room/3.0Ctn | 1 unit |
| Miscellaneous PBO | 1 unit |
| Miscellaneous Picture/4 Mirror Ctns to Cover | 1 unit |
| Mugs/1.5Ctn | 1 unit |
| Office Books/1.5 Ctns | 3 units |
| Pillows for Couch | 2 units |
| Study Room Books/Miscellaneous/Dishpack 5.1Ctn | 1 unit |
| Black Lockable Suitcase | 1 unit |
| C-Bin of Miscellaneous Items | 1 unit |
| Chess Set/3.0Ctn | 1 unit |
| Coffee Table From Living Room/Paper Padded and Shrink Wrapped | 1 unit |
| Contents of Drop Leaf Table Drawers/1.5Ctn | 1 unit |
| Gray Furniture Room Her Desk/Wrapped in Pads&Shrink Wrap | 1 unit |
| Gray Furniture Room Hers Sterio & Pillows from Closet/4.5Ctn | 1 unit |
| Lamps/Dishpack 5.1Ctn/Both in same box | 2 units |
| Leather Desk Chair From Office/Hole in Back pf Chair/Padded | 1 unit |
| Living Room End Table/Paper Padded and Shrink Wrapped | 1 unit |
| Master Bedroom Miscellaneous from Bookcase/1.5Ctn | 2 units |
| Master Bedroom Pole Lamp& Miscellaneous Items/Wardrobe | 1 unit |

| | |
|---|---|
| Media Room Black Case Miscellaneous Media Items | 1 unit |
| Media Room Camras in Black Case | 1 unit |
| Mens Clothes from Master Bedroom/Wardrobe | 1 unit |
| Mirrored Nightstand from Gray Room/1 Mirror Ctn/Pads/Shrink Wrapped | 1 unit |
| Small Media Room Books/4.5Ctn | 1 unit |
| Small Media Room End Table Files/4.5Ctn | 1 unit |
| Small Media Room PBO/UPS BOX | 1 unit |
| Weights/Purple 10Lbs/Green 15Lbs | 1 unit |
| Box Springs Shrink Wrapped | 2 units |
| Dinning Room Curio Cabinet Draw Items Bottom Shelf/3.0Ctn | 1 unit |
| Drop Leaf Table/Wrapped in Paper Pads&Shrink Wrap | 1 unit |
| Kitchen Shelves Around Refrigerator/Coffee Cans/3.0Ctn | 1 unit |
| Master Bedroom Mattress/Padded and Shrink Wrapped | 1 unit |
| Master Bedroom Miscellaneous Items From Dresser/Dishpack 5.1Ctn | 1 unit |
| Master Bedroom Miscellaneous Items/3.0Ctn | 1 unit |
| Master Bedroom Pole Lamp Shade/Green/3.0Ctn | 1 unit |
| Television Stand/2 Mirror Ctns&Pads to Cover | 1 unit |
| White Board on Wheels with Maps Magneted on Both Sides/Shrink Wrapped | 1 unit |
| 9-11 Picture/Wrapped in Paper Pads | 1 unit |
| Desk Chair Cushion | 1 unit |
| Digital Golf Set In Case | 1 unit |
| Gray Furniture Room Bedroom Her Sound Bar Bracket/Bundle of Paper Pads | 1 unit |
| Gray Furniture Room Her Rugs/Bundle Of Paper Pads | 1 unit |
| Gray Furniture Room Hers Bedding/3.0Ctn Capped with 3.0Ctn ontop | 1 unit |

Docusign Envelope ID: 03904522-0148-4DB5-9B22-DBACED6D67B0

| | |
|---|---|
| Gray Furniture Room Hers Books/1.5Ctn | 2 units |
| Gray Furniture Room Items/Liquids/1.5Ctn | 1 unit |
| Gray Furniture Room Wood Glass Pen Box/Small Pictures/3.0Ctn | 1 unit |
| Gray Furniture Room/Hers Armored Statue/1.5Ctn Capped with 1.5Ctn | 1 unit |
| Gray Furniture/Hers Bedroom Books/1.5 Capped | 1 unit |
| Hallway Closet Vacuum Cleaner/Miscellaneous/ Wardrobe | 1 unit |
| Items from Media Room GVM Bag Covering | 1 unit |
| Kitchen Crystal Decoratives Around Refrigerator/Dishpack 5.1Ctn | 1 unit |
| Lights With Tripode/Dishpack 5.1Ctn with 3.0Ctn Cap | 1 unit |
| Living Room End Tables/Paper Pads | 2 units |
| Master Bedroom Book Cabinet/ Wrapped in Pads&Shrink Wrap | 1 unit |
| Master Bedroom Clothes&Ties/Wardrobes | 2 units |
| Master Bedroom Dresser/Wrapped in Pads and Shrink Wrap | 1 unit |
| Master Bedroom Files/Miscellaneous Items/3.0Ctn | 1 unit |
| Master Bedroom Miscellaneous Items from Bookcase/1.5 Ctn | 1 unit |
| Master Bedroom Miscellaneous Items from Desk/1.5Ctn | 2 units |
| Media Items in Pelican Case | 1 unit |
| Mens Shoes & Ties Master Bedroom/3.0 Ctn | 1 unit |
| Office Books/Two 1.5Ctns | 2 units |
| Office Cigar Humidifier/Dishpack 5.1Ctn | 1 unit |
| Shovel / Shrink Wrapped | 1 unit |
| Small LampShade from Top of File Cabinet/3.0Ctn | 1 unit |
| Small Media Room Dresser Miscellaneous Items/Dishpack 5.1Ctn | 1 unit |
| Small Media Room Lamp/Dishpack 5.1Ctn | 1 unit |
| Study Room Shelves Miscellaneous Supplies/ Dishpack 5.1Ctn | 1 unit |
| Yankee Banner/4 Mirror Ctns to Cover | 1 unit |

Total: **225** units

Defendant's anticipated exhibits 433

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR



📁 **Crate #202 DMR**

**Sortly ID:** SDUUOR0311
**Subfolders (total):** 0

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #202 DMR



**Bundle of Items** Paper Paded & Shrink...
**Sortly ID:** SDUUOT1539
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order



**Gray Furniture Room** Hers Masks & Christmas from...
**Sortly ID:** SDUUOT1535
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Furniture Room/Her** Clothes/Wardrobe
**Sortly ID:** SDUUOT1533
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Headboard From Master** Bedroom/Wood Chipped...
**Sortly ID:** SDUUOT1541
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Master Bedroom Bed** Slats/Bundled Paper Pad...
**Sortly ID:** SDUUOT1542
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom King** Footboard/Wood Chippe...
**Sortly ID:** SDUUOT1538
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



## Master Bedroom Lamp & Pillows/Dishpack 5.1Ctn
**Sortly ID:** SDUUOT1537
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



## Master Bedroom Miscellaneous Items from...
**Sortly ID:** SDUUOT1536
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



## Master Bedroom Side Rails Chipped Up on som...
**Sortly ID:** SDUUOT1543
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



## Sofa Bed Leather 3 Seater/Living Room
**Sortly ID:** SDUUOT1532
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



## Study Room Books/1.5Ctn
**Sortly ID:** SDUUOT1534
**Quantity:** 1.0 unit

Exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



## Television From Office/ 6 Mirror Ctns to cover &...
**Sortly ID:** SDUUOT1540
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR



## 📁 Crate #241 DMR
**Sortly ID:** SDUUOR0307
**Subfolders (total):** 0

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #241 DMR

Defendant's anticipated exhibits 435



**Black Leather OS Chairs/ Paper Pads & Shrink...**
Sortly ID: SDUUOT1414
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law,  except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Bundle of Miscellaneous Bats/Canes/Wrapped in...**
Sortly ID: SDUUOT1405
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Bundle of 3 Small Pictures/Wrapped in Whi...**
Sortly ID: SDUUOT1410
Quantity: 1.0 unit

Family pictures Exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law,  except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Camra Stand From Media Room in Case**
Sortly ID: SDUUOT1383
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Clear Container PBO/Media Items**
Sortly ID: SDUUOT1400
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Cushioned Ottoman Yellow/Shrink Wrapped**
Sortly ID: SDUUOT1381
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law,  except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Diplomas/2 Mirror Ctns to Make 1 Item**
Sortly ID: SDUUOT1418
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Easel Pads/PBO**
Sortly ID: SDUUOT1421
Quantity: 2.0 units

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Golf bag**
Sortly ID: SDUUOT1382
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Gray Room Television/2 3.0 Ctns Cut Plus Padde...**
Sortly ID: SDUUOT1380
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan





**Supplies/Rug...**
Sortly ID: SDUUOT1401
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Living Room Picture/Used 2 Mirror Ctns**
Sortly ID: SDUUOT1420
Quantity: 1.0 unit

Family pictures Exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Manorias/Miscellaneous/PBO Clear Container**
Sortly ID: SDUUOT1402
Quantity: 1.0 unit

Exempt pursuant to New York law CPLR 5205(2) - Religious item; non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom File Cabinet on Wheels/...**
Sortly ID: SDUUOT1417
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom Side Rails/Wrapped in Pads**
Sortly ID: SDUUOT1416
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Media Room Armoire/Wrapped in Pad...**
Sortly ID: SDUUOT1379
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Painting/Chipped Frame/Paper Pads**
Sortly ID: SDUUOT1408
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Painting/Wrapped in Paper Pads**
Sortly ID: SDUUOT1409
Quantity: 1.0 unit

Exempt pursuant to New York law CPLR 5205(2) - Religious item; non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Plastic Bin PBO/Christmas Supplies**
Sortly ID: SDUUOT1404
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Plastic Bin/PBO Drapes**
Sortly ID: SDUUOT1403
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Plastic Tub PBO/Media Supplies**
**Sortly ID:** SDUUOT1407
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Plastic Tube PBO/Christmas Supplies**
**Sortly ID:** SDUUOT1406
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Red Over Stuffed Chairs Shrink Wrapped**
**Sortly ID:** SDUUOT1378
**Quantity:** 2.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Small Cigar Box**
**Sortly ID:** SDUUOT1430
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Small Green Blanket**
**Sortly ID:** SDUUOT1419
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / **DMR**

📁 **Crate #A50 DMR**
**Sortly ID:** SDUUOR0306
**Subfolders (total):** 0

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #A50 DMR



### 2 Pictures/Hole in One Picture/Lincoln Picture/2...
**Sortly ID:** SDUUOT1426
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### 9/11 Print Picture/Wrapped in Pape...
**Sortly ID:** SDUUOT1384
**Quantity:** 1.0 unit

Pictures exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### American Flag/4 Mirror Ctns to Cover
**Sortly ID:** SDUUOT1425
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Back Office & Bathroom/Miscellaneous...
**Sortly ID:** SDUUOT1371
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Clear Bin of Christmas Decorations/PBO
**Sortly ID:** SDUUOT1366
**Quantity:** 1.0 unit

Exempt pursuant to New York law CPLR 5205(2) - Religious item; non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Comfoter im Clear Bag PBO
**Sortly ID:** SDUUOT1413
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Electronics/3.0 Ctn
**Sortly ID:** SDUUOT1360
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



### Fan Gray Room/Cut 3.0Ctn
**Sortly ID:** SDUUOT1399
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

### Framed Oil Painting of Lady/Wrapped In Paper...
**Sortly ID:** SDUUOT1387
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Golf Bags/Cut Wardrobe
**Sortly ID:** SDUUOT1367
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024. As to wardrobe items, exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Good Will Fire Company #2 Signed**
Sortly ID: SDUUOT1374
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Gray Furniture Room/Under Bed...**
Sortly ID: SDUUOT1372
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Room Dresser Mirror/4 Mirror Ctns...**
Sortly ID: SDUUOT1376
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Grey Furniture Room Bed Parts/Bundle Covered in...**
Sortly ID: SDUUOT1375
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Kitchen Double Hand Statue From Shelvs...**
Sortly ID: SDUUOT1394
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Lawyer Sitting At Desk/4 Mirror Ctns to Cover**
Sortly ID: SDUUOT1422
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom Mirror/4 Mirror Ctns Used/ 1 Item**
Sortly ID: SDUUOT1377
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Master Bedroom Miscellaneous Items Fro...**
Sortly ID: SDUUOT1393
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Master Bedroom Miscellaneous from Desk...**
Sortly ID: SDUUOT1412
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Medium Mirror/Wrapped in Paper Pads**
Sortly ID: SDUUOT1390
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Micky Mantle Picture/3 Mirror Ctns to Cover**
Sortly ID: SDUUOT1424
Quantity: 1.0 unit

Sports memorabilia to be turned over to Plaintiffs as Receivers



**Office Statues &Bookends/Dishpack...**
Sortly ID: SDUUOT1389
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Picture of John Daly/Wrapped in Paper...**
Sortly ID: SDUUOT1385
Quantity: 1.0 unit

Sports memorabilia to be turned over to Plaintiffs as Receivers



**Picture of Train Yard&FDNY Fire Figuter**
Sortly ID: SDUUOT1373
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Rudy Awards/PBO Small Box**
Sortly ID: SDUUOT1397
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Rudy Birthday Prints Total of 5**
Sortly ID: SDUUOT1386
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Rudy Study Room/Electronics**
Sortly ID: SDUUOT1359
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Rudys Personal Books/PBO Small White...**
Sortly ID: SDUUOT1398
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Rudys Wires From Desk/PBO Plastic Tote**
Sortly ID: SDUUOT1396
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Skeleton/Holoween Decorations**
Sortly ID: SDUUOT1370
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Small Cabinet/Chest/Wrapped ...
**Sortly ID:** SDUUOT1391
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Small Media Room Electronics &...
**Sortly ID:** SDUUOT1363
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Small Media Room File Cabinet/3.0Ctn
**Sortly ID:** SDUUOT1395
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Small Media Room Miscellaneous...
**Sortly ID:** SDUUOT1388
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Small Media Room Miscellaneous/Dishpack...
**Sortly ID:** SDUUOT1362
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Small Media Room/Artwork & Folding...
**Sortly ID:** SDUUOT1369
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Small Media Room/File Cabinet & Office...
**Sortly ID:** SDUUOT1361
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Small Media Room/Folders/Paper/Off...
**Sortly ID:** SDUUOT1364
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Small Media Room/Miscellaneous...
**Sortly ID:** SDUUOT1368
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Small Media Room/Office Supplies/Dishpack 5.2 Ctn
**Sortly ID:** SDUUOT1365
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



## Study Room
## Books/1.5Ctns
**Sortly ID:** SDUUOT1392
**Quantity:** 7.0 units

Not items for turnover pursuant to Court Order
of October 22, 2024.



## Trump 2020 Sign
**Sortly ID:** SDUUOT1428
**Quantity:** 1.0 unit

Tools of the Trade exemption pursuant to New York law
CPLR 5205(7); non-exempt under Florida law,  except to the
extent of exemption of $1,000 for personal property under
applicable Florida law.

## White Board on Stand
## From Master Bedroom/1...
**Sortly ID:** SDUUOT1429
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order
of October 22, 2024.



All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR



## 📁 Crate #C107 DMR
**Sortly ID:** SDUUOR0310
**Subfolders (total):** 0

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #C107 DMR



## 4 Pictures/2 Mirror Ctns To
## Cover/ All in Same Mirror...
**Sortly ID:** SDUUOT1519
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order
of October 22, 2024.



## Backpack Black
**Sortly ID:** SDUUOT1522
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October
22, 2024.



**Clear Containers PBO**
Sortly ID: SDUUOT1508
Quantity: 2.0 units

Not items for turnover pursuant to Court Order of October 22, 2024.



**Coat Closet**
**Miscellaneous/Wardrobe**
Sortly ID: SDUUOT1513
Quantity: 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Cushons**
Sortly ID: SDUUOT1521
Quantity: 3.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Folding Chair Cushoned**
Sortly ID: SDUUOT1520
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Full Mattress/ Paded & Shrink Wrap**
Sortly ID: SDUUOT1524
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Furniture Room Hers Bed Pillows/4.5Ctns**
Sortly ID: SDUUOT1509
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Furniture Room Lamp Shade & Hat/1.5Ctn**
Sortly ID: SDUUOT1505
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Room Armoire Hers with Mirror/ 2 Mirror Ctns...**
Sortly ID: SDUUOT1511
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Room Clothes from Furniture Hers/Wardrobe**
Sortly ID: SDUUOT1512
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Room Mirrored Dresser Hers/2 Mirror Ct...**
Sortly ID: SDUUOT1510
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



### Legs For Brown Sofabed/ 1.5Ctn

**Sortly ID:** SDUUOT1507
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Master Bedroom Items From Dresser/1.5Ctn

**Sortly ID:** SDUUOT1506
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Master Bedroom Shirts & Miscellaneous...

**Sortly ID:** SDUUOT1515
**Quantity:** 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Speaker Legs/Office TV Plugs/Bundle in Paper...

**Sortly ID:** SDUUOT1523
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Living Room 2 Lamp Shades/ 4.5Ctn

**Sortly ID:** SDUUOT1517
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Master Bedroom Mens Clothes/Waresrobe

**Sortly ID:** SDUUOT1516
**Quantity:** 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Mens Shoes/4.5 Ctn

**Sortly ID:** SDUUOT1518
**Quantity:** 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Wicker Baskets/4.5Ctn

**Sortly ID:** SDUUOT1514
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR



### 📁 Crate #F59 DMR

**Sortly ID:** SDUUOR0309
**Subfolders (total):** 0

Defendant's anticipated exhibits 445



### 2 Pictures of USA Flag/4 Mirror Ctns to cover
Sortly ID: SDUUOT1503
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Baseball Hats/4.5Ctn.
Sortly ID: SDUUOT1467
Quantity: 2.0 units

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Coat Closet Luggage/4.5 Ctn
Sortly ID: SDUUOT1464
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Coat Closet Miscellaneous/4.5Ctn
Sortly ID: SDUUOT1469
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Coat Closet Miscellaneous/Wardrobe
Sortly ID: SDUUOT1465
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Cushion to Desi Chair
Sortly ID: SDUUOT1500
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Derek Jeter Hallway Picture/2 Mirror Ctns to...
Sortly ID: SDUUOT1474
Quantity: 1.0 unit

Sports memorabilia to be turned over to Plaintiffs as Receivers



### Dinning Room Large Glass Bottle & Miscellaneous...
Sortly ID: SDUUOT1478
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Elephant Statue/ Covered in Paper Pads
Sortly ID: SDUUOT1496
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Gray Furniture Room Glass Lamp/1.5Ctn...
Sortly ID: SDUUOT1491
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



### Gray Furniture Room Hers Books/1.5Ctn
Sortly ID: SDUUOT1493
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



### Gray Furniture Room T.V. Mount & Wires/Paper...
Sortly ID: SDUUOT1499
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



### Gray Furniture Room/Green Liquor Box...
Sortly ID: SDUUOT1490
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan Liquor box - Not items for turnover pursuant to Court Order of October 22, 2024.



### Gray Room Bed Slats Bundled Together
Sortly ID: SDUUOT1501
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



### Gray Room Mirror/6 Mirror Ctns To Cover
Sortly ID: SDUUOT1477
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



### Gray Room Mirrored Headboard / 1 Mirror...
Sortly ID: SDUUOT1504
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



### Grey Furniture Room Shoes From Bottom...
Sortly ID: SDUUOT1488
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



### Hallway Yankee Picture/ 2 Mirror Ctns
Sortly ID: SDUUOT1473
Quantity: 1.0 unit

Sports memorabilia to be turned over to Plaintiffs as Receivers



### Ironing Board
Sortly ID: SDUUOT1471
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Man of the Year Picture/ 4 Mirror Ctns to cover
Sortly ID: SDUUOT1502
Quantity: 1.0 unit

Family pictures Exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Master Bedroom 2 Pictures/2 Mirror Ctns to...**
Sortly ID: SDUUOT1475
Quantity: 1.0 unit

Family pictures Exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Master Bedroom Bedding/4.5Ctn**
Sortly ID: SDUUOT1468
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Master Bedroom Bookcase Shelves/Bundl...**
Sortly ID: SDUUOT1498
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom File Cabinet/Covered with...**
Sortly ID: SDUUOT1479
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom Files/1.5Ctns**
Sortly ID: SDUUOT1482
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom Files/Miscellaneous Item...**
Sortly ID: SDUUOT1484
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom Life Picture & 2 American...**
Sortly ID: SDUUOT1472
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom Mens Clothes/Wardrobe**
Sortly ID: SDUUOT1466
Quantity: 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Master Bedroom Miscellaneous Items from...**
Sortly ID: SDUUOT1494
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom Miscellaneous Items from...**
Sortly ID: SDUUOT1495
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

Docusign Envelope ID: C3394852-3D14-48FB-8B22-DBACED6597BC



### Master Bedroom iscellaneous/4.5Ctn M

Sortly ID: SDUUOT1489
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Master Bedroom Stand Night & Pillow/1.5 Ctn

Sortly ID: SDUUOT1483
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Master Bedroom Television/6 Mirro Ctns r t...

Sortly ID: SDUUOT1470
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



### Men & Miscellaneous Clothes from...

Sortly ID: SDUUOT1463
Quantity: 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Mens Shoes Master Bedroom/3.0Ctn B

Sortly ID: SDUUOT1485
Quantity: 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Miscellaneous From 3 Top Drawes In Gray Furniture...

Sortly ID: SDUUOT1486
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



### Miscellaneous PBO us

Sortly ID: SDUUOT1487
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Miscellaneous Picture/4 Mirror Ctns to Cover

Sortly ID: SDUUOT1497
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Mugs/1 .5Ctn

Sortly ID: SDUUOT1481
Quantity: 1.0 unit

Crockery exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



### Office Books/1 Ctns .5

Sortly ID: SDUUOT1492
Quantity: 3.0 units

Not items for turnover pursuant to Court Order of October 22, 2024.

**Pil**



**Sortly ID:** SDUUOT1476
**Quantity:** 2.0 units

**lows for Couch**

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Books/Miscella**



**Sortly ID:** SDUUOT1480
**Quantity:** 1.0 unit
**Study Room**

**neous/Dis..**

Not items for turnover pursuant to Court Order of October 22, 2024.



**Sortly ID:** SDUUOR0312

**Crate #I26B DMR**

**Subfolders (tota**



All items  CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #I26B DMR

**Lockable**



**Sortly ID:** SDUUOT1557
**Quantity:** 1.0 unit

**Black                    Suitcase**

Tools of the Trade exemption pursuant to New York law CPLR 5205(7); non-exempt under Florida law,  except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Sortly ID:** SDUUOT1550
**Quantity:** 1.0 unit
**C. Bin of Miscellaneous Items**



Not items for turnover pursuant to Court Order of October 22, 2024.

**Chess Set/3**



**Sortly ID:** SDUUOT1563
**Quantity:** 1.0 unit

**.0Ctn**

Not items for turnover pursuant to Court Order of October 22, 2024.

**Living**

**Sortly ID:** SDUUOT1552
**Quantity:** 1.0 unit
**Coffee Table From Room/Paper Padded and..**



Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Contents of Drop Leaf Table Drawers/1.5Ctn**
Sortly ID: SDUUOT1558
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Gray Furniture Room Her Desk/Wrapped in...**
Sortly ID: SDUUOT1544
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Furniture Room Hers Sterio & Pillows from...**
Sortly ID: SDUUOT1548
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Lamps/Dishpack 5.1Ctn/Both in same box**
Sortly ID: SDUUOT1559
Quantity: 2.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Leather Desk Chair From Office/Hole in Back pf...**
Sortly ID: SDUUOT1551
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Living Room End Table/Paper Padded and...**
Sortly ID: SDUUOT1554
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Master Bedroom Miscellaneous from...**
Sortly ID: SDUUOT1562
Quantity: 2.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Master Bedroom Pole Lamp& Miscellaneous...**
Sortly ID: SDUUOT1560
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Media Room Black Case Miscellaneous Media...**
Sortly ID: SDUUOT1553
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Media Room Camras in Black Case**
Sortly ID: SDUUOT1555
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Mens Clothes from Master Bedroom/Wardrobe**
Sortly ID: SDUUOT1561
Quantity: 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Mirrored Nightstand from Gray Room/1 Mirror...**
Sortly ID: SDUUOT1549
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Small Media Room Books/4.5Ctn**
Sortly ID: SDUUOT1546
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Small Media Room End Table Files/4.5Ctn**
Sortly ID: SDUUOT1545
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room PBO/UPS BOX**
Sortly ID: SDUUOT1547
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Weights/Purple 10Lbs/Green 15Lbs**
Sortly ID: SDUUOT1556
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR



📁 **Crate #I901 DMR**
Sortly ID: SDUUOR0313
Subfolders (total): 0

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #I901 DMR

Defendant's anticipated exhibits 452



**Box Springs Shrink Wrapped**
Sortly ID: SDUUOT1574
Quantity: 2.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Dinning Room Curio Cabinet Draw Items...**
Sortly ID: SDUUOT1567
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Drop Leaf Table/Wrapped in Paper Pads&Shrink...**
Sortly ID: SDUUOT1571
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Kitchen Shelves Around Refrigerator/Coffee...**
Sortly ID: SDUUOT1570
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom Mattress/Padded and...**
Sortly ID: SDUUOT1565
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Master Bedroom Miscellaneous Items Fro...**
Sortly ID: SDUUOT1568
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom Miscellaneous...**
Sortly ID: SDUUOT1569
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Master Bedroom Pole Lamp Shade/Green/3.0Ctn**
Sortly ID: SDUUOT1566
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Television Stand/2 Mirror Ctns&Pads to Cover**
Sortly ID: SDUUOT1572
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**White Board on Wheels with Maps Magneted on...**
Sortly ID: SDUUOT1573
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

All Items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR

# N 25



Sortly ID: SDUUOR0308
Subfolders (total): 0

## Crate #N25 DMR

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #N25 DMR



### 9-11

in

### Pads

Sortly ID: SDUUOT1448
Quantity: 1.0 unit

### Picture/Wrapped Paper

Not items for turnover pursuant to Court Order of October 22, 2024.

Sortly ID: SDUUOT1441
Quantity: 1.0 unit

### Desk Chair Cushion

Household Furniture - Exempt pursuant to New York law CPLR 5205(3), non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

In

Sortly ID: SDUUOT1444
Quantity: 1.0 unit

### Digital Golf Set    Case

Not items for turnover pursuant to Court Order of October 22, 2024.

Room

### Her Sound Bar...

Sortly ID: SDUUOT1451
Quantity: 1.0 unit

### Gray Furniture
### Bedroom

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

Fu    Her

### Rugs/Bundle Of
Paper

Gray Furniture Room
Sortly ID: SDUUOT1454
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

Room Hers
ped...

ID: SDUUOT1450
Quantity: 1.0 unit

### Gray Furniture
### Bedding/3.0Ctn Cap

Sortly

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

R    Hers

.5Ctn

Gray Furniture oom
Sortly ID: SDUUOT1460
Quantity: 1.0 unit

### Books/1

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

Room
s/1

Sortly ID: SDUUOT1434
Quantity: 1.0 unit

### Gray Furniture
### Items/Liquid    .5Ctn

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Furniture Room**
**Wood Glass Pen...**
Sortly ID: SDUUOT1432
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Furniture Room/Hers**
**Armored Statue/1.5Ctn...**
Sortly ID: SDUUOT1456
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Furniture/Hers**
**Bedroom Books/1.5...**
Sortly ID: SDUUOT1458
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Hallway Closet Vacuum**
**Cleaner/Miscellaneous/...**
Sortly ID: SDUUOT1446
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Items from Media Room**
**GVM Bag Covering**
Sortly ID: SDUUOT1453
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Kitchen Crystal**
**Decoratives Around...**
Sortly ID: SDUUOT1436
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Lights With**
**Tripode/Dishpack 5.1Ctn...**
Sortly ID: SDUUOT1449
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Living Room End**
**Tables/Paper Pads**
Sortly ID: SDUUOT1462
Quantity: 2.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Master Bedroom Book**
**Cabinet/ Wrapped in...**
Sortly ID: SDUUOT1452
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Master Bedroom**
**Clothes&Ties/Wardrobes**
Sortly ID: SDUUOT1442
Quantity: 2.0 units

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



## Master Bedroom Dresser/Wrapped in Pad...
**Sortly ID:** SDUUOT1443
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



## Master Bedroom Files/Miscellaneous...
**Sortly ID:** SDUUOT1435
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



## Master Bedroom Miscellaneous Items from...
**Sortly ID:** SDUUOT1459
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



## Master Bedroom Miscellaneous Items from...
**Sortly ID:** SDUUOT1457
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



## Media Items in Pelican Case
**Sortly ID:** SDUUOT1445
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

## Mens Shoes & Ties Master Bedroom/3.0 Ctn
**Sortly ID:** SDUUOT1431
**Quantity:** 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



## Office Books/Two 1.5Ctns
**Sortly ID:** SDUUOT1455
**Quantity:** 2.0 units

Not items for turnover pursuant to Court Order of October 22, 2024.



## Office Cigar Humidifier/Dishpack...
**Sortly ID:** SDUUOT1438
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



## Shovel / Shrink Wrapped
**Sortly ID:** SDUUOT1461
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



## Small LampShade from Top of File Cabinet/3.0Ctn
**Sortly ID:** SDUUOT1440
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



### Small Media Room
### Dresser Miscellaneous...
**Sortly ID:** SDUUOT1437
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



### Small Media Room
### Lamp/Dishpack 5.1Ctn
**Sortly ID:** SDUUOT1439
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

### Study Room Shelves
### Miscellaneous Supplies/...
**Sortly ID:** SDUUOT1433
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



### Yankee Banner/4 Mirror
### Ctns to Cover
**Sortly ID:** SDUUOT1447
**Quantity:** 1.0 unit

Sports memorabilia to be turned over to Plaintiffs as Receivers