# Exhibit "3"

Docusign Envelope ID: 8CC396B5-B94A-44B5-8C5B-B7C5CB0EC0EE

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RUBY FREEMAN and WANDREA' MOSS,                                    :
                                                                   :
                            Plaintiffs,                            :
                                                                   :
            -v-                                                    :
                                                                   :
RUDOLPH W. GIULIANI,                                               :
                                                                   :
                            Defendant,                             :
                                                                   :
            -and-                                                  :
                                                                   :
ANDREW H. GIULIANI,                                                :
                                                                   :
                            Intervenor-Defendant                   :
                            Applicant.                             :
                                                                   :
-------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2024
```

24-mc-00353 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the oral orders made at the hearing held on November 7, 2024, based on the dates provided by the parties:

(1) Defendant has until Monday, November 11, 2024 to amend his responses to the Information Subpoena to give full and complete answers under oath, and, *inter alia*, shall give a full and complete answer under oath to Question 13 of the Information Subpoena served to him on August 5, 2024, *see* Dkt. No. 70 ¶¶ 3, 21.

(2) Plaintiff-Receivers have until Monday, November 11, 2024 to instruct Defendant, pursuant to Paragraph 4(f) of the Court's turnover and receivership order of October 22, 2024 (the "Turnover Order"), *see* Dkt. No. 62, of the location to which all outstanding property listed on pp. 17–18 of the Turnover Order shall be delivered by Defendant and/or his agents to the Receiver and the means by which it shall be delivered to the Receiver (including, but not limited

to, the terms of appropriate insurance coverage).

(3) Defendant has until Friday, November 15, 2024 to comply with the Plaintiff-Receivers' instructions and to deliver to the Plaintiff-Receivers all items of property identified in the Turnover Order, according to the Plaintiff-Receivers' instructions.

(4) Defendant has until Thursday, November 14, 2024 to submit a motion to modify the Turnover Order to require the Plaintiff-Receivers to treat Defendant's New York co-op property as his homestead pursuant to C.P.L.R. 5206. The Plaintiffs have until Monday, November 18, 2024 to respond, and Defendant then has until Thursday, November 21, 2024 to reply.

Any request for modification of this Order shall be filed only after the parties have met and conferred and no later than one business day before the operative deadline sought to be modified.

The parties are warned that continued violation of the Turnover Order may result in contempt sanctions.

SO ORDERED.

Dated: November 8, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2