# Exhibit "11"

Corporate Transfer &
Storage Inc.
90 13th Avenue Unit 4
Ronkonkoma, NY 11779
631-676-2620
www.corporatetransfer.co
m

# Invoice 416642

BILL TO
Dr Mari Ryan
New Hampshire Health
System

| DATE | PLEASE PAY | DUE DATE |
| --- | --- | --- |
| 10/23/2024 | $46,406.57 | 10/23/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/04/2024 | All materials needed to complete this portion of the job. | 0.15 | 36,720.00 | 5,508.00T |
| 10/04/2024 | Project Manager: 5 days | 40 | 198.00 | 7,920.00 |
| 10/04/2024 | Household Goods: Pack Load out from NYC Address will be given. 1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 10/05/2024 | Household Goods: Pack Load out from NYC Address will be given. 1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 0/06/2024 | Household Goods: Pack Load out from NYC Address will be given. 1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 0/07/2024 | Household Goods: Pack Load out from NYC Address will be given. 1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 0/08/2024 | Household Goods: Pack Load out from NYC Address will be given. 1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 0/08/2024 | Warehouse Handling Inbound: | 6 | 400.00 | 2,400.00 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/08/2024 | Storage: 6 containers (Approx. 2,000lbs) Each container is 5'X5'X7') of household goods October 2024 | 6 | 200.00 | 1,200.00T |

Payment due upon deliver COD

| | |
| --- | --- |
| SUBTOTAL | 45,828.00 |
| TAX | 578.57 |
| TOTAL | 46,406.57 |
| TOTAL DUE | $46,406.57 |

THANK YOU.

**Corporate Transfer & Storage Inc.**
90 13th Avenue Unit 4
Ronkonkoma, NY 11779
631-676-2620
www.corporatetransfer.com

# Invoice 416641

**BILL TO**
Dr Mari Ryan
New Hampshire Health System

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/16/2024 | $21,457.48 | 10/16/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/19/2024 | All materials needed to complete this portion of the job. | 0.15 | 14,352.00 | 2,152.80T |
| 09/19/2024 | Project Manager: 3 days | 24 | 198.00 | 4,752.00 |
| 10/01/2024 | Household Goods: Load out from Sky Line Warehouse 485 Brown Court Oceanside, New York. 3 vans, 1 supervisor, 3 drivers, 6 men | 8 | 1,060.00 | 8,480.00 |
| 0/02/2024 | Household Goods: Unload into Corporate Transfer & Storage 3 vans, 1 supervisor, 3 drivers, 6 men | 8 | 1,060.00 | 8,480.00 |
| 0/02/2024 | Warehouse Handling Inbound: 24 skids | 24 | 200.00 | 4,800.00 |
| 0/02/2024 | Storage: 1 month 24 pallets 5'X5'X8' unknown boxes and loose furniture October 2024 | 24 | 100.00 | 2,400.00T |

Payment due upon deliver COD

| | |
|---|---|
| SUBTOTAL | 31,064.80 |
| TAX | 392.68 |
| TOTAL | 31,457.48 |
| PAYMENT | 10,000.00 |
| TOTAL DUE | $21,457.48 |

THANK YOU.

**Corporate Transfer & Storage Inc.**
90 13th Avenue Unit 4
Ronkonkoma, NY 11779
631-676-2620
www.corporatetransfer.com

# Invoice 416643

BILL TO
Dr Mari Ryan
New Hampshire Health System

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 10/16/2024 | $25,702.23 | 10/16/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| )7/06/2023 | All materials needed to complete this portion of the job. | 0.15 | 14,688.00 | 2,203.20T |
| )7/06/2023 | Project Manager:<br>2 days | 16 | 198.00 | 3,168.00 |
| )7/07/2023 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| )7/08/2023 | Household Goods:<br>Pack Load out from NYC Address will be given.<br>1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| '7/09/2023 | Warehouse Handling Inbound: | 2 | 400.00 | 800.00 |
| 0/15/2024 | Storage: 18 months 2 containers (Approx. 2,000lbs) Each container is 5'X5'X7') of household goods from July 2023 to November 2024 | 36 | 200.00 | 7,200.00T |

'ayment due upon deliver COD

| | |
|---|---|
| SUBTOTAL | 24,891.20 |
| TAX | 811.03 |
| TOTAL | 25,702.23 |
| TOTAL DUE | $25,702.23 |

THANK YOU.

# Inventory Summary

| Item Name | Quantity |
|---|---|
| Bundle of Items Paper Paded & Shrink Wrapped/Rug/Flag/Extension Cord | 1 unit |
| Gray Furniture Room Hers Masks & Christmas from Bottom of Closet/1.5Ctn | 1 unit |
| Gray Furniture Room/Her Clothes/Wardrobe | 1 unit |
| Headboard From Master Bedroom/Wood Chipped in some spots/Paded & Shrink Wrapped | 1 unit |
| Master Bedroom Bed Slats/Bundled Paper Pads on Bottom | 1 unit |
| Master Bedroom King Footboard/Wood Chipped on some spots/ Paded & Shrink Wrapped | 1 unit |
| Master Bedroom Lamp & Pillows/Dishpack 5.1Ctn | 1 unit |
| Master Bedroom Side Rails Chipped Up on some spots/Padded | 1 unit |
| Sofa Bed Leather 3 Seater/Living Room | 1 unit |
| Study Room Books/1.5Ctn | 1 unit |
| Television From Office/ 6 Mirror Ctns to cover & Shrink Wrapped | 1 unit |
| Black Leather OS Chairs/ Paper Pads & Shrink Wrapped | 1 unit |
| Bundle of 3 Small Pictures/Wrapped in White Paper | 1 unit |
| Bundle of Miscellaneous Bats/Canes/Wrapped in Paper Pads | 1 unit |
| Camra Stand From Media Room in Case | 1 unit |
| Clear Container PBO/Media Items | 1 unit |
| Cushioned Ottoman Yellow/Shrink Wrapped | 1 unit |
| Diplomas/2 Mirror Ctns to Make 1 Item | 1 unit |
| Easel Pads/PBO | 2 units |
| Golf bag | 1 unit |
| Gray Room Television/2 3.0 Ctns Cut Plus Padded and Shrink Wrapped | 1 unit |

| | |
|---|---|
| Hallway Closet/Cleaning Supplies/Rug Cleaner/Wardrobe | 1 unit |
| Living Room Picture/ Used 2 Mirror Ctns | 1 unit |
| Manorias/Miscellaneous/PBO Clear Container | 1 unit |
| Master Bedroom File Cabinet on Wheels/ Wrapped in Pads | 1 unit |
| Master Bedroom Side Rails/Wrapped in Pads | 1 unit |
| Media Room Armoire/Wrapped in Pads and Shrink Wrapped | 1 unit |
| Painting/Chipped Frame/Paper Pads | 1 unit |
| Painting/Wrapped in Paper Pads | 1 unit |
| Plastic Bin PBO/ Christmas Supplies | 1 unit |
| Plastic Bin/PBO Drapes | 1 unit |
| Plastic Tub PBO/Media Supplies | 1 unit |
| Plastic Tube PBO/Christmas Supplies | 1 unit |
| Red Over Stuffed Chairs Shrink Wrapped | 2 units |
| Small Cigar Box | 1 unit |
| Small Green Blanket | 1 unit |
| 2 Pictures/Hole in One Picture/Lincoln Picture/2 Mirror Ctns to Cover | 1 unit |
| 9/11 Print Picture/Wrapped in Paper Pads | 1 unit |
| American Flag/4 Mirror Ctns to Cover | 1 unit |
| Back Office & Bathroom/Miscellaneous Supplies/C-Bin | 1 unit |
| Clear Bin of Christmas Decorations/PBO | 1 unit |
| Comfoter im Clear Bag PBO | 1 unit |
| Electronics/3.0 Ctn | 1 unit |
| Fan Gray Room/Cut 3.0Ctn | 1 unit |
| Framed Oil Painting of Lady/Wrapped In Paper Pads | 1 unit |
| Golf Bags/Cut Wardrobe | 1 unit |
| Good Will Fire Company #2 Signed | 1 unit |

| | |
|---|---|
| Gray Furniture Room/Under Bed Pictures/Loose Glass Inside/4 Mirror Ctns Tapped Together/1 Ctn Total | 1 unit |
| Gray Room Dresser Mirror/4 Mirror Ctns Used/1 Mirror | 1 unit |
| Grey Furniture Room Bed Parts/Bundle Covered in Paper Pads | 1 unit |
| Kitchen Double Hand Statue From Shelvs Around Refrigerator/1.5Ctn Capped | 1 unit |
| Lawyer Sitting At Desk/4 Mirror Ctns to Cover | 1 unit |
| Master Bedroom Mirror/4 Mirror Ctns Used/ 1 Item | 1 unit |
| Master Bedroom Miscellaneous Items From Desk/1.5Ctn | 1 unit |
| Master Bedroom Miscellaneous from Desk Drawers/1.5Ctn | 1 unit |
| Medium Mirror/Wrapped in Paper Pads | 1 unit |
| Micky Mantle Picture/3 Mirror Ctns to Cover | 1 unit |
| Office Statues &Bookends/Dishpack 5.2Ctn | 1 unit |
| Picture of John Daly/Wrapped in Paper Pads | 1 unit |
| Picture of Train Yard&FDNY Fire Figuter | 1 unit |
| Rudy Awards/PBO Small Box | 1 unit |
| Rudy Birthday Prints Total of 5 | 1 unit |
| Rudy Study Room/Electronics | 1 unit |
| Rudys Personal Books/PBO Small White Tote | 1 unit |
| Rudys Wires From Desk/PBO Plastic Tote | 1 unit |
| Skeleton/Holoween Decorations | 1 unit |
| Small Cabinet/Chest/Wrapped in Paper Pads | 1 unit |
| Small Media Room Electronics & Miscellaneous/3.0 Ctn | 1 unit |
| Small Media Room File Cabinet/3.0Ctn | 1 unit |
| Small Media Room Miscellaneous Supplies/Dishpack 5.2Ctn | 1 unit |
| Small Media Room Miscellaneous/Dishpack 5.2 Ctn | 1 unit |
| Small Media Room/Artwork & Folding Tables/Wardrobe | 1 unit |
| Small Media Room/File Cabinet & Office Supplies/3.0 Ctn | 1 unit |

| | |
|---|---|
| Small Media Room/Folders/Paper/Office Supplies/3.0 Ctn | 1 unit |
| Small Media Room/Miscellaneous Media Supplies/Wardrobe | 1 unit |
| Small Media Room/Office Supplies/Dishpack 5.2 Ctn | 1 unit |
| Study Room Books/1.5Ctns | 7 units |
| Trump 2020 Sign | 1 unit |
| White Board on Stand From Master Bedroom/1 Mirror Ctn | 1 unit |
| 4 Pictures/2 Mirror Ctns To Cover/ All in Same Mirror Ctns | 1 unit |
| Backpack Black | 1 unit |
| Clear Containers PBO | 2 units |
| Cushons | 3 units |
| Folding Chair Cushoned | 1 unit |
| Full Mattress/ Paded & Shrink Wrap | 1 unit |
| Gray Furniture Room Hers Bed Pillows/4.5Ctns | 1 unit |
| Gray Furniture Room Lamp Shade & Hat/1.5Ctn | 1 unit |
| Gray Room Armoire Hers with Mirror/ 2 Mirror Ctns & Shrink Wrap to Cover | 1 unit |
| Gray Room Clothes from Furniture Hers/Wardrobe | 1 unit |
| Gray Room Mirrored Dresser Hers/2 Mirror Ctns & Shrink Wrap | 1 unit |
| Legs For Brown Sofabed/ 1.5Ctn | 1 unit |
| Living Room 2 Lamp Shades/ 4.5Ctn | 1 unit |
| Master Bedroom Items From Dresser/1.5Ctn | 1 unit |
| Master Bedroom Mens Clothes/Waresrobe | 1 unit |
| Master Bedroom Shirts & Miscellaneous Items/4.5Ctns | 1 unit |
| Mens Shoes/4.5 Ctn | 1 unit |
| Speaker Legs/Office TV Plugs/Bundle in Paper Pads and Shrink | 1 unit |
| Wicker Baskets/4.5Ctn | 1 unit |
| 2 Pictures of USA Flag/4 Mirror Ctns to cover | 1 unit |

| | |
|---|---|
| Baseball Hats/4.5Ctn. | 2 units |
| Coat Closet Luggage/4.5 Ctn | 1 unit |
| Coat Closet Miscellaneous/4.5Ctn | 1 unit |
| Coat Closet Miscellaneous/Wardrobe | 2 units |
| Cushion to Desl Chair | 1 unit |
| Derek Jeter Hallway Picture/2 Mirror Ctns to Cover | 1 unit |
| Dinning Room Large Glass Bottle & Miscellaneous Items/Dishpack 5.1Ctn | 1 unit |
| Elephant Statue/ Covered in Paper Pads | 1 unit |
| Gray Furniture Room Glass Lamp/1.5Ctn Capped | 1 unit |
| Gray Furniture Room T V. Mount & Wires/Paper Pads | 1 unit |
| Gray Furniture Room/Green Liquor Box with Shot Glasses/1.5Ctn | 1 unit |
| Gray Room Bed Slats Bundled Together | 1 unit |
| Gray Room Mirror/6 Mirror Ctns To Cover | 1 unit |
| Gray Room Mirrored Headboard / 1 Mirror Ctn/Pads/Shrink Wrapped | 1 unit |
| Grey Furniture Room Shoes From Bottom Closet/4.5Ctn | 1 unit |
| Hallway Yankee Picture/ 2 Mirror Ctns | 1 unit |
| Ironing Board | 1 unit |
| Man of the Year Picture/ 4 Mirror Ctns to cover | 1 unit |
| Master Bedroom 2 Pictures/2 Mirror Ctns to Cover | 1 unit |
| Master Bedroom Bedding/4.5Ctn | 1 unit |
| Master Bedroom Bookcase Shelves/Bundle of Paper Pads | 1 unit |
| Master Bedroom File Cabinet/Covered with Pads and Shrink Wrap | 1 unit |
| Master Bedroom Files/1.5Ctns | 1 unit |
| Master Bedroom Files/Miscellaneous Items / 3.0 Ctn | 1 unit |
| Master Bedroom Life Picture & 2 American Flags/2 Mirror Ctns to Cover | 1 unit |

| | |
|---|---|
| Master Bedroom Mens Clothes/Wardrobe | 1 unit |
| Master Bedroom Miscellaneous Items from Bookcase/1.5Ctn | 1 unit |
| Master Bedroom Miscellaneous Items from Bookcase/3.0Ctn | 1 unit |
| Master Bedroom Miscellaneous/4.5Ctn | 1 unit |
| Master Bedroom Night Stand & Pillow/1.5 Ctn | 1 unit |
| Master Bedroom Television/6 Mirror Ctns to cover | 1 unit |
| Men Clothes & Miscellaneous from Master Bedroom/Wardrobe | 1 unit |
| Mens Shoes Master Bedroom/3.0Ctn | 1 unit |
| Miscellaneous From 3 Top Drawes In Gray Furniture Room/3.0Ctn | 1 unit |
| Miscellaneous PBO | 1 unit |
| Miscellaneous Picture/4 Mirror Ctns to Cover | 1 unit |
| Mugs/1.5Ctn | 1 unit |
| Office Books/1.5 Ctns | 3 units |
| Pillows for Couch | 2 units |
| Study Room Books/Miscellaneous/Dishpack 5.1Ctn | 1 unit |
| Black Lockable Suitcase | 1 unit |
| C-Bin of Miscellaneous Items | 1 unit |
| Chess Set/3.0Ctn | 1 unit |
| Coffee Table From Living Room/Paper Padded and Shrink Wrapped | 1 unit |
| Contents of Drop Leaf Table Drawers/1.5Ctn | 1 unit |
| Gray Furniture Room Her Desk/Wrapped in Pads&Shrink Wrap | 1 unit |
| Gray Furniture Room Hers Sterio & Pillows from Closet/4.5Ctn | 1 unit |
| Lamps/Dishpack 5.1Ctn/Both in same box | 2 units |
| Leather Desk Chair From Office/Hole in Back pf Chair/Padded | 1 unit |
| Living Room End Table/Paper Padded and Shrink Wrapped | 1 unit |
| Master Bedroom Miscellaneous from Bookcase/1.5Ctn | 2 units |
| Master Bedroom Pole Lamp& Miscellaneous Items/Wardrobe | 1 unit |

| | |
|---|---|
| Media Room Black Case Miscellaneous Media Items | 1 unit |
| Media Room Camras in Black Case | 1 unit |
| Mens Clothes from Master Bedroom/Wardrobe | 1 unit |
| Mirrored Nightstand from Gray Room/1 Mirror Ctn/Pads/Shrink Wrapped | 1 unit |
| Small Media Room Books/4.5Ctn | 1 unit |
| Small Media Room End Table Files/4.5Ctn | 1 unit |
| Small Media Room PBO/UPS BOX | 1 unit |
| Weights/Purple 10Lbs/Green 15Lbs | 1 unit |
| Box Springs Shrink Wrapped | 2 units |
| Dinning Room Curio Cabinet Draw Items Bottom Shelf/3.0Ctn | 1 unit |
| Drop Leaf Table/Wrapped in Paper Pads&Shrink Wrap | 1 unit |
| Kitchen Shelves Around Refrigerator/Coffee Cans/3.0Ctn | 1 unit |
| Master Bedroom Mattress/Padded and Shrink Wrapped | 1 unit |
| Master Bedroom Miscellaneous Items From Dresser/Dishpack 5.1Ctn | 1 unit |
| Master Bedroom Miscellaneous Items/3.0Ctn | 1 unit |
| Master Bedroom Pole Lamp Shade/Green/3.0Ctn | 1 unit |
| Television Stand/2 Mirror Ctns&Pads to Cover | 1 unit |
| White Board on Wheels with Maps Magneted on Both Sides/Shrink Wrapped | 1 unit |
| 9-11 Picture/Wrapped in Paper Pads | 1 unit |
| Desk Chair Cushion | 1 unit |
| Digital Golf Set In Case | 1 unit |
| Gray Furniture Room Bedroom Her Sound Bar Bracket/Bundle of Paper Pads | 1 unit |
| Gray Furniture Room Her Rugs/Bundle Of Paper Pads | 1 unit |
| Gray Furniture Room Hers Bedding/3.0Ctn Capped with 3.0Ctn ontop | 1 unit |

| | |
|---|---|
| Gray Furniture Room Hers Books/1.5Ctn | 2 units |
| Gray Furniture Room Items/Liquids/1.5Ctn | 1 unit |
| Gray Furniture Room Wood Glass Pen Box/Small Pictures/3.0Ctn | 1 unit |
| Gray Furniture Room/Hers Armored Statue/1.5Ctn Capped with 1.5Ctn | 1 unit |
| Gray Furniture/Hers Bedroom Books/1.5 Capped | 1 unit |
| Hallway Closet Vacuum Cleaner/Miscellaneous/ Wardrobe | 1 unit |
| Items from Media Room GVM Bag Covering | 1 unit |
| Kitchen Crystal Decoratives Around Refrigerator/Dishpack 5.1Ctn | 1 unit |
| Lights With Tripode/Dishpack 5.1Ctn with 3.0Ctn Cap | 1 unit |
| Living Room End Tables/Paper Pads | 2 units |
| Master Bedroom Book Cabinet/ Wrapped in Pads&Shrink Wrap | 1 unit |
| Master Bedroom Clothes&Ties/Wardrobes | 2 units |
| Master Bedroom Dresser/Wrapped in Pads and Shrink Wrap | 1 unit |
| Master Bedroom Files/Miscellaneous Items/3.0Ctn | 1 unit |
| Master Bedroom Miscellaneous Items from Bookcase/1.5 Ctn | 1 unit |
| Master Bedroom Miscellaneous Items from Desk/1.5Ctn | 2 units |
| Media Items in Pelican Case | 1 unit |
| Mens Shoes & Ties Master Bedroom/3.0 Ctn | 1 unit |
| Office Books/Two 1.5Ctns | 2 units |
| Office Cigar Humidifier/Dishpack 5.1Ctn | 1 unit |
| Shovel / Shrink Wrapped | 1 unit |
| Small LampShade from Top of File Cabinet/3.0Ctn | 1 unit |
| Small Media Room Dresser Miscellaneous Items/Dishpack 5.1Ctn | 1 unit |
| Small Media Room Lamp/Dishpack 5.1Ctn | 1 unit |
| Study Room Shelves Miscellaneous Supplies/ Dishpack 5.1Ctn | 1 unit |
| Yankee Banner/4 Mirror Ctns to Cover | 1 unit |

Docusign Envelope ID: 8CC396B5-B94A-44B5-8C5B-B7C5CB05C0EE Case 1:24-cv-06563-LJL Document 167-11 Filed 12/24/24 Page 14 of 38

**Total: 225** units

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR

## Crate #202 DMR

**Sortly ID:** SDUUOR0311

**Subfolders (total):** 0

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #202 DMR

### Bundle of Items Paper Paded & Shrink...

**Sortly ID:** SDUUOT1539

**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order

### Gray Furniture Room Hers Masks & Christmas from...

**Sortly ID:** SDUUOT1535

**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

### Gray Furniture Room/Her Clothes/Wardrobe

**Sortly ID:** SDUUOT1533

**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

### Headboard From Master Bedroom/Wood Chipped...

**Sortly ID:** SDUUOT1541

**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

### Master Bedroom Bed Slats/Bundled Paper Pad...

**Sortly ID:** SDUUOT1542

**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

### Master Bedroom King Footboard/Wood Chippe...

**Sortly ID:** SDUUOT1538

**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Master Bedroom Lamp & Pillows/Dishpack 5.1Ctn**

**Sortly ID:** SDUUOT1537
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom Miscellaneous Items from...**

**Sortly ID:** SDUUOT1536
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom Side Rails Chipped Up on som...**

**Sortly ID:** SDUUOT1543
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Sofa Bed Leather 3 Seater/Living Room**

**Sortly ID:** SDUUOT1532
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Study Room Books/1.5Ctn**

**Sortly ID:** SDUUOT1534
**Quantity:** 1.0 unit

Exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Television From Office/ 6 Mirror Ctns to cover &...**

**Sortly ID:** SDUUOT1540
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / **DMR**

## Crate #241 DMR

**Sortly ID:** SDUUOR0307
**Subfolders (total):** 0

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / **Crate #241 DMR**



**Black Leather OS Chairs/ Paper Pads & Shrink...**
**Sortly ID:** SDUUOT1414
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Bundle of 3 Small Pictures/Wrapped in Whi...**
**Sortly ID:** SDUUOT1410
**Quantity:** 1.0 unit

Family pictures Exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Bundle of Miscellaneous Bats/Canes/Wrapped in...**
**Sortly ID:** SDUUOT1405
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Camra Stand From Media Room in Case**
**Sortly ID:** SDUUOT1383
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Clear Container PBO/Media Items**
**Sortly ID:** SDUUOT1400
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Cushioned Ottoman Yellow/Shrink Wrapped**
**Sortly ID:** SDUUOT1381
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Diplomas/2 Mirror Ctns to Make 1 Item**
**Sortly ID:** SDUUOT1418
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Easel Pads/PBO**
**Sortly ID:** SDUUOT1421
**Quantity:** 2.0 units

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Golf bag**
**Sortly ID:** SDUUOT1382
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Gray Room Television/2 3.0 Ctns Cut Plus Padde...**
**Sortly ID:** SDUUOT1380
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**...Cleaning Supplies/Rug...**

**Sortly ID:** SDUUOT1401
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Manorias/Miscellaneous/PBO Clear Container**

**Sortly ID:** SDUUOT1402
**Quantity:** 1.0 unit

Exempt pursuant to New York law CPLR 5205(2) - Religious item; non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom Side Rails/Wrapped in Pads**

**Sortly ID:** SDUUOT1416
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Painting/Chipped Frame/Paper Pads**

**Sortly ID:** SDUUOT1408
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Plastic Bin PBO/ Christmas Supplies**

**Sortly ID:** SDUUOT1404
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Living Room Picture/Used 2 Mirror Ctns**

**Sortly ID:** SDUUOT1420
**Quantity:** 1.0 unit

Family pictures Exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom File Cabinet on Wheels/...**

**Sortly ID:** SDUUOT1417
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Media Room Armoire/Wrapped in Pad...**

**Sortly ID:** SDUUOT1379
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Painting/Wrapped in Paper Pads**

**Sortly ID:** SDUUOT1409
**Quantity:** 1.0 unit

Exempt pursuant to New York law CPLR 5205(2) - Religious item; non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Plastic Bin/PBO Drapes**

**Sortly ID:** SDUUOT1403
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Plastic Tub PBO/Media Supplies**

**Sortly ID:** SDUUOT1407
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Plastic Tube PBO/Christmas Supplies**

**Sortly ID:** SDUUOT1406
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Red Over Stuffed Chairs Shrink Wrapped**

**Sortly ID:** SDUUOT1378
**Quantity:** 2.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Small Cigar Box**

**Sortly ID:** SDUUOT1430
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Green Blanket**

**Sortly ID:** SDUUOT1419
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR

**Crate #A50 DMR**

**Sortly ID:** SDUUOR0306
**Subfolders (total):** 0

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #A50 DMR

 **2 Pictures/Hole in One Picture/Lincoln Picture/2...**

**Sortly ID:** SDUUOT1426
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**9/11 Print Picture/Wrapped in Pape...**

**Sortly ID:** SDUUOT1384
**Quantity:** 1.0 unit

Pictures exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**American Flag/4 Mirror Ctns to Cover**

**Sortly ID:** SDUUOT1425
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Back Office & Bathroom/Miscellaneous...**

**Sortly ID:** SDUUOT1371
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Clear Bin of Christmas Decorations/PBO**

**Sortly ID:** SDUUOT1366
**Quantity:** 1.0 unit

Exempt pursuant to New York law CPLR 5205(2) - Religious item; non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Comfoter im Clear Bag PBO**

**Sortly ID:** SDUUOT1413
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Electronics/3.0 Ctn**

**Sortly ID:** SDUUOT1360
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Fan Gray Room/Cut 3.0Ctn**

**Sortly ID:** SDUUOT1399
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Framed Oil Painting of Lady/Wrapped In Paper...**

**Sortly ID:** SDUUOT1387
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Golf Bags/Cut Wardrobe**

**Sortly ID:** SDUUOT1367
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024. As to wardrobe items, exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Good Will Fire Company #2 Signed**

**Sortly ID:** SDUUOT1374
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Gray Furniture Room/Under Bed...**

**Sortly ID:** SDUUOT1372
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Room Dresser Mirror/4 Mirror Ctns...**

**Sortly ID:** SDUUOT1376
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Grey Furniture Room Bed Parts/Bundle Covered in...**

**Sortly ID:** SDUUOT1375
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Kitchen Double Hand Statue From Shelvs...**

**Sortly ID:** SDUUOT1394
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Lawyer Sitting At Desk/4 Mirror Ctns to Cover**

**Sortly ID:** SDUUOT1422
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Mirror/4 Mirror Ctns Used/ 1 Item**

**Sortly ID:** SDUUOT1377
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom Miscellaneous Items Fro...**

**Sortly ID:** SDUUOT1393
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom Miscellaneous from Desk...**

**Sortly ID:** SDUUOT1412
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Medium Mirror/Wrapped in Paper Pads**

**Sortly ID:** SDUUOT1390
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Micky Mantle Picture/3 Mirror Ctns to Cover**

**Sortly ID:** SDUUOT1424
**Quantity:** 1.0 unit

Sports memorabilia to be turned over to Plaintiffs as Receivers

**Office Statues &Bookends/Dishpack...**

**Sortly ID:** SDUUOT1389
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Picture of John Daly/Wrapped in Paper...**

**Sortly ID:** SDUUOT1385
**Quantity:** 1.0 unit

Sports memorabilia to be turned over to Plaintiffs as Receivers

**Picture of Train Yard&FDNY Fire Figuter**

**Sortly ID:** SDUUOT1373
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Rudy Awards/PBO Small Box**

**Sortly ID:** SDUUOT1397
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Rudy Birthday Prints Total of 5**

**Sortly ID:** SDUUOT1386
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Rudy Study Room/Electronics**

**Sortly ID:** SDUUOT1359
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Rudys Personal Books/PBO Small White...**

**Sortly ID:** SDUUOT1398
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Rudys Wires From Desk/PBO Plastic Tote**

**Sortly ID:** SDUUOT1396
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Skeleton/Holoween Decorations**

**Sortly ID:** SDUUOT1370
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Small Cabinet/Chest/Wrapped ...**
**Sortly ID:** SDUUOT1391
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Small Media Room Electronics &...**
**Sortly ID:** SDUUOT1363
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room File Cabinet/3.0Ctn**
**Sortly ID:** SDUUOT1395
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room Miscellaneous...**
**Sortly ID:** SDUUOT1388
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room Miscellaneous/Dishpack...**
**Sortly ID:** SDUUOT1362
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room/Artwork & Folding...**
**Sortly ID:** SDUUOT1369
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room/File Cabinet & Office...**
**Sortly ID:** SDUUOT1361
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room/Folders/Paper/Off...**
**Sortly ID:** SDUUOT1364
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room/Miscellaneous...**
**Sortly ID:** SDUUOT1368
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room/Office Supplies/Dishpack 5.2 Ctn**
**Sortly ID:** SDUUOT1365
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Study Room Books/1.5Ctns**
**Sortly ID:** SDUUOT1392
**Quantity:** 7.0 units

Not items for turnover pursuant to Court Order of October 22, 2024.

**Trump 2020 Sign**
**Sortly ID:** SDUUOT1428
**Quantity:** 1.0 unit

Tools of the Trade exemption pursuant to New York law CPLR 5205(7); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**White Board on Stand From Master Bedroom/1...**
**Sortly ID:** SDUUOT1429
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR

## Crate #C107 DMR

**Sortly ID:** SDUUOR0310
**Subfolders (total):** 0

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #C107 DMR

**4 Pictures/2 Mirror Ctns To Cover/ All in Same Mirror...**
**Sortly ID:** SDUUOT1519
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Backpack Black**
**Sortly ID:** SDUUOT1522
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



**Clear Containers PBO**
**Sortly ID:** SDUUOT1508
**Quantity:** 2.0 units

Not items for turnover pursuant to Court Order of October 22, 2024.

**Coat Closet Miscellaneous/Wardrobe**
**Sortly ID:** SDUUOT1513
**Quantity:** 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Cushons**
**Sortly ID:** SDUUOT1521
**Quantity:** 3.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Folding Chair Cushoned**
**Sortly ID:** SDUUOT1520
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Full Mattress/ Paded & Shrink Wrap**
**Sortly ID:** SDUUOT1524
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Furniture Room Hers Bed Pillows/4.5Ctns**
**Sortly ID:** SDUUOT1509
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Furniture Room Lamp Shade & Hat/1.5Ctn**
**Sortly ID:** SDUUOT1505
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Room Armoire Hers with Mirror/ 2 Mirror Ctns...**
**Sortly ID:** SDUUOT1511
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Room Clothes from Furniture Hers/Wardrobe**
**Sortly ID:** SDUUOT1512
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Room Mirrored Dresser Hers/2 Mirror Ct...**
**Sortly ID:** SDUUOT1510
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Legs For Brown Sofabed/ 1.5Ctn**

Sortly ID: SDUUOT1507

Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom Items From Dresser/1.5Ctn**

Sortly ID: SDUUOT1506

Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Shirts & Miscellaneous...**

Sortly ID: SDUUOT1515

Quantity: 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Speaker Legs/Office TV Plugs/Bundle in Paper...**

Sortly ID: SDUUOT1523

Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Living Room 2 Lamp Shades/ 4.5Ctn**

Sortly ID: SDUUOT1517

Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom Mens Clothes/Waresrobe**

Sortly ID: SDUUOT1516

Quantity: 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Mens Shoes/4.5 Ctn**

Sortly ID: SDUUOT1518

Quantity: 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Wicker Baskets/4.5Ctn**

Sortly ID: SDUUOT1514

Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR

**Crate #F59 DMR**

Sortly ID: SDUUOR0309

Subfolders (total): 0



**2 Pictures of USA Flag/4 Mirror Ctns to cover**
**Sortly ID:** SDUUOT1503
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Baseball Hats/4.5Ctn.**
**Sortly ID:** SDUUOT1467
**Quantity:** 2.0 units

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Coat Closet Luggage/4.5 Ctn**
**Sortly ID:** SDUUOT1464
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Coat Closet Miscellaneous/4.5Ctn**
**Sortly ID:** SDUUOT1469
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Coat Closet Miscellaneous/Wardrobe**
**Sortly ID:** SDUUOT1465
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Cushion to Desl Chair**
**Sortly ID:** SDUUOT1500
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Derek Jeter Hallway Picture/2 Mirror Ctns to...**
**Sortly ID:** SDUUOT1474
**Quantity:** 1.0 unit

Sports memorabilia to be turned over to Plaintiffs as Receivers

**Dinning Room Large Glass Bottle & Miscellaneous...**
**Sortly ID:** SDUUOT1478
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Elephant Statue/ Covered in Paper Pads**
**Sortly ID:** SDUUOT1496
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Gray Furniture Room Glass Lamp/1.5Ctn...**
**Sortly ID:** SDUUOT1491
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Furniture Room Hers Books/1.5Ctn**
**Sortly ID:** SDUUOT1493
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Furniture Room T V. Mount & Wires/Paper...**
**Sortly ID:** SDUUOT1499
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Furniture Room/Green Liquor Box...**
**Sortly ID:** SDUUOT1490
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan
Liquor box - Not items for turnover pursuant to Court Order of October 22, 2024.

**Gray Room Bed Slats Bundled Together**
**Sortly ID:** SDUUOT1501
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Room Mirror/6 Mirror Ctns To Cover**
**Sortly ID:** SDUUOT1477
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Room Mirrored Headboard / 1 Mirror...**
**Sortly ID:** SDUUOT1504
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Grey Furniture Room Shoes From Bottom...**
**Sortly ID:** SDUUOT1488
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Hallway Yankee Picture/ 2 Mirror Ctns**
**Sortly ID:** SDUUOT1473
**Quantity:** 1.0 unit

Sports memorabilia to be turned over to Plaintiffs as Receivers

**Ironing Board**
**Sortly ID:** SDUUOT1471
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Man of the Year Picture/ 4 Mirror Ctns to cover**
**Sortly ID:** SDUUOT1502
**Quantity:** 1.0 unit

Family pictures Exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Master Bedroom 2 Pictures/2 Mirror Ctns to...**
**Sortly ID:** SDUUOT1475
**Quantity:** 1.0 unit

Family pictures Exempt pursuant to New York law CPLR 5205(2); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom Bedding/4.5Ctn**
**Sortly ID:** SDUUOT1468
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom Bookcase Shelves/Bundl...**
**Sortly ID:** SDUUOT1498
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom File Cabinet/Covered with...**
**Sortly ID:** SDUUOT1479
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Files/1.5Ctns**
**Sortly ID:** SDUUOT1482
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Files/Miscellaneous Item...**
**Sortly ID:** SDUUOT1484
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Life Picture & 2 American...**
**Sortly ID:** SDUUOT1472
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Mens Clothes/Wardrobe**
**Sortly ID:** SDUUOT1466
**Quantity:** 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Master Bedroom Miscellaneous Items from...**
**Sortly ID:** SDUUOT1494
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Miscellaneous Items from...**
**Sortly ID:** SDUUOT1495
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



Master Bedroom
Miscellaneous/4.5Ctn

**Sortly ID:** SDUUOT1489
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

Master Bedroom Night Stand & Pillow/1.5 Ctn

**Sortly ID:** SDUUOT1483
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

Master Bedroom
Television/6 Mirror Ctns
t...

**Sortly ID:** SDUUOT1470
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

Men & Miscellaneous Clothes
from...

**Sortly ID:** SDUUOT1463
**Quantity:** 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

Mens Shoes Master Bedroom/3.0Ctn

**Sortly ID:** SDUUOT1485
**Quantity:** 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

Miscellaneous From 3 Top Drawes
In Gray Furniture...

**Sortly ID:** SDUUOT1486
**Quantity:** 1 0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

Miscellaneous PBO

**Sortly ID:** SDUUOT1487
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

Miscellaneous Picture/4 Mirror Ctns to Cover

**Sortly ID:** SDUUOT1497
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

Mugs/1.5Ctn

**Sortly ID:** SDUUOT1481
**Quantity:** 1.0 unit

Crockery exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

Office Books/1.5 Ctns

**Sortly ID:** SDUUOT1492
**Quantity:** 3.0 units

Not items for turnover pursuant to Court Order of October 22, 2024.

Pil (

Sortly ID: SDUUOT1476
Quantity: 2.0 units

lows for Couch



Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

Books/Miscella

Sortly ID: SDUUOT1480
Quantity: 1.0 unit

Study Room

.neous/Dis..



Not items for turnover pursuant to Court Order of October 22, 2024.

All / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR



Sortly ID: SDUUOR0312

Crate #126B DMR

Subfolders (tota



All Items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #126B DMR

Lockable

Sortly ID: SDUUOT1557
Quantity: 1.0 unit

Black Suitcase

Tools of the Trade exemption pursuant to New York law CPLR 5205(7); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

Sortly ID: SDUUOT1550
Quantity: 1.0 unit

C-Bin of Miscellaneous Items



Not items for turnover pursuant to Court Order of October 22, 2024.

Chess Set/3

Sortly ID: SDUUOT1563
Quantity: 1.0 unit

.0Ctn



Not items for turnover pursuant to Court Order of October 22, 2024.

Living

Sortly ID: SDUUOT1552
Quantity: 1.0 unit

Coffee Table From Room/Paper Padded and..



Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



**Contents of Drop Leaf Table Drawers/1.5Ctn**

**Sortly ID:** SDUUOT1558
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Gray Furniture Room Her Desk/Wrapped in...**

**Sortly ID:** SDUUOT1544
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Furniture Room Hers Sterio & Pillows from...**

**Sortly ID:** SDUUOT1548
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Lamps/Dishpack 5.1Ctn/Both in same box**

**Sortly ID:** SDUUOT1559
**Quantity:** 2.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Leather Desk Chair From Office/Hole in Back pf...**

**Sortly ID:** SDUUOT1551
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Living Room End Table/Paper Padded and...**

**Sortly ID:** SDUUOT1554
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Master Bedroom Miscellaneous from...**

**Sortly ID:** SDUUOT1562
**Quantity:** 2.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Master Bedroom Pole Lamp& Miscellaneous...**

**Sortly ID:** SDUUOT1560
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Media Room Black Case Miscellaneous Media...**

**Sortly ID:** SDUUOT1553
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Media Room Camras in Black Case**

**Sortly ID:** SDUUOT1555
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Mens Clothes from Master Bedroom/Wardrobe**

Sortly ID: SDUUOT1561

Quantity: 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Mirrored Nightstand from Gray Room/1 Mirror...**

Sortly ID: SDUUOT1549

Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Small Media Room Books/4.5Ctn**

Sortly ID: SDUUOT1546

Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room End Table Files/4.5Ctn**

Sortly ID: SDUUOT1545

Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small Media Room PBO/UPS BOX**

Sortly ID: SDUUOT1547

Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Weights/Purple 10Lbs/Green 15Lbs**

Sortly ID: SDUUOT1556

Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR

## Crate #I901 DMR

Sortly ID: SDUUOR0313

Subfolders (total): 0

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #I901 DMR



**Box Springs Shrink Wrapped**
**Sortly ID:** SDUUOT1574
**Quantity:** 2.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Dinning Room Curio Cabinet Draw Items...**
**Sortly ID:** SDUUOT1567
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Drop Leaf Table/Wrapped in Paper Pads&Shrink...**
**Sortly ID:** SDUUOT1571
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Kitchen Shelves Around Refrigerator/Coffee...**
**Sortly ID:** SDUUOT1570
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Mattress/Padded and...**
**Sortly ID:** SDUUOT1565
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Master Bedroom Miscellaneous Items Fro...**
**Sortly ID:** SDUUOT1568
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Miscellaneous...**
**Sortly ID:** SDUUOT1569
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Pole Lamp Shade/Green/3.0Ctn**
**Sortly ID:** SDUUOT1566
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Television Stand/2 Mirror Ctns&Pads to Cover**
**Sortly ID:** SDUUOT1572
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**White Board on Wheels with Maps Magneted on...**
**Sortly ID:** SDUUOT1573
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.



N 25

Sortly ID: SDUUOR0308
Subfolders (total): 0

# Crate #N25 DMR

All items / CTS Available Inventory / Storage (BA2) / SE Quadrant / DMR / Crate #N25 DMR

9-11 in Pads
Picture/Wrapped Paper
Sortly ID: SDUUOT1448
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

Desk Chair Cushion
Sortly ID: SDUUOT1441
Quantity: 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

Digital Golf Set In Case
Sortly ID: SDUUOT1444
Quantity: 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

Gray Furniture Room Bedroom Her Sound Bar...
Sortly ID: SDUUOT1451
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

Gray Furniture Room Her Rugs/Bundle Of Paper ...
Sortly ID: SDUUOT1454
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

Gray Furniture Room Hers Bedding/3.0Ctn Cap ped...
Sortly ID: SDUUOT1450
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

Gray Furniture Room Hers Books/1 .5Ctn
Sortly ID: SDUUOT1460
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

Gray Furniture Room Items/Liquid s/1 .5Ctn
Sortly ID: SDUUOT1434
Quantity: 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan



**Gray Furniture Room Wood Glass Pen...**
**Sortly ID:** SDUUOT1432
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Furniture Room/Hers Armored Statue/1.5Ctn...**
**Sortly ID:** SDUUOT1456
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Gray Furniture/Hers Bedroom Books/1.5...**
**Sortly ID:** SDUUOT1458
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Hallway Closet Vacuum Cleaner/Miscellaneous/...**
**Sortly ID:** SDUUOT1446
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Items from Media Room GVM Bag Covering**
**Sortly ID:** SDUUOT1453
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Kitchen Crystal Decoratives Around...**
**Sortly ID:** SDUUOT1436
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Lights With Tripode/Dishpack 5.1Ctn...**
**Sortly ID:** SDUUOT1449
**Quantity:** 1.0 unit

Non-Receivership Property pursuant to October 22, 2024 Court Order - Property of Dr. Maria Ryan

**Living Room End Tables/Paper Pads**
**Sortly ID:** SDUUOT1462
**Quantity:** 2.0 units

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Master Bedroom Book Cabinet/ Wrapped in...**
**Sortly ID:** SDUUOT1452
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Master Bedroom Clothes&Ties/Wardrobes**
**Sortly ID:** SDUUOT1442
**Quantity:** 2.0 units

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.



**Master Bedroom Dresser/Wrapped in Pad...**
**Sortly ID:** SDUUOT1443
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

**Master Bedroom Files/Miscellaneous...**
**Sortly ID:** SDUUOT1435
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Miscellaneous Items from...**
**Sortly ID:** SDUUOT1459
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Master Bedroom Miscellaneous Items from...**
**Sortly ID:** SDUUOT1457
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Media Items in Pelican Case**
**Sortly ID:** SDUUOT1445
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Mens Shoes & Ties Master Bedroom/3.0 Ctn**
**Sortly ID:** SDUUOT1431
**Quantity:** 1.0 unit

Wearing apparel exemption pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law.

**Office Books/Two 1.5Ctns**
**Sortly ID:** SDUUOT1455
**Quantity:** 2.0 units

Not items for turnover pursuant to Court Order of October 22, 2024.

**Office Cigar Humidifier/Dishpack...**
**Sortly ID:** SDUUOT1438
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Shovel / Shrink Wrapped**
**Sortly ID:** SDUUOT1461
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

**Small LampShade from Top of File Cabinet/3.0Ctn**
**Sortly ID:** SDUUOT1440
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law



Small Media Room
**Dresser Miscellaneous...**
**Sortly ID:** SDUUOT1437
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

Study Room Shelves
**Miscellaneous Supplies/...**
**Sortly ID:** SDUUOT1433
**Quantity:** 1.0 unit

Not items for turnover pursuant to Court Order of October 22, 2024.

Small Media Room
**Lamp/Dishpack 5.1Ctn**
**Sortly ID:** SDUUOT1439
**Quantity:** 1.0 unit

Household Furniture - Exempt pursuant to New York law CPLR 5205(5); non-exempt under Florida law, except to the extent of exemption of $1,000 for personal property under applicable Florida law

Yankee Banner/4 Mirror
**Ctns to Cover**
**Sortly ID:** SDUUOT1447
**Quantity:** 1.0 unit

Sports memorabilia to be turned over to Plaintiffs as Receivers