UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>       Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>       Defendant. | No. 24-cv-06563-LJL |

**ERRATA TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CIVIL CONTEMPT AND TO IMPOSE SANCTIONS (ECF NO. 169)**

  Plaintiffs Ruby Freeman and Wandrea' Moss respectfully submit this errata to correct an error on page 6 of Plaintiffs' reply in support of their motion to hold Defendant in civil contempt and to impose sanctions, ECF No. 169. In their reply, Plaintiffs' represented that Mr. Giuliani produced his 19 "exhibits" to Plaintiffs on December 2, 2024. *Id.* at 6. Mr. Giuliani actually made this production on December 8, 2024 by an email from his counsel that Plaintiffs have attached hereto (without the production appended). *See* Ex. A; *see also* ECF No. 117.

| | |
|---|---|
| Dated: December 30, 2024<br>     New York, New York | s/ Aaron E. Nathan<br><br>WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Meryl C. Governski (admitted *pro hac vice*)<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>mgovernski@willkie.com<br><br>Aaron E. Nathan<br>M. Annie Houghton-Larsen<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mhougton-larsen@willkie.com |