```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
RUBY FREEMAN and WANDREA' MOSS,                                    :
                                                                   :
                          Plaintiffs,                              :     24-mc-00353 (LJL)
          -v-                                                      :
                                                                   :
RUDOLPH W. GIULIANI,                                               :
                                                                   :
                          Defendant,                               :
          -and-                                                    :
                                                                   :
ANDREW H. GIULIANI,                                                :
                                                                   :
                          Intervenor-Defendant.                    :
                                                                   :
------------------------------------------------------------------ X
                                                                   :
RUBY FREEMAN and WANDREA' MOSS,                                    :     24-cv-06563 (LJL)
                                                                   :
                          Plaintiffs,                              :
                                                                   :
          -v-                                                      :
                                                                   :     ORDER
RUDOLPH W. GIULIANI,                                               :
                                                                   :
                          Defendant.                               :
                                                                   :
------------------------------------------------------------------ X
```

LEWIS J. LIMAN, United States District Judge:

Defendant Rudolph W. Giuliani ("Defendant") filed his witness list for the trial set for January 16, 2025, at 24-mc-00353, Dkt. 193; 24-cv-06563, Dkt. No. 157. The list was filed under seal in both dockets. The Court has neither directed nor permitted this list to be filed under seal.

2

The Clerk of Court is respectfully directed to unseal the documents at 24-mc-00353, Dkt. 193; 24-cv-06563, Dkt. No. 157.

Dated: December 27, 2024
      New York, New York

                                  LEWIS J. LIMAN
                              United States District Judge