# EXHIBIT 3

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **To:** | Joseph Cammarata, Esq.; Nathan, Aaron E. |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant |
| **Subject:** | RE: Depositions |
| **Date:** | Sunday, December 29, 2024 8:39:05 AM |

Joe,

Thank you for your email.

Regarding Mr. Medrano, we will not agree to cancel his deposition. Not only was Mr. Medrano properly served and noticed for his deposition, but Mr. Giuliani repeatedly declined to or was unable to answer questions in his deposition and testified that the answers would be known by Mr. Medrano. We will expect Mr. Medrano at Willkie's New York office at 9 a.m. on December 31, 2024 as noticed.

Regarding Mr. Goodman and Dr. Ryan, neither witness has complied with the Court's orders to fully respond to Plaintiffs' subpoenas for documents. Mr. Goodman has not produced any documents and Dr. Ryan has only produced a single document. As we have said repeatedly in emails over the last week, Plaintiffs will make the Court aware of this non-compliance on December 31, 2024.

Additionally, both depositions were properly served and noticed for in person depositions, and neither Mr. Goodman nor Dr. Ryan ever indicated that they would be unable to appear in person. We have the right to conduct depositions in person and intend to do so. Your email today, the day before the depositions, is the first indication we have that the witnesses would like to appear remotely. We expect Dr. Ryan at Willkie's New York office at 9 a.m. on December 30, 2024 as noticed and Mr. Goodman at Willkie's New York office at 1:00 p.m. as noticed. Should you like to join by zoom, we will provide you with a link tomorrow prior to the depositions beginning.

Thank you,

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
**Sent:** Sunday, December 29, 2024 11:24 AM
**To:** Nathan, Aaron E. <ANathan@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Subject:** Depositions

**\*\*\* EXTERNAL EMAIL \*\*\***

Good afternoon all,

Please be advised I will not be calling Michael Ragusa or Ryan Medrano at trial, therefore their depositions are unnecessary. Please send me, Dr. Ryan and Theodore Goodman, the links for the virtual depositions tomorrow. Thank you and be well.-Joe

Regards,

Joseph Cammarata, Esq.
Cammarata & De Meyer P.C.
456 Arlene Street
Staten Island, NY 10314
Phone: 718-477-0020
Fax: 718-494-3288

Admitted to Practice in:
New York, New Jersey & Florida

www.CDLawPC.com

CONFIDENTIALITY NOTICE: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email.

If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at Joe@CDLawPC.com immediately so that we can arrange the return of the documents.

*IRS Circular 230 Disclosure:* As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.