# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

RUBY FREEMAN and WANDREA MOSS,

                Plaintiffs,

                    Case No.

            v.   24-cv-6563 (LJL)

RUDOLPH W. GIULIANI,

                Defendant.

-----------------------------------------x

                9:11 a.m.

                December 31, 2024

       VIRTUAL DEPOSITION of RYAN MEDRANO, a

Witness in the above entitled matter, taken

pursuant to Subpoena, before Stephen J. Moore, a

Registered Professional Reporter, Certified

Realtime Reporter and Notary Public of the State

of New York.

Page 2

```
1            RYAN MEDRANO
2  A P P E A R A N C E S:
3
4      WILLKIE FARR & GALLAGHER LLP
5       Attorneys for Plaintiffs
6       1875 K Street NW
7       Washington, DC  20006
8
9    BY:   AARON NATHAN, ESQ.
10       - and -
11       MAGGIE MacCURDY, ESQ.
12       - and -
13       MERYL GOVERNSKI, ESQ.
14       - and -
15       AMELIA DIAZ, ESQ.
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1            RYAN MEDRANO
2  Exhibit 8   E-mail from Mr. Medrano to      148  15
3      Mr. Ricci dated December 19,
4      2023
5
6  Exhibit 9   Series of e-mail between Mr.    165   9
7      Medrano and Mr. Ricci dated
8      December 19, 2023
9
10 Exhibit 10  E-mail                          170  24
11
12 Exhibit 11  E-mail from Heath Berger        210  24
13      dated January 25, 2024, it's to
14      Mr. Giuliani, et al.
15
16 Exhibit 12  E-mail from Ryan Medrano to     213  12
17      Joe Ricci with attachment
18
19 Exhibit 13  E-mail                          217   8
20
21 Exhibit 14  E-mail from Maria Ryan          219  19
22
23 Exhibit 15  E-mail from Maria Ryan with     226  17
24      attachment
25
```

Page 3

```
1            RYAN MEDRANO
2  EXAMINATION BY                    PAGE
3  MR. NATHAN                 9  14
4
5       E X H I B I T S
6
7  Exhibit 1  E-mail              123  13
8
9  Exhibit 2  E-mail              127  19
10
11 Exhibit 3   E-mail regarding subpoena    130   6
12
13 Exhibit 4   December 4, 2023 e-mail from  133  16
14      Joe Ricci to
15      Ryanmedrano@Giulianipartners.co
16      m with attachment
17
18 Exhibit 5   E-mail dated December 7, 2023  136   3
19      from Joe Ricci to Rudy Giuliani
20      and Maria Ryan
21
22 Exhibit 6   Bank sttements for Giuliani    141  16
23      Communications
24 Exhibit 7   E-mail exchange between Mr.    145   9
25      Medrano and Mr. Ricci
```

Page 5

```
1            RYAN MEDRANO
2  Exhibit 16  Series of e-mail from Ryan     230  11
3      Medrano to Joe Ricci
4
5  Exhibit 17  E-mail from Joe Ricci to       232  19
6      Ryan Medrano
7
8  Exhibit 18  E-mail from Ryan Medrano to    235   4
9      Joe Ricci with attachment
10
11 Exhibit 19  E-mail from Ryan Medrano to    246  17
12      Joe Ricci
13
14 Exhibit 20  Calendar invitation from       250  23
15      Gary Rosen
16
17 Exhibit 21  e-mail from Joe Ricci to       254  14
18      Ryan Medrano with attached
19      invoice
20
21 Exhibit 22  E-mail with attachment         260  11
22
23 Exhibit 23  Subpoena responses             265   5
24
25 Exhibit 24  Amended subpoena responses     273  23
```

2 (Pages 2 - 5)

RYAN MEDRANO

1
2       A       Financial related accounting,
3  bookkeeping, I like to say, and I worked
4  with a guy named Joe Ricci, who is our
5  accountant.
6       Q       Okay.  How is Giuliani or how
7  is Giuliani Partners organized?
8       A       In the early days there were
9  several partners, but then they all started
10  departing, I assume around 2010, 2012.
11              And now, the last couple of
12  years, while it was still open, Rudy was the
13  only person that -- and you can talk to Joe
14  about this, but he was the only person who
15  had capital in the company.
16              Because he kept on loaning
17  the company money, and he actually has a
18  company that is in debt to him actually
19  several million dollars.
20       Q       Is Giuliani Partners an LLC?
21       A       Yes.
22       Q       Do you know who the members
23  of the LLC are?
24       A       Technically they are still
25  there, but they are all passive partners,

RYAN MEDRANO

1
2  because they haven't participated in it, a
3  lot of them, for over a decade, so it's
4  really only Rudy right now.
5       Q       Do you know who the other
6  members are?
7       A       Yeah, yes.
8       Q       And who are they?
9       A       Okay, hold on, let me make
10  sure I get them all.
11              I think this is it.  There is
12  Jeff Hess, Mike Hess, Eric Hatsamamos, Dan
13  Connolly, Anthony Carbonetti, Steve Osterly
14  -- Jeff Hess, Michael Hess, Eric Hatsamamos,
15  Dan Connolly, Anthony Carbonetti, Stephen
16  Osterly and Dennis Young, who passed away I
17  think two or three years ago.
18              But again, most of these guys
19  left after the failed presidential bid and
20  they have really not had much to do with the
21  company, just having their name on it until
22  it's dissolved, so --
23       Q       Does Giuliani Partners file
24  regular tax returns?
25       A       Yes, this should be the final

RYAN MEDRANO

1
2  one this year.
3       Q       This year, meaning tax year
4  2024?
5       A       '24, yes.
6       Q       Just with respect to Giuliani
7  Partners, how many people are paid by
8  Giuliani Partners?
9       A       None.  It's closed,
10  basically.
11       Q       When was the last time that
12  Giuliani Partners paid any individuals or
13  entities?
14       A       I'm not exact dates, but I
15  would say '21, maybe; 2021.
16       Q       Okay.  Do you recall who
17  those individuals or entities were?
18       A       I don't.  I would have to
19  look in the records, but I am one of the few
20  people that are on that.
21              I'm trying to think what
22  other companies.  The security detail was
23  Giuliani Security.  They all left in '21,
24  '22.
25              Who else was around?  I would

RYAN MEDRANO

1
2  have to look, I don't know.
3       Q       When you say the security
4  detail, who are you referring to?
5       A       He had a security detail that
6  he paid for once he left office, so they
7  were a bunch of ex-police, ex-NYPD that took
8  care of him, and they slowly started falling
9  off as they couldn't afford them.
10       Q       Does Dr. Ryan receive any
11  payment from Giuliani Partners?
12       A       I have to check, I don't
13  remember when she came on.  Currently, from
14  Standard U.S.A., she gets a salary for being
15  the CEO or operating manager of it.
16       Q       Okay.  Does -- do you know
17  who Monsignor Alan Placa is?
18       A       Yes, he's an old friend of
19  Giuliani's.
20       Q       Does he receive any payment
21  from Giuliani Partners?
22       A       No.  He's owed money, but I
23  highly doubt he will collect that.
24       Q       Why is he owed money?
25       A       Because he was working for

Page 30

RYAN MEDRANO

1
2 free for a year during COVID, I believe.  I
3 will have to look at the records.
4        Q    What was Monsignor Placa's
5 role at Giuliani Partners?
6        A    He was more technology, IT.
7        Q    What do you mean by
8 technology and IT?
9        A    He dealt with the computers,
10 the phone system, computer system,
11 technology.
12        Q    Okay.  Did he have a title?
13        A    I don't recall.
14        Q    Is that the only role that he
15 has had with Mr. Giuliani's companies?
16        A    The money -- I didn't really
17 get involved with what each person did.  At
18 one point there were probably over 200
19 people that worked there when Giuliani
20 Capital Advisors, back in the day, 2005,
21 2006.
22        Q    When you say Monsignor Placa
23 worked for free, what were the circumstances
24 of that arrangement?
25        A    I think we were supposed --

Page 31

RYAN MEDRANO

1
2 again, I'm not sure, but I think we were
3 supposed to pay him a retainer, and he may
4 have worked for a year, still helped us, but
5 he's not going to get paid, because there is
6 no money there.
7        Q    Was there a written agreement
8 with Monsignor Placa?
9        A    I believe so in the record
10 file from years ago.  There has to be
11 something in his file.
12        Q    I think you said that he
13 wasn't going to collect the money he's owed.
14 Why do you believe that?
15        A    Because the company is zero,
16 it's broke.  Who's going to pay him?
17        Q    Does Giuliani Partners ever
18 make distributions of any profits?
19        A    They did back in the day, but
20 it hasn't been profitable for a good six or
21 seven years, so.
22        Q    How long ago is back in the
23 day?
24        A    2001 to 2010 or '11.
25        Q    Since around 1010 or '11 has

Page 32

RYAN MEDRANO

1
2 Giuliani Partners made any profit
3 distributions?
4        A    I would have to look, I don't
5 know.  I mean, you are asking something
6 that's really --
7        Q    If Giuliani Partners were to
8 make a profit distribution, who would be
9 entitled to --
10        A    Just Giuliani at this point,
11 my understanding is it's Giuliani.
12        Q    What's that understanding
13 based on?
14        A    He's the only one that has
15 money invested in the firm, and he was
16 basically paying to keep the payroll open
17 for a couple of years in late 2010, 2015,
18 '16.
19        Q    To the extent that you don't
20 recall the details of the arrangements with
21 Giuliani Partners, what types of -- what
22 would you have to look at to refresh your
23 recollection?
24        A    The tax returns.
25        Q    Are there any --

Page 33

RYAN MEDRANO

1
2        A    Joe, Joe would have them.
3        Q    Do you possess any of the
4 documents detailing the arrangements at
5 Giuliani Partners?
6        A    Meaning?  What do you mean?
7        Q    Do you possess any of
8 Giuliani Partners' tax returns?
9        A    Yes, I have some of them, but
10 Joe --
11        Q    Do you have a copy of its
12 operating agreement or membership agreement?
13        A    From 2001.  And then I
14 believe after Roy Bailey left I have an
15 amendment.
16        Q    Okay.
17             Did you or do you have an
18 e-mail at Giuliani Partners?
19        A    I do; but I don't really
20 check it that often anymore, so --
21        Q    How many people -- do you
22 know whether anybody else has a Giuliani
23 Partners e-mail?
24        A    Probably five or six, I don't
25 know, I have to call the tech people and ask

9 (Pages 30 - 33)

RYAN MEDRANO

1
2 them who's still on that thing.
3      Q     If Giuliani Partners is not
4 active, why does it still have active e-mail
5 addresses?
6      A     Just not focusing on it, and
7 this year we decided let's just close
8 everything, it's time.
9            I have asked to close to a
10 couple of years ago, but it's just something
11 that you have to get to, and it costs money
12 to do, and a lot of things, but it's -- to
13 get them, to convince them to close them.
14     Q     When you say we decided let's
15 just close everything, it's time, who do you
16 mean by we?
17     A     I talked to Rudy about that
18 at the beginning of the year.
19     Q     At the beginning of what
20 year?
21     A     2024.
22           And Joe Ricci, our
23 accountant.
24     Q     Have you taken any steps to
25 close Giuliani Partners?

RYAN MEDRANO

1
2      A     Yes, well, Joe has been doing
3 it, for sure.
4      Q     Okay.  When you say it costs
5 money, where is that money going to come
6 from?
7      A     I don't know.  We have been
8 trying to use people we know, but I don't
9 know the details.
10           I would ask Joe Ricci what it
11 cost, because he's the one who says it's
12 going to cost a lot of money to do it, but I
13 haven't been handed a bill.
14     Q     When you say we have been
15 trying to use people we know, what do you
16 mean by that?
17     A     Really like Joe, he's been
18 helping, the accountant.  I don't know if
19 he's reaching out to any lawyers, friends of
20 his, I have no idea, but in essence it's
21 closing the accounts out.
22     Q     So when you say it's going to
23 cost money to close Giuliani Partners, what
24 costs exactly are you referring to?
25     A     I think legal fees.  I just

RYAN MEDRANO

1
2 don't know how it's done.  I don't know --
3 I'm not a lawyer, or --
4      Q     Okay, I would like to ask
5 about Giuliani Group that you mentioned.
6 What is Giuliani Group?
7      A     It was a pass-through entity,
8 one of the -- from what I can recall, it was
9 one of the -- it was created because Ernst &
10 Young was a partner when the firm started.
11           And to avoid conflict of
12 interest, because they audited a lot of
13 companies, they created Giuliani Group.
14           So it existed for a year or
15 two, and then after that it's been dormant,
16 it's a pass-through.
17     Q     You say Ernst & Young was a
18 partner when the firm started.  Which firm
19 are you referring to?
20     A     All of them, I think Giuliani
21 & Company, though, which is the umbrella
22 company of all of them.
23     Q     Okay.
24     A     Or maybe -- no, I'm sorry.  I
25 think they were a partner of -- I don't

RYAN MEDRANO

1
2 know.  I would have to look at the records
3 again.
4      Q     So, what's your -- is
5 Giuliani Group also an LLC?
6      A     Yes, I believe they are all
7 LLCs, except for World Capital, which is an
8 S Corp.
9      Q     And what's your understanding
10 of what a pass-through entity is?
11     A     Pass-through entity on the
12 tax return doesn't file one, and the money
13 goes up to the Giuliani Company, which is
14 the ultimate -- I don't know what you call
15 it, top, the top company, holding company, I
16 guess.
17           I don't really know what the
18 technical term is.
19     Q     Okay.
20           Maybe I should just get a
21 full picture of the map of these companies,
22 so that I can know which to ask for in which
23 order, which to ask about in which order.
24           You mentioned that Giuliani &
25 Company is the umbrella company?

10 (Pages 34 - 37)

Page 66

RYAN MEDRANO

1            RYAN MEDRANO
2 worked for him.
3      Q    Is there any reason he
4 wouldn't have been able to pay the people
5 who worked for him directly?
6      A    I don't believe he could --
7 well, I would have to talk to the
8 accountants on that one, but they are the
9 ones who decided this is the proper way to
10 go.
11     Q    Are you an accountant?
12     A    No, I am not.
13     Q    Okay, I think you've called
14 yourself the money man a few times.
15     A    It's finance related, so
16 that's why I was talking about, and
17 accounting.  I never said that I was an
18 accountant.
19     Q    No, no, what is your
20 professional training?
21     A    I just started working on
22 campaigns, for the finance departments,
23 budgeting director, the accounting.
24          And then Giuliani was looking
25 for a controller and they interviewed me and

Page 67

1            RYAN MEDRANO
2 he liked me, and I've been there off and on
3 for the past 27 years.
4      Q    And do you have any
5 professional degrees?
6      A    Not in accounting.  Yeah, I
7 do, in psychology.
8      Q    And do you have any
9 professional licenses?
10     A    No.
11     Q    Sorry, I just thought I would
12 ask.
13          So, are you aware of any
14 reason why Mr. Giuliani couldn't have been
15 paid directly for his services?
16     A    Again, the accountants set it
17 up this way because he had to pay other
18 people who are working for him, because some
19 people with him a lot.
20     Q    Did you ever have any
21 conversations with the accountants about
22 that topic?
23     A    Not really.  They would set
24 it up, so I said okay, this is the entity,
25 then.  That's where we went with it.

Page 68

1            RYAN MEDRANO
2      Q    And did you ever have any
3 conversations with Mr. Giuliani about that
4 topic?
5      A    No.
6      Q    Does Giuliani Communications
7 ever distribute any profits?
8      A    I think we paid some of his
9 taxes last year, but that was it.  He didn't
10 collect any money early for the first year,
11 I believe.
12          And then I believe this year
13 we might have paid him.
14     Q    And when you say, "we might
15 have paid him," what do you mean?
16     A    Meaning I'm pretty sure we
17 sent wires to him, I would have to look at
18 the records.
19     Q    And those wires, to the
20 extent that you sent -- let me be precise.
21 When you say "we went wires," you mean
22 Giuliani Communications?
23     A    The entity, Giuliani
24 Communications.
25     Q    Sent wires to Mr. Giuliani?

Page 69

1            RYAN MEDRANO
2      A    Correct.
3      Q    And you would have been the
4 person responsible for executing those
5 wires?
6      A    Yes.
7      Q    And to the extent you sent
8 wires to Mr. Giuliani, those would have
9 represented profit distributions to
10 Mr. Giuliani?
11     A    Well, I was told it was --
12 yeah, I guess so.  Because he used it to pay
13 taxes that he owed on his property.
14     Q    Okay.
15          So Mr. Giuliani -- excuse me,
16 Mr. Giuliani's relationship with Giuliani
17 Communications was that of an owner, is that
18 accurate?
19     A    Yes.
20     Q    So, he, in that capacity, did
21 he have an entitlement to all of the profits
22 of Giuliani Communications?
23     A    Well, that's the thing.  It's
24 an LLC, and I'm assuming it's a single
25 member, because I believe he's the only one,

18 (Pages 66 - 69)

Page 70

RYAN MEDRANO

1 and an LLC could have various partners in
2
3 it, so --
4       Q    Okay.  Is it your
5 understanding that Mr. Giuliani is the sole
6 member of Giuliani Communications?
7       A    Yes.  I don't believe anyone
8 has been added to the organization as an
9 owner, so yes.
10      Q    So, if Giuliani
11 Communications had profits, would anybody
12 other than Mr. Giuliani be entitled to those
13 profits?
14      A    No.  I'm pretty sure it's the
15 same.
16      Q    And how does Giuliani
17 Communications decide when to distribute
18 profits to its owner?
19      A    I believe it's when he had
20 his -- he didn't take any money the first
21 year, that's for sure.
22           And then I think the second
23 year, it's around each quarterly tax return.
24      Q    Okay.  And is there --
25      A    I would have to look, I would

Page 71

RYAN MEDRANO

1 have to look.
2
3       Q    So is it fair to say that
4 it's up to Mr. Giuliani when to take profit
5 distributions from Giuliani Communications?
6       A    I don't know if it's -- I
7 assume so, but he talks to Maria as well,
8 I'm sure.  I don't know the process.
9       Q    Does Maria have any legal
10 authority to decide when profit
11 distributions are made from Giuliani
12 Communications?
13      A    I'm not sure about legal
14 authority, but since he's running the show,
15 I would get a text where she said please, or
16 a call, please distribute money to him,
17 because he needs to pay his taxes.
18      Q    Okay.  So the distribution,
19 it sounds like what you're saying in your
20 experience, distributions of profits to
21 Mr. Giuliani would respond to Mr. Giuliani's
22 needs as they arose, is that fair to say?
23      A    I believe so.
24           His taxes I think 100 percent
25 of the time, but I could be wrong, I would

Page 72

RYAN MEDRANO

1 have to look.
2
3       Q    When you say taxes, you are
4 referring to Mr. Giuliani's personal taxes,
5 is that accurate?
6       A    Yes, I believe property taxes
7 and whatever other taxes he owes.  I don't
8 really ask the question.
9       Q    Does Giuliani Communications
10 have an operating agreement?
11      A    Yes, I would have to track
12 one down, but I'm sure there is one.
13      Q    Do you have a copy of that
14 operating agreement?
15      A    I would have to look.
16      Q    How do you know that Giuliani
17 Communications was making distributions to
18 Mr. Giuliani for the purpose of
19 Mr. Giuliani's taxes?
20      A    That's the way Maria would
21 tell me, that's what he's using it for.
22      Q    As far as you know, could it
23 have been for any other expenses of
24 Mr. Giuliani's?
25      A    I don't know.

Page 73

RYAN MEDRANO

1
2       Q    If Dr. Ryan asked you to make
3 a distribution of profits for -- to
4 Mr. Giuliani from Giuliani Communications,
5 is there any reason you can think of why you
6 would refuse a request like that?
7       A    Not that I know of.  I'm
8 trying to think the timeline there, because
9 at one point, whoever his lawyer was at the
10 time said you can't -- I don't remember
11 whether it was -- maybe -- just to contact
12 me or the accountant if he could make a
13 distribution.
14           I don't remember the
15 conversation.
16      Q    In your experience --
17           MR. NATHAN:  Or strike that.
18      Q    -- was there ever an occasion
19 when you did refuse a request to make a
20 distribution of profits from Giuliani
21 Communications?
22      A    No.
23      Q    Just returning, a moment ago
24 you testified that Dr. Ryan would tell you
25 that Mr. Giuliani would use the distribution

19 (Pages 70 - 73)

Page 74

RYAN MEDRANO

1
2 to pay his personal taxes.
3        Do you have any other reason
4 for thinking that to be the -- for thinking
5 that to be true?
6        A    No, I didn't really question
7 it. I mean, that's what he decided.
8        Q    You don't know one way or the
9 other what Mr. Giuliani did with the profits
10 once they were distributed to him?
11        A    Correct, that's not my thing
12 to do in the company.
13        Q    And it wouldn't have mattered
14 to you one way or the other what the reason
15 was, provided the request came from
16 Mr. Giuliani or from Dr. Ryan, is that
17 right?
18        A    Correct.
19        Q    And just to make sure I'm
20 clear, it's fair to say that profit
21 distributions from Giuliani Communications
22 are done on an ad hoc basis?
23        A    I believe they were done
24 quarterly -- not -- I think it was when the
25 tax returns were due, so that's why he

Page 75

RYAN MEDRANO

1
2 requested them.
3        Q    But the reason for the
4 timing, as far as you are aware, was
5 Mr. Giuliani's own need to pay taxes, rather
6 than some internal rule that applied to
7 Giuliani Communications?
8        A    Correct. That was --
9        Q    And if Mr. Giuliani's own
10 personal financial needs had been slightly
11 different, then the profit distributions
12 could have been changed to match those needs
13 instead?
14        A    I'm sorry, one more time?
15        Q    If Mr. Giuliani -- if the
16 timing of Mr. Giuliani's financial needs had
17 been different, the distributions of profits
18 from Giuliani Communications could also have
19 been changed to meet that timing?
20        A    Yes, if they decided.
21        Q    I would just like to ask now
22 about -- well, I think you mentioned another
23 LLC.
24        Are there any other LLCs in
25 which Mr. Giuliani has an interest?

Page 76

RYAN MEDRANO

1
2        A    The current company, yes.
3        Q    What's the current company?
4        A    Standard U.S.A., LLC.
5        Q    And what is Standard U.S.A.,
6 LLC?
7        A    It's an entity that is
8 similar to Communications, I believe it's
9 domiciled in Florida, just like
10 Communications.
11        I was told this is the
12 entity, and that's where it started in late
13 August, 2024, September, maybe. I don't
14 know exactly about that.
15        Q    This may be a natural time
16 for a break. If that's all right with you,
17 Mr. Medrano, we can go off the record for a
18 few minutes, let you have a break, give the
19 court reporter a break.
20        Is that all right with you?
21        A    I want Steve on it, because
22 he wants to get out of here, man. Five
23 minutes.
24        Q    Why don't we come back at
25 10:30.

Page 77

RYAN MEDRANO

1
2        A    Okay, perfect.
3        THE VIDEOGRAPHER: Going off
4 the record, the time is 10:20 a.m.,
5 this is the end of media unit 1.
6        (At this point in the proceedings
7 there was a recess, after which the
8 deposition continued as follows:)
9        THE VIDEOGRAPHER: We are
10 back on the record, the time is
11 10:31 a.m. This is the beginning of
12 media unit 2.
13        Q    Mr. Medrano, during the break
14 did you discuss your deposition testimony
15 with anyone?
16        A    No.
17        Q    You mentioned earlier that
18 you had some difficulty opening bank
19 accounts with Mr. Giuliani's name on them.
20        Other than the Parkside
21 account you were discussing, did you open
22 any other accounts with Mr. Giuliani on the
23 account?
24        A    I did not open it. Maria
25 opened the bank account in Florida for

20 (Pages 74 - 77)

RYAN MEDRANO

1          RYAN MEDRANO
2    Standard U.S.A., LLC.
3        Q    Have you opened any bank
4    accounts in Maria Ryan's name?
5        A    No.
6        Q    Have you opened any bank
7    accounts in Ted Goodman's name?
8        A    No.
9        Q    Have you opened any other
10   bank accounts in Giuliani Communications'
11   name?
12       A    No.
13       Q    And other than the bank
14   account that you just mentioned in Florida,
15   are you aware of any other bank accounts for
16   Standard U.S.A., LLC?
17       A    No.
18       Q    Okay.  Let's talk about
19   Standard U.S.A., LLC.
20            Was that --
21       A    It's what he does his media
22   things through.  It handles his business
23   dealings, his media.
24       Q    It's an LLC, you say, is that
25   right?

1          RYAN MEDRANO
2        A    Yes.
3        Q    And do you know how many
4    members it has?
5        A    I believe three, but I don't
6    know the percentages.
7        Q    And who are those three?
8        A    Mayor Giuliani, Maria Ryan
9    and Ted Goodman.
10       Q    Okay.
11            And you don't know the
12   percentages.  Do you know the relative
13   shares?
14       A    He is definitely around 80
15   and either it's 20 or 10 the other two
16   split, I just don't know.
17       Q    As far as you know,
18   Mr. Giuliani is the majority owner of the
19   LLC?
20       A    I believe so.
21       Q    Do you know why Maria Ryan
22   and Ted Goodman were given ownership shares
23   of Standard U.S.A., LLC?
24       A    I'm not privy to that, I
25   don't know.

1          RYAN MEDRANO
2        Q    Does Standard U.S.A., LLC
3    have any activities other than being the
4    entity through which Mr. Giuliani does his
5    business?
6        A    No.
7        Q    What is the nature of the
8    business that Mr. Giuliani conducts through
9    Standard U.S.A., LLC?
10       A    His radio show, and anything
11   he promotes.  I believe that coffee was the
12   most recent one that was in the press.
13            So it's an entity that
14   captures whatever he's pushing or selling or
15   what advertising space he sells on his radio
16   show.
17       Q    When you say his radio show,
18   what do you mean?
19       A    I don't know, because I
20   haven't listened to it in a while, but I
21   think he's on daily still, I just -- I'm not
22   involved in the day-to-day, sorry.
23       Q    And you mentioned something
24   about coffee.  What did you mean by that?
25       A    There is, one of his new

1          RYAN MEDRANO
2    sponsors that was in the paper a couple of
3    months ago, it's a coffee brand he
4    advertises.
5        Q    How did you learn about that?
6        A    I believe I have a contract
7    from them.
8        Q    Who provided you with that
9    contract?
10       A    Maria, I believe.
11       Q    Did you negotiate the
12   contract?
13       A    No.
14       Q    So you learned about it from
15   Maria?
16       A    Yes.
17       Q    Do you know who negotiated
18   the contract?
19       A    I'm assuming Maria.
20       Q    Was that contract with
21   Standard U.S.A., LLC?
22       A    Yes.
23       Q    Are you aware of any other
24   contracts that Standard U.S.A., LLC has
25   executed?

21 (Pages 78 - 81)

Page 82

RYAN MEDRANO

1
2      A     Yes, he has several.  He has
3  the Newsmax, and then he has Red Eagle, and
4  what else is on there?
5             I would have to look, but
6  those are the big ones that he receives.
7      Q     How long has Standard U.S.A.,
8  LLC been in existence?
9      A     I believe around September
10  1st of this year.
11      Q     Do you know why it was set up
12  on that date?
13      A     No, not really.
14      Q     The contracts you mentioned,
15  are they in addition to the contracts that
16  Giuliani Communications LLC had?
17      A     They have new contracts, so I
18  think that's the only other one, I'm trying
19  to remember.
20             I would just have to look at
21  the records, at the bank statements.
22      Q     Okay.  How do you receive --
23             MR. NATHAN:  Strike that.
24      Q     Generally speaking, how could
25  you learn about the business activities of

Page 83

RYAN MEDRANO

1
2  Standard U.S.A., LLC?
3      A     Through Maria.
4      Q     What's your understanding of
5  Maria's role in that company?
6      A     The manager.  She's running
7  it, she negotiates the contracts.
8      Q     What's your understanding of
9  Ted Goodman's role in the company?
10      A     He is a consultant that he
11  hired him for media, and then just anything
12  Giuliani needs, Ted will help him.
13             He is an old guy, so he's in
14  his '80s, so he needs people.
15      Q     And what's your understanding
16  of Mr. Giuliani's role in the company?
17      A     He again is like, if I was
18  writing a policy on it, he would be the key
19  man.
20      Q     You mentioned a contract with
21  something having to do with coffee.  Do you
22  recall who the counterparty is for that
23  contract?
24      A     Yeah, it's Burke Coffee.
25      Q     Burke, okay.

Page 84

RYAN MEDRANO

1
2             Do you know -- do you know
3  how Standard U.S.A. earns revenues?
4      A     It's through those contracts
5  I just mentioned, that's where the revenue
6  comes in.
7      Q     Okay.  And how much revenue
8  comes in?
9      A     It just depends on how many
10  advertising spots he does.
11      Q     Okay.  Are you aware since
12  September 1, 2024 how much revenue Standard
13  has earned?
14      A     I would have to look it up.
15      Q     But do you have documents
16  that would show how much revenue?
17      A     Yeah, the bank statements,
18  yeah, yeah, for sure.
19      Q     And you have access to all of
20  Standard's bank statements?
21      A     Yes.
22      Q     I think you mentioned setting
23  up a bank account for Standard in Florida,
24  could you tell me everything you know about
25  that bank account?

Page 85

RYAN MEDRANO

1
2      A     It's the only account.
3      Q     Okay.  And could you tell me
4  what you know about it?
5      A     It's a regular business
6  checking account.
7      Q     And what bank is it at?
8      A     I think FINANCIAL.  I
9  didn't --
10      Q     I'm sorry, you understand why
11  I was confused.  You are not saying you
12  think the name of the bank --
13      A     I've got you.  Sorry, I
14  didn't do that -- iThink Financial Credit
15  Union.  It's somewhere in South Florida.
16      Q     So the name of the bank is
17  iTthink?
18      A     Yes.
19      Q     Is that one word, iTthink?
20      A     ITthink, yes, is all one
21  word.  I've been to their concert venues,
22  Financial Credit Union.
23      Q     That's helpful, thank you.
24             And Standard has one bank
25  account at iTthink Financial?

22 (Pages 82 - 85)

Page 86

RYAN MEDRANO

2  A    Just one.
3  Q    And no other bank accounts,
4 is that accurate?
5  A    Yes, no.
6  Q    And are you a --
7  A    Sorry, Steve, you told me not
8 to talk while he's talking, and I'm trying.
9 Sorry, Mr. Nathan, what did you say?
10  Q    Standard has one bank account
11 at iTthink Financial, and no other bank
12 accounts?
13  A    Correct.
14  Q    Thank you.
15       And are you a signer on that
16 account?
17  A    Yes, sir.
18  Q    Are there any other signers
19 on the account?
20  A    Maria is on this one.
21  Q    Okay.  Is Mr. Giuliani a
22 signer on the account?
23  A    I don't believe so.
24  Q    And why not?
25  A    I don't know.  They opened

Page 87

RYAN MEDRANO

2 that without -- I had nothing to do with
3 that.  I was told one day this is the
4 account.
5  Q    As a signer, did you have any
6 role in opening the account?
7  A    Just what they needed, my --
8 iTthink, they needed a passport, and maybe a
9 credit card or something to show I'm a
10 legitimate person.
11  Q    Okay.
12       Have you ever executed any
13 financial transactions on behalf of Standard
14 U.S.A.?
15  A    Yes.
16  Q    Could you tell me about
17 those?
18  A    Your basic expenses, again,
19 the people that work for them, and any type
20 of equipment they use for their show and any
21 technology they may use.
22  Q    I'm sorry, go ahead.
23  A    Just business expenses.
24  Q    And who works for Standard
25 U.S.A.?

Page 88

RYAN MEDRANO

2  A    The same names as
3 Communications.
4  Q    And who are they?
5  A    Mayor Giuliani, Maria Ryan,
6 Ted Goodman, Michael Ragusa, myself and Joe
7 Ricci.
8  Q    Are those people W-2
9 employees of Standard U.S.A.?
10  A    Maria Ryan is the W-2.
11  Q    Maria Ryan is also a part
12 owner of Standard U.S.A., is that correct?
13  A    Yes, I believe so, but I
14 remember going about, talking to them about
15 this, and somehow the accountant cleared it.
16  Q    So, I'm sorry, you just
17 testified you remember talking to Maria Ryan
18 and Mr. Giuliani about this, is that
19 accurate?
20  A    No, I was talking to Joe
21 Ricci about it, because one of the rules is
22 you can't be a 1099 and a W-2 at the same
23 time.
24       I believe you can, if you
25 start as one you can do the other, as long

Page 89

RYAN MEDRANO

2 as there is a definite cut-off.
3       But I don't know how they
4 resolved it, but they said legally they are
5 okay.
6  Q    Okay, but it was a conscious
7 decision to make Maria Ryan both an owner
8 and a W-2 employee, is that right?
9  A    I wasn't in on those
10 conversations when they formed the thing.
11  Q    I'm sorry, is Maria Ryan a
12 1099 employee of Standard U.S.A.?
13  A    No, she's being paid via a
14 W-2 currently.
15       I would have to speak to Joe
16 Ricci on it to figure out how it was
17 resolved.
18  Q    Joe Ricci would know the
19 answer to that question?
20  A    Yes, I believe so.
21  Q    And generally speaking, Joe
22 Ricci would know the answer to questions
23 regarding the finances of Mr. Giuliani's
24 companies that you might not know?
25  A    Yeah, he should; but he's --

23 (Pages 86 - 89)

Page 98

RYAN MEDRANO

1          RYAN MEDRANO
2 does his taxes, so that's the only thing
3 that would have came up in the early part of
4 2024.
5      Q    How would it have been
6 relevant to Mr. Giuliani's taxes?
7      A    Well, if he's got to claim it
8 as his residence, his tax place has changed,
9 so I don't know what he did.  Eventually Joe
10 is the one who knows.
11      Q    And the first conversations
12 you had about -- when would you have
13 spoke --
14          MR. NATHAN:  Strike that, I'm
15      sorry.
16      Q    I think you just testified
17 that you might have spoken to Joe about it
18 in the early part of 2024.
19          Is that the earliest you
20 would have spoken to Joe Ricci about Mr.
21 Giuliani's tax situation arising from
22 spending more time in Florida?
23      A    Well, I think so, because the
24 only thing I would say is you have to do
25 like change of residence and all that stuff,

Page 99

RYAN MEDRANO

1          RYAN MEDRANO
2 so I don't know what happened afterwards.
3          I think he was actually on
4 the phone call we were talking about closing
5 the entities.
6      Q    That phone call, when did
7 that occur?
8      A    At the beginning of the 2024,
9 in the first quarter, at least.
10      Q    Okay.  And when you say you
11 have to do like change of residence, what do
12 you mean by that?
13      A    You just don't -- you have to
14 file residency.  That's why, I don't know if
15 he changed any of his licenses or residency.
16          When I came to Missouri, I
17 had to tell them, from New York.
18      Q    But you don't have any
19 personal knowledge of any changes of that
20 kind that Mr. Giuliani may have made?
21      A    No.
22      Q    And you didn't follow up with
23 Joe Ricci about any of that?
24      A    No.  I mentioned to him, just
25 to say, hey, this is something that should

Page 100

RYAN MEDRANO

1          RYAN MEDRANO
2 be on your radar.
3      Q    I would like to just go back
4 to Standard U.S.A.
5          I think I asked whether you
6 knew anything about Standard U.S.A.'s
7 revenues.
8          Could you give me a sense of
9 how much money Standard U.S.A. takes in?
10      A    It varies upon his -- the ads
11 that he's selling.
12          So anywhere from $20 to $40,
13 I believe, but I would have to look.
14      Q    20 to 40 what?
15      A    $20 to $40,000 a month, but I
16 would have to look at the bank statements.
17      Q    So Standard has been in
18 existence since September 2024, is that
19 right?
20      A    Yes, I don't know the exact
21 date, but it's around there.
22      Q    So that's four months, do you
23 agree?
24      A    Yes.
25      Q    Do you have records of how

Page 101

RYAN MEDRANO

1          RYAN MEDRANO
2 much Standard has taken in in each of those
3 four months?
4      A    Yes, it's all on the bank
5 statement.
6      Q    Okay.  And do you have
7 records of Standard's expenses during those
8 four months?
9      A    Yes.  There isn't much, it's
10 just salaries, employees, and whatever
11 expenses they have to run the business.
12      Q    And does Standard have any
13 profits during those four months?
14      A    A little, not much.
15      Q    Has Standard distributed --
16 sorry, when you say, "a little, not much,"
17 could you give me a ballpark?
18      A    Probably $10,000 a month,
19 say, net.
20      Q    And has Standard
21 distributed -- excuse me, has Standard
22 distributed any of those profits during its
23 existence?
24      A    I don't think so, but I have
25 to look.

26 (Pages 98 - 101)

Page 102

RYAN MEDRANO

1
2    Q    But you would have a record
3  of any profit distributions that Standard
4  has made?
5    A    Yes.
6    Q    And who would those profit
7  distributions have been to?
8    A    Rudy, if I sent one to him, I
9  would just have to look, Giuliani.
10    Q    Would you have sent any
11  profit distributions to Maria or Ted?
12    A    No.  Ted is on a retainer,
13  and he may get something, I guess, at the
14  end of the year as a bonus.
15        Maria is salary, so I don't
16  think she's going to get a bonus.  Maybe she
17  will, I don't know.
18    Q    Do Maria or Ted have any
19  entitlement to profits from Standard U.S.A.?
20    A    I don't understand the
21  question.
22    Q    That's okay.
23        Maria and Ted are part owners
24  of Standard U.S.A., is that correct?
25    A    I believe so.

Page 103

RYAN MEDRANO

1
2    Q    Does their ownership stake,
3  as far as you know, does their ownership
4  stake entitle them to any share of
5  Standard's profits?
6    A    I have to read the operating
7  agreement. I should probably read that
8  through.
9    Q    And Standard has an operating
10  agreement, is that correct?
11    A    I believe so.
12    Q    And do you have a copy of the
13  operating agreement?
14    A    I would have to look.  I
15  don't know if they sent me a copy or not.
16    Q    Okay.
17    A    I know one exists, so --
18    Q    Are there any other legal
19  documents or are there any documents of any
20  kind that would detail the members of
21  Standard U.S.A.'s respective entitlement to
22  profits?
23    A    It's only the operating
24  agreement, so I would have to look to see if
25  I have a copy, or if they could send me a

Page 104

RYAN MEDRANO

1
2  copy.
3    Q    You say you would have to
4  look at the operating agreement.  So you
5  have seen it at some point?
6    A    I think so, but I'm not sure.
7    Q    If you had seen it, when
8  would that have been?
9    A    Probably after it was formed.
10    Q    And how do you know the
11  operating agreement exists if you haven't
12  seen it?
13    A    Because I know.
14        MR. NATHAN:  Strike that.
15    You didn't testify that you hadn't
16    seen it.
17    Q    If you are not sure whether
18  you've seen it or not, how do you know the
19  operating agreement exists?
20    A    Well, by dealing with these
21  people, I would say that an operating
22  agreement, every entity has to have one.
23        So I'm assuming they have it.
24  Why would they stop?  It would be out of
25  character for them.

Page 105

RYAN MEDRANO

1
2    Q    Okay.
3        When it comes time to pay out
4  profit distributions from Standard U.S.A.,
5  how do you know how much and to whom you are
6  supposed to pay?
7    A    I don't think I've paid any
8  out, but I would have to look, I just don't
9  know, without being able to look for the
10  operating agreement, if I have it, and if I
11  paid anything out.
12    Q    And if you were asked to pay
13  out a profit distribution, would you consult
14  the operating agreement before you made the
15  payment?
16    A    I should, but I probably
17  didn't.  So --
18    Q    Did you just pay based on
19  what they tell you?
20    A    Correct.
21    Q    And by they, could that mean
22  Mr. Giuliani?
23    A    No, it's Maria is usually the
24  one who tells me.
25    Q    So generally, or generally or

27 (Pages 102 - 105)

Page 106

RYAN MEDRANO

1  RYAN MEDRANO
2  exclusively it would be Maria Ryan who told
3  you what to pay?
4      A    Yes.
5      Q    And you would pay what she
6  told you?
7      A    Correct.  I would just have
8  to look -- I don't remember, because I know
9  there was something about one of their
10  attorneys, I don't know which one, said you
11  can't pay him or something like that.
12          I don't remember if we paid
13  him or not, that's why I would have to look
14  at the records.
15      Q    So you just testified, "I
16  would have to look, I don't remember,
17  because I know there was something about one
18  of their attorneys, I don't know which one,
19  said you can't pay him or something like
20  that."
21      A    Yes.
22      Q    What do you mean by that?
23      A    They said hold off on any
24  payments.  I just don't remember which one,
25  because he has several attorneys.

Page 107

RYAN MEDRANO

1  RYAN MEDRANO
2          I would just have to look at
3  the bank statement to see what happened.
4      Q    So, just so I understand, one
5  of Mr. Giuliani's attorneys told you that
6  you could not pay Mr. Giuliani?
7      A    I believe so, yes.
8      Q    Do you remember when that
9  occurred?
10      A    I don't know exactly, but I
11  think it was right around when Standard
12  U.S.A. was in operation.
13      Q    So, I think you testified
14  that Standard U.S.A. was formed September
15  2024, is that right?
16      A    Yes, somewhere around that
17  area.  It could have been late August, I
18  don't know the exact date.
19      Q    So this conversation that you
20  are referring to happened just before
21  Standard U.S.A. was formed?
22      A    No, it was actually
23  functioning at that point, I believe.
24      Q    Do you recall which attorney
25  made this comment to you?

Page 108

RYAN MEDRANO

1  RYAN MEDRANO
2      A    I don't know, I don't
3  remember which one.  Or maybe I talked to
4  Maria about it.
5          I just remember that that was
6  something I had to watch.
7      Q    Did you regularly communicate
8  with Mr. Giuliani's attorneys?
9      A    Not really, no.
10      Q    Are you familiar with
11  Mr. Giuliani's attorneys?
12      A    Well, they come and go, so I
13  don't really know.  Joe is a new one, so.
14      Q    Was this conversation that
15  you are talking about it, was it with Joe?
16      A    Joe, maybe.  I don't know,
17  who is the person before him?
18      Q    Do you know who Ken Carusso
19  is?
20      A    It may have been Ken Carusso.
21  Yes, I do know who he is, but I think he
22  was -- he was right around that time, so
23  maybe he gave instructions.  I don't know
24  who.
25      Q    Do you know who Gary Rosen

Page 109

RYAN MEDRANO

1  RYAN MEDRANO
2  is?
3      A    I know, yes, I know Gary
4  Rosen's name.
5      Q    And who is Gary Rosen?
6      A    He is an attorney.
7      Q    Is he one of Mr. Giuliani's
8  attorneys?
9      A    I don't know.  I thought he
10  was a friend, but I don't know if he's a
11  paid guy or whatever.
12      Q    Do you know who David
13  Lebkowsky is?
14      A    No.
15      Q    Do you know who Gary Fischoff
16  is?
17      A    I know the name.  I don't
18  know him.
19          I think he was -- was he with
20  the Heath Berger firm?  Because that's
21  another attorney.
22      Q    What's your understanding of
23  who Heath Berger is?
24      A    A bankruptcy attorney; I
25  believe.

28 (Pages 106 - 109)

Page 110

RYAN MEDRANO

1
2  Q    Do you recall if the
3  conversation that you had about not paying
4  Mr. Giuliani was with any of those
5  individuals?
6        I can repeat them if you
7  need.
8    A    I don't know if -- I think
9  Maria told me.
10    Q    So Maria told you that
11  Mr. Giuliani cannot be paid directly, is
12  that accurate?
13    A    Just I don't think he can be
14  paid.  I don't recall the conversation, the
15  exact wording.
16    Q    So, just so I'm clear about
17  what you do recall, you recall that you had
18  a conversation sometime in late August or
19  early September, is that about right?
20    A    In September, I believe
21  September, October, maybe, because --
22    Q    And it was either with
23  Mr. Giuliani's attorneys or with Maria Ryan?
24    A    I believe it was Maria,
25  though, yes.

Page 111

RYAN MEDRANO

1
2    Q    And the substance of the
3  conversation was that you could not pay
4  Mr. Giuliani?
5    A    Right.
6    Q    And was it any broader, was
7  it any more specific than that?  Did --
8    A    No, it was you have to hold
9  off, I think, and then that was it.  That's
10  why I have to look at the bank statements to
11  see if I actually paid anything out or not.
12    Q    When you say paid anything
13  out, are we only talking about Standard
14  U.S.A.?
15    A    Correct, at this point.  The
16  other accounts were closed.
17    Q    So this conversation that you
18  had didn't have to do with Giuliani
19  Communications?
20    A    No; no, that account was
21  closed in August.
22    Q    So it only had to do with
23  Standard U.S.A.?
24    A    Correct.
25    Q    Does Standard U.S.A. owe

Page 112

RYAN MEDRANO

1
2  Mr. Giuliani money?
3    A    Does Standard U.S.A. --
4  technically, I don't really know.  There are
5  small profits, but I just would have to
6  check to see if it's paid, I don't know.
7    Q    If Maria Ryan told you to
8  hold off paying Mr. Giuliani money, what
9  would your understanding then be of the
10  obligation to pay Mr. Giuliani going
11  forward?
12    A    I just assume when they say
13  it's okay, then it's okay, but up until
14  then --
15    Q    But does that mean that
16  Standard U.S.A. owes Mr. Giuliani money in
17  the future?
18    A    I don't know.  I would have
19  to see the operating agreement, I don't
20  really know, I'm not technical.
21    Q    So let me ask a different
22  way.
23        Does Mr. Giuliani have any
24  entitlement to the profits of Standard
25  U.S.A., LLC?

Page 113

RYAN MEDRANO

1
2    A    I would have to read the
3  operating agreement, but I'm assuming, yes,
4  but I shouldn't assume.
5    Q    Just so your testimony is
6  clear, has Standard U.S.A. ever distributed
7  profits to Mr. Giuliani or -- Mr. Giuliani
8  or anybody else?
9    A    Not the other two, but I
10  would have to look at Giuliani.  That's why
11  I said I would have to look.
12    Q    But it's possible as far as
13  you know --
14    A    It's possible, yes.
15    Q    -- that some profits have
16  been distributed?
17    A    Yes, it's possible; that
18  might have triggered the conversation.  So
19  we will see.  I don't recall what happened.
20    Q    Do you -- so if Maria Ryan or
21  anyone, for that matter, told you to hold
22  off paying Mr. Giuliani out of Standard
23  U.S.A., LLC, what happened to that money?
24    A    It's in the bank account.
25    Q    So any -- outside from the

29 (Pages 110 - 113)

Page 114

RYAN MEDRANO

1
2 bank account, does Standard U.S.A. have any
3 other assets?
4      A.    No.
5      Q     So any of the funds that
6 Mr. Giuliani --
7          MR. NATHAN:  Strike that.
8      Q     Other than the operating
9 agreement and the bank statements, are there
10 any other records of Standard U.S.A.'s
11 activities?
12     A     That's it for now, yeah.
13     Q     Any other financial records?
14     A     In Quickbooks, yes.  I don't
15 know.
16     Q     And when you say Quickbooks,
17 are you referring to records that you
18 possess?
19     A     Yes.  I just have to -- there
20 is some information I had to put in there
21 for sure.
22     Q     And what type of records are
23 those?
24     A     It's an accounting system.
25     Q     Okay.

Page 115

RYAN MEDRANO

1
2          Is that the way that you
3 maintain the financial accounts of Standard
4 U.S.A.?
5      A     Yes.
6      Q     And does anybody else
7 maintain the financial accounts for Standard
8 U.S.A.
9      A     No.
10     Q     So the only records that
11 exist of Standard --
12         MR. NATHAN:  Well, strike
13 that.
14     Q     The only records that you are
15 aware of for Standard U.S.A. would be the
16 bank statements, the operating agreement, if
17 one exists, and the records you maintain in
18 Quickbooks, is that accurate?
19     A     Correct, yes.
20     Q     Are you aware of Maria Ryan
21 maintaining any records for Standard U.S.A.?
22     A     No.
23     Q     When you communicate with
24 Dr. Ryan about Standard U.S.A., how do you
25 communicate with her?

Page 116

RYAN MEDRANO

1
2      A     Phone call.
3      Q     Does she ever e-mail you
4 about it?
5      A     Very rarely, but if she's
6 sending a contract, maybe she'll do it that
7 way.
8      Q     Does she ever send you text
9 messages about it?
10     A     Rarely.
11     Q     And why would she be sending
12 you contracts for Standard U.S.A.?
13     A     She is managing it, she's
14 managing the company.
15     Q     And why do you need to have
16 the contracts?
17     A     To have a copy on record.
18     Q     Why is it important to have a
19 copy on record?
20     A     It's just by law you should
21 have a record, so --
22     Q     Do you have records of all of
23 Standard U.S.A.'s contracts?
24     A     I believe so.
25     Q     I think you said before that

Page 117

RYAN MEDRANO

1
2 you know Gary Rosen.  Could you tell me who
3 he is?
4      A     I believe he's a friend of
5 Rudy's from the past.  I don't know really
6 how the relationship or how far back they
7 go.
8      Q     Do you know whether Gary
9 Rosen is an attorney?
10     A     Yes, he's an attorney.
11     Q     Do you know whether he's done
12 any legal work for Mr. Giuliani?
13     A     I don't know if he's advised
14 him, but they are friends, so.
15     Q     How about for Standard
16 U.S.A., LLC?
17     A     For Standard U.S.A. he
18 probably helped him at the beginning, I'm
19 assuming.
20         I don't really know what
21 happened at the beginning.
22     Q     Why do you assume that he
23 helped him at the beginning?
24     A     Because they needed help, I
25 believe, with the legal documents.

30 (Pages 114 - 117)

Page 118

RYAN MEDRANO

1
2      I didn't -- I wasn't involved
3  in that, so --
4      Q     You mentioned Standard
5  U.S.A.'s contracts.  To what extent were
6  those contracts continuous with legal
7  relationships that Giuliani Communications
8  had had?
9      A     I'm sorry, could you --
10      Q     I will try that one again.
11          To what extent did Giuliani
12  Communications' contracts continue with
13  Standard U.S.A.?
14      A     They had to sign new
15  contracts, that's for sure.  Pretty much the
16  same.
17      Q     So you, so when you say
18  pretty much the same, what do you mean?
19      A     Well, if the contract for
20  whatever work they are doing, they are still
21  doing the same work, just with a different
22  entity.
23      Q     So Standard U.S.A. would do
24  the same work as Giuliani Communications
25  LLC?

Page 119

RYAN MEDRANO

1
2      A     Well, it's his media,
3  whatever he does with his media, that's what
4  it's handling.
5      Q     So, if Standard U.S.A. was
6  continuing the same work that Giuliani
7  Communications had been doing, why did
8  Mr. Giuliani need to set up a new LLC?
9      A     I don't know.  Communications
10  was frozen, the account, so how are you
11  going to do business?
12      Q     If Giuliani Communications'
13  account was frozen, why couldn't Giuliani
14  Communications set up a different account?
15      A     I don't know.  I wasn't privy
16  to why this happened the way it happened.
17      Q     So, to the best of your
18  understanding, the reason for forming
19  Standard U.S.A., LLC was that Giuliani
20  Communications was prevented from continuing
21  its business?
22      A     Yes.
23      Q     So, to the best of your
24  understanding, the reason for forming
25  Standard U.S.A., LLC was so that

Page 120

RYAN MEDRANO

1
2  Mr. Giuliani could have access to a bank
3  account?
4      A     Well, so he could make a
5  living, yes.
6      Q     When you say make a living,
7  what do you mean?
8      A     Meaning so he could have some
9  money to eat and exist.
10      Q     And why couldn't he do that
11  without having a corporate -- excuse me,
12  without having an LLC?
13      A     I just don't think he has
14  that much money left, but I don't know.  I'm
15  not -- I stay out of the day-to-day personal
16  stuff.
17      Q     I guess I am curious.  Why
18  was it necessary to form an LLC to achieve
19  that goal?
20      A     I don't know.  I wasn't privy
21  in those start-up meetings.
22      Q     Are you aware of any reason
23  why Mr. Giuliani decided to form a new LLC
24  rather than seek to achieve any of these
25  goals through -- in his own name?

Page 121

RYAN MEDRANO

1
2      A     No, I don't know.
3      Q     Is Standard U.S.A., LLC's
4  bank account currently frozen?
5      A     No.  Not that I know of, so.
6      Q     Is Standard U.S.A. actively
7  transacting in its bank account?
8      A     Yes.
9      Q     Has Standard U.S.A. made any
10  payments since it has been in existence?
11      A     Made payments?
12      Q     Of any kind.
13      A     Of course.  I told you they
14  paid business expenses, people that worked
15  for them, technology stuff that they rent
16  and use.
17      Q     Okay.  But not the profits
18  that Mr. Giuliani would be entitled to?
19      A     I don't think so, but I would
20  have to look.  Because I remember that
21  was -- that became an issue, whether we
22  could pay him or not.
23      Q     Okay.  Are you aware of any
24  of Mr. Giuliani's personal bank accounts?
25      A     No, I know of them, but I

31 (Pages 118 - 121)

Page 222

RYAN MEDRANO

1
2      Do you know what that means?
3      A    I have no idea what that
4  means. Let me make it larger.
5      Q    Have you ever seen this
6  contract before?
7      A    I have, but I don't know what
8  F/S/O means.
9      Q    Were you involved in the
10  negotiation of this contract?
11     A    No, man, come on, no. Yeah,
12  I have no idea.
13          I don't know if I have seen
14  this contract. This is -- I must have, if I
15  am on this e-mail, but I didn't --
16     Q    Okay. If you look at
17  paragraph it 6 -- sorry, 9.
18     A    9, okay.
19     Q    Where it says Cash
20  Compensation?
21     A    Yes.
22     Q    You see that it provides for
23  $100,000 of compensation payable to Giuliani
24  Communications LLC?
25     A    Yes.

Page 223

RYAN MEDRANO

1
2      Q    You see that it says $25,000
3  on September 6th, 2021?
4      A    Yes.
5      Q    Has that been paid?
6      A    So, it has to have been,
7  Communications had to have been open by '21,
8  then.
9      Q    Well, I want to see if I --
10  if you still think that after you finish
11  reading this paragraph.
12          Do you see 9.2, it says,
13  $75,000, and then it says, "On the time of
14  commitment to the second interview, payment
15  will be wired to Giuliani Communications at
16  Parkside Financial Bank & Trust"?
17     A    Yes.
18     Q    And it gives the account
19  number?
20     A    Right.
21     Q    Does that change your view
22  about when this document would have been
23  prepared?
24     A    Yeah, it has to have been --
25  Parkside wasn't open until '24, so yeah.

Page 224

RYAN MEDRANO

1
2      Q    So, this document, you agree,
3  would have to have been prepared after the
4  Parkside account was opened?
5      A    I think she's -- Maria must
6  be a fortune teller. Yeah, I don't see how
7  that could possibly be. Hold on.
8      Q    If you turn to the next page,
9  you will see signature lines.
10     A    Signature lines, yes.
11     Q    Do you agree with me that
12  none of these signature lines are dated?
13     A    I don't see a date on them,
14  no.
15     Q    So, based on the fact that
16  this agreement provides the account number
17  for the Parkside account of Giuliani
18  Communications, do you think it's more
19  likely than not that this document was
20  prepared after the Parkside account was
21  opened?
22     A    I believe so; but I'm trying
23  to read what she's saying. "Please reach
24  out to me" -- so, in her wording, I don't
25  know if they want to redo it or what the

Page 225

RYAN MEDRANO

1
2  deal is, but timing-wise, it's a little odd
3  for sure.
4      Q    Well, would it have been
5  possible for that document to have been
6  prepared with that information in 2021?
7      A    Yeah, I mean that account
8  wasn't open, so --
9      Q    So would it have been
10  possible for that document to have been
11  prepared and include the account information
12  in 2021?
13     A    No, I don't think so.
14     Q    So you would agree with me
15  that there is no possibility that the
16  contract attached to this e-mail dates to
17  the original 2021 deal?
18     A    Well, the only thing I can
19  think of is maybe they found the contract
20  and then they added in that line.
21     Q    Okay. So the only way that
22  that information could have been included in
23  the original contract is if it was added to
24  the contract after the fact?
25     A    Right, right. Or even

57 (Pages 222 - 225)

RYAN MEDRANO

1
2 Giuliani Communications wasn't opened and it
3 might have been GP that he was getting paid
4 through, I don't know.
5          So I don't know the answer to
6 that.
7     Q    Okay.  And do you recall
8 whether the $75,000 was wired to Giuliani
9 Communications?
10    A    Yes.  That I remember.
11    Q    And it was wired to Giuliani
12 Communications?
13    A    Yeah; yes.
14    Q    All right.  Why don't we go
15 to tab 75, this will be Exhibit 15.
16    A    Okay.
17          (The above described document was
18    marked Exhibit 15 for identification as of
19    this date.)
20    Q    Do you see this?
21    A    Not yet, it hasn't pulled up.
22 Sorry, there is a delay.
23    Q    No problem.
24    A    Yes, this is the Burke Brands
25 one.

RYAN MEDRANO

1
2     Q    So you see this as another
3 e-mail from Maria Ryan you are copied on the
4 e-mail, and attached is a contract between
5 Giuliani Communications and Burke Brands?
6     A    Yes.
7     Q    Do you see that it also
8 includes wire instructions for payment to be
9 made to Giuliani Communications?
10    A    Yes.
11    Q    Okay.  Do you also see up top
12 where it recites, "This agreement is between
13 Rudolph Giuliani, a/k/a Giuliani
14 Communications LLC, and Burke Brands?
15    A    Yes.
16    Q    What does that a/k/a mean to
17 you?
18    A    Also known as.
19    Q    Okay.  And in your mind was
20 Rudy Giuliani also known as Giuliani
21 Communications, and vice versa?
22    A    Well, again, we go back to
23 the insurance thing.  He's the key man.
24    Q    Okay.
25          Do you see that the address

RYAN MEDRANO

1
2 given for Giuliani Communications, 445 Park
3 Avenue in New York?
4     A    Yes, it might have been on
5 her letterhead.  I don't know why that's
6 there.
7     Q    I'm sorry, you say you're
8 sorry, it might have been on her letterhead?
9     A    Yes, on this letterhead.  I'm
10 assuming they used -- someone didn't look at
11 it again.
12    Q    The contract is dated April
13 23, 2024?
14    A    Right.
15    Q    Do you recall how much money
16 was ultimately paid Giuliani Communications
17 under this contract?
18    A    No, not off the top of my
19 head, I don't know, but it's probably around
20 $3,000 to $5,000 a month, starting in May or
21 June, I believe.
22    Q    And are those payments still
23 ongoing?
24    A    Yeah, yes, they are.  They
25 signed a new contract.

RYAN MEDRANO

1
2     Q    They meaning Burke Brands?
3     A    Yes, correct.
4     Q    And who did they sign the new
5 contract with?
6     A    Standard U.S.A. LLC.
7     Q    Is this contract still in
8 effect?
9     A    Not this one.  This is the
10 old one.  The new one is in effect.
11    Q    Okay.
12          How do you know that this one
13 is not in effect?
14    A    How do I know this one is not
15 in effect?  Because they signed a new
16 contract, and it has different wiring
17 instructions, it has a different bank.
18    Q    Do you have a copy of the new
19 contract?
20    A    I would have to look, yeah.
21    Q    Does Giuliani Communications
22 continue to have an interest in the revenues
23 generated for Mr. -- by Mr. Giuliani's work
24 for Burke Brands?
25    A    Does Giuliani Communications

Page 230

RYAN MEDRANO

1
2 have -- I don't believe so.
3        Q        Was there ever a document
4 executed to cancel this contract between
5 Giuliani Communications and Burke Brands?
6        A        I don't know.  I don't know
7 if Maria generated one or not.  I think I
8 saw the new contract.
9        Q        Okay, let's go to tab 95.  We
10 are going to introduce that as Exhibit 16.
11        (The above described document was
12        marked Exhibit 16 for identification as of
13        this date.)
14        A        Okay, got it.
15        Q        You see this is an e-mail
16 from -- well, this is an e-mail chain from
17 you to Joe Ricci.
18        Joe Ricci wrote you on August
19 1, 2024 and said, "Hi, Ryan, what address
20 are we using for the corporate returns for
21 2023?"
22        Do you remember him asking
23 you that question?
24        A        Yes, I do.
25        Q        Why do you think he was

Page 231

RYAN MEDRANO

1
2 asking you that?
3        A        Because he wanted to know
4 which -- where the tax returns should go.
5 It should go to his apartment.
6        Q        Is that because the
7 businesses no longer had a physical office?
8        A        Correct.
9        Q        And the businesses were being
10 run at that point out of his apartment?
11        A        Yes.
12        Q        And that would have been his
13 New York apartment?
14        A        I think it was his Florida
15 apartment, because that's where we
16 changed -- remember we talked about the
17 change of address on the corporate returns
18 in 2023?
19        This is what went to his
20 apartment.
21        Q        And here you say, "I have to
22 get RG's address in FL."  That's Rudy
23 Giuliani's address in Florida?
24        A        Yes.
25        Q        And you then continued, "I

Page 232

RYAN MEDRANO

1
2 will bother him Saturday, when he gets back,
3 or you tell me if that's a bad idea."
4        Why would it have been a bad
5 idea?
6        A        I try not to bother him about
7 this stuff.
8        Q        Why would Joe Ricci have had
9 an opinion as to whether it's a bad idea?
10        A        We are friends, we talk.
11 When a good time, when is a bad time to
12 approach someone on a question.
13        Q        Let's now go to tab 98.  This
14 will be Exhibit 16, okay.
15        A        Are you sure it's 16 -- 17,
16 I'm sorry.  That just popped in.
17        Q        Thanks for catching that,
18 yeah, it's Exhibit 17, thanks.
19        (The above described document was
20        marked Exhibit 17 for identification as of
21        this date.)
22        A        Yes.
23        Q        So this is an e-mail from Joe
24 Ricci sending you the September invoice.
25 And if you look at the attachment, this is

Page 233

RYAN MEDRANO

1
2 an invoice for $4,150 --
3        A        Yes.
4        Q        -- to Giuliani Partners at
5 the 445 Park Avenue address?
6        A        Yes, he just hasn't updated
7 his thing.
8        Q        Do you recall whether you
9 gave him an updated address prior to him
10 sending you this e-mail?
11        A        I don't know.
12        I mean --
13        Q        So you don't know one way or
14 the other whether you had updated the
15 addresses on Mr. Giuliani's companies at
16 this point?
17        A        Right, right.
18        Q        What would be the best way to
19 know whether you had or not?
20        A        You mean how would I know
21 that Joe didn't change --
22        Q        How would you know at what
23 point you communicated with Joe about the
24 addresses?
25        A        Oh, well, I thought in the

59 (Pages 230 - 233)

Page 286

RYAN MEDRANO

1 I focused on.
2
3    Q    Are you aware of any
4 arrangements whereby Mr. Giuliani would be
5 compensated for a speaking engagement
6 through a payment to Giuliani Defense?
7    A    No, I don't see those books,
8 I never got involved with those things, so I
9 don't know.
10   Q    How about through a payment
11 to Giuliani Freedom Fund?
12   A    No, no. Same thing.
13   Q    Sorry, go ahead.
14   A    Well, did you understand what
15 I was saying, like at one point I didn't
16 know about them, but on the next statement I
17 made I knew about them, because I read about
18 it.
19        Do you understand that from
20 the last session?
21   Q    Yeah, I was just asking
22 whether you recalled ever knowing about a
23 financial arrangement that would involve
24 either Giuliani Defense or the Freedom Fund
25 being paid --

Page 287

RYAN MEDRANO

1
2    A    No.
3    Q    -- for Mr. Giuliani's
4 services --
5    A    No.
6    Q    -- at speaking engagements or
7 otherwise?
8    A    No, not --
9    Q    Do you recall any
10 arrangements where Mr. Giuliani would
11 perform services and then payment would be
12 sent somewhere other than to Mr. Giuliani,
13 Giuliani Communications or Standard U.S.A.,
14 just in the last three years?
15   A    In the last three years? For
16 Washington Speakers Bureau.
17   Q    How about any other services?
18   A    I would have to look at the
19 records. I don't know.
20   Q    So we have talked a lot today
21 about records that you would have to look at
22 in order to be able to fully answer the
23 questions I've been asking.
24        You haven't produced any
25 records or other documents to the Plaintiffs

Page 288

RYAN MEDRANO

1 in this case, have you?
2    A    I don't believe so, but Joe
3 Ricci might have. I think he turned
4 something over to a Rachel Goodman. Is she
5 at your law firm?
6    Q    So, are you aware that you
7 were served with a subpoena to produce
8 documents in this case?
9    A    No, I would have sent in
10 whatever.
11   Q    Well, let's address that now.
12        So let's take a look at tab
13 D17, which we can publish as Exhibit --
14   A    Are you in a new one?
15   Q    My code with tabs is
16 different from your code with the exhibits,
17 so you can stay focused on the exhibit
18 numbers, but that's going to come up as
19 Exhibit 27.
20   A    Okay.
21        (The above described document was
22        marked Exhibit 27 for identification as of
23        this date.)
24   Q    Let's take a look at that
25

Page 289

RYAN MEDRANO

1 together.
2    A    Okay, I've got it.
3        Where do you want me to go?
4    Q    Well, you can see that this,
5 from the docket stamp up top, this is a
6 filing on the docket in the Southern
7 District of New York.
8        If you go to page 2, you will
9 see that this is an e-mail from Annie
10 Houghton-Larsen to you at your Giuliani
11 Partners e-mail address.
12   A    Okay.
13   Q    It lists two attachments, but
14 the content of the e-mail informs you that
15 the court entered an order permitting
16 Plaintiffs to serve you by alternative
17 methods, that that order is attached, and
18 also a Rule 45 subpoena for documents that's
19 returnable on December 18th.
20   A    Oh, shit, sorry.
21   Q    You agree that that's what
22 this e-mail says?
23   A    Yes, it says right there, I'm
24 looking at it.
25

73 (Pages 286 - 289)

RYAN MEDRANO

1
2    Q    So let's now take a look at
3  tab D18, and we can mark that as Exhibit 28.
4         (The above described document was
5         marked Exhibit 28 for identification as of
6         this date.)
7    A    Okay.
8    Q    Now, Exhibit 28 is another
9  document that's been filed on the docket in
10 the Southern District of New York.
11        And if you flip to the second
12 page, do you see that this is a subpoena
13 issued in the Freeman versus Giuliani
14 matter?
15   A    Yes.
16   Q    And you see that it's issued
17 to you?
18   A    Yes, I see Ryan Medrano, 1
19 Irving Plaza.  I didn't see this until now.
20   Q    This is the first time you're
21 seeing this document?
22   A    Yes, yes.
23   Q    And you see that it's dated
24 December 4, 2024?
25   A    Yes.

RYAN MEDRANO

1
2    Q    Okay.  And the production
3  deadline that's given is December 18, 2024?
4    A    Right.
5    Q    Okay.  So since you haven't
6  seen this document until just now, am I
7  right that you have not taken any steps to
8  comply with this subpoena?
9    A    No, I have not.
10        I just -- the attorney said I
11 didn't -- I wasn't involved in this, so --
12   Q    Okay.
13   A    I'm sorry.
14   Q    Did you take any steps to
15 search for documents that would be
16 responsive to this subpoena?
17   A    No, but if I have to, I have
18 to.  So, I'm sorry, I didn't -- I am seeing
19 it right now.
20   Q    Okay, do you intend to comply
21 with this subpoena?
22   A    Yeah.
23   Q    When do you intend to comply
24 with it?
25   A    I was planning on taking a

RYAN MEDRANO

1
2  trip, but -- when is this due?  I know it's
3  past due, but when can I -- when is the next
4  time I can have it due, like a week from now
5  or something like that?
6    Q    Yeah, are you willing to
7  search and then -- search for and then
8  produce documents responsive to this
9  subpoena within seven days of today?
10   A    I didn't look at what they
11 are all asking for, but ideally, yes.  But I
12 didn't read through what they could be
13 asking for, the moon, and I would be in
14 trouble.
15        Can I get back to you?
16   Q    Can you assure me now that
17 you will make every effort to search for and
18 produce every document in your possession or
19 control that's responsive to this subpoena
20 within seven days, which is by January 6,
21 2024?
22        And then, if that's not
23 possible for some reason, that you will let
24 us know promptly?
25   A    Yes.  Who do you want me to

RYAN MEDRANO

1
2  contact in your office?
3    Q    You can e-mail me directly.
4  My e-mail address is anathan@Wilkie.com.
5        And going forward, is the
6  best way to reach you personally through
7  your Gmail address?
8    A    Yes.
9    Q    Or through your Giuliani --
10   A    Yes, that I check,
11 Medranoryan I check.
12   Q    Medranory@gmail.com?
13   A    Yes.
14   Q    The court has authorized
15 e-mail service on you at the Giuliani
16 Partners e-mail address.
17        In addition to that, we will,
18 going forward, we will include the Gmail
19 address, even though under the court's
20 order, service on the Giuliani Partners
21 address would be sufficient.
22   A    Okay.
23   Q    So, just to confirm our
24 understanding, by January 6, 2024 we will
25 expect a complete production of documents

Page 294

```
                RYAN MEDRANO
1
2   from you that's responsive documents to that
3   subpoena.
4           If you're unable to meet that
5   deadline, could you please let us know by
6   January --
7       A    You will know by Friday,
8   because I will have a good grasp of what I
9   have to get to you, so.
10      Q    Okay.  So by Friday, January
11  3rd, you will let us know if it's not
12  possible to meet our deadline of January
13  6th?
14      A    Yes.
15      Q    Thank you, Mr. Medrano.
16          Because we haven't received
17  documents from you, I'm going to hold this
18  deposition open, and we may need to return
19  to this deposition once we have reviewed
20  those documents or seek further relief from
21  the court to schedule another deposition
22  with you if that's necessary.
23          Before I wrap up, I would
24  just like to ask you are there any of your
25  answers today that you would like to change
```

Page 295

```
                RYAN MEDRANO
1
2   or modify?
3           Has your recollection
4   changed?  Has everything you have told me --
5   is everything you have told me still your
6   best testimony?
7           So I will take those in
8   order.
9           Is there anything about the
10  answers you have given to me today that you
11  would like to change?
12      A    Not that I can recall, but I
13  haven't really thought too deeply.  If I do,
14  then I will call you.
15      Q    And sitting here today, your
16  testimony has been your best testimony
17  you've been able to give?
18      A    Yes.
19      Q    All right.  Well, I will hold
20  the deposition open for the reasons stated,
21  and if we need to revisit anything we have
22  discussed after receiving your documents, we
23  will do so.
24          Otherwise, I don't have any
25  further questions for you right now, and we
```

Page 296

```
                RYAN MEDRANO
1
2   will be in touch if that changes.
3       A    Yes, so I can just go off
4   this, the document you just posted?  Just
5   use that?
6       Q    If you would like, we will
7   send, as a courtesy, another copy of it.  It
8   will be the same document that you've just
9   reviewed.
10      A    I can just print this one
11  out, though.
12      Q    You're welcome to do that,
13  and we will follow up and confirm by e-mail.
14      A    Okay.
15      Q    Thank you, Mr. Medrano, for
16  your time.
17      A    Have a good day.
18          THE VIDEOGRAPHER:  We are off
19      the record at 3:24 p.m., and this
20      concludes today's testimony given by
21      Ryan Medrano.
22          The total number of media
23      used was 5 and will be retained by
24      Veritext.
25
```

Page 297

```
                RYAN MEDRANO
1
2
3       I, the undersigned, a
4   Certified Shorthand Reporter of the
    State of New York, do hereby
5   certify:
        That the foregoing
6   proceedings were taken before me at
    the time and place herein set forth;
7   that any witnesses in the foregoing
    proceedings, prior to testifying,
8   were duly sworn; that a record of
    the proceedings was made by me using
9   machine shorthand which was
    thereafter transcribed under my
10  direction;
        That the foregoing transcript
11  is a true record of the testimony
    given.
12      Further, that if the
    foregoing pertains to the original
13  transcript of a deposition in a
    federal case before completion of
14  the proceedings, review of the
    transcript [ ] was [x ] was not
15  requested.
16      I further certify I am
    neither financially interested in
17  the action nor a relative or
    employee of any attorney or party to
18  this action.
        IN WITNESS WHEREOF, I have
19  this date subscribed my name.
20
21
22
23
24
        Stephen J. Moore
25      RPR, CRR
```

75 (Pages 294 - 297)