UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/3/2025___

------------------------------------------------------------------- X
               :

RUBY FREEMAN and WANDREA' MOSS,      :

               :

         Plaintiffs,    :      24-mc-00353 (LJL)

    -v-           :

               :

RUDOLPH W. GIULIANI,          :

               :

         Defendant,   :

    -and-          :

               :

ANDREW H. GIULIANI,          :

               :

         Intervenor-Defendant.  :

               :

------------------------------------------------------------------- X
               :

RUBY FREEMAN and WANDREA' MOSS,      :      24-cv-06563 (LJL)

               :

         Plaintiffs,    :

               :

    -v-           :

               :      ORDER

RUDOLPH W. GIULIANI,          :

               :

         Defendant.   :

               :

------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

At the hearing on January 3, 2025, the Court indicated that Defendant Rudolph W.

Giuliani ("Defendant") would be permitted to appear remotely at the continuation of the

contempt hearing in 24-cv-06563. The continuation of that hearing is now scheduled for 10

a.m., January 6, 2025, the Court having deferred until a future date the continuation of the

contempt hearing in 24-mc-00353. At today's hearing, the Court indicated that all parties would

be permitted to join the hearing remotely. However, given the importance of public access to

this hearing, the Court has reconsidered and instead sets the hearing for 10 a.m., in-person in

Courtroom 15C, 500 Pearl Street, New York, NY 10007.  The Defendant alone will be permitted

to appear by video.  After the completion of Defendant's testimony, the Court will hear argument

on the contempt motion and discovery sanctions in 24-cv-06563, as well as whether the Court

should award discovery sanctions with respect to Defendant's responses to Interrogatories #4 and

#8.

       This order is being filed on ECF and will be emailed to the parties.


Dated: January 3, 2025
      New York, New York                        LEWIS J. LIMAN
                                       United States District Judge