# EXHIBIT 2

United States District Court
Southern District of New York

---

Ruby Freeman, et al

        Plaintiff

VS

Rudolph W. Giuliani

        Defendant

PROOF OF SERVICE

File/Index No.: 24 CV 06563
Issued On:
Alt File/Index No.:
Calendar No.:

---

**SERVICE UPON: Monsignor Alan Placa**

State/Commonwealth/Locale of: Florida, County/City of: PALM BEACH COUNTY : ss

Kenneth Chin does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of Florida.

On 12/24/2024 at 7:00 AM at ███████████████████████████████████████████████, I effected service of process of the following documents: Subpoena to Testify at a Deposition (return date 12/26/24); Notice of Deposition; Attorney cover letter upon Monsignor Alan Placa, a/the witness in this matter/proceeding:

By delivering to and leaving a true copy thereof with Monsignor Alan Placa personally.

I describe the recipient at the time of service as follows: Gender: Male Race/Skin: white Age: 85 Height: 5-2 Glasses:  Weight: 105 Hair: gray

Declared/Certified/Affirmed on
DECEMBER 26 2024

Kenneth Chin
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R90608

Personal Service by Personal Delivery