# EXHIBIT 9

United States District Court
Southern District of New York

| | |
|---|---|
| Ruby Freeman, et al<br><br>            Plaintiff<br>VS<br>Rudolph W. Giuliani<br><br>           Defendant | PROOF OF ATTEMPTED SERVICE<br><br>File/Index No.: 24 CV 06563<br>Issued On:<br>Alt File/Index No.:<br>Calendar No.: |

**SERVICE UPON: Michael Ragusa**

State/Commonwealth/Locale of: New Jersey, County/City of: Ocean: ss

Ameriserve - Glenn Burroughs does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of New Jersey.

I was unable to effect service of process of the following documents: Subpoena to Testify at a Deposition (return date 12/27/24); Notice of Deposition; Attorney cover letter upon Michael Ragusa after due diligent efforts to do so at the following dates and times and at the following places:

On 12/23/2024 at 5:45 PM at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I received no response to knocking at the unit door.

Declared/Certified/Affirmed on

12/31/24

Ameriserve - Glenn Burroughs
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R90617

AFFIDAVIT OF NON SERVICE