# EXHIBIT 11

| | |
|---|---|
| **From:** | Nathan, Aaron E. |
| **Sent:** | Thursday, December 12, 2024 8:32 PM |
| **To:** | Joseph Cammarata, Esq. |
| **Cc:** | Governski, Meryl Conant; Gottlieb, Michael; Houghton-Larsen, M Annie; Rachel Goodman; Brittany Williams |
| **Subject:** | Re: Freeman v. Giuliani, 24-cv-6563 |

Joe, at this point, you need to state your position in writing, and do that quickly. We will consider it if you do so, but we've been trying to find a time to talk to you for the better part of two days and you're now asking to punt again. Tell us what you have to say, we'll consider it, and we'll proceed accordingly. If we don't hear from you by 10am tomorrow we'll have to file our letter.

_
On December 12, 2024 at 8:01:41 PM EST, Joseph Cammarata, Esq. <Joe@CammarataLawPC.com> wrote:

> **\*\*\* EXTERNAL EMAIL \*\*\***
>
> Let's meet and confer 12 pm tomorrow. There are other witnesses that need to be deposed.
>
>
> Regards,
>
> Joseph Cammarata, Esq.
> Cammarata & De Meyer P.C.
> 456 Arlene Street
> Staten Island, NY 10314
> Phone: 718-477-0020
> Fax: 718-494-3288
>
> Admitted to Practice in:
> New York, New Jersey & Florida
>
> www.CDLawPC.com

CONFIDENTIALITY NOTICE: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email.

If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at Joe@CDLawPC.com immediately so that we can arrange the return of the documents.

*IRS Circular 230 Disclosure:* As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

On Dec 12, 2024, at 5:48 PM, Nathan, Aaron E. <ANathan@willkie.com> wrote:

Joe, since you requested a meet-and-confer and we offered several windows, we have not heard from you. If you're not able to confirm that your client does not intend to call the newly disclosed witnesses by 10am tomorrow, we will file the attached letter seeking the Court's involvement. Plaintiffs reserve all rights.

Thanks,
Aaron

**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**From:** Nathan, Aaron E. <ANathan@willkie.com>
**Sent:** Thursday, December 12, 2024 9:51 AM
**To:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
**Cc:** Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; Brittany Williams <brittany.williams@protectdemocracy.org>
**Subject:** RE: Freeman v. Giuliani, 24-cv-6563

Joe, I can be available today until 6pm. Please let me know when you can speak.

**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**From:** Nathan, Aaron E. <ANathan@willkie.com>
**Sent:** Wednesday, December 11, 2024 5:22 PM
**To:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
**Cc:** Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; Brittany Williams <brittany.williams@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Subject:** RE: Freeman v. Giuliani, 24-cv-6563

Joe: Please let me know when you are available to speak. Attached here are subpoenas we are serving today in connection with the additional witnesses disclosed in the above-captioned action and one in connection solely with 24-mc-353 (to Mr. Kalin). Please confirm if you are authorized to accept service on behalf of any of the subpoena recipients.

We are serving these subpoenas to protect our rights to obtain documents and testimony from these newly disclosed witnesses, but remain open to an agreement from you that you will not be calling any or all of them at trial. Note also that we still have not received information from you sufficient even to identify Mr. Robert Wagner from the multitude of people having that name, much less to locate and serve him.

Once again, Plaintiffs reserve all rights, including the right to seek preclusion of any or all of these newly disclosed witnesses' testimony in light of these circumstances.


**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**From:** Nathan, Aaron E. <ANathan@willkie.com>
**Sent:** Wednesday, December 11, 2024 4:17 PM
**To:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
**Cc:** Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; Brittany Williams <brittany.williams@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Subject:** RE: Freeman v. Giuliani, 24-cv-6563

Hi Joe – I sent a dial in and am on the line if you are available. Otherwise, please let me know when you are free today after 5pm.


**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**From:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
**Sent:** Wednesday, December 11, 2024 4:06 PM
**To:** Nathan, Aaron E. <ANathan@willkie.com>
**Cc:** Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; Brittany Williams <brittany.williams@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Subject:** Re: Freeman v. Giuliani, 24-cv-6563

**\*\*\* EXTERNAL EMAIL \*\*\***

We need to meet and confer. When can you speak?

Regards,

Joseph Cammarata, Esq.
Cammarata & De Meyer P.C.
456 Arlene Street
Staten Island, NY 10314
Phone: 718-477-0020
Fax: 718-494-3288

Admitted to Practice in:
New York, New Jersey & Florida

www.CDLawPC.com

CONFIDENTIALITY NOTICE: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email.

If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at Joe@CDLawPC.com immediately so that we can arrange the return of the documents.

*IRS Circular 230 Disclosure:* As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

> On Dec 11, 2024, at 11:52 AM, Nathan, Aaron E. <ANathan@willkie.com> wrote:
>
> Hi Joe - following up on the below. Please confirm as soon as possible which (if any) of the newly disclosed witnesses you plan to call at trial. In addition, please provide address information for Mr. Ragusa and Mr. Wagner today. Plaintiffs reserve all rights, including the right to seek preclusion of testimony due the late and inadequate disclosure of additional witnesses.
>
> **Aaron E. Nathan**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8904 | Fax: +1 212 728 8111
> anathan@willkie.com | vCard | www.willkie.com bio

4

**From:** Nathan, Aaron E. <ANathan@willkie.com>
**Sent:** Tuesday, December 10, 2024 3:40 PM
**To:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
**Cc:** Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; Brittany Williams <brittany.williams@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Subject:** RE: Freeman v. Giuliani, 24-cv-6563

Joe, thanks for speaking earlier. To confirm our conversation, you'll confer with your client and get back to us ASAP about which (if any) of the newly disclosed witnesses you plan to call at trial. We'll serve our subpoenas and consider whether they remain necessary once we have confirmation from you about whether any or all of these witnesses may be called.

You'll also get back to us ASAP with address information for Mr. Ragusa and Mr. Wagner.

Plaintiffs reserve all rights.

Thanks,
Aaron


**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**From:** Nathan, Aaron E. <ANathan@willkie.com>
**Sent:** Tuesday, December 10, 2024 2:16 PM
**To:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
**Cc:** Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; Brittany Williams <brittany.williams@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Subject:** RE: Freeman v. Giuliani, 24-cv-6563

Thanks Joe – let's speak at 3pm. I will send a dial-in.


**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

5

**From:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
**Sent:** Tuesday, December 10, 2024 1:57 PM
**To:** Nathan, Aaron E. <ANathan@willkie.com>
**Cc:** Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; Brittany Williams <brittany.williams@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Subject:** Re: Freeman v. Giuliani, 24-cv-6563

**\*\*\* EXTERNAL EMAIL \*\*\***

I can talk at 3 pm.


Regards,

Joseph Cammarata, Esq.
Cammarata & De Meyer P.C.
456 Arlene Street
Staten Island, NY 10314
Phone: 718-477-0020
Fax: 718-494-3288

Admitted to Practice in:
New York, New Jersey & Florida

www.CDLawPC.com



CONFIDENTIALITY NOTICE: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email.

If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at Joe@CDLawPC.com immediately so that we can arrange the return of the documents.

*IRS Circular 230 Disclosure:* As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

> On Dec 10, 2024, at 12:05 PM, Nathan, Aaron E. <ANathan@willkie.com> wrote:
>
> Joe: in light of your lack of response, we will be serving document and deposition subpoenas on each of the newly disclosed witnesses, including deposition subpoenas for December 26, 27, 30, and 31. Do you have or would you obtain authorization to accept service of these subpoenas on behalf of Dr. Ryan, Mr. Medrano, Mr. Ricci, Mr. Ragusa, and Mr. Wagner? Please let me know if you're available to meet and confer about that before 2pm today.
>
> If not, with respect to two witnesses, Michael Ragusa and Robert Wagner, you have not provided any address or telephone number, but it is not plausible that Mr. Giuliani does not have access to this information if he is intending to rely on their testimony at trial. Please immediately provide an address and telephone number for each of them so that we can serve document and deposition subpoenas today. If your client does not cooperate in making these witnesses available for deposition and document productions, we will seek an order from the court precluding your client's reliance on their testimony in this action.
>
> We remain open to entering a stipulation agreeing that Mr. Giuliani will _not_ rely on these witnesses' testimony in this action, which would avoid the need for this extensive third-party discovery occasioned by your client's late disclosures.
>
> Thank you.
>
>
> **Aaron E. Nathan**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8904 | Fax: +1 212 728 8111
> anathan@willkie.com | vCard | www.willkie.com bio
>
> **From:** Nathan, Aaron E. <ANathan@willkie.com>
> **Sent:** Monday, December 9, 2024 11:00 AM
> **To:** Joseph Cammarata, Esq. <Joe@CammarataLawPC.com>
> **Cc:** Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Rachel Goodman <rachel.goodman@protectdemocracy.org>; Brittany Williams <brittany.williams@protectdemocracy.org>
> **Subject:** Freeman v. Giuliani, 24-cv-6563
>
> Joe:
>
> Mr. Giuliani's amended initial disclosures list five new witnesses likely to have discoverable information in connection with the

7

homestead case (Dr. Ryan, Mr. Medrano, Mr. Ricci, Mr. Ragusa, and Mr. Wagner). As a result, we are preparing document and deposition subpoenas to each of the newly disclosed witnesses, with the plan to depose each of them between December 20, 2024 and December 31, 2024. While Plaintiffs reserve all rights, we are unsure whether Mr. Giuliani intends to call any of these newly disclosed witnesses at trial. As a result, it is unclear whether it will be necessary for us to spend the final days of 2024 taking, and you defending, five new third-party depositions. If you are able to stipulate that Mr. Giuliani will not be calling any or all of the newly disclosed witnesses at trial, we may be able to avoid the need to take those depositions.

**Please confirm by the end of the day** whether Mr. Giuliani intends to call any of those witnesses at trial and, if not, whether Mr. Giuliani will stipulate to the same.

Thanks,
Aaron

**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a

limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
<2024.12.12 Draft Letter re Witnesses.pdf>