| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 1 | 2001.12.21 | Giuliani & Company LLC DE State Registration | Relevance Fed.R.Evid. 402 | |
| H-PTX 2 | 2001.12.21 | Giuliani Group DE State Registration | Relevance Fed.R.Evid. 402 | |
| H-PTX 3 | 2002.01.08 | Giuliani & Company LLC NY State Registration | Relevance Fed.R.Evid. 402 | |
| H-PTX 4 | 2002.01.08 | WorldCapital Payroll Corp. DE State Registration | Relevance Fed.R.Evid. 402 | |
| H-PTX 5 | 2002.01.08 | Giuliani Communications, LLC NY State Registration | Relevance Fed.R.Evid. 402 | |
| H-PTX 6 | 2002.08.06 | Giuliani Security & Safety LLC DE State Registration | Relevance Fed.R.Evid. 402 | |
| H-PTX 7 | 2003.07.28 | NYC Department of Finance Office of the City Register Property Data for 45 East 66th Street Apt. 10W, New York, New York 10021 | Authentication Fed.R.Evid. 901 | |
| H-PTX 8 | 2005.03.30 | *Giuliani to Be Partner in Texas Law Firm*, New York Times (March 30, 2005) | Authentication Fed.R.Evid. 901 | |
| H-PTX 9 | 2007.05.01 | Wayne Barett, *The Yankees's Clean-Up Man*, The Village Voice (May 1, 2007) | Authentication Fed.R.Evid. 901 | |
| H-PTX 10 | 2018.00.00 | 2018 United States Gift (And Generation-Skipping Transfer) Tax Return for Rudolph W. Giuliani (Form 709) | Authentication Fed.R.Evid. 901 | Confidential |
| H-PTX 11 | 2018.00.00 | 2018 United States Gift (And Generation-Skipping Transfer) Tax Return for Rudolph W. Giuliani (Form 709) [Addendum] | Authentication Fed.R.Evid. 901 | Confidential |
| H-PTX 12 | 2019.00.00 | 2018 Rudolph W. Giuliani Tax Return (A04083-0017-001001) | Relevance Fed.R.Evid. 402 | Confidential |
| H-PTX 13 | 2019.12.10 | *Giuliani v. Giuliani*, Stipulation of Settlement | | |
| H-PTX 14 | 2019.12.11 | *Rudy and Judith Giuliani finalize divorce*, foxbusiness.com (December 11, 2019) | Authentication Fed.R.Evid. 901 | |
| H-PTX 15 | 2022.00.00 | 2021 Rudolph W. Giuliani Tax Return (A04083-0021-001019) | Relevance Fed.R.Evid. 402 | Confidential |
| H-PTX 16 | 2023.00.00 | 2022 Rudolph W. Giuliani Tax Return (A04083-0021-001006) | Relevance Fed.R.Evid. 402 | Confidential |
| H-PTX 17 | 2023.07.00 | Corporate Transfer & Storage Inc. Invoice for July 2023 Charges | | |
| H-PTX 18 | 2023.10.20 | Giuliani's Affidavit in Support of Motion to Dismiss, *Dadidoff, Hutcher and Citron LLP, v. Giuliani*, (654558/2023 N.Y. Sup. N.Y. Cnty.) [Dkt. 5] | Relevance Fed.R.Evid. 402 | |
| H-PTX 19 | 2023.12.21 | Affidavit Pursuant to Rule 1007-4, *In re Giuliani*, (Case No. 23-12055 Bankr. S.D.N.Y) [Dkt. 5] | Relevance Fed.R.Evid. 402 | |
| H-PTX 20 | 2023.11.01 | Invoice No. 23190 from Ricci and Co., CPA, P.C. for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 21 | 2023.11.30 | Email from J. Ricci to Truth and Justice et. al re Filing of Tax Returns | Relevance Fed.R.Evid. 402 | |
| H-PTX 22 | 2023.11.30 | Email from R. Medrano to J. Ricci re Filing of Tax Returns | Relevance Fed.R.Evid. 402 | |

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 23 | 2023.11.30 | Giuliani Communications LLC Parkside Account Paperwork (A04083-0018-001127) | Relevance Fed.R.Evid. 402 | |
| H-PTX 24 | 2023.11.30 | Email from J. Ricci to Truth and Justice et. al re Filing of Tax Returns | Relevance Fed.R.Evid. 402 | |
| H-PTX 25 | 2023.12.00 | Rudolph W. Giuliani, American Express, 5002, October 2023 - November 2023 | Relevance Fed.R.Evid. 402 | |
| H-PTX 26 | 2023.12.04 | Email from J. Ricci to R. Medrano re December Invoice | Relevance Fed.R.Evid. 402 | |
| H-PTX 27 | 2023.12.04 | Invoice No. 23195 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 28 | 2023.12.05 | Rudolph W. Giuliani, Discover Bank, 5467, December 2023 (A04083-0018-001070 pg. 2-3) | Relevance Fed.R.Evid. 402 | |
| H-PTX 29 | 2023.12.07 | Email from J. Ricci to Truth and Justice et. al re Missed Signature | Relevance Fed.R.Evid. 402 | |
| H-PTX 30 | 2023.12.07 | Email from R. Medrano to J. Ricci re GCom Bank Account | Relevance Fed.R.Evid. 402 | |
| H-PTX 31 | 2023.12.11 | Email from R. Medrano to J. Ricci re GCom Bank Account | Relevance Fed.R.Evid. 402 | |
| H-PTX 32 | 2023.12.18 | Email from M. Ryan to J. Ricci re Bankruptcy | Relevance Fed.R.Evid. 402 | |
| H-PTX 33 | 2023.12.19 | Email from R. Medrano to J. Ricci re GCom | Relevance Fed.R.Evid. 402 | |
| H-PTX 34 | 2023.12.21 | Voluntary Petition for Individuals Filing for Bankruptcy for Rudolph W. Giuliani (Case No. 23-12055, S.D.N.Y.) [BKR Dkt. 1] | Relevance Fed.R.Evid. 402 | |
| H-PTX 35 | 2023.12.23 | Email from R. Medrano to J. Ricci re Payments | Relevance Fed.R.Evid. 402 | |
| H-PTX 36 | 2023.12.29 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, December 2023 (Parkside000042-48) | Relevance Fed.R.Evid. 402 | |
| H-PTX 37 | 2023.12.31 | Rudolph W. Giuliani, Citibank, 5812, December 2023 | Relevance Fed.R.Evid. 402 | |
| H-PTX 38 | 2024.00.00 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, July 2024 | Relevance Fed.R.Evid. 402 | |
| H-PTX 39 | 2024.00.00 | USPS Change of Address Form (1 of 6) | | |
| H-PTX 40 | 2024.00.00 | USPS Change of Address Form (2 of 6) | | |
| H-PTX 41 | 2024.00.00 | USPS Change of Address Form (3 of 6) | | |
| H-PTX 42 | 2024.00.00 | USPS Change of Address Form (4 of 6) | | |
| H-PTX 43 | 2024.00.00 | USPS Change of Address Form (5 of 6) | | |
| H-PTX 44 | 2024.00.00 | USPS Change of Address Form (6 of 6) | | |
| H-PTX 45 | 2024.01.00 | Form SSA-1099-Social Security Benefit Statement for Rudolph W. Giuliani | | |
| H-PTX 46 | 2024.01.00 | Rudolph W. Giuliani, American Express, 5002, November 2023 - December 2023) | Relevance Fed.R.Evid. 402 | |

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 47 | 2024.01.02 | Discover 11.1.2023-12.31.2023 Charges | Relevance Fed.R.Evid. 402 | |
| H-PTX 48 | 2024.01.02 | Invoice No. 24021 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 49 | 2024.01.02 | Rudolph W. Giuliani, Discover Bank, 5467, November 2023 - December 2023) | Relevance Fed.R.Evid. 402 | |
| H-PTX 50 | 2024.01.05 | Rudolph W. Giuliani, Discover Bank, 5467, January 2024 (A04083-0018-001070 pg. 4-6) | | |
| H-PTX 51 | 2024.01.12 | M. Ryan Email Re Verizon Internet and Cable Bill for New York Apartment | Relevance Fed.R.Evid. 402 and Authentication Fed.R.Evid. 901 | |
| H-PTX 52 | 2024.01.18 | Email from J. Ricci to R. Medrano re Giuliani 2022 Quickbooks and excel financial statements | Relevance Fed.R.Evid. 402 | |
| H-PTX 53 | 2024.01.18 | Giuliani Partners LLC Profit & Loss January through December 2023 | Relevance Fed.R.Evid. 402 | |
| H-PTX 54 | 2024.01.18 | Giuliani Partners LLC December 31, 2023 Balance Sheet | Relevance Fed.R.Evid. 402 | |
| H-PTX 55 | 2024.01.25 | Email from H. Berger to Truth and Justice re Bankruptcy | Relevance Fed.R.Evid. 402 | |
| H-PTX 56 | 2024.01.26 | Affidavit of Rudolph W. Giuliani Pursuant to Local Rule 1007-1(b), *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 70] | Relevance Fed.R.Evid. 402 | |
| H-PTX 57 | 2024.01.26 | Giuliani Summary of Assets and Liabilities [BKR Dkt. 71] | Relevance Fed.R.Evid. 402 | |
| H-PTX 58 | 2024.01.26 | Giuliani Declaration About an Individual Debtor's Schedules [BKR Dkt. 72] | Relevance Fed.R.Evid. 402 | |
| H-PTX 59 | 2024.01.29 | Chapter 11 Monthly Operating Report, December 2023, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR. Dkt. 80] | Relevance Fed.R.Evid. 402 | |
| H-PTX 60 | 2024.01.29 | Email from H. Berger to M. Ryan et al. re Verizon Bill | Relevance Fed.R.Evid. 402 | |
| H-PTX 61 | 2024.01.31 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, January 2024 (Parkside000037-41) | Relevance Fed.R.Evid. 402 | |
| H-PTX 62 | 2024.01.31 | Rudolph W. Giuliani, Citibank, 5812, January 2024 | | |
| H-PTX 63 | 2024.02.00 | Rudolph W. Giuliani, American Express, 5002, December 2023 - January 2024 | | |
| H-PTX 64 | 2024.02.00 | Rudolph W. Giuliani, American Express, 5002, January 2024 - February 2024 | | |
| H-PTX 65 | 2024.02.00 | Rudolph W. Giuliani, Citibank, 5812, February 2024 | | |
| H-PTX 66 | 2024.02.01 | Invoice No. 24033 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 67 | 2024.02.05 | Giuliani - Amended Schedule D - Individual Schedule E-F [BKR Dkt. 100] | Relevance Fed.R.Evid. 402 | |
| H-PTX 68 | 2024.02.05 | Rudolph W. Giuliani, Discover Bank, 5467, February 2024 (A04083-0018-001070 pg. 7-8) | | |

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 69 | 2024.02.07 | Testimony of Rudolph W. Giuliani at 341 Meeting, *In re Rudolph Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) | | Confidential |
| H-PTX 70 | 2024.02.12 | Giuliani IRS Statement | Relevance Fed.R.Evid. 402 | |
| H-PTX 71 | 2024.02.14 | Email from R. Medrano to J. Ricci re Fidelity Testing and 5500 | Relevance Fed.R.Evid. 402 | |
| H-PTX 72 | 2024.02.17 | Giuliani Endorsement Tweet - Redacted | Relevance Fed.R.Evid. 402 | |
| H-PTX 73 | 2024.02.23 | Chapter 11 Monthly Operating Report, January 2024, In re Rudolph W. Giuliani (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 127] | Relevance Fed.R.Evid. 402 | |
| H-PTX 74 | 2024.02.29 | Giuliani Amended Bankruptcy Schedules filed (Schedule A/B) [BKR. Dkt. 129] | Relevance Fed.R.Evid. 402 | |
| H-PTX 75 | 2024.02.29 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, February 2024 (Parkside000030-36) | Relevance Fed.R.Evid. 402 | |
| H-PTX 76 | 2024.03.00 | Rudolph W. Giuliani, American Express, 1004, February 2024 - March 2024 | | |
| H-PTX 77 | 2024.03.00 | Rudolph W. Giuliani, American Express, 5002, February 2024 - March 2024 | | |
| H-PTX 78 | 2024.03.01 | Invoice No. 24045 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC | Relevance Fed.R.Evid. 402 | |
| H-PTX 79 | 2024.03.01 | Invoice No. 24046 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 80 | 2024.03.01 | Email from M. Ryan to J. Ricci fwd Payment Confirmation - Citizens Property Insurance Corporation | Relevance Fed.R.Evid. 402 | |
| H-PTX 81 | 2024.03.06 | Email communications between M. Ryan and H. Berger re bankruptcy | Relevance Fed.R.Evid. 402 | |
| H-PTX 82 | 2024.03.07 | Giuliani 5467 Discovery Correspondence (A04083-0018-001070 pg. 1) | Relevance Fed.R.Evid. 402 | |
| H-PTX 83 | 2024.03.28 | Opposition re sale of MTC Condo | Relevance Fed.R.Evid. 402 | |
| H-PTX 84 | 2024.03.29 | Giuliani Communications LLC 7580 Parkside March Statement (Parkside000025-29) | | |
| H-PTX 85 | 2024.04.01 | Invoice No. 24063 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC | Relevance Fed.R.Evid. 402 | |
| H-PTX 86 | 2024.04.15 | Transcript of Deposition of Rudolph Giuliani, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) | | Confidential |
| H-PTX 87 | 2024.04.30 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, April 2024 (Parkside000018-24) | Relevance Fed.R.Evid. 402 | |
| H-PTX 88 | 2024.05.01 | Invoice No. 24092 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC | Relevance Fed.R.Evid. 402 | |
| H-PTX 89 | 2024.05.02 | Chapter 11 Monthly Operating Report, February 2024, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 199] | Relevance Fed.R.Evid. 402 | |
| H-PTX 90 | 2024.05.06 | Chapter 11 Monthly Operating Report, March 2024, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 203] | Relevance Fed.R.Evid. 402 | |

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 91 | 2024.05.10 | Nicholas Fandos, *WABC Cancels Giuliani's Radio Show Over False Election Claim* s, N.Y. Times (May 10, 2024) | Relevance Fed.R.Evid. 402 | |
| H-PTX 92 | 2024.05.17 | Chapter 11 Monthly Operating Report, April 2024, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 224] | Relevance Fed.R.Evid. 402 | |
| H-PTX 93 | 2024.05.19 | Rudolph W. Giuliani, Citibank, 1428, May 1, 2024 - May 19, 2024 | | |
| H-PTX 94 | 2024.05.19 | Rudolph W. Giuliani, Citibank, 5812, May 1, 2024 - May 19, 2024 | | |
| H-PTX 95 | 2024.05.31 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, May 2024 (Parkside000012-17) | | |
| H-PTX 96 | 2024.05.31 | Rudolph W. Giuliani, Citibank, 1428, May 20, 2024 - May 31, 2024 | | |
| H-PTX 97 | 2024.06.01 | Studio Lease Agreement between Vanessa Ryan and Giuliani Communications LLC | Relevance Fed.R.Evid. 402 | |
| H-PTX 98 | 2024.06.02 | NY Post - *Embattled Rudy Giuliani celebrates his 80th birthday surrounded by family, friends at NYC restaurant* | Relevance Fed.R.Evid. 402 | |
| H-PTX 99 | 2024.06.03 | Invoice No. 24106 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC | Relevance Fed.R.Evid. 402 | |
| H-PTX 100 | 2024.06.14 | Email from R. Medrano to G. Rosen, J. Ricci re 2023 Financials | Relevance Fed.R.Evid. 402 | |
| H-PTX 101 | 2024.06.25 | Chapter 11 Monthly Operating Report, May 2024, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 267] | Relevance Fed.R.Evid. 402 | |
| H-PTX 102 | 2024.06.28 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, June 2024 (Parkside000007-11) | | |
| H-PTX 103 | 2024.01.26 | Affidavit Pursuant to Local Rule 1007-1(b), *In re Giuliani*, (Case No. 23-12055 Bankr. S.D.N.Y) [Dkt. 70] | Relevance Fed.R.Evid. 402 | |
| H-PTX 104 | 2024.07.01 | Motion to Convert Chapter 11 Case to Chapter 7 [BKT No. 277] | Relevance Fed.R.Evid. 402 | |
| H-PTX 105 | 2024.07.02 | Invoice No. 24119 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC | Relevance Fed.R.Evid. 402 | |
| H-PTX 106 | 2024.07.03 | Transcript of Status Conference re. Debtor's Motion to Convert Chapter 11 Case to Chapter 7 [BKR Dkt. 291] | Relevance Fed.R.Evid. 402 | |
| H-PTX 107 | 2024.07.08 | Objection to Motion by the UCC to Debtor's Application to Convert Chapter 11 to Chapter 7 [BKR Dkt. 281] | Relevance Fed.R.Evid. 402 | |
| H-PTX 108 | 2024.07.08 | Objection of Ruby Freeman and Wandrea Arshaye Moss to Debtor's Application to Convert Chapter 11 to Chapter 7 [BKR Dkt. 282] | Relevance Fed.R.Evid. 402 | |
| H-PTX 109 | 2024.07.10 | Notice of Dismissal Notice of Debtor's Consent to Dismissal [BKT Dkt. 285] | Relevance Fed.R.Evid. 402 | |
| H-PTX 110 | 2024.07.11 | Transcript of Status Conference re. Debtor's Motion to Convert Chapter 11 Case to Chapter 7, Objection of UCC to Debtor's Automatic Stay to Convert Chapter 11 to Chapter 7, Objection of Ruby Freeman and Wandrea Arshaye to Debtor's Automatic Stay to Convert Chapter 11 to Chapter 7 [BKR Dkt. 292] | | |
| H-PTX 111 | 2024.07.12 | Memorandum Of Decision to Grant Order Dismissal [BKR. Dkt. 289] | Relevance Fed.R.Evid. 402 | |

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 112 | 2024.07.17 | Tweet by T. Goodman re Giulianis visit to RNC | Relevance Fed.R.Evid. 402 | |
| H-PTX 113 | 2024.07.31 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, July 2024 (Parkside000001-06) | Relevance Fed.R.Evid. 402 | |
| H-PTX 114 | 2024.07.31 | Rudolph W. Giuliani, Citibank, 1428, July 2024 | | |
| H-PTX 115 | 2024.08.01 | Email from R. Medrano to J. Ricci re Address | Relevance Fed.R.Evid. 402 | |
| H-PTX 116 | 2024.08.02 | Order Dismissing Chapter 11 Case, In re Rudolph W. Giuliani (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKT No. 309] | Relevance Fed.R.Evid. 402 | |
| H-PTX 117 | 2024.08.03 | Bellwether Community Credit Union Certificate for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 118 | 2024.08.03 | Bellwether Community Credit Union Membership Card Application for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 119 | 2024.08.05 | Clerk's Certification of a Judgment to Be Registered in Another District [Turnover Dkt. 1] | | |
| H-PTX 120 | 2024.08.06 | Abstract of Judgment of $146,206,113.00 [Issued by Clerk] | | |
| H-PTX 121 | 2024.08.06 | Bellwether Community Credit Union Personal Information Change for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 122 | 2024.08.08 | Email from M. Ryan to J. Ricci re Case | Relevance Fed.R.Evid. 402 | |
| H-PTX 123 | 2024.08.08 | Invoice No. 24143 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 124 | 2024.08.09 | Invoice No. 24144 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 125 | 2024.08.30 | Complaint, *Freeman et al v. Giuliani*, (Case No. 24-cv-06563-MMG S.D.N.Y.) [Homestead Dkt. 1] | Relevance Fed.R.Evid. 402 | |
| H-PTX 126 | 2024.08.31 | Rudolph W. Giuliani, Bellwether Community Credit Union, 63, August 2024 | Relevance Fed.R.Evid. 402 | |
| H-PTX 127 | 2024.08.31 | Rudolph W. Giuliani, Citibank, 1428, August 2024 | | |
| H-PTX 128 | 2024.09.00 | Corporate Transfer & Storage Inc. Invoice for September and October 2024 Charges | | |
| H-PTX 129 | 2024.09.03 | Email from J. Ricci to R. Medrano re September invoice [enclosing Invoice No. 24147 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC] | Relevance Fed.R.Evid. 402 | |
| H-PTX 130 | 2024.09.30 | Rudolph W. Giuliani, Bellwether Community Credit Union Member, 63, September 2024 | Relevance Fed.R.Evid. 402 | |
| H-PTX 131 | 2024.09.30 | Rudolph W. Giuliani, Citibank, 1428, September 2024 | | |
| H-PTX 132 | 2024.10.00 | Corporate Transfer & Storage Inc. Invoice for October 2024 Charges, Inventory of items, and pictures | | |
| H-PTX 133 | 2024.10.01 | Email from J. Ricci to R. Medrano re Invoice for Communications | Relevance Fed.R.Evid. 402 | |
| H-PTX 134 | 2024.10.02 | Plaintiffs' Local Rule 56.1 Statement in Support of Motion for Summary Judgment [Homestead Dkt. 30] | Relevance Fed.R.Evid. 402 | |
| H-PTX 135 | 2024.10.14 | 2023 Rudolph W. Giuliani Tax Return (A04083-0021-001015) | | Confidential |

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 136 | 2024.10.14 | Email from R. Giuliani to J. Ricci RE Permission to File 2024 Taxes | | |
| H-PTX 137 | 2024.10.15 | 2023 United States Gift Tax Return, Form 709 (Unsigned) | Relevance Fed.R.Evid. 402 | |
| H-PTX 138 | 2024.10.15 | Email from J. Ricci to M. Ryan re Gift Tax Return | Relevance Fed.R.Evid. 402 | |
| H-PTX 139 | 2024.11.13 | CTS Inventory | | |
| H-PTX 140 | 2024.11.01 | Plaintiffs First Requests for Production (Homestead) | | |
| H-PTX 141 | 2024.04.07 | Email from H. Berger to M. Ryan re Bankruptcy | Relevance Fed.R.Evid. 402 | |
| H-PTX 142 | 2023.12.20 | Clerk's Certification of a Judgment to Be Registered in Another Distric | Relevance Fed.R.Evid. 402 | |
| H-PTX 143 | 2024.10.18 | Invoice No. 24191 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | Relevance Fed.R.Evid. 402 | |
| H-PTX 144 | 2024.10.23 | Email from M. Ryan to J. Ricci et al. re NY Taxes (enclosing letter from NY IRS to R. Giuliani) | Relevance Fed.R.Evid. 402 | |
| H-PTX 145 | 2024.10.27 | Rudy Giuliani Freedom Fund Email, *It's official – I've been ordered to turn over my home* | Relevance Fed.R.Evid. 402 | |
| H-PTX 146 | 2024.10.31 | CBS12.com, Rudy Giuliani to Vote in Palm Beach County Faces Media Amidst Legal Turmoil | Relevance Fed.R.Evid. 402 | |
| H-PTX 147 | 2024.10.31 | Palm Beach Daily News, *Rudy Giuliani votes for the first time in Florida at West Palm early voting site* | Relevance Fed.R.Evid. 402 | |
| H-PTX 148 | 2024.11.04 | the-independent.com, *Embattled Rudy Giuliani not ruling out another run for NYC mayor* (November 4, 2024) | Relevance Fed.R.Evid. 402 | |
| H-PTX 149 | 2024.11.05 | Rudolph W. Giuliani Amended Answer to Complaint [Homestead Dkt. 62] | | |
| H-PTX 150 | 2024.11.11 | Amended Response to Information Subpoena | | |
| H-PTX 151 | 2024.11.14 | Subpoena to Produce documents to Maria Ryan | | |
| H-PTX 152 | 2024.11.14 | Subpoena to Produce documents to Ted Goodman | | |
| H-PTX 153 | 2024.11.21 | Maria Ryan Information Subpoena Response | | |
| H-PTX 154 | 2024.11.30 | Giuliani Communications LLC, Parkside Financial Bank & Trust Account, 7580, November 2023 | | |
| H-PTX 155 | 2024.12.01 | Defendants' Response to Plaintiffs' First Set of Interrogatories, *Freeman et al v. Giuliani*, (Case No. 24-cv-06563-MMG S.D.N.Y.) | | |
| H-PTX 156 | 2024.12.04 | Email from A. Houghton-Larsen to R. Medrano re *Freeman v. Giuliani* - Court Filing and Order and Subpoena | Relevance Fed.R.Evid. 402 | |
| H-PTX 157 | 2024.12.04 | Subpoena to R. Medrano to produce documents | | |
| H-PTX 158 | 2024.12.08 | Defendant's Amended Initial Disclosures Pursuant to Federal Rules of Civil Procedure Rule 26(a)(1) | | |
| H-PTX 159 | 2024.12.08 | Defendant's Response to Plaintiffs First RFPs | | |
| H-PTX 160 | 2024.12.11 | Subpoena to Testify to Ted Goodman | | |
| H-PTX 161 | 2024.12.14 | Order granting Plaintiffs' Motion to Compel [Homestead Dkt. 135] | Relevance Fed.R.Evid. 402 | |
| H-PTX 162 | 2024.12.17 | Ryan Document Production Certification | | |
| H-PTX 163 | 2024.12.11 | Maria Ryan Subpoena | | |

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 164 | 2024.12.23 | Defendant Rudolph W. Giuliani's Pretrial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(3) [exhibits attached] | | |
| H-PTX 165 | 2024.12.23 | Unredacted Motion to Withdraw as Counsel and Declaration of Kenneth A. Caruso in Support of that Motion [Homestead Dkt. 156] | Relevance Fed.R.Evid. 402 | |
| H-PTX 166 | 2024.12.26 | *Giuliani Defends, Employs Priest Accused of Molesting Teens*, ABC News | Relevance Fed.R.Evid. 402 | |
| H-PTX 167 | 2024.12.23 | Defendant Rudolph W. Giuliani's Pretrial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(3) [no exhibits attached] | | |
| H-PTX 168 | 2024.12.26 | Defendant's Second Amended Initial Disclosures Pursuant to Federal Rules of Civil Procedure Rule 26(a)(1) | | |
| H-PTX 169 | 2024.12.26 | Deposition Transcript of Monsignor Alan Placa | | |
| H-PTX 170 | 2024.12.26 | FEC Contributions of Alan Placa from 2006.09.21-2021.09.17 | | |
| H-PTX 171 | 2024.12.26 | FEC Contributions of Alan Placa from 2021.09.17-2024.11.25 | | |
| H-PTX 172 | 2024.12.26 | *Giuliani Firm Confirms It Hired L.I. Priest Barred from Ministry,* New York Times | Relevance Fed.R.Evid. 402 | |
| H-PTX 173 | 2024.12.26 | Plaintiffs' Notice of Deposition of Monsignor Alan Placa | | |
| H-PTX 174 | 2024.12.26 | Resume of Monsignor Alan Placa | | |
| H-PTX 175 | 2024.12.27 | Deposition Transcript of Rudolph W. Giuliani | | |
| H-PTX 176 | 2024.12.30 | Tweet by T. Goodman re Willkie (Redacted) | Relevance Fed.R.Evid. 402 | |
| H-PTX 177 | 2024.12.31 | Defendants' Third Amended Response to Plaintiffs' First Set of Interrogatories | | |
| H-PTX 178 | 2024.12.31 | Deposition Transcript of Dr. Maria Ryan | | |
| H-PTX 179 | 2024.12.31 | Deposition Transcript of Ryan Medrano | | |
| H-PTX 180 | 2024.12.31 | Deposition Transcript of Theodore Goodman | | |
| H-PTX 181 | 2024.12.17 | M. Ryan Responses to Document Requests | | |
| H-PTX 182 | 2024.04.23 | Executed Giuliani Communications Burke Brand Contract | Relevance Fed.R.Evid. 402 | |
| H-PTX 183 | 2024.09.04 | 2023 Giuliani Security Safety LLC Tax Return | Relevance Fed.R.Evid. 402 | |
| H-PTX 184 | 2024.10.09 | 2023 Giuliani Company LLC Amended Tax Return | Relevance Fed.R.Evid. 402 | |
| H-PTX 185 | 2024.10.09 | 2023 WorldCapital Payroll Corp. Amended Tax Return) | Relevance Fed.R.Evid. 402 | |