# EXHIBIT A

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 1 | 2001.12.21 | Giuliani & Company LLC DE State Registration | * | |
| H-PTX 2 | 2001.12.21 | Giuliani Group DE State Registration | * | |
| H-PTX 3 | 2002.01.08 | Giuliani & Company LLC NY State Registration | * | |
| H-PTX 4 | 2002.01.08 | WorldCapital Payroll Corp. DE State Registration | * | |
| H-PTX 5 | 2002.01.08 | Giuliani Communications, LLC NY State Registration | * | |
| H-PTX 6 | 2002.08.06 | Giuliani Security & Safety LLC DE State Registration | * | |
| H-PTX 7 | 2003.07.28 | NYC Department of Finance Office of the City Register Property Data for 45 East 66th Street Apt. 10W, New York, New York 10021 | * | |
| H-PTX 8 | 2005.03.30 | *Giuliani to Be Partner in Texas Law Firm*, New York Times (March 30, 2005) | * | |
| H-PTX 9 | 2007.05.01 | Wayne Barett, *The Yankees's Clean-Up Man*, The Village Voice (May 1, 2007) | * | |
| H-PTX 10 | 2018.00.00 | 2018 United States Gift (And Generation-Skipping Transfer) Tax Return for Rudolph W. Giuliani (Form 709) [CONFIDENTIAL] | * | Confidential |
| H-PTX 11 | 2018.00.00 | 2018 United States Gift (And Generation-Skipping Transfer) Tax Return for Rudolph W. Giuliani (Form 709) [Addendum]  [CONFIDENTIAL] | * | Confidential |
| H-PTX 12 | 2019.00.00 | 2018 Rudolph W. Giuliani Tax Return (A04083-0017-001001) | * | Confidential |
| H-PTX 13 | 2019.12.10 | *Giuliani v. Giuliani*, Stipulation of Settlement | * | |
| H-PTX 14 | 2019.12.11 | *Rudy and Judith Giuliani finalize divorce*, foxbusiness.com (December 11, 2019) | * | |
| H-PTX 15 | 2022.00.00 | 2021 Rudolph W. Giuliani Tax Return (A04083-0021-001019) | * | Confidential |
| H-PTX 16 | 2023.00.00 | 2022 Rudolph W. Giuliani Tax Return (A04083-0021-001006) | * | Confidential |
| H-PTX 17 | 2023.07.00 | Corporate Transfer & Storage Inc. Invoice for July 2023 Charges | * | |
| H-PTX 18 | 2023.10.20 | Giuliani's Affidavit in Support of Motion to Dismiss, *Dadidoff, Hutcher and Citron LLP, v. Giuliani*, (654558/2023 N.Y. Sup. N.Y. Cnty.) [Dkt. 5] | * | |
| H-PTX 19 | 2023.12.21 | Affidavit Pursuant to Rule 1007-4, *In re Giuliani*, (Case No. 23-12055 Bankr. S.D.N.Y) [Dkt. 5] | * | |
| H-PTX 20 | 2023.11.01 | Invoice No. 23190 from Ricci and Co., CPA, P.C. for Rudolph W. Giuliani | * | |
| H-PTX 21 | 2023.11.30 | Email from J. Ricci to Truth and Justice et. al re Filing of Tax Returns | * | |
| H-PTX 22 | 2023.11.30 | Email from R. Medrano to J. Ricci re Filing of Tax Returns | * | |
| H-PTX 23 | 2023.11.30 | Giuliani Communications LLC Parkside Account Paperwork (A04083-0018-001127) | * | |
| H-PTX 24 | 2023.11.30 | Email from J. Ricci to Truth and Justice et. al re Filing of Tax Returns | * | |
| H-PTX 25 | 2023.12.00 | Rudolph W. Giuliani, American Express, 5002, October 2023 - November 2023 | * | |
| H-PTX 26 | 2023.12.04 | Email from J. Ricci to R. Medrano re December Invoice | * | |
| H-PTX 27 | 2023.12.04 | Invoice No. 23195 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | * | |
| H-PTX 28 | 2023.12.05 | Rudolph W. Giuliani, Discover Bank, 5467, December 2023 (A04083-0018-001070 pg. 2-3) | * | |
| H-PTX 29 | 2023.12.07 | Email from J. Ricci to Truth and Justice et. al re Missed Signature | * | |
| H-PTX 30 | 2023.12.07 | Email from R. Medrano to J. Ricci re GCom Bank Account | * | |
| H-PTX 31 | 2023.12.11 | Email from R. Medrano to J. Ricci re GCom Bank Account | * | |
| H-PTX 32 | 2023.12.18 | Email from M. Ryan to J. Ricci re Bankruptcy | * | |
| H-PTX 33 | 2023.12.19 | Email from R. Medrano to J. Ricci re GCom | * | |
| H-PTX 34 | 2023.12.21 | Voluntary Petition for Individuals Filing for Bankruptcy for Rudolph W. Giuliani (Case No. 23-12055, S.D.N.Y.) [BKR Dkt. 1] | * | |
| H-PTX 35 | 2023.12.23 | Email from R. Medrano to J. Ricci re Payments | * | |
| H-PTX 36 | 2023.12.29 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, December 2023 (Parkside000042-48) | * | |
| H-PTX 37 | 2023.12.31 | Rudolph W. Giuliani, Citibank, 5812, December 2023 | * | |
| H-PTX 38 | 2024.00.00 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, July 2024 | * | |
| H-PTX 39 | 2024.00.00 | USPS Change of Address Form (1 of 6) | * | |
| H-PTX 40 | 2024.00.00 | USPS Change of Address Form (2 of 6) | * | |
| H-PTX 41 | 2024.00.00 | USPS Change of Address Form (3 of 6) | * | |
| H-PTX 42 | 2024.00.00 | USPS Change of Address Form (4 of 6) | * | |
| H-PTX 43 | 2024.00.00 | USPS Change of Address Form (5 of 6) | * | |
| H-PTX 44 | 2024.00.00 | USPS Change of Address Form (6 of 6) | * | |
| H-PTX 45 | 2024.01.00 | Form SSA-1099-Social Security Benefit Statement for Rudolph W. Giuliani | * | |
| H-PTX 46 | 2024.01.00 | Rudolph W. Giuliani, American Express, 5002, November 2023 - December 2023) | * | |
| H-PTX 47 | 2024.01.02 | Discover 11.1.2023-12.31.2023 Charges | * | |
| H-PTX 48 | 2024.01.02 | Invoice No. 24021 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | * | |
| H-PTX 49 | 2024.01.02 | Rudolph W. Giuliani, Discover Bank, 5467, November 2023 - December 2023) | * | |
| H-PTX 50 | 2024.01.05 | Rudolph W. Giuliani, Discover Bank, 5467, January 2024 (A04083-0018-001070 pg. 4-6) | * | |
| H-PTX 51 | 2024.01.12 | M. Ryan Email Re Verizon Internet and Cable Bill for New York Apartment | * | |
| H-PTX 52 | 2024.01.18 | Email from J. Ricci to R. Medrano re Giuliani 2022 Quickbooks and excel financial statements | * | |
| H-PTX 53 | 2024.01.18 | Giuliani Partners LLC Profit & Loss January through December 2023 | * | |
| H-PTX 54 | 2024.01.18 | Giuliani Partners LLC December 31, 2023 Balance Sheet | * | |
| H-PTX 55 | 2024.01.25 | Email from H. Berger to Truth and Justice re Bankruptcy | * | |
| H-PTX 56 | 2024.01.26 | Affidavit of Rudolph W. Giuliani Pursuant to Local Rule 1007-1(b), *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 70] | * | |
| H-PTX 57 | 2024.01.26 | Giuliani Summary of Assets and Liabilities [BKR Dkt. 71] | * | |
| H-PTX 58 | 2024.01.26 | Giuliani Declaration About an Individual Debtor's Schedules [BKR Dkt. 72] | * | |
| H-PTX 59 | 2024.01.29 | Chapter 11 Monthly Operating Report, December 2023, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR. Dkt. 80] | * | |
| H-PTX 60 | 2024.01.29 | Email from H. Berger to M. Ryan et al. re Verizon Bill | * | |
| H-PTX 61 | 2024.01.31 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, January 2024 (Parkside000037-41) | * | |
| H-PTX 62 | 2024.01.31 | Rudolph W. Giuliani, Citibank, 5812, January 2024 | * | |
| H-PTX 63 | 2024.02.00 | Rudolph W. Giuliani, American Express, 5002, December 2023 - January 2024 | * | |
| H-PTX 64 | 2024.02.00 | Rudolph W. Giuliani, American Express, 5002, January 2024 - February 2024 | * | |
| H-PTX 65 | 2024.02.00 | Rudolph W. Giuliani, Citibank, 5812, February 2024 | * | |
| H-PTX 66 | 2024.02.01 | Invoice No. 24033 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | * | |
| H-PTX 67 | 2024.02.05 | Giuliani - Amended Schedule D - Individual Schedule E-F [BKR Dkt. 100] | * | |
| H-PTX 68 | 2024.02.05 | Rudolph W. Giuliani, Discover Bank, 5467, February 2024 (A04083-0018-001070 pg. 7-8) | * | |

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 69 | 2024.02.07 | Testimony of Rudolph W. Giuliani at 341 Meeting, *In re Rudolph Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) | * | Confidential |
| H-PTX 70 | 2024.02.12 | Giuliani IRS Statement | * | |
| H-PTX 71 | 2024.02.14 | Email from R. Medrano to J. Ricci re Fidelity Testing and 5500 | * | |
| H-PTX 72 | 2024.02.17 | Giuliani Endorsement Tweet - Redacted | * | |
| H-PTX 73 | 2024.02.23 | Chapter 11 Monthly Operating Report, January 2024, In re Rudolph W. Giuliani (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 127] | * | |
| H-PTX 74 | 2024.02.29 | Giuliani Amended Bankruptcy Schedules filed (Schedule A/B) [BKR. Dkt. 129] | * | |
| H-PTX 75 | 2024.02.29 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, February 2024 (Parkside000030-36) | * | |
| H-PTX 76 | 2024.03.00 | Rudolph W. Giuliani, American Express, 1004, February 2024 - March 2024 | * | |
| H-PTX 77 | | INTENTIONALLY LEFT BLANK | * | |
| H-PTX 78 | 2024.03.01 | Invoice No. 24045 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC | * | |
| H-PTX 79 | 2024.03.01 | Invoice No. 24046 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | * | |
| H-PTX 80 | 2024.03.01 | Email from M. Ryan to J. Ricci fwd Payment Confirmation - Citizens Property Insurance Corporation | * | |
| H-PTX 81 | 2024.03.06 | Email communications between M. Ryan and H. Berger re bankruptcy | * | |
| H-PTX 82 | 2024.03.07 | Giuliani 5467 Discovery Correspondence  (A04083-0018-001070 pg. 1) | * | |
| H-PTX 83 | 2024.03.28 | Opposition re sale of MTC Condo | * | |
| H-PTX 84 | 2024.03.29 | Giuliani Communications LLC 7580 Parkside March  Statement (Parkside000025-29) | * | |
| H-PTX 85 | 2024.04.01 | Invoice No. 24063 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC | * | |
| H-PTX 86 | 2024.04.15 | Transcript of Deposition of Rudolph Giuliani,  *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) | * | Confidential |
| H-PTX 87 | 2024.04.30 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, April 2024 (Parkside000018-24) | * | |
| H-PTX 88 | 2024.05.01 | Invoice No. 24092 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC | * | |
| H-PTX 89 | 2024.05.02 | Chapter 11 Monthly Operating Report, February 2024, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 199] | * | |
| H-PTX 90 | 2024.05.06 | Chapter 11 Monthly Operating Report, March 2024, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 203] | * | |
| H-PTX 91 | 2024.05.10 | Nicholas Fandos, *WABC Cancels Giuliani's Radio Show Over False Election Claims*, N.Y. Times (May 10, 2024) | * | |
| H-PTX 92 | 2024.05.17 | Chapter 11 Monthly Operating Report, April 2024, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 224] | * | |
| H-PTX 93 | 2024.05.19 | Rudolph W. Giuliani, Citibank, 1428, May 1, 2024 - May 19, 2024 | * | |
| H-PTX 94 | 2024.05.19 | Rudolph W. Giuliani, Citibank, 5812, May 1, 2024 - May 19, 2024 | * | |
| H-PTX 95 | 2024.05.31 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, May 2024 (Parkside000012-17) | * | |
| H-PTX 96 | 2024.05.31 | Rudolph W. Giuliani, Citibank, 1428, May 20, 2024 - May 31, 2024 | * | |
| H-PTX 97 | 2024.06.01 | Studio Lease Agreement between Vanessa Ryan and Giuliani Communications LLC | * | |
| H-PTX 98 | 2024.06.02 | NY Post - *Embattled Rudy Giuliani celebrates his 80th birthday surrounded by family, friends at NYC restaurant* | * | |
| H-PTX 99 | 2024.06.03 | Invoice No. 24106 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC | * | |
| H-PTX 100 | 2024.06.14 | Email from R. Medrano to G. Rosen, J. Ricci re 2023 Financials | * | |
| H-PTX 101 | 2024.06.25 | Chapter 11 Monthly Operating Report, May 2024, *In re Rudolph W. Giuliani* (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKR Dkt. 267] | * | |
| H-PTX 102 | 2024.06.28 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, June 2024  (Parkside000007-11) | * | |
| H-PTX 103 | 2024.01.26 | Affidavit Pursuant to Local Rule 1007-1(b), *In re Giuliani* , (Case No. 23-12055 Bankr. S.D.N.Y.) [Dkt. 70] | * | |
| H-PTX 104 | 2024.07.01 | Motion to Convert Chapter 11 Case to Chapter 7 [BKT No. 277] | * | |
| H-PTX 105 | 2024.07.02 | Invoice No. 24119 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC | * | |
| H-PTX 106 | 2024.07.03 | Transcript of Status Conference re. Debtor's Motion to Convert Chapter 11 Case to Chapter 7 [BKR Dkt. 291] | * | |
| H-PTX 107 | 2024.07.08 | Objection to Motion by the UCC to Debtor's Application to Convert Chapter 11 to Chapter 7 [BKR Dkt. 281] | * | |
| H-PTX 108 | 2024.07.08 | Objection of Ruby Freeman and Wandrea Arshaye Moss to Debtor's Application to Convert Chapter 11 to Chapter 7 [BKR Dkt. 282] | * | |
| H-PTX 109 | 2024.07.10 | Notice of Dismissal Notice of Debtor's Consent to Dismissal [BKT Dkt. 285] | * | |
| H-PTX 110 | 2024.07.11 | Transcript of Status Conference re. Debtor's Motion to Convert Chapter 11 Case to Chapter 7, Objection of UCC to Debtor's Automatic Stay to Convert Chapter 11 to Chapter 7, Objection of Ruby Freeman and Wandrea Arshaye to Debtor's Automatic Stay to Convert Chapter 11 to Chapter 7 [BKR Dkt. 292] | * | |
| H-PTX 111 | 2024.07.12 | Memorandum Of Decision to Grant Order Dismissal [BKR. Dkt. 289] | * | |
| H-PTX 112 | 2024.07.17 | Tweet by T. Goodman re Giulianis visit to RNC | * | |
| H-PTX 113 | 2024.07.31 | Giuliani Communications LLC, Parkside Financial Bank & Trust, 7580, July 2024 (Parkside000001-06) | * | |
| H-PTX 114 | 2024.07.31 | Rudolph W. Giuliani, Citibank, 1428, July 2024 | * | |
| H-PTX 115 | 2024.08.01 | Email from R. Medrano to J. Ricci re Address | * | |
| H-PTX 116 | 2024.08.02 | Order Dismissing Chapter 11 Case, In re Rudolph W. Giuliani (Case No. 23-12055-shl Bankr. S.D.N.Y.) [BKT No. 309] | * | |
| H-PTX 117 | 2024.08.03 | Bellwether Community Credit Union Certificate for Rudolph W. Giuliani | * | |
| H-PTX 118 | 2024.08.03 | Bellwether Community Credit Union Membership Card Application for Rudolph W. Giuliani | * | |
| H-PTX 119 | 2024.08.05 | Clerk's Certification of a Judgment to Be Registered in Another District [Turnover Dkt. 1] | * | |
| H-PTX 120 | 2024.08.06 | Abstract of Judgment of $146,206,113.00 [Issued by Clerk] | * | |

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 121 | 2024.08.06 | Bellwether Community Credit Union Personal Information Change for Rudolph W. Giuliani | * | |
| H-PTX 122 | 2024.08.08 | Email from M. Ryan to J. Ricci re Case | * | |
| H-PTX 123 | 2024.08.08 | Invoice No. 24143 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | * | |
| H-PTX 124 | 2024.08.09 | Invoice No. 24144 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | * | |
| H-PTX 125 | 2024.08.30 | Complaint, *Freeman et al v. Giuliani* , (Case No. 24-cv-06563-MMG S.D.N.Y.) [Homestead Dkt. 1] | * | |
| H-PTX 126 | 2024.08.31 | Rudolph W. Giuliani, Bellwether Community Credit Union, 63, August 2024 | * | |
| H-PTX 127 | 2024.08.31 | Rudolph W. Giuliani, Citibank, 1428, August 2024 | * | |
| H-PTX 128 | 2024.09.00 | Corporate Transfer & Storage Inc. Invoice for September and October 2024 Charges | * | |
| H-PTX 129 | 2024.09.03 | Email from J. Ricci to R. Medrano re September invoice [enclosing Invoice No. 24147 from Ricci and Co., CPA, P.C. for Professional Services for Giuliani Partners, LLC] | * | |
| H-PTX 130 | 2024.09.30 | Rudolph W. Giuliani, Bellwether Community Credit Union Member, 63, September 2024 | * | |
| H-PTX 131 | 2024.09.30 | Rudolph W. Giuliani, Citibank, 1428, September 2024 | * | |
| H-PTX 132 | 2024.10.00 | Corporate Transfer & Storage Inc. Invoice for October 2024 Charges, Inventory of items, and pictures | * | |
| H-PTX 133 | 2024.10.01 | Email from J. Ricci to R. Medrano re Invoice for Communications | * | |
| H-PTX 134 | 2024.10.02 | Plaintiffs' Local Rule 56.1 Statement in Support of Motion for Summary Judgment [Homestead Dkt. 30] | * | |
| H-PTX 135 | 2024.10.14 | 2023 Rudolph W. Giuliani Tax Return (A04083-0021-001015) | * | Confidential |
| H-PTX 136 | 2024.10.14 | Email from R. Giuliani to J. Ricci RE Permission to File 2024 Taxes | * | |
| H-PTX 137 | 2024.10.15 | 2023 United States Gift Tax Return, Form 709 (Unsigned) | * | |
| H-PTX 138 | 2024.10.15 | Email from J. Ricci to M. Ryan re Gift Tax Return | * | |
| H-PTX 139 | 2024.11.13 | CTS Inventory | * | |
| H-PTX 140 | 2024.11.01 | Plaintiffs' First Set of Documents Requests to Defendant Rudolph Giuliani | * | |
| H-PTX 141 | 2024.04.07 | Email from H. Berger to M. Ryan re Bankruptcy | * | |
| H-PTX 142 | 2023.12.20 | Clerk's Certification of a Judgment to Be Registered in Another Distric | * | |
| H-PTX 143 | 2024.10.18 | Invoice No. 24191 from Ricci and Co., CPA, P.C. for Professional Services for Rudolph W. Giuliani | * | |
| H-PTX 144 | 2024.10.23 | Email from M. Ryan to J. Ricci et al. re NY Taxes (enclosing letter from NY IRS to R. Giuliani) | * | |
| H-PTX 145 | 2024.10.27 | Rudy Giuliani Freedom Fund Email, *It's official – I've been ordered to turn over my home* | * | |
| H-PTX 146 | 2024.10.31 | CBS12.com, Rudy Giuliani to Vote in Palm Beach County Faces Media Amidst Legal Turmoil | * | |
| H-PTX 147 | 2024.10.31 | Palm Beach Daily News, *Rudy Giuliani votes for the first time in Florida at West Palm early voting site* | * | |
| H-PTX 148 | 2024.11.04 | the-independent.com, *Embattled Rudy Giuliani not ruling out another run for NYC mayor* (November 4, 2024) | * | |
| H-PTX 149 | 2024.11.05 | Rudolph W. Giuliani Amended Answer to Complaint  [Homestead Dkt. 62] | * | |
| H-PTX 150 | 2024.11.11 | Amended Response to Information Subpoena | * | |
| H-PTX 151 | 2024.11.14 | Subpoena to Produce documents to Maria Ryan | * | |
| H-PTX 152 | 2024.11.14 | Subpoena to Produce documents to Ted Goodman | * | |
| H-PTX 153 | 2024.11.21 | Maria Ryan Information Subpoena Response | * | |
| H-PTX 154 | 2024.11.30 | Giuliani Communications LLC, Parkside Financial Bank & Trust Account, 7580, November 2023 | * | |
| H-PTX 155 | 2024.12.01 | Defendants' Response to Plaintiffs' First Set of Interrogatories, *Freeman et al v. Giuliani* , (Case No. 24-cv-06563-MMG S.D.N.Y.) | * | |
| H-PTX 156 | 2024.12.04 | Email from A. Houghton-Larsen to R. Medrano re *Freeman v. Giuliani*  - Court Filing and Order and Subpoena | * | |
| H-PTX 157 | 2024.12.04 | Subpoena to R. Medrano to produce documents | * | |
| H-PTX 158 | 2024.12.08 | Defendant's Amended Initial Disclosures Pursuant to Federal Rules of Civil Procedure Rule 26(a)(1) | * | |
| H-PTX 159 | 2024.12.08 | Defendant's Response to Plaintiffs First RFPs | * | |
| H-PTX 160 | 2024.12.11 | Subpoena to Testify to Ted Goodman | * | |
| H-PTX 161 | 2024.12.14 | Order granting Plaintiffs' Motion to Compel [Homestead Dkt. 135] | * | |
| H-PTX 162 | 2024.12.17 | Ryan Document Production Certification | * | |
| H-PTX 163 | 2024.12.11 | Maria Ryan Subpoena | * | |
| H-PTX 164 | 2024.12.23 | Defendant Rudolph W. Giuliani's Pretrial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(3) [exhibits attached] | * | |
| H-PTX 165 | 2024.12.23 | Unredacted Motion to Withdraw as Counsel and Declaration of Kenneth A. Caruso in Support of that Motion [Homestead Dkt. 156] | * | |
| H-PTX 166 | 2024.12.26 | *Giuliani Defends, Employs Priest Accused of Molesting Teens* , ABC News | * | |
| H-PTX 167 | 2024.12.23 | Defendant Rudolph W. Giuliani's Pretrial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(3) [no exhibits attached] | * | |
| H-PTX 168 | 2024.12.26 | Defendant's Second Amended Initial Disclosures Pursuant to Federal Rules of Civil Procedure Rule 26(a)(1) | * | |
| H-PTX 169 | 2024.12.26 | Deposition Transcript of Monsignor Alan Placa | * | |
| H-PTX 170 | 2024.12.26 | FEC Contributions of Alan Placa from 2006.09.21-2021.09.17 | * | |
| H-PTX 171 | 2024.12.26 | FEC Contributions of Alan Placa from 2021.09.17-2024.11.25 | * | |
| H-PTX 172 | 2024.12.26 | *Giuliani Firm Confirms It Hired L.I. Priest Barred from Ministry,*  New York Times | * | |
| H-PTX 173 | 2024.12.26 | Plaintiffs' Notice of Deposition of Monsignor Alan Placa | * | |
| H-PTX 174 | 2024.12.26 | Resume of Monsignor Alan Placa | * | |
| H-PTX 175 | 2024.12.27 | Deposition Transcript of Rudolph W. Giuliani | * | |
| H-PTX 176 | 2024.12.30 | Tweet by T. Goodman re Willkie (Redacted) | * | |
| H-PTX 177 | 2024.12.31 | Defendants' Third Amended Response to Plaintiffs' First Set of Interrogatories | * | |
| H-PTX 178 | 2024.12.31 | Deposition Transcript of Dr. Maria Ryan | * | |
| H-PTX 179 | 2024.12.31 | Deposition Transcript of Ryan Medrano | * | |
| H-PTX 180 | 2024.12.31 | Deposition Transcript of Theodore Goodman | * | |
| H-PTX 181 | 2024.12.17 | M. Ryan Responses to Document Requests | * | |
| H-PTX 182 | 2024.04.23 | Executed Giuliani Communications Burke Brand Contract | * | |
| H-PTX 183 | 2024.09.04 | 2023 Giuliani Security Safety LLC Tax Return | * | |
| H-PTX 184 | 2024.10.09 | 2023 Giuliani  Company LLC Amended Tax Return | * | |

| Trial Ex. No. | Date | Description | Objections | Confidentiality Designation |
|---|---|---|---|---|
| H-PTX 185 | 2024.10.09 | 2023 WorldCapital Payroll Corp. Amended Tax Return | * | |
| H-PTX 186 | 2024.10.31 | Rudolph W. Giuliani, Bellwether Community Credit Union, 63, October 2024 | * | |