| Defendant's Trial Ex. No. | Date | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| H-RTX 1 | 2/11/2010 | Deed for the real property located at and known as Condominium Unit 5D, 315 S. Lake Drive, Palm Beach, Florida | | |
| H-RTX 2 | 7/12/2023 | Deed for the real property located at and known as Condominium Unit 5D, 315 S. Lake Drive, Palm Beach, Florida | | |
| H-RTX 3 | 7/12/2023 | Exclusive Right to Sell – Cooperative Agreement entered into between Defendant and Sotheby's International Realty | | |
| H-RTX 4 | 10/16/2024 | Invoice #416642 from Corporate Transfer & Storage Inc. | | |
| H-RTX 5 | 5/18/2024 | Application for Homestead and Related Tax Exemption | | |
| H-RTX 6 | | Notice of Proposed Property Taxes and Proposed or Adopted Non-Ad Valorem Assessments | | |
| H-RTX 7 | | Real Estate Tax Bill from the Palm Beach County Tax Assessor / Collector | | |
| H-RTX 8 | | Declaration of Domicile | | |
| H-RTX 9 | 2/22/2024 | Defendant's Florida driver's license | | |
| H-RTX 10 | | Registration for 1980 Mercedes Benz | | |
| H-RTX 11 | 5/17/2024 | Voting Registration | | |
| H-RTX 12 | | Defendant's Federal Income Tax Return for 2023 | | |
| H-RTX 13 | | Defendant's calendar | | |
| H-RTX 14 | | Photographs | | |
| H-RTX 15 | | Citibank bank statements | | |
| H-RTX 16 | | American Express bills | | |
| H-RTX 17 | | Notes | | |
| H-PTX 7 | 2003.07.28 | NYC Department of Finance Office of the City Register Property Data for 45 East 66th Street Apt. 10W, New York, New York 10021 | | |
| H-PTX 17 | 2023.07.00 | Corporate Transfer & Storage Inc. Invoice for July 2023 Charges | | |
| H-PTX 25 | 2023.12.00 | Rudolph W. Giuliani, American Express, 5002, October 2023 - November 2023 | | |
| H-PTX 37 | 2023.12.31 | Rudolph W. Giuliani, Citibank, 5812, December 2023 | | |
| H-PTX 46 | 2024.01.00 | Rudolph W. Giuliani, American Express, 5002, November 2023 - December 2023) | | |
| H-PTX 49 | 2024.01.02 | Rudolph W. Giuliani, Discover Bank, 5467, November 2023 - December 2023) | | |
| H-PTX 50 | 2024.01.05 | Rudolph W. Giuliani, Discover Bank, 5467, January 2024 (A04083-0018-001070 pg. 4-6) | | |
| H-PTX 62 | 2024.01.31 | Rudolph W. Giuliani, Citibank, 5812, January 2024 | | |
| H-PTX 63 | 2024.02.00 | Rudolph W. Giuliani, American Express, 5002, December 2023 - January 2024 | | |
| H-PTX 64 | 2024.02.00 | Rudolph W. Giuliani, American Express, 5002, January 2024 - February 2024 | | |
| H-PTX 65 | 2024.02.00 | Rudolph W. Giuliani, Citibank, 5812, February 2024 | | |
| H-PTX 68 | 2024.02.05 | Rudolph W. Giuliani, Discover Bank, 5467, February 2024 (A04083-0018-001070 pg. 7-8) | | |
| H-PTX 76 | 2024.03.00 | Rudolph W. Giuliani, American Express, 1004, February 2024 - March 2024 | | |
| H-PTX 77 | 2024.03.00 | Rudolph W. Giuliani, American Express, 5002, February 2024 - March 2024 | | |
| H-PTX 93 | 2024.05.19 | Rudolph W. Giuliani, Citibank, 1428, May 1, 2024 - May 19, 2024 | | |
| H-PTX 94 | 2024.05.19 | Rudolph W. Giuliani, Citibank, 5812, May 1, 2024 - May 19, 2024 | | |
| H-PTX 96 | 2024.05.31 | Rudolph W. Giuliani, Citibank, 1428, May 20, 2024 - May 31, 2024 | | |

| Defendant's Trial Ex. No. | Date | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| H-PTX 114 | 2024.07.31 | Rudolph W. Giuliani, Citibank, 1428, July 2024 | | |
| H-PTX 127 | 2024.08.31 | Rudolph W. Giuliani, Citibank, 1428, August 2024 | | |
| H-PTX 128 | 2024.09.00 | Corporate Transfer & Storage Inc. Invoice for September and October 2024 Charges | | |
| H-PTX 131 | 2024.09.30 | Rudolph W. Giuliani, Citibank, 1428, September 2024 | | |
| H-PTX 132 | 2024.10.00 | Corporate Transfer & Storage Inc. Invoice for October 2024 Charges, Inventory of items, and pictures | | |
| H-PTX 135 | 2024.10.14 | 2023 Rudolph W. Giuliani Tax Return (A04083-0021-001015) | | Confidential |
| H-PTX 139 | 2024.11.13 | CTS Inventory | | |
| H-PTX 149 | 2024.11.05 | Rudolph W. Giuliani Amended Answer to Complaint  [Homestead Dkt. 62] | | |
| H-PTX 150 | 2024.11.11 | Amended Response to Information Subpoena | | |
| H-PTX 155 | 2024.12.01 | Defendants' Response to Plaintiffs' First Set of Interrogatories, *Freeman et al v. Giuliani* , (Case No. 24-cv-06563-MMG S.D.N.Y.) | | |
| H-PTX 158 | 2024.12.08 | Defendant's Amended Initial Disclosures Pursuant to Federal Rules of Civil Procedure Rule 26(a)(1) | | |
| H-PTX 159 | 2024.12.08 | Defendant's Response to Plaintiffs First RFPs | | |
| H-PTX 168 | 2024.12.26 | Defendant's Second Amended Initial Disclosures Pursuant to Federal Rules of Civil Procedure Rule 26(a)(1) | | |
| H-PTX 177 | 2024.12.31 | Defendants' Third Amended Response to Plaintiffs' First Set of Interrogatories | | |

CFN 20100054908
OR BK 23690 PG 0091
RECORDED 02/11/2010 10:05:14
Palm Beach County, Florida
AMT 1,400,000.00
Doc Stamp 9,800.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0091 - 94; (4pgs)

This instrument prepared by and
should be returned to (W/C #42):
Laurie L. Gildan, Esq.
Greenberg Traurig, P.A.
777 S. Flagler Drive, Suite 300E
West Palm Beach, Florida 33401

Parcel I.D. No.: 50-43-43-22-17-000-0310

---

## WARRANTY DEED

**THIS WARRANTY DEED** is made this 11th day of February, 2010, by **Lawrence E. Larson, as Trustee of The Restated Declaration of Trust dated February 23, 2000, of the Jean Daniels Cluett Declaration of Trust dated January 25, 1991, with full power and authority to protect, conserve and to sell, lease or encumber or otherwise manage and dispose of real property described in this deed, pursuant to Section 689.071, Florida Statutes** (hereinafter called the "Grantor") whose mailing address is 153 Mason Street, Greenwich, CT 06830, to **Rudolph W. Giuliani and Judith S. Giuliani, husband and wife** (hereinafter called the "Grantee"), whose mailing address is 315 South Lake Drive, Apt. 5-D, Palm Beach, Florida 33480.

## WITNESSETH:

Grantor, in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable considerations paid by Grantee, the receipt and sufficiency of which are hereby acknowledged, has granted, bargained and sold, and by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach County, Florida**, to-wit:

Apartment No. 5-D, **THE SOUTHLAKE**, a condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 1542, Page 94, and amendments thereto, of the Public Records of Palm Beach County, Florida; together with an undivided interest in the common elements appurtenant thereto as set forth in said Declaration of Condominium.

This conveyance is subject to: restrictions, reservations, easements, covenants and limitations of record; zoning and/or other restrictions imposed by governmental authorities, and subject to the covenants, conditions, liens, terms and other provisions set forth in the Declaration of Condominium described above and all

**Defendant's Exhibit**

**H-RTX – 1**

**Case No. 24-cv-6563(LJL)**

Docusign Envelope ID: C3394852-3914-485B-8B92-D9ACED6593BC
Case 1:24-cv-06563-LJL    Document 42-1    Filed 10/16/24    Page 3 of 5
Case 1:24-cv-06563-LJL    Document 65-4    Filed 12/27/24    Page 42 of 163

DEFENDANT'S EXHIBIT 1/6/2025 047

Each of the representations, covenants, or warranties made by the Grantor herein are not made or intended as personal representations, covenants, or warranties of the Grantor, but are made and intended for the purpose of binding the trust property. This instrument is executed and delivered by Grantor not in his own right, but solely in the exercise of the powers conferred upon him as Trustee. No personal liability is assumed by, nor shall at any time be asserted or enforceable against, the Grantor or any of the beneficiaries under the Trust Agreement, on account of this instrument or on account of any representation, covenant, or warranty of the Grantor in this instrument.

**TO HAVE AND TO HOLD** the same, together with all hereditaments, easements, and appurtenances pertaining to or benefiting the same, unto Grantee, and Grantee's heirs, successors and assigns in fee simple forever.

Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

[SIGNATURE ON FOLLOWING PAGE]

**IN WITNESS WHEREOF,** Grantor has executed this Warranty Deed as of the day and year first above written.

Signed, sealed and delivered
in the presence of:

Sign: _[signature]_
Print: OVI ROSARIO

Sign: _[signature]_
Print: Mary Ann Gospodinov

Sign: _[signature] Lawrence E. Larson Trustee_
Lawrence E. Larson, as Trustee of The Restated Declaration of Trust dated February 23, 2000, of the Jean Daniels Cluett Declaration of Trust dated January 25, 1991

STATE OF CONNECTICUT )
                     ) SS: Greenwich
COUNTY OF FAIRFIELD )

The foregoing instrument was acknowledged before me this **9th** day of February, 2010, by Lawrence E. Larson, as Trustee of The Restated Declaration of Trust dated February 23, 2000, of the Jean Daniels Cluett Declaration of Trust dated January 25, 1991, who personally appeared before me, ☒ is personally known to me **OR** ☐ produced _____ as identification.

[NOTARIAL SEAL]

Notary: _[signature]_
Print Name: Mary Ann Gospodinov
Notary Public, State of Connecticut
My commission expires: 4-30-10

Docusign Envelope ID: 63394852-3914-48F8-8B23-DBACED6507BC
Case 1:24-cv-06563-LJL    Document 105-1    Filed 02/24/25    Page 6 of 163
Case 1:24-cv-06563-LJL    Document 42-1    Filed 10/16/24    Page 3 of 5
DEFENDANTS EXHIBIT 1/6/2025 049





**the SOUTHLAKE**
*ASSOCIATION INC.*

315 South Lake Drive
Palm Beach, Florida, 33480-4598

(561) 655-8202
FAX
(561) 655-1998

## THE SOUTHLAKE CONDOMINIUM ASSOCIATION, INC.
## CERTIFICATE OF APPROVAL FOR PURCHASE

This certificate will serve to confirm the approval of the Board of Directors of The Southlake Condominium Association, Inc. of the application of Rudolph and Judith Giuliani for the purchase of the Apartment described as follows:

Apartment 5-D, The Southlake, a Condominium, according to the Declaration of Condominium thereof, dated June 16, 1967, and recorded in the Official Records Book 1542, pages 94 through 153, inclusive, of the Public Records of Palm Beach County, Florida, and all amendments thereto.

All in accordance with the Declaration of Condominium and the Association has caused this Certificate of Approval for purchase to be executed this _9TH_ day of _February_, 2010.

WITNESSES:

_Wm. W. Steffi-P_
_Wm. W. Stafford_
Print Name _____

_Andrew Miller_
Print Name _Andrew Miller_

THE SOUTHLAKE ASSOCIATION, INC.,
a Florida corporation not for profit

By: _____
President

By: _____
Secretary/Treasurer

(Corporate Seal)

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this _9TH_ day of _February_, 2010, by _William H. Moore III_ and _Richard A. Higginbotham_ as President and Secretary/Treasurer, respectively, of THE SOUTHLAKE CONDOMINIUM ASSOCIATION, INC., a Florida corporation not for profit, on behalf of said corporation, who:

_✓_ are personally known to me, (or) ____ have produced _____ as identification.

_Harrison A. Miller_
Notary Public

_Harrison A. Miller_
Printed Name of Notary

NOTARY PUBLIC-STATE OF FLORIDA
Harrison A. Miller
Commission #DD788473
Expires: JULY 30, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

(Notary Seal)

CFN 20200050873

OR BK 31212 PG 0648
RECORDED 02/07/2020 15:20:11
AMT 10.00
Doc Stamp 0.70
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0648 - 650; (3pgs)

This instrument prepared by and
should be returned to
Gregg S. Baker, Esq.
Corrigan, Baker & Levine, LLC
140 Grand Street, 8th Floor
White Plains, New York 10601

Parcel I.D. No.: 50-43-43-22-17-000-0310

## QUITCLAIM DEED

THIS QUITCLAIM DEED is made this 14 day of January, 2020, by RUDOLPH W.
GIULIANI, whose mailing address is 45 East 66th Street, Apt. 10W, New York, New York
10065, and JUDITH S. GIULIANI, whose mailing address is 28 East 73rd Street, Apt. 6AB, New
York, New York 10021 (hereinafter collectively called the "Grantor"), to RUDOLPH W.
GIULIANI, whose mailing address is whose mailing address is 45 East 66th Street, Apt. 10W,
New York, New York 10065 (hereinafter called the "Grantee").

### W I T N E S S E T H :

Grantor, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable
consideration paid by Grantee, the receipt and sufficiency of which are hereby acknowledged, by
these presents does hereby grant, alien, remise, release, convey, confirm and quitclaim unto the
Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and
being in Palm Beach County, Florida, to-wit:

Apartment No. 5-D, THE SOUTHLAKE, a condominium,
according to the Declaration of Condominium thereof, recorded in
Official Records Book 1542, page 94, and amendments thereto, of
the Public Records of Palm Beach County, Florida, together with
an undivided interest in the common elements appurtenant thereto
as set forth in said Declaration of Condominium.

This conveyance is subject to: restrictions, reservations, easements, covenants and
limitations of record; zoning and/or other restrictions imposed by governmental authorities; and
the covenants, conditions, liens, terms and other provisions set forth in the Declaration of
Condominium described above.

TO HAVE AND TO HOLD the same, together with all hereditaments, easements and
appurtenances pertaining to or benefiting the same, unto Grantee, and Grantee's heirs, successors
and assigns in fee simple forever.

Defendant's anticipated exhibits 049

Defendant's Exhibit

H-RTX – 2

Case No. 24-cv-6563(LJL)

Docusign Envelope ID: 63394852-3914-48F8-8BB2-D9ACED6593BC

IN WITNESS WHEREOF, Grantor has executed this Quitclaim Deed as of the day and year first above written.

_____          _____
Rudolph W. Giuliani                Judith S. Giuliani

Signed, sealed and delivered in the presence of:

Witness Signatures:

_____          _____
Printed Name: Jacqueline BON JOVANI   Printed Name: EMERSON BARBOSA

STATE OF NEW YORK    }
COUNTY OF NEW YORK}s.s.:

The foregoing instrument was acknowledged before me this 22nd day of January in 2020, by Rudolph W. Giuliani, who personally appeared before me and is personally known to me or produced a New York State driver's license as identification.

FAITH G. MILLER
Notary Public, State of New York
No. 4767648
Qualified in Westchester County
Commission Expires August 31, 2020

_____
Notary Public

COUNTRY: ENGLAND, UK }
COUNTY/PROVINCE: LONDON }s.s.:

The foregoing instrument was acknowledged before me this 14 day of January in 2020, by Judith S. Giuliani, who personally appeared before me and is personally known to me or produced a New York State driver's license as identification.

_____
Notary Public



Charles D. Guthrie LLB, TEP
NOTARY PUBLIC
Golden Cross House, 8 Duncannon Street,
London WC2N 4JF - info@NotaryPublic.London
0203 174 2458 / 07850 123 141
www.NotaryPublic.London

MY COMMISSION IS FOR LIFE
My Commission does not expire
Charles D. Guthrie LLB, TEP
NOTARY PUBLIC

Defendant's anticipated exhibits 050

| APOSTILLE | |
|---|---|
| (Convention de La Haye du 5 octobre 1961) | |
| **1.** Country:<br>Pays / Pais: | United Kingdom of Great Britain and Northern Ireland |
| **This public document**<br>Le présent acte public / El presente documento público | |
| **2.** Has been signed by<br>a été signé par<br>ha sido firmado por | Charles D Guthrie |
| **3.** Acting in the capacity of<br>agissant en qualité de<br>quien actúa en calidad de | Notary Public |
| **4.** Bears the seal / stamp of<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | The Said Notary Public |
| Certified | |
| Attesté / Certificado | |
| **5.** at<br>á / en | London |
| **6.** the<br>le / el día | 14 January 2020 |
| **7.** by<br>par / por | Her Majesty's Principal Secretary of State<br>for Foreign and Commonwealth Affairs |
| **8.** Number<br>sous no / bajo el número | APO-1794820 |
| **9.** Seal / stamp<br>Sceau / timbre<br>Sello / timbre | |
| **10.** Signature<br>Signature<br>Firma | A. Anwar<br>A·A |

This Apostille is not to be used in the UK and only confirms the authenticity of the signature, seal or stamp on the attached UK public document. It does not confirm the authenticity of the underlying document. Apostilles attached to documents that have been photocopied and certified by the UK official who conducted the certification only. It does not authenticate either the signature on the original document or the contents of the original document in any way.

If this document is to be used in a country not party to the Hague Convention of the 5th October 1961, it should be presented to the consular section of the mission representing that country

To verify this apostille go to www.verifyapostille.service.gov.uk

Defendant's anticipated exhibits 051



Sotheby's International Realty, Inc.
650 Madison Avenue
New York, NY 10022
T 212.606.7660
F 212.606.7661
sir.com/nyc

July 12, 2023

Rudolph W. Giuliani
45 East 66 Street
New York, NY 10065

Re:    45 East 66 Street, Apt. 10W

**EXCLUSIVE RIGHT TO SELL – COOPERATIVE**

Dear Mr. Giuliani:

This agreement sets forth the terms under which you engage our firm, Sotheby's International Realty, a licensed real estate broker (sometimes herein referred to as "SIR"), to act as brokerage agent in the sale of the referenced premises (the "Premises").

1.    (a)  You authorize SIR to offer the Premises for sale at a price of **$6,500,000** (or such other amount as you may indicate to SIR orally or in writing from time to time) during the period commencing on the date this Agreement is fully executed and ending on 6-months from the date the Premises is first publicly listed for sale (the "Listing Term"). In the event the Premises is not publicly listed for sale this agreement shall terminate one year from the date this Agreement is executed. Notwithstanding the forgoing, if you enter into a contract sale for the Premises, all rights and obligations under this agreement shall automatically extend through the date of the actual Closing of the Premises.

(b)    SIR shall confirm the monthly maintenance and number of shares associated with the Premises with your managing agent and shall send the same to you for approval prior to listing the Premises for sale.

2.    We will arrange inspections by prospective purchasers and you will facilitate these inspections in an appropriate manner. We will submit to you all purchase offers and will act in accordance with your instructions with respect to each such offer. SIR will use its own advertising and public relations staff to advertise and promote the Premises through exposure in appropriate publications.

3.    You have advised us that the Premises are not now the subject of a listing agreement with any other broker and you agree that you will not advertise the sale of the Premises or list the Premises with any other broker during the Listing Term. You will refer to us promptly all inquiries concerning the Premises which you may receive.

4.    (a)  Our commission shall be in an amount equal to 5% of the purchase price for the Premises except that if the Purchaser is procured directly by Serena Boardman with no cooperating broker then the commission shall be an amount equal to 4% of the purchase price of the Premises (the "Commission"). SIR shall offer 2.5% of the purchase price of the Premises as compensation to cooperating brokers. If during the Listing Term a contract is signed to sell the Premises to any person and a closing of the sale of the premises (a "Closing") occurs at any time with such person, then the Commission will be payable to us at that Closing.

(b)    Within seven (7) business days after the expiration of the Listing Term, we shall deliver to you in writing a list of no more than six (6) names of persons who inspected the Premises during the Listing Term. If within ninety (90) days after the expiration of the Listing Term a contract is signed to sell the Premises to a person on said list (or related entity), we shall be entitled to the Commission provided for in paragraph 4(a) of this Agreement. You represent and warrant that if a new exclusive listing agreement is executed with another real estate broker (the "New Exclusive Broker"), you will notify the New Exclusive Broker of this provision and that SIR may negotiate directly with the Owner with respect to any person on the list during the ninety (90) day protected period.

(c)    Unless and until a Closing shall occur, you will not be obligated to pay us any Commission, provided, however, that if a Closing does not occur or is delayed by reason of your failure or refusal to facilitate it, then you shall nevertheless pay to us on demand the Commission as if the Closing had occurred and provided, further, that if you retain, or become legally entitled to retain (whether or not you do in fact retain), the deposit paid by the prospective purchaser under a contract of sale, or if you receive any other payment from a prospective purchaser, then you shall pay to us an amount equal to

Defendant's Exhibit

H-RTX – 3

Case No. 24-cv-6563(LJL)

Docusign Envelope ID: C3394853-3014-4858-8B83-DBACED6597BC
DocuSign Envelope ID: 9E9A0749-7CD5-4505-8D66-2140E226...

Case 1:24-cv-06563-LJL   Document 116-24   Filed 01/24/234   Page 12 of 169
Case 1:24-cv-06563-LJL   Document 42-3   Filed 10/16/24   Page 3 of 6
DEFENDANT'S EXHIBIT 11/6/2025 056

10% of such deposit or other payment, whichever is greater.

5.     As a member of The Real Estate Board of New York ("REBNY"), we are required to inform all other REBNY member real estate brokers of your Premises ("Co-Broking") and invite their cooperation for sale via the REBNY Listing Service ("RLS") simultaneously with any public dissemination of such Exclusive Listing unless you specify in writing that you do not wish that the Property be Co-Brokered through the RLS. Public dissemination includes, but is not limited to, the display of the Exclusive Listing on our public website, any third-party website, or any other public disclosure of the Listing Information. You authorize us to invite the cooperation of and to retain other real estate brokers, some or all of whom may be acting on behalf of prospective purchasers in connection with offering the Premises for sale. We agree to compensate any such other brokers retained by us from the Commission received by us hereunder.

6.     You represent that you own the Premises and may enter into this agreement and sell the Premises without any other person's consent. You represent that all information about the Premises that you have provided to us was, and that all such information which you will provide to us will be, true, complete and accurate when provided and that you will not fail to disclose to us any fact which might be material to a prospective purchaser's decision to purchase the Premises or which might be legally required to be disclosed to a prospective purchaser.

7.     In consideration of our efforts pursuant to this Agreement, you agree that during the Listing Term you will not enter into any lease, or agreement to lease, with respect to the Premises. Should you enter into a lease of the Premises during the term of this Agreement you shall be obligated to pay SIR a commission equivalent to fifteen percent (15%) Percent of the aggregate rental due under the first "Lease Year". (The term "Lease Year", as used in the preceding sentence, shall be deemed to be the first consecutive 12 months following the date of your actual receipt of the first full rental payment under a lease for the Premises.) Should the Premises thereafter be purchased by such lessee, or any entity owned and/or controlled by such lessee, or any individual or entity that is otherwise affiliated with such lessee, including any designee of the lessee, you agree to pay SIR, at the time of closing of title, a commission of five (5%) Percent of the contracted for purchase price.

8.     In the event that either party shall commence any action or proceeding to enforce the terms of this Agreement, the prevailing party shall be entitled to, and the other party shall pay to the prevailing party, its actual costs of such action or proceeding, including actual attorneys' fees.

9.     You shall instruct your attorney to include a provision in the contract of sale, which would require that the purchaser allow SIR the right to review and comment on a board package prior to submission to the board of directors of the cooperation or condominium as the case may be

10.    This agreement (a) shall be governed by the laws of the state in which the premises are located applicable to contracts made and to be performed wholly in such state, (b) sets forth the entire understanding between us and supersedes all prior agreements or understandings, and (c) cannot be changed, modified or amended, nor can any of its provisions be waived, except by an agreement in writing signed by the party to be charged. If this Agreement is signed by two or more persons as owners of the premises, the liability of each hereunder shall be joint and several.

11.    As used herein, the term "person" shall mean natural persons, partnerships, corporations, trusts and other entities.

**Your agreement with SIR provides for an Exclusive Right to Sell listing. By New York State law, we are required to provide the following explanations:**

An "Exclusive Right to Sell" listing means that if you, the owner of the property, find a buyer for your house, or if another broker finds a buyer, you must pay the agreed commission to the present broker.

An "Exclusive Agency" listing means that if you the owner of the property find a buyer, you will not have to pay a commission to the broker. However, if another broker finds a buyer, you will owe a commission to both the selling broker and your present broker.

**Please sign on the line below to acknowledge your understanding of the foregoing.**

_____
Signature: Rudolph W. Giuliani

This agreement is accompanied by separate forms entitled "Disclosure Regarding Real Estate Agency Relationships" and "New York State Housing and Anti-Discrimination Disclosure Form." You should read and acknowledge this material as provided therein.

**YOU ACKNOWLEDGE THAT IT IS UNLAWFUL UNDER APPLICABLE LAW TO DISCRIMINATE ON THE BASIS OF VARIOUS FACTORS AND THAT WE WILL AT ALL TIMES COMPLY WITH FEDERAL, STATE AND NEW YORK CITY LAWS APPLICABLE TO THE PREMISES.**

Please sign, date and return the enclosed copy of this Agreement to indicate your acceptance of and agreement to the foregoing.

Very truly yours,

**SOTHEBY'S INTERNATIONAL REALTY**

By: *Marissa Ghesquiere*   Date _____ Jul 25, 2023 | 12:44:44 PM
Marissa Ghesquiere
Executive Vice President of Sales – New York City

ACCEPTED AND AGREED TO

This _____ day of _____ 20___:

_____
Signature: Rudolph W. Giuliani

By: *Serena Boardman*   Date _____ Jul 23, 2023 | 10:49:22 AM
Broker: Serena Boardman
Title: Senior Global Real Estate Advisor, Associate Broker

Initial_____

*Please sign, date and return the enclosed copy of this Agreement to
indicate your acceptance of and agreement to the foregoing.*

10.    This agreement (a) shall be governed by the laws of the
state in which the premises are located applicable to contracts made and
to be performed wholly in such state, (b) sets forth the entire
understanding between us and supersedes all prior agreements or
understandings, and (c) cannot be changed, modified or amended, nor
can any of its provisions be waived, except by an agreement in writing
signed by the party to be charged. If this Agreement is signed by two or
more persons as owners of the premises, the liability of each hereunder
shall be joint and several.

11.    As used herein, the term "person" shall mean natural
persons, partnerships, corporations, trusts and other entities.

Your agreement with SIR provides for an **Exclusive Right to Sell**
listing. By New York State law, we are required to provide the
following explanations:

An *"Exclusive Right to Sell"* listing means that if you, the owner of the
property, find a buyer for your house, or if another broker finds a buyer,
you must pay the agreed commission to the present broker.

An *"Exclusive Agency"* listing means that if you the owner of the
property find a buyer, you will not have to pay a commission to the
broker. However, if another broker finds a buyer, you will owe a
commission to both the selling broker and your present broker.

**Please sign on the line below to acknowledge your understanding of**
the foregoing.

_____
Signature: Rudolph W. Giuliani

This agreement is accompanied by separate forms entitled "Disclosure
Regarding Real Estate Agency Relationships" and "New York State
Housing and Anti-Discrimination Disclosure Form". You should read
and acknowledge this material as p[...]

YOU ACKNOWLEDGE THAT IT IS UNLAWFUL UNDER A[...]
FACTORS AND THAT WE WILL AT ALL TIMES COMPL[...]
APPLICABLE TO THE PREMISES

Defendant's anticipated exhibits 056

Docusign Envelope ID: C3394852-3014-4858-4B82-DBACED6597BC

Please sign, date and return the enclosed copy of this Agreement to indicate your acceptance of and agreement to the foregoing.

Very truly yours,

SOTHEBY'S INTERNATIONAL REALTY

ACCEPTED AND AGREED TO

By: _____

Date 7-19-23

This _____ day of _____ 20___ :    Marissa Ghesquiere

Executive Vice President of Sales –

New York City

Signature: Rudolph W. Giuliani

By: _____

Date _____

Broker: Serena Boardman
Title: Senior Global Real Estate

Advisor, Associate Broker

Initial _____

DEFENDANTS EXHIBIT 1/6/2025 061

**Corporate** &
Transfer
**Storage Inc.**
90 13th Avenue Unit 4
Ronkonkoma, NY  11779

631-676-2620

www.corporatetransfer.com



### Invoice  416643

BILL TO

Dr Mari Ryan
New Hampshire Health
System

| | PLEASE PAY | |
|---|---|---|
| DATE | $25,702.23 | DUE DATE |
| 10/16/2024 | | 10/16/2024 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/06/2023 | All materials needed to complete this portion of the job. | 0.15 | 14,688.00 | 2,203.20T |
| 07/06/2023 | Project Manager: 2 days | 16 | 198.00 | 3,168.00 |
| 07/07/2023 | Household Goods: Add Pack Load out from NYC ress will be given. 1 vans, 1 supervisor, 1 driver, 6 use men plus deliver into wareho | 8 | 720.00 | 5,760.00 |
| 07/08/2023 | Household Goods: Address Pack Load out from NYC will be given. 1 vans, 1 supervisor, 1 driver, 6 men plus deliver into warehouse | 8 | 720.00 | 5,760.00 |
| 07/09/2023 | Warehouse Handling Inbound: | 2 | 400.00 | 800.00 |
| 10/15/2024 | Storage: 18 months 2 containers (Approx. 2,000lbs) Each container is 5'X5'X7') of household goods from July 2023 to November 2024 | 36 | 200.00 | 7,200.00T |

Payment due upon deliver COD

| | |
|---|---|
| SUBTOTAL | 24,891.20 |
| TAX | 811.03 |
| TOTAL | 25,702.23 |
| | |
| TOTAL DUE | **$25,702.23** |
| | THANK YOU. |

**Defendant's Exhibit**

**H-RTX – 4**

**Case No. 24-cv-6563(LJL)**

Defendant's anticipated exhibits 059

Phone 631-676-2620 | www.corporatetransfer.com | Fax 631-676-2621 | www.corporatetransfer.com | Fax 631-676-2621

DEFENDANTS EXHIBIT 1/6/2025 063



# ORIGINAL APPLICATION FOR HOMESTEAD AND RELATED TAX EXEMPTIONS

**FLORIDA**

Permanent Florida residency required on January 1.
Application due to property appraiser by March 1.

| County Palm Beach | | Tax Year **2024** | |
|---|---|---|---|
| I am applying for homestead exemption | | ☑ New | ☐ Change |
| Do you claim residency in another county or state? | Applicant? ☐ Yes ☐ No | Co-applicant? ☐ Yes ☑ No | |

|  | **Applicant** | **Co-applicant/Spouse** |
|---|---|---|
| Name | Rudolph W. Giuliani | |
| *Social Security # | | |
| Immigration # | | |
| Date of birth | 05/16/2024 | |
| % of ownership | 100 | |
| Date of permanent residency | 12/31/2023 | |
| Marital status | ☐ Single ☐ Married ☑ Divorced ☐ Widowed | |

| Homestead address<br>315 S. Lake Drive, Unit 5D<br>Palm Beach, Florida | Mailing address, if different |
|---|---|
| Parcel identification number or legal description<br>50-43-43-22-17-005-0040 | Applicant Phone<br>Co-applicant Phone |

| Type of deed  Quit Claim Deed | | Date of deed 01/14/2020 |
|---|---|---|

| Recorded:    Book 31212 Page 648    Date 2/7/20    or Instrument number |
|---|

| Did any applicant receive or file for exemptions last year?    ☐ Yes ☑ No |
|---|

| Previous address: 45 East 66th Street, Apt. 10W New York, New York 10065 |
|---|

Please provide as much information as possible. Your county property appraiser will make the final determination.

| **Proof of Residence** | **Applicant** | **Co-applicant/Spouse** |
|---|---|---|
| Previous residency outside Florida and date terminated | New York 9441880    date 12/31/2023 | date |
| FL driver license or ID card number | date | date |
| Evidence of relinquishing driver license from other state | Expired | |
| Florida vehicle tag number | 132378699    JA3 414    5/18/2024 | |
| Florida voter registration number (if US citizen) | date | date |
| Declaration of domicile, enter date | N/A    date | date |
| Current employer | Self Employed | |
| Address on your last IRS return | 2022 tax return 45 East 66th Street, Apt. 10W New York, New York 10065 | |
| School location of dependent children | not applicable - no dependent children | |
| Bank statement and checking account mailing address | 315 S. Lake Drive, Unit 5D, Palm Beach, Florida | |
| Proof of payment of utilities at homestead address | ☑ Yes ☐ No | ☐ Yes ☐ No |

| Name and address of any owners not residing on the property |
|---|
| none |

*Disclosure of your social security number is mandatory. It is required by section 196.011(1)(b), Florida Statutes. The social security number will be used to verify taxpayer identity and homestead exemption information submitt

**Defendant's Exhibit**
**H-RTX – 5**
**Case No. 24-cv-6563(LJL)**

**In addition to homestead exemption, I am applying for the following benefits.**
See page 3 for qualification and required documents.

By local ordinance only:

☐ Age 65 and older with limited income (amount determined by ordinance)

☐ Age 65 and older with limited income and permanent residency for 25 years or more

☐ $5,000 widowed    ☐ $5,000 blind    ☐ $5,000 totally and permanently disabled

☐ Total and permanent disability - quadriplegic

☐ Certain total and permanent disabilities - limited income and hemiplegic, paraplegic, wheelchair required, or legally blind

☐ First responder totally and permanently disabled in the line of duty or surviving spouse

☐ Surviving spouse of first responder who died in the line of duty

☐ Disabled veteran discount, 65 or older which carries over to the surviving spouse

☐ Veteran disabled 10% or more

☐ Disabled veteran confined to wheelchair, service-connected

☐ Service-connected totally and permanently disabled veteran or veteran's surviving spouse. Applicants for this exemption may qualify for a prorated refund of previous year's taxes if in the previous year they acquired this parcel between January 1 and November 1 and received the same exemption on another parcel. Enter previous parcel information. Parcel number _____ County Select County

☐ Surviving spouse of veteran who died while on active duty. Applicants for this exemption may qualify for a prorated refund of previous year's taxes if in the previous year they acquired this parcel between January 1 and November 1 and received the same exemption on another parcel. Enter previous parcel information. Parcel number _____ County Select County

Other, specify: _____

I authorize this agency to obtain information to determine my eligibility for the exemptions applied for. I qualify for these exemptions under Florida Statutes. I own the property above and it is my permanent residence or the permanent residence of my legal or natural dependent(s). (See s. 196.031, Florida Statutes.)

I understand that under section 196.131(2), F.S., any person who knowingly and willfully gives false information to claim homestead exemption is guilty of a misdemeanor of the first degree, punishable by imprisonment up to one year, a fine up to $5,000, or both.

I have read, or have had someone read to me, the contents of this form.

I certify all information on this form and any attachments are true, correct, and in effect on January 1 of this year.

| _[signature]_ | 5/18/2024 5/16/2024 | | |
|---|---|---|---|
| Signature, applicant | Date | Signature, co-applicant | Date |

Contact your local property appraiser if you have questions about your exemption.

***File the signed application for exemption with the county property appraiser.***

| | | | |
|---|---|---|---|
| Signature, property appraiser or deputy | Date | Entered by | Date |

## Penalties

The property appraiser has a duty to put a tax lien on your property if you received a homestead exemption during the past 10 years that you were not entitled to. The property appraiser will notify you that taxes with penalties and interest are due. You will have 30 days to pay before a lien is recorded. If this was not an error by the property appraiser, you will be subject to a penalty of 50 percent of the unpaid taxes and 15 percent interest each year (see s. 196.011(9)(a), F.S.). For special requirements for estates probated or administered outside Florida, see s. 196.161(1), F.S.

The information in this application will be given to the Department of Revenue. Under s. 196.121, F.S., the Department and property appraisers can give this information to any state where the applicant has resided. Social security numbers will remain confidential under s.193.114(5), F.S.

# EXEMPTION AND DISCOUNT REQUIREMENTS

Page 3 of 4

**Homestead**  Every person who owns real property in Florida on January 1, makes the property his or her permanent residence or the permanent residence of a legal or natural dependent, and files an application may receive a property tax exemption up to $50,000. The first $25,000 applies to all property taxes. The added $25,000 applies to assessed value over $50,000 and only to non-school taxes.

Your local property appraiser will determine whether you are eligible. The appraiser may consider information such as the items requested on the bottom of page 1.

**Save our Homes (SOH)**  Beginning the year after you receive homestead exemption, the assessment on your home cannot increase by more than the lesser of the change in the Consumer Price Index or 3 percent each year, no matter how much the just value increases. If you have moved from one Florida homestead to another within the last three years, you may be eligible to take some of your SOH savings with you. See your property appraiser for more information.

**This page does not contain all the requirements that determine your eligibility for an exemption.**
**Consult your local property appraiser and Chapter 196, Florida Statutes, for details.**

| Added Benefits Available for Qualified Homestead Properties | | | | |
|---|---|---|---|---|
| | **Amount** | **Qualifications** | **Forms and Documents*** | **Statute** |
| **Exemptions** | | | | |
| Local option, age 65 and older | Determined by local ordinance | Local ordinance, limited income | Proof of age DR-501SC, household income | 196.075 |
| | The amount of the assessed value | Local ordinance, just value under $250,000, permanent residency for 25 years or more. | DR-501SC, household income | |
| Widowed | $5,000 | | Death certificate of spouse | 196.202 |
| Blind | $5,000 | | Florida physician, DVA*, or SSA** | 196.202 |
| Totally and Permanently Disabled | $5,000 | Disabled | Florida physician, DVA*, or SSA** | 196.202 |
| | All taxes | Quadriplegic | 2 Florida physicians or DVA* | 196.101 |
| | All taxes | Hemiplegic, paraplegic, wheelchair required for mobility, or legally blind Limited income | DR-416, DR-416B, or letters from 2 FL physicians (For the legally blind, one can be an optometrist.) Letter from DVA*, and DR-501A, household income | 196.101 |
| **Veterans and First Responders Exemptions and Discount** | | | | |
| Disabled veteran discount, age 65 and older which carries over to the surviving spouse | % of disability | Combat-related disability | Proof of age, DR-501DV Proof of disability, DVA*, or US government | 196.082 |
| Veteran, disabled 10% or more by misfortune or during wartime service | Up to $5,000 | Veteran or surviving spouse | Proof of disability, DVA*, or US government | 196.24 |
| Veteran confined to wheelchair, service-connected, totally disabled | All taxes | Veteran or surviving spouse | Proof of disability, DVA*, or US government | 196.091 |
| Service-connected, totally and permanently disabled veteran or surviving spouse | All taxes | Veteran or surviving spouse | Proof of disability, DVA*, or US government | 196.081 |
| Surviving spouse of veteran who died while on active duty | All taxes | Surviving spouse | Letter attesting to the veteran's death while on active duty | 196.081 |
| First responder totally and permanently disabled in the line of duty or surviving spouse | All Taxes | First responder or surviving spouse | Proof of Disability, employer certificate, physician's certificate and SSA** (or additional physician certificate) | 196.102 |
| Surviving spouse of first responder who died in the line of duty | All taxes | Surviving spouse | Letter attesting to the first responder's death in the line of duty | 196.081 |

*DVA is the US Department of Veterans Affairs or its predecessor. **SSA is the Social Security Administration.

# References

This form mentions the following documents, which are incorporated by reference in Rule 12D-16.002, F.A.C.
The forms may be available on your county property appraiser's website
or the Department of Revenue's website at floridarevenue.com/property/forms

| Form | Form Title |
| --- | --- |
| DR-416 | Physician's Certification of Total and Permanent Disability |
| DR-416B | Optometrist's Certification of Total and Permanent Disability |
| DR-501A | Statement of Gross Income |
| DR-501DV | Application and Return for Homestead Tax Discount, Veterans Age 65 and Older with a Combat-Related Disability and Surviving Spouse |
| DR-501SC | Adjusted Gross Household Income, Sworn Statement and Return |

DEFENDANTS EXHIBIT 1/6/2025 068

Defendant's Exhibit
H-RTX-6
Case No. 24-cv-6563(LJL)

# 2024 NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS

Real Estate Parcel ID: 50-43-43-22-17-005-0040
Legal Description:  SOUTHLAKE CONDOMINIUM APT 5-D

**DO NOT PAY**
**THIS IS NOT A BILL**

The taxing authorities, which levy taxes against your property, will soon hold PUBLIC HEARING to adopt budgets and tax rates for the next year. The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each taxing authority may AMEND its proposals at the hearing.

See **www.pbcpao.gov** for public hearing updates

A public hearing on the proposed taxes and budget will be held at the locations and dates below.

** SEE BELOW FOR EXPLANATION **

| TAXING AUTHORITY / Dependent Special Districts | COLUMN 1 — Your Property Taxes Last Year | | | COLUMN 2 — Your Property Taxes This Year (If no budget change is made) | | | COLUMN 3 — Your Property Taxes This Year (If proposed budget change is made) | | | A public hearing on the proposed taxes and budget will be held at the locations and dates below. |
|---|---|---|---|---|---|---|---|---|---|---|
| | Taxable Value | Millage Rate | Tax Amount | Taxable Value | Millage Rate | Tax Amount | Taxable Value | Millage Rate | Tax Amount | |
| **COUNTY** | | | | | | | | | | |
| County Operating | 2,601,500 | 4.5000 | 11,706.75 | 3,450,000 | 4.1641 | 14,366.15 | 3,450,000 | 4.5000 | 15,525.00 | 9/10 5:05 PM (561) 355-3996 / 301 N Olive Ave 6th Fl WPB 33401 |
| County Debt | 2,601,500 | 0.0188 | 48.91 | 3,450,000 | 0.0396 | 136.62 | 3,450,000 | 0.0396 | 136.62 | |
| **PUBLIC SCHOOL** | | | | | | | | | | |
| By State Law | 3,070,000 | 3.2090 | 9,851.63 | 3,475,000 | 3.0302 | 10,529.95 | 3,475,000 | 3.0660 | 10,654.35 | 9/04 5:05 PM (561) 434-8837 / 3300 Forest Hill Blvd WPB 33406 |
| By Local Board | 3,070,000 | 3.2480 | 9,971.36 | 3,475,000 | 3.0671 | 10,658.17 | 3,475,000 | 3.2480 | 11,286.80 | |
| **MUNICIPALITY** | | | | | | | | | | |
| Palm Beach Operating | 2,601,500 | 2.6110 | 6,792.52 | 3,450,000 | 2.3608 | 8,144.76 | 3,450,000 | 2.6110 | 9,007.95 | 9/11 5:01PM (561)838-5444 / 360 South County Road PB 33480 |
| **INDEPENDENT SPECIAL DISTRICTS** | | | | | | | | | | |
| So. Fla. Water Mgmt. Basin | 2,601,500 | 0.1026 | 266.91 | 3,450,000 | 0.0945 | 326.03 | 3,450,000 | 0.1026 | 353.97 | 9/12 5:15 PM (561) 686-8800 / 3301 Gun Club Rd B-1 Bldg WPB 33406 |
| So. Fla. Water Mgmt. Dist. | 2,601,500 | 0.0948 | 246.62 | 3,450,000 | 0.0874 | 301.53 | 3,450,000 | 0.0948 | 327.06 | |
| Everglades Construction | 2,601,500 | 0.0327 | 85.07 | 3,450,000 | 0.0301 | 103.85 | 3,450,000 | 0.0327 | 112.82 | |
| FL Inland Navigation District | 2,601,500 | 0.0288 | 74.92 | 3,450,000 | 0.0266 | 91.77 | 3,450,000 | 0.0288 | 99.36 | 9/05 5:05 PM (561) 627-3386 / 1707 NE Indian River Dr Jensen Bch |
| Children's Services Council | 2,601,500 | 0.4908 | 1,276.82 | 3,450,000 | 0.4535 | 1,564.58 | 3,450,000 | 0.4908 | 1,693.26 | 9/11 5:01 PM (561) 740-7000 / 2300 High Ridge Rd Byntn Bch FL33426 |
| Health Care District | 2,601,500 | 0.6761 | 1,758.87 | 3,450,000 | 0.6247 | 2,155.22 | 3,450,000 | 0.6561 | 2,263.55 | 9/11 5:15 PM (561) 659-1270 / 1515 N Flagler Dr Ste 101 WPB 33401 |
| **Total Millage Rate & Tax Amount** | | 15.0126 | 42,080.38 | | 13.9786 | 48,378.63 | | 14.8704 | 51,460.74 | |

**COLUMN 1 — "YOUR PROPERTY TAXES LAST YEAR"**
This column shows the taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.

**COLUMN 2 — "YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS ADOPTED"**
This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT CHANGE ITS PROPERTY TAX LEVY. These amounts are based on last year's budgets and your current assessment.

**COLUMN 3 — "YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS ADOPTED"**
This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal is NOT final and may be amended at the public hearings shown above. The difference between columns 2 and 3 is the tax change proposed by each local taxing authority.

## ** EXPLANATION OF TAX NOTICE **

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | PURPOSE OF ASSESSMENT | UNITS | RATE | ASSESSMENT | CONTACT NUMBER |
|---|---|---|---|---|---|
| SOLID WASTE AUTHORITY OF PBC | GARBAGE SERVICES | 1 | 107.00 | 107.00 | (561) 697-2700 |
| PALM BEACH UNDERGROUND UTILITIES | UNDERGROUND UTILITIES ASSESSMT | 1 | 294.50 | 294.50 | (561) 838-5444 |
| **Total Non-Ad Valorem Assessment** | | | | **401.50** | |

Your final tax bill may contain Non-Ad Valorem assessments which may not be reflected on this notice such as assessments for roads, fire, garbage, lighting, drainage, water, sewer, or other governmental service and facilities which may be levied by your county, city, or any special district. **NOTE:** Amounts shown on this form do NOT reflect early payment discounts you may have received or may be eligible to receive. (Discounts are a maximum of 4 percent of the amounts shown on this form for Ad Valorem assessments). Non-Ad Valorem assessments are placed on this notice at the request of the respective local governing boards. Your tax Collector will be including them in the November tax bill. For details on particular Non-Ad Valorem assessments, contact the levying authority shown in the Non-Ad Valorem Assessment section of this page.

DEFENDANTS EXHIBIT 1/6/2025

## VALUE INFORMATION

Market (also called "Just") value is the most probable sale price for your property in a competitive, open market on Jan. 1, 2024. It is based on a willing buyer and a willing seller.

If you feel that the market value of your property is inaccurate or does not reflect fair market value, or you are entitled to an exemption or classification that is not reflected on this notice, contact your County Property Appraiser at the numbers listed on the included insert.

If the Property Appraiser's office is unable to resolve the matter as to market value, classification, or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available from the County Property Appraiser's office. Your petition must be filed with the Clerk of Value Adjustment Board on or before 5:00 PM October 28, 2024 at 301 N Olive Ave, West Palm Beach, FL 33401.

| Market Value | |
|---|---|
| Last Year (2023) | This Year (2024) |
| 3,070,000 | 3,500,000 |

| Taxing Authority | Assessed Value | | Exemptions | | Taxable Value | |
|---|---|---|---|---|---|---|
| | Last Year | This Year | Last Year | This Year | Last Year | This Year |
| County Operating | 2,601,500 | 3,500,000 | 0 | 50,000 | 2,601,500 | 3,450,000 |
| County Debt | 2,601,500 | 3,500,000 | 0 | 50,000 | 2,601,500 | 3,450,000 |
| Public Schools | 3,070,000 | 3,500,000 | 0 | 25,000 | 3,070,000 | 3,475,000 |
| Municipality Operating | 2,601,500 | 3,500,000 | 0 | 50,000 | 2,601,500 | 3,450,000 |
| Independent Special Dists | 2,601,500 | 3,500,000 | 0 | 50,000 | 2,601,500 | 3,450,000 |

**Assessed Value** is the market value minus any assessment reductions.

**Exemptions** are specific dollar or percentage amounts that reduce your assessed value.

**Taxable Value** is the value used to calculate the tax due for your property (Assessed Value minus Exemptions).

| Assessment Reductions | Value |
|---|---|
| | |

Properties can receive an assessment reduction for a number of reasons including the Save our Homes Benefit and the 10% non-homestead property limitation.

| Exemptions Applied | Applies To | Value |
|---|---|---|
| Homestead | All Taxing Authorities | 25,000 |
| Additional Homestead | Non-School Taxing Authorities | 25,000 |

Any exemption that impacts your property is listed in this section along with its corresponding exempt value. Specific dollar or percentage reductions in assessed value may be applicable to a property depending upon certain qualifications of the property or property owner. In some cases, an exemption's value may vary depending on the taxing authority. The tax impact of an exempt value may also vary for the same taxing authority, depending on the levy (i.e. operating millage vs debt service millage).

**AMENDED**

Visit the Palm Beach County Property Appraiser's website for more information: **www.pbcpao.gov**

50-43-43-22-17-005-0040    50411 HOMESTEAD

GIULIANI RUDOLPH W
315 S LAKE DR APT 5D
PALM BEACH FL 33480-4525

Defendant's anticipated exhibits 067

Docusign Envelope ID: C3394853-3014-485B-8BB2-DBACED6597BC
Case 1:24-cv-06563-LJL    Document 115-24    Filed 02/24/25    Page 22 of 163

# FM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY CONTROL NO. | YEAR | BILL NO. | CMC | APPLIED EXEMPTION(S) | EXEMPTIONS EXHIBIT LEGAL DESCRIPTION |
|---|---|---|---|---|---|
| 50-43-43-22-17-005-0040 | 2024 | 101626743 | 41 | Homestead<br>Additional Homestead | SOUTHLAKE CONDOMINIUM APT 5-D |



19
7 - 5365

GIULIANI RUDOLPH W
315 S LAKE DR APT 5D
PALM BEACH FL 33480-4525

**ANNE M. GANNON**
CONSTITUTIONAL TAX COLLECTOR
*Serving Palm Beach County*
Serving *you.*
www.pbctax.gov


SCAN TO ACCESS ACCOUNT

## 2024 REAL ESTATE PROPERTY TAX BILL

READ REVERSE SIDE BEFORE CALLING     **AD VALOREM TAXES**     READ REVERSE SIDE BEFORE CALLING

| TAXING AUTHORITY | TELEPHONE | ASSESSED | EXEMPTION | TAXABLE | MILLAGE | TAX AMOUNT |
|---|---|---|---|---|---|---|
| COUNTY | 561-355-3996 | 3,500,000 | 50,000 | 3,450,000 | 4.5000 | 15,525.00 |
| COUNTY DEBT | 561-355-3996 | 3,500,000 | 50,000 | 3,450,000 | 0.0396 | 136.62 |
| TOWN OF PALM BEACH | 561-838-5444 | 3,500,000 | 50,000 | 3,450,000 | 2.6110 | 9,007.95 |
| CHILDRENS SERVICES COUNCIL | 561-740-7000 | 3,500,000 | 50,000 | 3,450,000 | 0.4908 | 1,693.26 |
| F.I.N.D. | 561-627-3386 | 3,500,000 | 50,000 | 3,450,000 | 0.0288 | 99.36 |
| PBC HEALTH CARE DISTRICT | 561-804-5765 | 3,500,000 | 50,000 | 3,450,000 | 0.6561 | 2,263.55 |
| SCHOOL LOCAL | 561-434-8837 | 3,500,000 | 25,000 | 3,475,000 | 3.2480 | 11,286.80 |
| SCHOOL STATE | 561-434-8837 | 3,500,000 | 25,000 | 3,475,000 | 3.0660 | 10,654.35 |
| SFWMD EVERGLADES CONST PROJECT | 561-686-8800 | 3,500,000 | 50,000 | 3,450,000 | 0.0327 | 112.82 |
| SO FLA WATER MANAGEMENT DIST. | 561-686-8800 | 3,500,000 | 50,000 | 3,450,000 | 0.0948 | 327.06 |
| SO FLA WATER MGMT - OKEE BASIN | 561-686-8800 | 3,500,000 | 50,000 | 3,450,000 | 0.1026 | 353.97 |

|  |  |
|---|---|
| **TOTAL AD VALOREM** | **51,460.74** |

READ REVERSE SIDE BEFORE CALLING     **NON-AD VALOREM ASSESSMENTS**     READ REVERSE SIDE BEFORE CALLING

| LEVYING AUTHORITY | TELEPHONE | RATE | AMOUNT |
|---|---|---|---|
| PALM BEACH UNDERGROUND UTILITIES | 561-838-5444 | 294.50 | 294.50 |
| SOLID WASTE AUTHORITY OF PBC | 561-640-4000 | 107.00 | 107.00 |

|  |  |
|---|---|
| **TOTAL NON-AD VALOREM** | **401.50** |
| **TOTAL AD VALOREM AND NON-AD VALOREM COMBINED** | **51,862.24** |

| AMOUNT DUE WHEN RECEIVED BY | | | | | |
|---|---|---|---|---|---|
| **NOV 30, 2024** | **DEC 31, 2024** | **JAN 31, 2025** | **FEB 28, 2025** | **MAR 31, 2025** | **TAXES ARE DELINQUENT** |
| $49,787.74 | $50,306.37 | $50,824.99 | $51,343.62 | $51,862.24 | **APRIL 1, 2025** |
| 4% | 3% | 2% | 1% | NO DISCOUNT | |

DETACH HERE     **\*\*SEE REVERSE SIDE FOR INSTRUCTIONS AND INFORMATION\*\***     DETACH HERE

## COUNTY OF PALM BEACH: NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY CONTROL NO. | YEAR | BILL NO. |
|---|---|---|
| 50-43-43-22-17-005-0040 | 2024 | 101626743 |

GIULIANI RUDOLPH W
315 S LAKE DR APT 5D
PALM BEACH FL 33480-4525

**Defendant's Exhibit**
**H-RTX – 7**
**Case No. 24-cv-6563(LJL)**

2024101626743005186224 1

**LEGAL DESCRIPTION**

SOUTHLAKE CONDOMINIUM APT 5-D

P.O. BOX 3353
WEST PALM BEACH, FL 33402-3353

MAKE PAYMENT TO:
TAX COLLECTOR, PALM BEACH COUNTY

| AMOUNT DUE WHEN RECEIVED BY | | | | | |
|---|---|---|---|---|---|
| **NOV 30, 2024** | **DEC 31, 2024** | **JAN 31, 2025** | **FEB 28, 2025** | **MAR 31, 2025** | **TAXES ARE DELINQUENT** |
| $49,787.74 | $50,306.37 | $50,824.99 | $51,343.62 | $51,862.24 | **APRIL 1, 2025** |
| 4% | 3% | 2% | 1% | NO DISCOUNT | |

Defendant's anticipated exhibits 069

RE PT Bill 9/2024

**2024 REAL ESTATE PROPERTY TAX BILL**

Docusign Envelope ID: C3394853-3014-485B-8B83-DBACED6597BC

**ANNE M. GANNON**
*CONSTITUTIONAL TAX COLLECTOR*
*Serving Palm Beach County*
**Serving** *you.*
**www.pbctax.gov**

# IMPORTANT INSTRUCTIONS

## 2024 REAL ESTATE PROPERTY TAX BILL

This bill includes AD VALOREM TAXES and NON-AD VALOREM ASSESSMENTS for the current tax year. Discount amounts are shown on the front of this bill.

### REAL ESTATE PROPERTY TAX PAYMENT

- Payment must be made in full and in U.S. funds.
- Payment must be received in our office by the due date printed on the front of this bill.
- Payment is subject to verification and receipt of funds. A fee is applied for dishonored funds.
- For the latest requirements when visiting our office in-person, visit www.pbctax.gov.

### PAYMENT OPTIONS

- **ECHECK** (Online Only) 24/7 at www.pbctax.gov. eCheck is FREE (email transaction notice serves as confirmation).
- **CREDIT/DEBIT CARD** A **2.4% Convenience Fee Will Apply ($2.00 minimum).** Convenience fees are collected by the credit/debit card processor and not retained by our office (email transaction notice serves as online receipt).
- **BANK ONLINE BILL PAY** Use your bank's bill pay service. Enter the 17-digit Property Control Number (no dashes) as account number. Mail delivery and bank processing times vary. Please allow ample time (confirmation from your bill pay service serves as receipt).
- **DROP OFF BOX** At any service center from 8:15 AM to 5:00 PM, Monday - Friday (canceled check serves as receipt).
- **MAIL** Detach the stub below and return with payment. DO NOT TAPE, FOLD, STAPLE, PAPER CLIP OR WRITE ON PAYMENT STUB. Write your 17-digit Property Control Number on your payment. Use the enclosed return envelope with the Tax Collector address showing in the return envelope window (canceled check serves as receipt).
- **WIRE TRANSFER** Visit our website at www.pbctax.gov/wires for instructions.

### DELINQUENT TAX INFORMATION

**FLORIDA STATUTE 197.402 and 197.432: Tax Certificates will be sold on all unpaid property taxes 60 days after the date of delinquency.**

- AD VALOREM TAXES and NON-AD VALOREM ASSESSMENTS are delinquent APRIL 1.
- The minimum charge of 3% will be collected. Interest accrues up to 1.5% per month (18% annually).
- Interest and associated costs for delinquent taxes are determined by the date payment is received. Postmark date is not proof of payment.
- Payment AFTER THE DATE OF DELINQUENCY must be paid by certified funds or the payment will be returned. Certified funds include funds drawn on a U.S. bank in cash, bank draft, wire transfer, money order or cashier's check.

## QUESTIONS

**Constitutional Tax Collector**
Prepares and mails TAX BILLS. For answers to most questions, visit www.pbctax.gov or call 561-355-2264.

**Note:** *If this property was sold, please notify us at www.pbctax.gov/propertysold and complete a Property Tax Contact Form.*

**Property Appraiser**
Prepares the AD VALOREM TAX ROLL. For questions about assessed value, exemptions, taxable value, assessed owner's name, address and legal description, call 561-355-2866.

**Taxing Authorities**
Set the AD VALOREM MILLAGE RATES. See telephone numbers listed on front of bill for questions about assessment amounts and services provided.

**Levying Authorities**
Determine the NON-AD VALOREM ASSESSMENTS. See telephone numbers listed on front of bill for questions about assessment amounts and services provided.

(DETACH HERE)

## STOP PAYMENT PROCESSING DELAYS

## DO NOT TAPE, FOLD, STAPLE, PAPER CLIP, OR WRITE ON THIS PAYMENT STUB

INCLUDE THIS STUB WITH PAYMENT

Make payment to:

**Tax Collector, Palm Beach County**

Please include the 17-digit Property Control Number on your payment. Place this stub and your payment in the enclosed return envelope. The Constitutional Tax Collector's address must show in the return envelope window.

Defendant's anticipated exhibits 070

RE PT Bill 8/2024

Docusign Envelope ID: C3394853-3014-485B-8B82-DBACED6F97BC

CFN 20240241805
OR BK 35147 PG 1058
RECORDED 7/15/2024 12:47 PM
Palm Beach County, Florida
Joseph Abruzzo, Clerk
Pgs: 1058 - 1058; (1pgs)

# DECLARATION OF DOMICILE

To the Clerk of the Circuit Court [County Comptroller] __Palm Beach__ County, Florida.

This is my declaration of domicile in the State of __Florida__, that I am filing this day in accordance and in conformity with Section 222.17 Florida Statutes.

**FOR DOMICILIARIES OF THE STATE OF FLORIDA:**

I hereby declare that I reside in and maintain a place of abode at __315 S. Lake Drive, Unit 5D__, __Palm Beach__,
(street and number)                (city)

in __Palm Beach__ County, Florida , which place of abode I recognize and intend to maintain as my permanent home and, if I maintain another place or places of abode in some other state or states, I hereby declare that my above-described residence and abode in the State of Florida constitutes my predominant and principal home, and I intend to continue it permanently as such. I am, at the time of making this declaration, a bona fide resident of the State of Florida residing at the above described residence and place of abode.

x _____          __Rudolph W. Giuliani__
Rudolph W. Giuliani                           (print name)

State of __New Hampshire__
County of __Hillsborough__

Sworn to and subscribed before me this __13th__ day of __July__, __2024__ by __Rudolph W. Giuliani__ who is
personally known to me or who has produced __Drivers License__ as identification and who did/did not take an oath.

x _____
Signature of Notary Public
__State of NH    Notary Public__
Print, type or stamp commission named of Notary Public

**FOR DOMICILIARIES OF THE STATE OTHER THAN THE STATE OF FLORIDA:**

I hereby declare that my domicile is in the state of _____ and that I intend to permanently continue and maintain my domicile in such state. At the time of making this declaration I am a bona fide resident of the State of _____. My place of abode within the State of Florida, if any, is as follows:

_____, _____ in _____ County, Florida
(street and number)        (city)

(Person making declaration may also include such other and further facts with reference to any acts done or performed by such person which such person desires or intends not to be construed as evidencing any intention to establish his domicile within the State of Florida.)

_____
(signature)                            _____
                                       (print name)
State of _____
County of _____

Sworn to and subscribed before me this _____ day of _____, ____ by _____ who is
personally known to me or who has produced _____ as identification and who did/did not take an oath.

_____
Signature of Notary Public

**Defendant's Exhibit**
**H-RTX – 8**
**Case No. 24-cv-6563(LJL)**

DEFENDANTS EXHIBIT 1/6/2025 080



**Defendant's Exhibit**

**H-RTX – 9**

**Case No. 24-cv-6563(LJL)**

**Mail To:**
RUDOLPH W GIULIANI, JUDITH B GIULIANI
315 SOUTHLAKE DR
PALM BEACH, FL 33480

Important note: If you cancel the insurance for this vehicle,
immediately return the license plate from this registration to a Florida
driver license or tax collector office or mail it to: DHSMV, Return Tags,
2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate
will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY  6 / 4    T# 1960102575
B# 13848281

| PLATE | JA3414 | DECAL | D1437896 | Expires | Midnight Thu 05/28/2026 |

| YR/MK | 1968 MERZ | BODY | CV | COLOR | BLU | Reg. Tax | 36.20 | Class Code | 95 |
| VIN | 10704412064727 | | | TITLE | 113081905 | Init. Reg. | | Tax Months | 24 |
| Plate Type | AQR | NET WT | 3685 | | | County Fee | 6.00 | Back Tax Mos | 0 |
| | | | | | | Mail Fee | | Credit Class | |
| | | | | | | Sales Tax | 5.45 | Credit Months | 0 |
| Date Issued | 5/8/2024 | Plate Issued | 5/8/2024 | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 47.65 | | |

RUDOLPH W GIULIANI, JUDITH B GIULIANI
315 SOUTHLAKE DR
PALM BEACH, FL 33480

**IMPORTANT INFORMATION**

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

AQR - ANTIQUE LICENSE PLATE    PLATE ISSUED X

**Defendant's Exhibit**

**H-RTX – 10**

**Case No. 24-cv-6563(LJL)**

Docusign Envelope ID: C3394853-3014-485B-8B92-DBACED6F97BC
Powered by Google Translate

DEFENDANTS EXHIBIT 1/6/2025 084

New Search

# Rudolph W. Giuliani

**Voter Registration Number:** 132378699

## Voter Information

⊕ **Voter Status:** Eligible to vote in Palm Beach County.
You have a standing request to receive a mail ballot for elections occurring on or before 12/31/2024.

**Date Registered:** May 18, 2024

**Date of Birth:** May 28, 1944

**Party Affiliation:** REP

**Precinct:** 5603

**County:** Palm Beach

Request Registration Update

View Office Holders
View Precinct Statistics

## Contact Information

**Residence Address:**

**315 S Lake Dr UNIT 5D**
**Palm Beach, FL 33480**

**Mailing Address:**

**315 S Lake Dr UNIT 5D**
**Palm Beach, FL 33480**

Request Address Change

## Default Polling Location

**Morton & Barbara Mandel Recreation Center**
**340 Seaview Ave**
**Palm Beach, FL 33480**

Defendant's Authentication 0082

**Defendant's Exhibit**

**H-RTX – 11**

**Case No. 24-cv-6563(LJL)**

DEFENDANTS EXHIBIT 1/6/2025 085

# Upcoming Elections

There are no future elections currently listed. Would you like to request a mail ballot for all future elections?

[ Request a Mail Ballot ]

# Previous Election Activity

⊞ 2024 General Election

⊞ 2024 Primary Election

DEFENDANTS EXHIBIT 1/6/2025 086

# Transparent Secure Democracy

Defendant's anticipated exhibits 084

Docusign Envelope ID: C3394853-3014-425B-8BB2-DBACED6597BC



**Palm Beach County Supervisor of Elections**
**MAIN OFFICE:** 4301 Cherry Road, West Palm Beach, FL 33409
P.O. Box 22309, West Palm Beach, FL 33416
**P:** (561) 656-6200 | **F:** (561) 656-6287
**Hours for All Offices:** M - F: 8:30 AM - 5:00 PM

**NORTH COUNTY BRANCH OFFICE**
North County Courthouse
3188 P.G.A. Blvd.
Rm. #2401
Palm Beach Gardens, FL 33410

**P:** (561) 624-6555
**F:** (561) 624-6572

**SOUTH COUNTY BRANCH OFFICE**
Southeast PBC Administrative Complex
345 South Congress Avenue
Rm. #103
Delray Beach, FL 33445

**P:** (561) 276-1226
**F:** (561) 276-1321

**WEST COUNTY BRANCH OFFICE**
West County Office Building
2976 State Road #15
Second Floor
Belle Glade, FL 33430

**P:** (561) 992-1114
**F:** (561) 992-1219

**Candidates**
candidates@votepalmbeach.gov

**Vote by Mail**
votebymail@votepalmbeach.gov

**General Information**
info@votepalmbeach.gov

Accessibility Statement

Site Map

PLEASE NOTE: Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. Florida Statute 668.6076.

DEFENDANTS EXHIBIT 1/6/2025 089

Form **1040**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return**

**2023**

OMB No. 1545-0074

IRS Use Only - Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2023, or other tax year beginning _____ , ending _____

See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| RUDOLPH W. | GIULIANI | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
315 SOUTHLAKE DR.   5D

City, town, or post office. If you have a foreign address, also complete spaces below.   State   ZIP code
PALM BEACH   FL 33480

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status**
Check only one box.

☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes   ☒ No

**Standard Deduction**
Someone can claim:   ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You:   ☒ Were born before January 2, 1959   ☐ Are blind   **Spouse:**   ☐ Was born before January 2, 1959   ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instr. and check here ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instr.): |   |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | 1z | |

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b |
| c | If you elect to use the lump-sum election method, check here (see instructions) | | | | |

**Standard Deduction for -**
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | |

LHA   **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**

Form **1040** (2023)

313921 12-04-23

**Defendant's Exhibit**

**H-RTX – 12**

**Case No. 24-cv-6563(LJL)**

Form 1040 (2023)  RUDOLPH W. GIULIANI     Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ ____ | | 16 | |
| | 17 | Amount from Schedule 2, line 3 | | 17 | |
| | 18 | Add lines 16 and 17 | | 18 | |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | 20 | |
| | 21 | Add lines 19 and 20 | | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | | 24 | |
| **Payments** | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | | |
| | b | Form(s) 1099 | 25b | | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2023 estimated tax payments and amount applied from 2022 return | | 26 | |
| | 27 | Earned income credit (EIC) | 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Reserved for future use | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | 35a | |
| Direct deposit? See instructions. | b | Routing number ____  c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number ____ | | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** | 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS? See instructions  ☐ **Yes. Complete below.**  ☐ **No**
Designee's name ____  Phone no. ____  Personal identification number (PIN) ____

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ____  Date ____  Your occupation  EXECUTIVE  If the IRS sent you an identity Protection PIN, enter it here (see inst.)
Joint return? See instructions. Keep a copy for your records.
Spouse's signature. If a joint return, **both** must sign. ____  Date ____  Spouse's occupation ____
Phone no. ____  Email address ____

**Paid Preparer Use Only**
Preparer's name  JOSEPH RICCI  Preparer's signature ____  Date ____  PTIN  P____  Check if: ☐ Self-employed
Firm's name  Ricci and Company, CPA, P.C.
80 Orville Dr. Suite 100
Firm's address  Bohemia, NY 11716

Go to *www.irs.gov/Form1040* for instructions and the latest information.  Form **1040** (2023)

313922 12-04-23

Defendant's anticipated exhibits 088

DEFENDANTS EXHIBIT 1/6/2025 091

| SCHEDULE 1<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Additional Income and Adjustments to Income**<br><br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to www.irs.gov/Form1040 for instructions and the latest information. | OMB No. 1545-0074<br><br>**2023**<br><br>Attachment<br>Sequence No. 01 |
|---|---|---|

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

RUDOLPH W. GIULIANI

**Part I   Additional Income**

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes ............... | 1 | |
| 2a | Alimony received .................................................. | 2a | |
| b | Date of original divorce or separation agreement (see instructions) _____ | | |
| 3 | Business income or (loss). Attach Schedule C ................................ | 3 | ▉▉ |
| 4 | Other gains or (losses). Attach Form 4797 ................................... | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ........ | 5 | ▉▉. |
| 6 | Farm income or (loss). Attach Schedule F ................................... | 6 | |
| 7 | Unemployment compensation ........................................... | 7 | |
| 8 | Other income: | | |
| a | Net operating loss .................................... | 8a | ( ▉▉ ) |
| b | Gambling ......................................... | 8b | |
| c | Cancellation of debt .................................. | 8c | |
| d | Foreign earned income exclusion from Form 2555 .......... | 8d | ( ) |
| e | Income from Form 8853 ............................... | 8e | |
| f | Income from Form 8889 ............................... | 8f | |
| g | Alaska Permanent Fund dividends ....................... | 8g | |
| h | Jury duty pay ...................................... | 8h | |
| i | Prizes and awards .................................. | 8i | |
| j | Activity not engaged in for profit income ................. | 8j | |
| k | Stock options ...................................... | 8k | |
| l | Income from the rental of personal property if you engaged in<br>the rental for profit but were not in the business of renting such<br>property | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see<br>instructions) | 8m | |
| n | Section 951(a) inclusion (see instructions) ............... | 8n | |
| o | Section 951A(a) inclusion (see instructions) .............. | 8o | |
| p | Section 461(l) excess business loss adjustment ............ | 8p | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 .... | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form<br>1040, line 1a or 1d | 8s | ( ) |
| t | Pension or annuity from a nonqualified deferred compensation plan or<br>a nongovernmental section 457 plan | 8t | |
| u | Wages earned while incarcerated ....................... | 8u | |
| z | Other income. List type and amount: _____<br><br>  **See Statement 3** | 8z | ▉▉ |
| 9 | Total other income. Add lines 8a through 8z .............................. | 9 | ▉▉ |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income.** Enter here and on Form<br>1040, 1040-SR, or 1040-NR, line 8 | 10 | ▉▉ |

For Paperwork Reduction Act Notice, see your tax return instructions.                    Schedule 1 (Form 1040) 2023

LHA   314141  12-14-23

DEFENDANTS EXHIBIT 1/6/2025 092

Schedule 1 (Form 1040) 2023                                                       Page **2**

## Part II   Adjustments to Income

| | | | |
|---|---|---|---|
| 11 | Educator expenses | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | 15 | |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | 16 | |
| 17 | Self-employed health insurance deduction | 17 | |
| 18 | Penalty on early withdrawal of savings | 18 | |
| 19a | Alimony paid | 19a | |
| b | Recipient's SSN | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction | 20 | |
| 21 | Student loan interest deduction | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | Archer MSA deduction | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions)     **24a** | | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit     **24b** | | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m     **24c** | | |
| d | Reforestation amortization and expenses     **24d** | | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974     **24e** | | |
| f | Contributions to section 501(c)(18)(D) pension plans     **24f** | | |
| g | Contributions by certain chaplains to section 403(b) plans     **24g** | | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions)     **24h** | | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations     **24i** | | |
| j | Housing deduction from Form 2555     **24j** | | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041)     **24k** | | |
| z | Other adjustments. List type and amount:     **24z** | | |
| 25 | Total other adjustments. Add lines 24a through 24z | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | 26 | |

Schedule 1 (Form 1040) 2023

314142 12-14-23

Defendant's anticipated exhibits 090

# SCHEDULE 2
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Taxes

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074

## 2023
Attachment
Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

RUDOLPH W. GIULIANI

| Part I | Tax | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 | 1 | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 | 2 | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 | 3 | |

| Part II | Other Taxes | | | |
|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE | | 4 | |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 | 5 | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 | 6 | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 | | 7 | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required If not required, check here ☐ | | 8 | |
| 9 | Household employment taxes. Attach Schedule H | | 9 | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required | | 10 | |
| 11 | Additional Medicare Tax. Attach Form 8959 | | 11 | |
| 12 | Net investment income tax. Attach Form 8960 | | 12 | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 | | 13 | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares | | 14 | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 | | 15 | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 | | 16 | |

*(continued on page 2)*

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 2 (Form 1040) 2023

LHA    314151  12-14-23

Defendant's anticipated exhibits 091

Schedule 2 (Form 1040) 2023 | Page **2**

## Part II    Other Taxes *(continued)*

| | | | | |
|---|---|---|---|---|
| **17** | Other additional taxes: | | | |
| **a** | Recapture of other credits. List type, form number, and amount | | | |
| | _____ | **17a** | | |
| **b** | Recapture of federal mortgage subsidy, if you sold your home | | | |
| | see instructions .................................................................... | **17b** | | |
| **c** | Additional tax on HSA distributions. Attach Form 8889 .............. | **17c** | | |
| **d** | Additional tax on an HSA because you didn't remain an eligible | | | |
| | individual. Attach Form 8889 ................................................. | **17d** | | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 .......... | **17e** | | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach | | | |
| | Form 8853 ........................................................................ | **17f** | | |
| **g** | Recapture of a charitable contribution deduction related to a | | | |
| | fractional interest in tangible personal property ....................... | **17g** | | |
| **h** | Income you received from a nonqualified deferred compensation | | | |
| | plan that fails to meet the requirements of section 409A ............ | **17h** | | |
| **i** | Compensation you received from a nonqualified deferred | | | |
| | compensation plan described in section 457A ........................... | **17i** | | |
| **j** | Section 72(m)(5) excess benefits tax ...................................... | **17j** | | |
| **k** | Golden parachute payments .................................................. | **17k** | | |
| **l** | Tax on accumulation distribution of trusts ............................... | **17l** | | |
| **m** | Excise tax on insider stock compensation from an expatriated | | | |
| | corporation ...................................................................... | **17m** | | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form | | | |
| | 8697 or 8866 ................................................................... | **17n** | | |
| **o** | Tax on non-effectively connected income for any part of the | | | |
| | year you were a nonresident alien from Form 1040-NR ............. | **17o** | | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions | | | |
| | from, and dispositions of, stock of a section 1291 fund ............ | **17p** | | |
| **q** | Any interest from Form 8621, line 24 ..................................... | **17q** | | |
| **z** | Any other taxes. List type and amount: _____ | | | |
| | _____ | **17z** | | |
| **18** | Total additional taxes. Add lines 17a through 17z ......................................... | | **18** | |
| **19** | Reserved for future use ................................................................................. | | **19** | |
| **20** | Section 965 net tax liability installment from Form 965-A ............ | **20** | | |
| **21** | Add lines 4, 7 through 16, and 18. These are your **total other taxes.** Enter here | | | |
| | and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b ............... | | **21** | ■■■■■ |

Schedule 2 (Form 1040) 2023

314152  12-14-23

Defendant's anticipated exhibits 092

| Form **2210** | **Underpayment of Estimated Tax by Individuals, Estates, and Trusts** | OMB No.1545-0140 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, 1040-NR, or 1041. Go to www.irs.gov/Form2210 for instructions and the latest information. | **2023** Attachment Sequence No. **06** |

| Name(s) shown on tax return | Identifying number |
|---|---|
| RUDOLPH W. GIULIANI | ▮▮▮▮▮ |

## Do You Have To File Form 2210?

| | |
|---|---|
| Complete lines 1 through 7 below. Is line 4 or line 7 less than $1,000? | **Yes** → **Don't file Form 2210.** You don't owe a penalty. |

↓ **No**

| | |
|---|---|
| Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? | **Yes** → You **don't** owe a penalty. **Don't** file Form 2210 unless **box E** in Part II applies, then file page 1 of Form 2210. |

↓ **No**

| | |
|---|---|
| You may owe a penalty. Does any box in Part II below apply? | **Yes** → You **must** file Form 2210. Does box **B, C, or D** in Part II apply? |

↓ **No**                      **No** ↓    **Yes** → You must figure your penalty.

| | |
|---|---|
| **Don't file Form 2210.** You aren't required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III as a worksheet and enter your penalty amount on your tax return, but **don't file Form 2210.** | You **aren't** required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III as a worksheet and enter your penalty amount on your tax return, but **file only page 1 of Form 2210.** |

### Part I — Required Annual Payment

| | | | |
|---|---|---|---|
| 1 | Enter your 2023 tax after credits from Form 1040, 1040-SR, or 1040-NR, line 22. (See the instructions if not filing Form 1040.) | **1** | ▮ , ▮ |
| 2 | Other taxes, including self-employment tax and, if applicable, Additional Medicare Tax and/or Net Investment Income Tax (see instructions) | **2** | ▮ |
| 3 | Other payments and refundable credits (see instructions) | **3** | ( ▮ ) |
| 4 | Current year tax. Combine lines 1, 2, and 3. If less than $1,000, **stop;** you don't owe a penalty. **Don't file Form 2210** | **4** | ▮ , ▮ |
| 5 | Multiply line 4 by 90% (0.90) ........ **5** ▮ , ▮ | | |
| 6 | ▮▮▮▮ g taxes. **Don't** include estimated tax payments. See instructions | **6** | |
| 7 | Subtract line 6 from line 4. If less than $1,000, **stop;** you don't owe a penalty. **Don't file Form 2210** | **7** | ▮ , ▮ |
| 8 | Maximum required annual payment based on prior year's tax (see instructions) | **8** | ▮ , ▮ |
| 9 | **Required annual payment.** Enter the **smaller** of line 5 or line 8 | **9** | ▮ , ▮ |

**Next:** Is line 9 more than line 6?

☐ **No.** You **don't** owe a penalty. **Don't** file Form 2210 unless box E below applies.

☒ **Yes.** You may owe a penalty, but **don't** file Form 2210 unless one or more boxes in Part II below applies.
  • If box **B, C,** or **D** applies, you must figure your penalty and file Form 2210.
  • If box **A** or **E** applies (but not **B, C,** or **D**), file only page 1 of Form 2210. You **aren't** required to figure your penalty; the IRS will figure it and send you a bill for any unpaid amount. If you want to figure your penalty, you may use Part III as a worksheet and enter your penalty on your tax return, but **file only page 1 of Form 2210.**

### Part II — Reasons for Filing. Check applicable boxes. If none apply, **don't** file Form 2210.

| | | |
|---|---|---|
| A | ☐ | You request a **waiver** (see instructions) of your entire penalty. You must check this box and file page 1 of Form 2210, but you aren't required to figure your penalty. |
| B | ☐ | You request a **waiver** (see instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210. |
| C | ☐ | Your income varied during the year and your penalty is reduced or eliminated when figured using the **annualized income installment method.** You must figure the penalty using Schedule AI and file Form 2210. |
| D | ☐ | Your penalty is lower when figured by treating the federal income tax withheld from your income as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210. |
| E | ☐ | You filed or are filing a joint return for either 2022 or 2023, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210, but you **aren't** required to figure your penalty (unless box **B, C,** or **D** applies). |

**For Paperwork Reduction Act Notice, see separate instructions.**                    Form **2210** (2023)

LHA   312501 01-11-24

Defendant's anticipated exhibits 093

Form 2210 (2023)  RUDOLPH W. GIULIANI                                                                      Page **2**

| **Part III** | **Penalty Computation** (See the instructions if you're filing Form 1040-NR.) |

## Section A - Figure Your Underpayment

| | | **Payment Due Dates** | | | |
|---|---|---|---|---|---|
| | | **(a)** 4/15/23 | **(b)** 6/15/23 | **(c)** 9/15/23 | **(d)** 1/15/24 |
| 10 | **Required installments.** If box C in Part II applies, enter the amounts from Schedule AI, line 27. Otherwise, enter 25% (0.25) of line 9, Form 2210, in each column. For fiscal year filers, see instructions ......  **10** | ████████ | ████████ | ████████ | ████████ |
| 11 | Estimated tax paid and tax withheld (see the instructions). For column (a) only, also enter the amount from line 11 on line 15, column (a). If line 11 is equal to or more than line 10 for all payment periods, stop here; you don't owe a penalty. **Don't file Form 2210 unless you checked a box in Part II** ........  **11** | | | | |

**Complete lines 12 through 18 of one column before going to line 12 of the next column.**

| 12 | Enter the amount, if any, from line 18 in the previous column ......  **12** | | | | |
| 13 | Add lines 11 and 12 ......  **13** | | | | |
| 14 | Add the amounts on lines 16 and 17 in the previous column ......  **14** | | ████████ | ████████ | ████████ |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0-. For column (a) only, enter the amount from line 11 ......  **15** | ████████ | ████████ | ████████ | ████████ |
| 16 | If line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- ......  **16** | | ████████ | | |
| 17 | **Underpayment.** If line 10 is equal to or more than line 15, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 ......  **17** | █ ██ | █ █ | ██ ██ | ██ ██ |
| 18 | Overpayment. If line 15 is more than line 10, subtract line 10 from line 15. Then go to line 12 of the next column ......  **18** | | | | |

## Section B - Figure the Penalty (Use the Worksheet for Form 2210, Part III, Section B - Figure the Penalty in the instructions.)

| 19 | **Penalty.** Enter the total penalty from line 14 of the Worksheet for Form 2210, Part III, Section B - Figure the Penalty. Include this amount on Form 1040, 1040-SR, or 1040-NR, line 38; or Form 1041, line 27. **Don't file Form 2210 unless you checked a box in Part II** ......... | **19** | ████████ |

Form **2210** (2023)

See Attached Worksheet

Defendant's anticipated exhibits 094

DEFENDANTS EXHIBIT 1/6/2025 097

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Sole Proprietorship)<br>Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.<br>Go to www.irs.gov/ScheduleC for instructions and the latest information. | **2023**<br>Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| RUDOLPH W. GIULIANI | |

**A** Principal business or profession, including product or service (see instructions)
PODCASTING

**B** Enter code from instructions

**C** Business name. If no separate business name, leave blank.
GIULIANI COMMUNICATIONS LLC

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ 315 SOUTHLAKE Dr Apt 5D
City, town or post office, state, and ZIP code   PALM BEACH, FL 33480

**F** Accounting method: **(1)** [X] Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses ............ [X] Yes ☐ No

**H** If you started or acquired this business during 2023, check here ........................................ ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions ................ ☐ Yes [X] No

**J** If "Yes," did you or will you file required Form(s) 1099? ............................................ ☐ Yes ☐ No

| **Part I** | **Income** | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ............ ☐ | 1 | |
| 2 | Returns and allowances ...................................................... | 2 | |
| 3 | Subtract line 2 from line 1 ................................................... | 3 | |
| 4 | Cost of goods sold (from line 42) .............................................. | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 ........................................ | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ...... | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ............................................ | 7 | |

| **Part II** | **Expenses.** Enter expenses for business use of your home **only** on line 30. | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising ............... | 8 | | 18 | Office expense ............... | 18 | |
| 9 | Car and truck expenses (see instructions) ...... | 9 | | 19 | Pension and profit-sharing plans ...... | 19 | |
| 10 | Commissions and fees ...... | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion ............... | 12 | | b | Other business property ...... | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance ...... | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses ............ | 23 | |
| 14 | Employee benefit programs (other than on line 19) ...... | 14 | | 24 | Travel and meals: | | |
| 15 | Insurance (other than health) ...... | 15 | | a | Travel ...... | 24a | |
| 16 | Interest (see instructions): | | | b | Deductible meals (see instructions) ...... | 24b | |
| a | Mortgage (paid to banks, etc.) ...... | 16a | | 25 | Utilities ...... | 25 | |
| b | Other ...... | 16b | | 26 | Wages (less employment credits) ...... | 26 | |
| 17 | Legal and professional services ...... | 17 | | 27 a | Other expenses (from line 48) ...... | 27a | |
| | | | | b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b ............ | 28 | |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 .................................. | 29 | |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ...... | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**
LHA   320011  10-25-23

Schedule C (Form 1040) 2023

Defendant's anticipated exhibits 095

DEFENDANTS EXHIBIT 1/6/2025 098

Schedule C (Form 1040) 2023    **RUDOLPH W. GIULIANI**     Page **2**

## Part III   Cost of Goods Sold (see instructions)

**33** Method(s) used to value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ........................................................ ☐ Yes   ☐ No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** | |
| **36** Purchases less cost of items withdrawn for personal use | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself | **37** | |
| **38** Materials and supplies | **38** | |
| **39** Other costs | **39** | |
| **40** Add lines 35 through 39 | **40** | |
| **41** Inventory at end of year | **41** | |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | **42** | |

## Part IV   Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month/day/year)    ___ / ___ / ___

**44** Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

**a** Business _____   **b** Commuting _____   **c** Other _____

**45** Was your vehicle available for personal use during off-duty hours? ............................ ☐ Yes   ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? ..................... ☐ Yes   ☐ No

**47 a** Do you have evidence to support your deduction? ......................................... ☐ Yes   ☐ No

   **b** If "Yes," is the evidence written? .......................................................... ☐ Yes   ☐ No

## Part V   Other Expenses. List below business expenses not included on lines 8-26, line 27b, or line 30.

| | |
|---|---|
| CONSULTING | █████████ |
| NYS LLC FEE | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** **Total other expenses.** Enter here and on line 27a | **48**   ████████ |

320002 10-25-23         Schedule

Defendant's anticipated exhibits 096

DEFENDANTS EXHIBIT 1/6/2025 099

| SCHEDULE D<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Capital Gains and Losses**<br><br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>**Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.**<br>**Go to www.irs.gov/ScheduleD for instructions and the latest information.** | OMB No. 1545-0074<br><br>**2023**<br><br>Attachment<br>Sequence No. **12** |
|---|---|---|

| Name(s) shown on return | Your social security number |
|---|---|
| RUDOLPH W. GIULIANI | |

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year?  ☐ Yes  ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

**Part I** Short-Term Capital Gains and Losses - Generally Assets Held One Year or Less (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)**<br>Proceeds<br>(sales price) | **(e)**<br>Cost<br>(or other basis) | **(g)**<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part I,<br>line 2, column (g) | **(h)** Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b ............... | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked ............... | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked ............... | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked ............... | | | | |

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 .............. | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions .............. | **6** | ( ) |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on page 2 .............. | **7** | |

**Part II** Long-Term Capital Gains and Losses - Generally Assets Held More Than One Year (see instructions)

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)**<br>Proceeds<br>(sales price) | **(e)**<br>Cost<br>(or other basis) | **(g)**<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part II,<br>line 2, column (g) | **(h)** Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b ............... | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked ............... | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked ............... | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked ............... | | | | |

| | | |
|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 .............. | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ......... See Statement 4 .......... | **12** | ■ . |
| **13** Capital gain distributions. See the instructions .............. | **13** | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions .............. | **14** | ( ■ .) |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then, go to Part III on page 2 .............. | **15** | ■ > |

LHA   **For Paperwork Reduction Act Notice, see your tax return instructions.**    Schedule D (Form 1040) 2023

320511 12-21-23

DEFENDANTS EXHIBIT 1/6/2025 100

Schedule D (Form 1040) 2023     **RUDOLPH W. GIULIANI**        Page **2**

| **Part III** | **Summary** |
| --- | --- |

**16**   Combine lines 7 and 15 and enter the result ................................................................   | 16 | ▨

- If line 16 is a **gain**, enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7.
  Then, go to line 17 below.
- If line 16 is a **loss**, skip lines 17 through 20 below. Then, go to line 21. Also be sure to complete
  line 22.
- If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or
  1040-NR, line 7. Then, go to line 22.

**17**   Are lines 15 and 16 **both** gains?
    ☐ **Yes.** Go to line 18.
    ☐ **No.** Skip lines 18 through 21, and go to line 22.

**18**   If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the
amount, if any, from line 7 of that worksheet .................................................   | 18 |

**19**   If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see
instructions), enter the amount, if any, from line 18 of that worksheet ......................   | 19 |

**20**   Are lines 18 and 19 both zero or blank and you are not filing Form 4952?

    ☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions
for Form 1040, line 16. **Don't** complete lines 21 and 22 below.

    ☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21
and 22 below.

**21**   If line 16 is a loss, enter here and on Form 1040, 1040-SR, or 1040-NR, line 7, the **smaller** of:

- The loss on line 16; or        }     **See Statement 5**     | 21 | ( ▨
- ($3,000), or if married filing separately, ($1,500)

    **Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22**   Do you have qualified dividends on Form 1040, 1040-SR, or 1040-NR, line 3a?

    ☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions
for Form 1040, line 16.

    ☒ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

Schedule D (Form 1040) 2023

Defendant's anticipated exhibits 098

Schedule E (Form 1040) 2023
Name(s) shown on return. Do not enter name and social security number if shown on page 1.

Attachment Sequence No. **13**    Page **2**

RUDOLPH W. GIULIANI

**Your social security number**

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| Part II | Income or Loss From Partnerships and S Corporations |
|---|---|

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198.** See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section ............................................................................ ☐ Yes ☒ No

**28**

| (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|
| **A** GIULIANI & COMPANY LLC | P | | ▓▓▓▓▓▓▓ | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |

| Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|
| (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss allowed (see **Schedule K-1**) | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| **A** | | ▓▓▓▓▓ | | |
| **B** | | | | |
| **C** | | | | |
| **D** | | | | |
| **29a** Totals | ▓▓▓▓ | | ▓▓▓▓ | |
| **b** Totals | | | ▓▓▓▓▓ | |

| | | |
|---|---|---|
| 30 Add columns (h) and (k) of line 29a .................................................................. | **30** | ▓▓ |
| 31 Add columns (g), (i), and (j) of line 29b .............................................................. | **31** | ( ▓▓ ) |
| 32 **Total partnership and S corporation income or (loss). Combine lines 30 and 31** ...... | **32** | ▓▓ |

| Part III | Income or Loss From Estates and Trusts |
|---|---|

**33**

| (a) Name | (b) Employer identification number |
|---|---|
| **A** | |
| **B** | |

| Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|
| (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| **A** | | | |
| **B** | | | |
| **34a** Totals | | | |
| **b** Totals | | | |

| | | |
|---|---|---|
| 35 Add columns (d) and (f) of line 34a .................................................................. | **35** | |
| 36 Add columns (c) and (e) of line 34b .................................................................. | **36** | ( ) |
| 37 **Total estate and trust income or (loss). Combine lines 35 and 36** ...................... | **37** | |

| Part IV | Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) – Residual Holder |
|---|---|

**38**

| (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| 39 Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ..... | **39** | |

| Part V | Summary |
|---|---|

| | | |
|---|---|---|
| 40 Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ...... | **40** | |
| 41 **Total income or (loss). Combine lines 26, 32, 37, 39, and 40.** Enter the result here and on Schedule 1 (Form 1040), line 5 | **41** | ▓▓ |
| 42 **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions. | **42** | |
| 43 **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules | **43** | |

321501  11-07-23

**Schedule E (Form 1040) 2023**

Defendant's anticipated exhibits 099

DEFENDANTS EXHIBIT 1/6/2025 102

INCOME FROM PASSTHROUGH STATEMENT, PAGE 1                    **2023**

**SCHEDULE E**

Name  RUDOLPH W. GIULIANI                                                         SSN/█████████

Passthrough  GIULIANI & COMPANY LLC          ID   01-0557795                      Taxpayer
Partnership

| Nonpassive | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE E, PAGE 2** | | | | | | | | |
| Ordinary business income (loss) | | | | | | | | |
| Rental real estate income (loss) | | | | | | | | |
| Other net rental income (loss) | | | | | | | | |
| Intangible drilling costs/dry hole costs | | | | | | | | |
| Self-charged passive interest expense | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 and carryover | | | | | | | | |
| Disallowed section 179 expense | | | | | | | | |
| Excess farm loss | | | | | | | | |
| Net income (loss) | | | | | | | | |
| First passive other | | | | | | | | |
| Second passive other | | | | | | | | |
| Cost depletion | | | | | | | | |
| Percentage depletion | | | | | | | | |
| Depletion carryover | | | | | | | | |
| Disallowed due to 65% limitation | | | | | | | | |
| Unreimbursed expenses (nonpassive) | | | | | | | | |
| Nonpassive other | | | | | | | | |
| Total Schedule E (page 2) | | | | | | | | |
| **FORM 4797** | | | | | | | | |
| Section 1231 gain (loss) | | | | | | | | |
| Section 179 recapture on disposition | | | | | | | | |
| **SCHEDULE D** | | | | | | | | |
| Net short-term cap. gain (loss) | | | | | | | | |
| Net long-term cap. gain (loss) | | | | | | | | |
| Section 1256 contracts & straddles | | | | | | | | |
| **FORM 4952** | | | | | | | | |
| Investment interest expense - Sch. A | | | | | | | | |
| Other net investment income | | | | | | | | |
| **ITEMIZED DEDUCTIONS** | | | | | | | | |
| Charitable contributions | | | | | | | | |
| Deductions related to portfolio income | | | | | | | | |
| Other | | | | | | | | |

321551 04-01-23

Defendant's anticipated exhibits 100

DEFENDANTS EXHIBIT 1/6/2025 103

**INCOME FROM PASSTHROUGH STATEMENT, PAGE 2**                                                                2023

SCHEDULE E
Name RUDOLPH W. GIULIANI                                                                          SSN/EIN ▮▮▮▮▮
Passthrough GIULIANI & COMPANY LLC                                    ID ▮▮▮▮▮                    Taxpayer
Partnership

| Nonpassive | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **INTEREST AND DIVIDENDS** | | | | | | | | |
| Interest income | | | | | | | | |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | | | | | | | | |
| Qualified dividends | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| **FORM 6251** | | | | | | | | |
| Depreciation adjustment after 12/31/86 | | | | | | | | |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Self-employment earnings (loss)/Wages | | | | | | | | |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |
| **FORM 8995** | | | | | | | | |
| Qualified business income | | | | | | | | |
| Qualified service income | | | | | | | | |
| Section 199A W-2 wages | | | | | | | | |
| Section 199A unadjusted basis | | | | | | | | |

321552 04-01-23

Defendant's anticipated exhibits 101

Docusign Envelope ID: 8394853-2011-495846B22DBACED6597BG

| Form **8960** | | Net Investment Income Tax - Individuals, Estates, and Trusts | OMB No. 1545-2227 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | Attach to your tax return. Go to www.irs.gov/Form8960 for instructions and the latest information. | **2023** Attachment Sequence No. 72 |

Name(s) shown on your tax return
RUDOLPH W. GIULIANI

**Part I   Investment Income**

☐ Section 6013(g) election (see instructions)
☐ Section 6013(h) election (see instructions)
☐ Regulations section 1.1411-10(g) election (see instructions)

| | | | |
|---|---|---|---|
| **1** | Taxable interest (see instructions) | | **1** |
| **2** | Ordinary dividends (see instructions) | | **2** |
| **3** | Annuities (see instructions) | | **3** |
| **4a** | Rental real estate, royalties, partnerships, S corporations, trusts, trades or businesses, etc. (see instructions) | **4a** ■■ ■ | |
| **b** | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) **Statement 6** | **4b** ■ | |
| **c** | Combine lines 4a and 4b | | **4c** |
| **5a** | Net gain or loss from disposition of property (see instructions) | **5a** | |
| **b** | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) | **5b** | |
| **c** | Adjustment from disposition of partnership interest or S corporation stock (see instructions) | **5c** | |
| **d** | Combine lines 5a through 5c | | **5d** |
| **6** | Adjustments to investment income for certain CFCs and PFICs (see instructions) | | **6** |
| **7** | Other modifications to investment income (see instructions) **See Statement 7** | | **7** |
| **8** | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | | **8** |

**Part II   Investment Expenses Allocable to Investment Income and Modifications**

| | | | |
|---|---|---|---|
| **9a** | Investment interest expenses (see instructions) | **9a** | |
| **b** | State, local, and foreign income tax (see instructions) | **9b** | |
| **c** | Miscellaneous investment expenses (see instructions) | **9c** | |
| **d** | Add lines 9a, 9b, and 9c | | **9d** |
| **10** | Additional modifications (see instructions) | | **10** |
| **11** | Total deductions and modifications. Add lines 9d and 10 | | **11** |

**Part III   Tax Computation**

| | | | |
|---|---|---|---|
| **12** | Net investment income. Subtract Part II, line 11, from Part I, line 8. Individuals, complete lines 13-17. Estates and trusts, complete lines 18a - 21. If zero or less, enter -0- | | **12** |
| | **Individuals:** | | |
| **13** | Modified adjusted gross income (see instructions) | **13** | |
| **14** | Threshold based on filing status (see instructions) | **14** | |
| **15** | Subtract line 14 from line 13. If zero or less, enter -0- | **15** | |
| **16** | Enter the smaller of line 12 or line 15 | | **16** |
| **17** | Net investment income tax for individuals. Multiply line 16 by 3.8% (0.038). **Enter here and include on your tax return** (see instructions) | | **17** |
| | **Estates and Trusts:** | | |
| **18a** | Net investment income (line 12 above) | **18a** | |
| **b** | Deductions for distributions of net investment income and charitable deductions (see instructions) | **18b** | |
| **c** | Undistributed net investment income. Subtract line 18b from line 18a (see instructions). If zero or less, enter -0- | **18c** | |
| **19a** | Adjusted gross income (see instructions) | **19a** | |
| **b** | Highest tax bracket for estates and trusts for the year (see instructions) | **19b** | |
| **c** | Subtract line 19b from line 19a. If zero or less, enter -0- | **19c** | |
| **20** | Enter the smaller of line 18c or line 19c | | **20** |
| **21** | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (0.038). **Enter here and include on your tax return** (see instructions) | | **21** |

LHA   **For Paperwork Reduction Act Notice, see your tax return instructions.**          Form **8960** (2023)

323121  12-09-23

Defendant's anticipated exhibits 102

DEFENDANTS EXHIBIT 1/6/2025 105

# Worksheet for NOL Deduction

**2023**

Name(s) as shown on return

**RUDOLPH W. GIULIANI**

Social Security Number

**USE YOUR 2023 FORM 1040 TO COMPLETE THE WORKSHEET:**

1. Enter as a positive number the NOL carryover NOT subject to 80% of taxable income limit
2. Enter as a positive number the NOL carryover subject to 80% of taxable income limit
3. Total NOL carryover
4. Taxable income before the NOL deduction
5. NOL carryover NOT subject to 80% of taxable income limit
6. Subtract line 5 from line 4 (but not less than zero)
7. Multiply line 6 by 80%
8. Enter the lesser of lines 2 or 7. This is the deductible amount of the NOL carryovers reported on line 2
9. Enter the amount from line 1
10. NOL deduction. Add lines 8 and 9. Enter on Schedule 1, line 8a

**TAXABLE INCOME WITHOUT THE NOL DEDUCTION:**

11. Enter the amounts from Form 1040, lines 1z, 2b, 3b, 4b, 5b and 7
12. Enter the taxable social security benefits
13. Enter the amount from Schedule 1, lines 1, 2a, 4 and 7
14. Enter the amount from Schedule 1, line 3
15. Enter the amount from Schedule 1, line 5
16. Enter the amount from Schedule 1, line 6
17. Enter the amount from Schedule 1, line 9
18. Add lines 11 through 17. This is your total income calculated without regard to NOLs
19. Enter the amounts from Schedule 1, lines 11 through 19a and other adjustments
20. Enter the IRA deduction
21. Enter the student loan interest deduction
22. Enter the Archer MSA deduction
23. Adjusted gross income without regard to the NOL deduction. Subtract lines 19 through 22 from line 18
24. Enter the amount from Schedule A, line 4
25. Enter the amount from Schedule A, line 7
26. Enter the amount from schedule A, lines 10 and 16
27. Enter the amount from Schedule A, line 14
28. Enter the amount from Schedule A, line 15
29. Enter the larger of the standard deduction or the sum of lines 24 through 28
30. Enter the capital construction fund and other deductions
31. Taxable income without regard to the NOL and qualified business income deductions. Subtract lines 29 through 30 from line 23. If zero or less, enter 0. Enter on line 4 above

Defendant's anticipated exhibits 103

DEFENDANTS EXHIBIT 1/6/2025 106



| NOL | | Detail NOL Carryover/Carryback Worksheet | | | | | | | | | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name(s) RUDOLPH W. GIULIANI | | | | | | | | | | | |
| Year Carried From | Amount Available for Carryover/Carryback | Amount Used in 2023 | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in |
| *2022 | ████. | ███. | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Totals | ████ | ███ | | | | | | | | | |

Total amount available for carryover
███ ██ ███
█████ ██ ███ ██ r

Remaining carryover

322211 04-01-23

DEFENDANTS EXHIBIT 1/6/2025 107

| AMT NOL | | | | | Detail AMT NOL Carryover Worksheet | | | | | | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name(s) RUDOLPH W. GIULIANI | | | | | | | | | | Social Security Number ■■ ■■■■ |  |
| Year Carried From | Amount Available for Carryover | Amount Used in 2023 | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in |
| *2022 | ████. | ████ | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Totals | ████. | ████ | | | | | | | | | |

Total amount available for carryover  
Less total amounts used     ████    * Sec. 461 Carryover  
Less total amounts expired    0.  
Remaining carryover    0.

316721 04-01-23

Docusign Envelope ID: C3384859-3944-435E-9EB2-DDA1ED6FF7BC

**RUDOLPH W. GIULIANI**

DEFENDANTS EXHIBIT 1/6/2025 108

| Form 1040 | IRA Distributions | Statement 1 |
|---|---|---|

| Name of Payer | Gross Distribution | Taxable Amount |
|---|---|---|
| PERSHING LLC | ███████ | ████████ |
| Total to Form 1040, lines 4a and 4b | ███████ | ████████ |

Defendant's anticipated exhibits 106

DEFENDANTS EXHIBIT 1/6/2025 109



RUDOLPH W. GIULIANI

| Form 1040 | Social Security Benefits Worksheet | Statement 2 |

Check only one box:
X A. Single, Head of household, or Qualifying surviving spouse
  B. Married filing jointly
  C. Married filing separately and lived with your spouse
     at any time during 2023
  D. Married filing separately and lived apart from your spouse
     for all of 2023

1. Enter the total amount from Box 5 of all your
   Forms SSA-1099 and RRB-1099. Also, enter this amount on
   Form 1040, line 6a
     If you checked Box B: Taxpayer amount
                   Spouse amount
2. Multiply line 1 by 50% (0.50)
3. Add the amounts on Form 1040, lines 1z, 2a, 2b, 3b, 4b, 5b,
   7 and 8. If filing Form 8815, don't include the amount from
   line 2b. Instead, use the amount from Schedule B, line 2.
   Do not include any amounts from box 5 of Forms SSA-1099 or
   RRB-1099
4. Enter the amount of any exclusions from foreign earned
   income, foreign housing, income from U.S. possessions,
   or income from Puerto Rico by bona fide residents of
   Puerto Rico that you claimed
5. Add lines 2, 3, and 4
6. Add the amounts from Schedule 1, lines 11 through 20,
   and 23 and 25
7. Subtract line 6 from line 5
8. Enter:   $25000. if you checked Box A or D, or
           $32000. if you checked Box B, or
           $-0-    if you checked Box C
9. Is the amount on line 8 less than the amount on line 7?
   [ ] No.  Stop. None of your social security benefits are
   taxable.  Enter -0- on Form 1040, line 6b.  If you are
   married filing separately and you lived apart from your
   spouse for all of 2023, be sure you entered 'D' to the
   right of the word "benefits" on line 6a.
   [X] Yes. Subtract line 8 from line 7
10. Enter $9000.  if you checked Box A or D,
        $12000. if you checked Box B
        $-0-    if you checked Box C
11. Subtract line 10 from line 9.  If zero or less, enter -0-
12. Enter the smaller of line 9 or line 10
13. Enter one half of line 12
14. Enter the smaller of line 2 or line 13
15. Multiply line 11 by 85% (.85). If line 11 is zero, enter -0-
16. Add lines 14 and 15
17. Multiply line 1 by 85% (.85)

18. Taxable benefits.  Enter the smaller of line 16 or line 17

    * Also enter this amount on Form 1040, line 6b

Defendant's anticipated exhibits 107

DEFENDANTS EXHIBIT 1/6/2025 110

RUDOLPH W. GIULIANI

---

| Schedule 1 | Miscellaneous Income | Statement 3 |
|---|---|---|

| Description | Amount |
|---|---|
| PERSONAL SECURITY RECEIVED | ██████ |
| Total to Schedule 1, line 8z | ██. |

---

| Schedule D | Net Long-Term Gain or Loss from Partnerships, S Corporations, and Fiduciaries | Statement 4 |
|---|---|---|

| Description of Activity | Gain or Loss | 28% Gain |
|---|---|---|
| GIULIANI & COMPANY LLC | ██. | |
| Total to Schedule D, Part II, line 12 | ██ | |

---

| Schedule D | Capital Loss Carryover | Statement 5 |
|---|---|---|

1. Enter the amount from Form 1040, line 15
2. Enter the loss from Schedule D, line 21, as a positive amount
3. Combine lines 1 and 2. If zero or less, enter -0-
4. Enter the smaller of line 2 or line 3



5. Enter the loss from Schedule D, line 7, as a positive amount
6. Enter the gain, if any, from Schedule D,
   line 15
7. Add lines 4 and 6
8. Short-term capital loss carryover to next year.
   Subtract line 7 from line 5. If zero or less, enter -0-

9. Enter the loss from Schedule D, line 15, as a positive amount    ██████
10. Enter the gain, if any, from Schedule D,
    line 7
11. Subtract line 5 from line 4.  If zero or less,
    enter -0-    ████
12. Add lines 10 and 11    ██████
13. Long-term capital loss carryover to next year.    ██ ████
    Subtract line 12 from line 9. If zero or less, enter -0-

Defendant's anticipated exhibits 108

DEFENDANTS EXHIBIT 1/6/2025 111

**RUDOLPH W. GIULIANI**

---

| Form 8960 | Trade or Business Income | Statement 6 |
|---|---|---|

GIULIANI & COMPANY LLC
GIULIANI COMMUNICATIONS LLC

Amount to Form 8960, line 4B

---

| Form 8960 | Other Modifications to Investment Income | Statement 7 |
|---|---|---|

PERSONAL SECURITY RECEIVED

Amount to Form 8960, line 7

6, 7

Defendant's anticipated exhibits 109

Docusign Envelope ID: C3394853-3014-485B-8B22-DBACED6507BC

DEFENDANTS EXHIBIT 1/6/2025 113

# February 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 X | 2 X | 3 X |
| 4 X | 5 X | 6 X | 7 Defendant gives testimony via Zoom in Bankruptcy Court, Section 341 hearing. New York | 8 New York | 9 New York | 10 New York |
| 11 New York | 12 Palm Beach | 13 Palm Beach | 14 Palm Beach | 15 Palm Beach | 16 Palm Beach | 17 Palm Beach |
| 18 Palm Beach | 19 Palm Beach | 20 Palm Beach | 21 Palm Beach | 22 Palm Beach | 23 Palm Beach | 24 Palm Beach |
| 25 Palm Beach | 26 Palm Beach | 27 Palm Beach | 28 Palm Beach | 29 Palm Beach | | |

Defendant's Exhibit
H-RTX – 13
Case No. 24-cv-6563(LJL)

Docusign Envelope ID: C3394853-3014-4858-8BB2-DBACED6597BC
Case 1:24-cv-06563-LJL   Document 16-24   Filed 01/07/24   Page 55 of 163
DEFENDANTS EXHIBIT 1/6/2025 114

# March 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | 1 Palm Beach | 2 Palm Beach |
| 3 Palm Beach | 4 New York | 5 New York | 6 New York | 7 New York | 8 New York | 9 New York |
| 10 New York | 11 Palm Beach | 12 Palm Beach | 13 Palm Beach | 14 Palm Beach | 15 Palm Beach | 16 Palm Beach |
| 17 Palm Beach | 18 Palm Beach | 19 Palm Beach | 20 Palm Beach | 21 Palm Beach | 22 Palm Beach | 23 Palm Beach |
| 24 Palm Beach | 25 Palm Beach | 26 Palm Beach | 27 Palm Beach | 28 Palm Beach | 29 Palm Beach | 30 Palm Beach |
| 31 Palm Beach | | | | | | |

Defendant's anticipated exhibits 112

Docusign Envelope ID: C3394853-3014-485B-8BB2-DBACED6597BC

DEFENDANTS EXHIBIT 1/6/2025 115

# April 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 1 New York | 2 New York | 3 New York | 4 New York | 5 New Hampshire | 6 New Hampshire |
| 7 New Hampshire | 8 New Hampshire | 9 New York | 10 New York | 11 Tulsa, Oklahoma | 12 New York | 13 New York |
| 14 New York | 15 New York | 16 New York | 17 New York | 18 New York | 19 New Hampshire | 20 New Hampshire |
| 21 New Hampshire | 22 New York | 23 New York | 24 New York | 25 New York | 26 New York | 27 New York |
| 28 Palm Beach | 29 Palm Beach | 30 Palm Beach | | | | |

Defendant's anticipated exhibits 113

# May 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 Palm Beach | 2 Palm Beach | 3 Palm Beach | 4 Palm Beach |
| 5 Palm Beach | 6 Palm Beach | 7 Palm Beach | 8 Palm Beach | 9 Palm Beach | 10 Palm Beach | 11 Palm Beach |
| 12 Palm Beach | 13 Palm Beach | 14 Palm Beach | 15 Palm Beach | 16 Palm Beach | 17 Palm Beach | 18 Palm Beach |
| 19 Palm Beach | 20 Palm Beach | 21 Palm Beach | 22 Palm Beach | 23 Palm Beach | 24 Palm Beach | 25 Palm Beach |
| 26 Palm Beach | 27 New York | 28 New York | 29 New York | 30 New York | 31 New York | |

Defendant's anticipated exhibits 114

Docusign Envelope ID: C3394853-3014-4858-8B33-DBACED6597BC

# June 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 New York |
| 2 New York | 3 New York | 4 New York | 5 New York | 6 New York | 7 Michigan | 8 Michigan |
| 9 Michigan | 10 Arizona | 11 New York | 12 New York | 13 New York | 14 New York | 15 New York |
| 16 New York | 17 New York | 18 New Hampshire | 19 New Hampshire | 20 New Hampshire | 21 New Hampshire | 22 New Hampshire |
| 23 New Hampshire | 24 New Hampshire | 25 New Hampshire | 26 New Hampshire | 27 New Hampshire | 28 New Hampshire | 29 New Hampshire |
| 30 New Hampshire |  |  |  |  |  |  |

Defendant's anticipated exhibits 115

Docusign Envelope ID: C3394853-3014-4858-8BB2-DBACED6597BC

DEFENDANTS EXHIBIT 1/6/2025 118

# July 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 New Hampshire | 2 New Hampshire | 3 New Hampshire | 4 New Hampshire | 5 New Hampshire | 6 New Hampshire |
| 7 New Hampshire | 8 New Hampshire | 9 New Hampshire | 10 New Hampshire | 11 New Hampshire | 12 New Hampshire | 13 New Hampshire |
| 14 New York/Milwaukee | 15 Milwaukee | 16 Milwaukee | 17 Milwaukee | 18 Milwaukee | 19 Milwaukee | 20 Milwaukee |
| 21 New Hampshire | 22 New Hampshire | 23 New Hampshire | 24 New Hampshire | 25 New Hampshire | 26 Paris | 27 Paris |
| 28 Paris | 29 London | 30 Paris/London | 31 Paris/London |  |  |  |

Defendant's anticipated exhibits 116

Docusign Envelope ID: C3394853-3014-4858-8B22-DBACED6597BC

# August 2024

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 Paris | 2 New Hampshire | 3 New Hampshire |
| 4 New Hampshire | 5 New Hampshire | 6 New Hampshire | 7 New Hampshire | 8 New Hampshire | 9 X | 10 X |
| 11 X | 12 X | 13 X | 14 X | 15 X | 16 X | 17 X |
| 18 X | 19 X | 20 X | 21 X | 22 X | 23 X | 24 X |
| 25 X | 26 X | 27 X | 28 X | 29 X | 30 X | 31 X |

Defendant's anticipated exhibits 117



Defendant's Exhibit
H-RTX – 14
Case No. 24-cv-6563(LJL)

DEFENDANTS EXHIBIT 1/6/2025 122



# Add tag

**January 9, 2024 10:04 PM**    Edit

20240109_220400.jpg

/Internal storage/DCIM/Camera

Docusign Envelope ID: C3394853-3014-48E8-8B93-DBACED6597BC

DEFENDANTS EXHIBIT 1/6/2025 1:3



Docusign Envelope ID: C3394853-3014-4858-8B22-DBACED6F57BC



10:26

February 12, 2024 8:15 PM                    Edit

20240212_201537.jpg
/Internal storage/DCIM/Camera

Samsung SM-F936U  Motion photo

5.66 MB | 4000x2252 | 9MP

ISO 200 | 23mm | -2.0ev | F1.8 | 1/120 s

Docusign Envelope ID: C3394853-3014-48F8-8B92-DBACED6597BC



February 21, 2024 3:28 PM

20240221_152844.jpg

/Internal storage/DCIM/Camera

Samsung SM-F936U   Motion photo

5.45 MB   4000x2252   9MP

ISO 160   23mm   -2.0ev   F1.8   1/180 s

DEFENDANTS EXHIBIT 1/6/2025 126



February 13, 2024 8:09 PM   Edit

20240213_200913.jpg
/Internal storage/DCIM/Camera

Samsung SM-F936U   Motion photo

5.99 MB | 4000x2252 | 9MP
ISO 100 | 23mm | 0.0ev | F1.8 | 1/120 s

DEFENDANTS EXHIBIT 1/6/2025 127



February 15, 2024 9:26 PM                    Edit

20240215_212631.jpg
/Internal storage/DCIM/Camera

**Samsung SM-F936U**   Motion photo

6.30 MB  |  4000x2252  |  9MP

ISO 50  |  23mm  |  -2.0ev  |  F1.8  |  1/120 s



# Add tag

February 17, 2024 5:37 PM          Edit

20240217_173712.jpg
/Internal storage/DCIM/Camera

Samsung SM-F936U   Motion photo

6.60 MB  |  4000x2252  |  9MP
ISO 32  |  13mm  |  0.0ev  |  F2.2  |  1/163 s

DEFENDANTS EXHIBIT 1/6/2025 129



DEFENDANTS EXHIBIT 1/6/2025 130



# Add tag

**March 11, 2024 9:30 PM**        Edit

20240311_213025.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**   Motion photo

3.83 MB   1999x1620   3MP

ISO 800   23mm   0.0ev   F1.8   1/60 s

Docusign Envelope ID: C3394853-3014-48E8-8BB2-DBACED6597BC
DEFENDANTS EXHIBIT 1/6/2025 131



Docusign Envelope ID: C3394853-3014-48FB-8B22-DBACED6597BC
DEFENDANTS EXHIBIT 1/6/2025 182



March 13, 2024 3:05 PM          Edit

20240313_150556.jpg

/Internal storage/DCIM/Camera

Samsung SM-F936U   Motion photo

6.18 MB   4000x2252   9MP

ISO 500   23mm   0.0ev   F1.8   1/120 s



DEFENDANTS EXHIBIT 1/6/2025 134



DEFENDANTS EXHIBIT 1/6/2025 135



# March 19, 2024 3:23 PM          Edit

20240319_152322.jpg
/Internal storage/DCIM/Camera

## Samsung SM-F936U   Motion photo

6.58 MB | 4000x2252 | 9MP

ISO 250 | 23mm | 0.0ev | F1.8 | 1/120 s

DEFENDANTS EXHIBIT 1/6/2025 136



# Add tag

**March 20, 2024 9:22 PM**                    Edit

20240320_212246.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**   Motion photo

6.04 MB   |   4000x2252   |   9MP

ISO 200   |   23mm   |   0.0ev   |   F1.8   |   1/120 s

DEFENDANTS EXHIBIT 1/6/2025 137



**March 21, 2024 5:05 PM**

20240321_170520.jpg
/Internal storage/DCIM/Camera

**Samsung SM-F936U**  Motion photo

5.81 MB  |  4000x2252  |  9MP

ISO 200  |  23mm  |  -2.0ev  |  F1.8  |  1/120 s

Docusign Envelope ID: C3394853-2014-48F8-8BB2-DBACED6F67BC

DEFENDANTS EXHIBIT 1/6/2025  138



Docusign Envelope ID: C3394853-3014-4B5B-8BB2-DBACED6F67BC

DEFENDANTS EXHIBIT 1/6/2025 139



# Add tag

**March 25, 2024 9:55 PM**                    **Edit**

20240325_205520.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U** Motion photo

3.83 MB | 2301x2252 | 5MP

ISO 40 | 23mm | -2.0ev | F1.8 | 1/120 s

Defendant's anticipated exhibit 139

DEFENDANTS EXHIBIT 1/6/2025 140



# Add tag

**March 26, 2024 9:33 PM**                                    Edit

20240326_213314.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**   Motion photo

5.30 MB  |  4000x2252  |  9MP

ISO 160  |  23mm  |  0.0ev  |  F1.8  |  1/120 s

Docusign Envelope ID: C3394853-3014-485B-8BB2-DBACED6F97BC
DEFENDANTS EXHIBIT 1/6/2025 141



Docusign Envelope ID: C3394853-3014-485B-8BB2-DBACED6597BC

DEFENDANTS EXHIBIT 1/6/2025 1:12



# May 1, 2024 8:41 PM

20240501_204151.jpg
/Internal storage/DCIM/Camera

**Samsung SM-F936U**  Motion photo

5.91 MB | 2252x4000 | 9MP

ISO 250 | 23mm | -2.0ev | F1.8 | 1/120 s

DEFENDANTS EXHIBIT 1/6/2025 1:3



Defendant's anticipated exhibits [14]

DEFENDANTS EXHIBIT 1/6/2025 144



DEFENDANTS EXHIBIT 1/6/2025 145



# Add tag

May 8, 2024 8:24 PM                    Edit

20240508_202427.jpg

/Internal storage/DCIM/Camera

**Samsung SM-F936U**  Motion photo

5.88 MB | 4000x2252 | 9MP

ISO 200 | 23mm | -2.0ev | F1.8 | 1/180 s

Defendant's anticipated exhibits 145

DEFENDANTS EXHIBIT 1/6/2025 146



DEFENDANTS EXHIBIT 1/6/2025 147



May 14, 2024 12:53 PM          Edit

20240514_125333.jpg

/Internal storage/DCIM/Camera

Samsung SM-F936U   Motion photo

6.73 MB    4000x2252    9MP

ISO 20    23mm    0.0ev    F1.8    1/219 s

Defendant's anticipated exhibits 145

DEFENDANTS EXHIBIT 1/6/2025 148



May 15, 2024 8:38 PM    Edit

20240515_203833.jpg

/Internal storage/DCIM/Camera

Samsung SM-F936U    Motion photo

5.81 MB    4000x2252    9MP

ISO 20    23mm    -2.0ev    F1.8    1/123 s



# Add tag

**May 17, 2024 8:31 PM**    Edit

20240517_203103.jpg
/Internal storage/DCIM/Camera

**Samsung SM-F936U**  Motion photo

6.48 MB | 4000x2252 | 9MP

ISO 64 | 23mm | -2.0ev | F1.8 | 1/120 s

DEFENDANTS EXHIBIT 1/6/2025 150



# Add tag

May 19, 2024 11:10 AM       Edit

20240519_111017.jpg

/Internal storage/DCIM/Camera

Samsung SM-F936U    Motion photo

6.14 MB    2252x4000    9MP

ISO 50    23mm    0.0ev    F1.8    1/180 s

Defendant's anticipated exhibits 148

DEFENDANTS EXHIBIT 1/6/2025 151



Defendant's anticipated exhibits 149

DEFENDANTS EXHIBIT 1/6/2025 152



Defendant's anticipated exhibits 150



DEFENDANTS EXHIBIT 1/6/2025 155

010/R1120F00C

**Defendant's Exhibit**

**H-RTX – 15**

**Case No. 24-cv-6563(LJL)**

---

Page 1 of 6

**March 1 - March 31, 2024**
**Citigold Account**
**CPWM ACCOUNT**

CITIGOLD SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201

*Citigold Dedicated Servicing:* **888-248-4465**
For banking, call your Relationship Manager:
    *Scott Borg, 718-492-2703\**
For investments, call your Financial Advisor:
    *James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

As of August 19, 2023, the $10.00 fee for Bond Coupon Redemption
and $25.00 fee for Consular/Verification Letters will no longer be
charged for all account packages.

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY    10065-6159

Your Citigold package Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global
Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC
(license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of
CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary
portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
|   Checking | 44,640.74 | 34,447.40 |
| **Savings** | | |
|   Insured Money Market Accounts | 351.95 | 351.99 |
| **Citibank Total** | **$44,992.69** | **$34,799.39** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
|   Checking | 0.29 | 1.20 |
| **Savings** | | |
|   Insured Money Market Accounts | 0.04 | 0.11 |
| **Citibank Total** | **$0.33** | **$1.31** |
| **Citi Personal Wealth Management Accounts** [1] | | |
|   Total IRA Account Value [2] | 2,927.23 | 8,536.69 |
| **Citi Personal Wealth Management Total** | **$2,927.23** | **$8,536.69** |
| **Citigold Relationship Total** | **$2,927.56** | **$8,538.00** |

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank
- Subject to investment risks, including possible loss of the principal amount invested.

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

Docusign Envelope ID: C3394853-2014-48FB-8BB3-DBACED6F07BC

DEFENDANTS EXHIBIT 1/6/2025 156

Page 2 of 6

**March 1 - March 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account

## Messages From Citigold

Your obligations under this Agreement apply to your account even after the account is closed. You shouldn't close your account until all transactions and fees have been paid. Account closures occur at the end of Business Day. We may delay closing your account if your account does not have a zero balance, has one or more pending transactions, pending interest, an overdrawn balance, hold(s), recent deposit(s) with delayed funds availability, or other restrictions. Certain accounts may require additional processing.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

As previously communicated, at least one owner of an account on this statement will convert to simplified banking on 05/19/24. If you have not yet converted, learn more about how simplified banking will impact you and your accounts by viewing your simplified banking snapshot and early access at citi.com/earlyaccess. For any questions, please contact us at (888) CITIGOLD or visit your local branch. For TTY: We accept 711 or other Relay Service.

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

Docusign Envelope ID: C3394853-3914-485E-8BB2-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 157

**Checking**

**March 1 - March 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account

**Checking Activity**

**Citigold Interest Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 03/01/24 | Opening Balance | | | 44,640.74 |
| 03/04/24 | ACH Electronic Debit CITIZENS PREM CITIZENS PREM INSURANCE 4525176 | 1,845.00 | | 42,795.74 |
| 03/06/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M8136 1 | 65.05 | | 42,730.69 |
| 03/06/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M9836 1 | 143.13 | | 42,587.56 |
| 03/06/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M6378 1 | 352.64 | | 42,234.92 |
| 03/13/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M2174 1 | 310.18 | | 41,924.74 |
| 03/13/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M0280 1 | 995.02 | | 40,929.72 |
| 03/13/24 | ACH Electronic Debit AMERICAN EXPR ACH PMT M9916 1 | 1,310.19 | | 39,619.53 |
| 03/13/24 | Check # 2095 | 12,000.00 | | 27,619.53 |
| 03/19/24 | ACH Electronic Debit ConEd of NY CHECK PYMT 0000002240 | 290.83 | | 27,328.70 |
| 03/22/24 | Check # 2097 | 300.00 | | 27,028.70 |
| 03/25/24 | Debit PIN Purchase PUBLIX SUPER MAR 135 BRPALM BEACH 00LUS05154 | 13.78 | | 27,014.92 |
| 03/25/24 | Debit PIN Purchase PUBLIX SUPER MAR 135 BRPALM BEACH 00LUS05154 | 114.85 | | 26,900.07 |
| 03/25/24 | Cash Withdrawal 03/23 03:06p #1472 Citibank ATM 5867 OKCHOBE BV, W PLM BH, FL | 1,000.00 | | 25,900.07 |
| 03/26/24 | ACH Electronic Debit VERIZON PAYMENTREC | 257.16 | | 25,642.91 |
| 03/26/24 | Debit Card Purchase 03/24 03:27p #1472 APPLE.COMBILL 866-712-7753 CA 24085 | 1.62 | | 25,641.29 |
| 03/26/24 | Debit Card Purchase 03/23 08:16p #1472 Prime Video Channels amzn.com/bill WA 24084 | 7.99 | | 25,633.30 |
| 03/26/24 | Debit Card Purchase 03/24 03:26p #1472 APPLE.COMBILL 866-712-7753 CA 24085 | 11.21 | | 25,622.09 |
| 03/26/24 | Mobile Purchase Sign Based 03/23 08:26p #1472 AMZN Mktp US*RA8DW7VX0 Amzn.com/bill WA 24085 Specialty Retail stores | 16.81 | | 25,605.28 |
| 03/26/24 | Mobile Purchase Sign Based 03/24 01:24p #1472 Amazon.com*RA82U15M0 Amzn.com/bill WA 24085 Specialty Retail stores | 21.39 | | 25,583.89 |
| 03/26/24 | Debit Card Purchase 03/24 03:27p #1472 APPLE.COMBILL 866-712-7753 CA 24085 | 40.27 | | 25,543.62 |
| 03/27/24 | Mobile Purchase Sign Based 03/25 11:56a #1472 AMAZON PRIME*RA2F85Q50 888-802-3080 WA 24086 | 11.99 | | 25,531.63 |
| 03/27/24 | Mobile Purchase Sign Based 03/25 09:04a #1472 AMZN Mktp US*RA8MT7AF2 Amzn.com/bill WA 24086 Specialty Retail stores | 31.54 | | 25,500.09 |
| 03/27/24 | Mobile Purchase Sign Based 03/24 08:41p #1472 AMZN Mktp US*RA6P65SN0 Amzn.com/bill WA 24086 Specialty Retail stores | 36.00 | | 25,464.09 |
| 03/28/24 | Transfer From Checking 10:27a #1472 ONLINE Reference # 000287 | | 9,000.00 | 34,464.09 |
| 03/29/24 | Mobile Purchase Sign Based 03/27 02:58p #1472 Prime Video Channels amzn.com/bill WA 24088 | 6.99 | | 34,457.10 |
| 03/29/24 | Debit Card Purchase 03/27 09:51p #1472 INTOTHELIGHTMOVIE 615-4377774 TN 24088 | 9.99 | | 34,447.11 |

Defendant's anticipated exhibits 155

**March 1 - March 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account

## Checking

Continued

### Citigold Interest Checking

Checking
Activity
Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 03/29/24 | Interest paid for 31 days,  Annual Percentage Yield Earned 0.01% | | 0.29 | 34,447.40 |
| | Total Subtracted/Added | 19,193.63 | 9,000.29 | |
| 03/31/24 | Closing Balance | | | 34,447.40 |

*All transaction times and dates reflected are based on Eastern Time.*

*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

## Savings

### Citi® Savings

Citi®
Savings
Account Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 03/01/24 | Opening Balance | | | 351.95 |
| 03/29/24 | Interest paid for 31 days,  Annual Percentage Yield Earned 0.13% | | 0.04 | 351.99 |
| 03/31/24 | Closing Balance | | | 351.99 |

## Retirement Accounts

This reports your retirement account balances and activity from Mar. 1 through Mar. 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A.  Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:

- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

Docusign Envelope ID: C3394853-3014-485B-8BB2-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 159

010/R1/20F00C

**March 1 - March 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account    6791895812

**Retirement Accounts**  Continued

Defendant's antic...

DEFENDANTS EXHIBIT 1/6/2025 160

010\R1\20F00C

Defendant's anticipated exhibits 158

Page 6 of 6

## March 1 - March 31, 2024
## RUDOLPH W. GIULIANI

**Important Disclosures**
**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first statement** on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number; (2) the dollar amount of the suspected error or (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or international Citibank Global Transfers to a recipient located in a foreign country or on or after October 28, 2013:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of your transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy provided to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error if possible. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these numbers together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate) the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
*Payment Instructions:* You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**
*Other Information:* Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Billing Rights Summary** - *What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may not have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you are not required to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

Citibank, N.A. Member FDIC


EQUAL HOUSING LENDER

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 161

010/R1/20F00C

**April 1 - April 30, 2024**

Page 1 of 10

**CITIGOLD SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

**Citigold Dedicated Servicing: 888-248-4465**
For banking, call your Relationship Manager:
*Scott Borg, 718-492-2703\**
For investments, call your Financial Advisor:
*James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

4-2-24 amendments to your applicable customer agreement include updates to interest rate exceptions & the promotional rate feature for new Citi Savings accounts. Please visit www.citi.com/accountagreementsandnotices for more information.

**RUDOLPH W. GIULIANI**
45 E. 66TH ST APT 10W
NEW YORK NY                    10065-6159

Your Citigold package Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 34,447.40 | 59,222.24 |
| **Savings** | | |
| Insured Money Market Accounts | 351.99 | 352.02 |
| **Citibank Total** | **$34,799.39** | **$59,574.26** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.35 | 1.55 |
| **Savings** | | |
| Insured Money Market Accounts | 0.03 | 0.14 |
| **Citibank Total** | **$0.38** | **$1.69** |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value[2] | 2,937.53 | 11,859.21 |
| **Citi Personal Wealth Management Total** | **$2,937.53** | **$11,859.21** |
| **Citigold Relationship Total** | **$2,937.91** | **$11,860.90** |

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:

- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

Defendant's anticipated exhibits 159

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6F97BC

**April 1 - April 30, 2024**

## Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

### Citigold Interest Checking   67918

Checking Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/01/24 | Opening Balance | | | 34,447.40 |
| 04/01/24 | Debit Card Purchase 03/28 09:06p #1472   APPLE.COM/BILL   866-712-7753 CA 24089 | 125.20 | | 34,322.20 |
| 04/02/24 | Mobile Purchase Sign Based 03/31 02:58p #1472   Prime Video Channels   amzn.com/bill WA 24092 | 1.99 | | 34,320.21 |
| 04/02/24 | Mobile Purchase Sign Based 03/29 10:10p #1472   Prime Video Channels   amzn.com/bill WA 24090 | 3.49 | | 34,316.72 |
| 04/02/24 | Mobile Purchase Sign Based 03/29 09:33a #1472   AMZN Mktp US*RA4UK2TE1 Amzn.com/bill WA 24090   Specialty Retail stores | 18.50 | | 34,298.22 |

DEFENDANTS EXHIBIT 1/6/2025 163

# Checking Continued

April 1 - April 30, 2024

## Citigold Interest Checking

**Checking Activity Continued**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/02/24 | Mobile Purchase Sign Based 03/29 09:32a #1472<br>AMAZON RET* 111-515221 SEATTLE WA 24090<br>Retail stores | 42.40 | | 34,255.82 |
| 04/02/24 | Debit Card Purchase 03/31 #1472 AMAZON GROCE*RA67N8X71 SEATTLE WA 24092<br>Food & Beverages | 163.16 | | 34,092.66 |
| 04/03/24 | Mobile Purchase Sign Based 04/01 07:23a #1472<br>Amazon Tips*YS6KQ3AJ3 Amzn.com/bill WA 24093<br>Specialty Retail stores | 10.00 | | 34,082.66 |
| 04/03/24 | Debit Card Purchase 04/01 11:47a #1472 IN *SKYLINE SOLUTIONS 917-7313543 NY 24093<br>Misc Transportation | 1,600.00 | | 32,482.66 |
| 04/04/24 | Debit Card Purchase 04/02 04:30p #1472 CURB NYC TAXI QUEENS NY 24094<br>Misc Transportation | 24.00 | | 32,458.66 |
| 04/04/24 | Mobile Purchase Sign Based 04/02 01:24p #1472<br>Amazon.com*SH4F2SU93 Amzn.com/bill WA 24094<br>Specialty Retail stores | 112.99 | | 32,345.67 |
| 04/04/24 | Check # 2244 | 10,000.00 | | 22,345.67 |
| 04/05/24 | ACH Electronic Debit ConEd of NY CHECK PYMT 0000002245 | 502.38 | | 21,843.29 |
| 04/05/24 | Mobile Purchase Sign Based 04/04 #1472 AMZN Mktp US*RR2BC4AY3 Amzn.com/bill WA 24095<br>Specialty Retail stores | 35.91 | | 21,807.38 |
| 04/05/24 | Debit Card Purchase 04/03 05:12p #1472 TST* BAR ITALIA New York NY 24095<br>Restaurant/Bar | 200.00 | | 21,607.38 |
| 04/08/24 | Debit Card Purchase 04/04 07:18p #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24096<br>Specialty Retail stores | 218.76 | | 21,388.62 |
| 04/08/24 | Debit Card Purchase 04/04 01:40p #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24096<br>Specialty Retail stores | 505.90 | | 20,882.72 |
| 04/09/24 | Debit Card Purchase Return 04/05 #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24097 | | 17.41 | 20,900.13 |
| 04/09/24 | Debit Card Purchase 04/07 09:19a #1472 APPLE.COM/BILL 866-712-7753 CA 24099 | 3.24 | | 20,896.89 |
| 04/09/24 | Debit Card Purchase 04/07 06:52p #1472 BETHLEHEM VILLAGE STOR BETHLEHEM NH 24099<br>Food & Beverages | 16.70 | | 20,880.19 |
| 04/09/24 | Debit Card Purchase 04/05 10:13a #1472 MCDONALD'S F7474 DARIEN CT 24097<br>Restaurant/Bar | 18.01 | | 20,862.18 |
| 04/09/24 | Debit Card Purchase 04/09 09:09a #1472 GO GREEN DRY CLEANERS PALM BEACH FL 24097<br>Misc Personal Services | 24.13 | | 20,838.05 |
| 04/09/24 | Debit Card Purchase 04/04 03:38p #1472 MARIELLA PIZZA NEW YORK NY 24097<br>Restaurant/Bar | 102.95 | | 20,735.10 |
| 04/09/24 | Mobile Purchase Sign Based 04/07 04:55p #1472<br>Amazon.com*UE7UC8QA3 Amzn.com/bill WA 24100<br>Food & Beverages | 149.19 | | 20,585.91 |
| 04/10/24 | Mobile Purchase Sign Based 04/08 06:28p #1472<br>Amazon Tips*I93lY7UC3 Amzn.com/bill WA 24100<br>Specialty Retail stores | 5.00 | | 20,580.91 |
| 04/10/24 | Debit Card Purchase 04/08 04:17a #1472 APPLE.COM/BILL 866-712-7753 CA 24100 | 9.99 | | 20,570.92 |

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6F97BC

**April 1 - April 30, 2024**
**RUDOLPH W. GIULIANI**

## Checking — Continued

### Checking Activity Continued

**Citigold Interest Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 04/10/24 | Debit Card Purchase 04/07 09:21p #1472    B&H PHOTO 800-606-6969 NEW YORK    NY 24100<br>Specialty Retail stores | 59.88 | | 20,511.04 |
| 04/11/24 | Debit Card Purchase 04/09 10:03p #1472    JETS PIZZA - NY-003    NEW YORK    NY 24101<br>Restaurant/Bar | 41.81 | | 20,469.23 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 10:59p #1472    Prime Video Channels    amzn.com/bill WA 24102<br>AMZN Mktp US*H48JE7J33 Amzn.com/bill WA 24102<br>Specialty Retail stores | 8.99 | | 20,460.24 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 12:03a #1472<br>AMZN Mktp US*H48JE7J33 Amzn.com/bill WA 24102<br>Specialty Retail stores | 16.32 | | 20,443.92 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 02:42a #1472<br>AMZN Mktp US*7F58L7VVl3 Amzn.com/bill WA 24102<br>Specialty Retail stores | 105.48 | | 20,338.44 |
| 04/15/24 | Deposit 03:04p    Teller | | 5,150.94 | 25,489.38 |
| 04/15/24 | Debit Card Purchase 04/10 12:26p #1472    APPLE.COM/BILL    866-712-7753 CA 24103 | 9.99 | | 25,479.39 |
| 04/15/24 | Debit Card Purchase 04/10 08:45p #1472    WIFIONBOARD    INTELSAT.COM IL 24103<br>Misc Business Services | 15.00 | | 25,464.39 |
| 04/16/24 | Debit Card Purchase Return 04/14 #1472    WIFIONBOARD    INTELSAT.COM IL 24106<br>Misc Business Services | | 15.00 | 25,479.39 |
| 04/16/24 | Debit Card Purchase Return 04/14 #1472    B&H PHOTO 800-606-6969 NEW YORK    NY 24106<br>Specialty Retail stores | | 59.87 | 25,539.26 |
| 04/16/24 | Brokerage Misc Credit** | | 27,000.00 | 52,539.26 |
| 04/16/24 | Mobile Purchase Sign Based 04/14 09:41a #1472<br>Amazon Tips*W03PN6KR3 Amzn.com/bill WA 24106<br>Specialty Retail stores | 10.00 | | 52,529.26 |
| 04/16/24 | Mobile Purchase Sign Based 04/14 10:24p #1472<br>AMZN Mktp US*HB0VU6TP3 Amzn.com/bill WA 24106<br>Specialty Retail stores | 20.16 | | 52,509.10 |
| 04/16/24 | Mobile Purchase Sign Based 04/13 11:14a #1472<br>AMZN Mktp US*4V6WM4PX3 Amzn.com/bill WA 24105<br>Specialty Retail stores | 32.65 | | 52,476.45 |
| 04/16/24 | Debit Card Purchase 04/14 11:14a #1472    B&H PHOTO 800-606-6969 NEW YORK    NY 24106<br>Specialty Retail stores | 59.87 | | 52,416.58 |
| 04/16/24 | Debit Card Purchase 04/14 11:23a #1472    B&H PHOTO 800-606-6969 NEW YORK    NY 24106<br>Specialty Retail stores | 59.88 | | 52,356.70 |
| 04/16/24 | Debit Card Purchase 04/12 06:19p #1472    PATSYS 60TH STREET    NEW YORK    NY 24104<br>Restaurant/Bar | 132.31 | | 52,224.39 |
| 04/16/24 | Debit Card Purchase 04/13 #1472    AMAZON GROCE*BG82H4Q13 SEATTLE    WA 24105<br>Food & Beverages | 167.83 | | 52,056.56 |
| 04/17/24 | Mobile Purchase Sign Based 04/13 11:32a #1472<br>AMZN Mktp US*7035J0Y63 Amzn.com/bill WA 24107<br>Specialty Retail stores | 27.48 | | 52,029.08 |
| 04/17/24 | Mobile Purchase Sign Based 04/15 04:14p #1472<br>AMAZON MAR* 111-650661 SEATTLE    WA 24107<br>Specialty Retail stores | 51.16 | | 51,977.92 |

Docusign Envelope ID: C3394853-2914-48EB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 165

010/R1/20F00C

Page 5 of 10

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI

## Checking

Continued

Checking
Activity
Continued

### Citigold Interest Checking

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/18/24 | Debit Card Purchase 04/15 04:21p #1472   NYC TAXI 1246 12460010 LONG ISLAND C NY 24108<br>Misc Transportation | 17.80 | | 51,960.12 |
| 04/18/24 | Debit Card Purchase 04/16 #1472   AMAZON GROCE*KC2BO4LY3 SEATTLE   WA 24108<br>Food & Beverages | 111.90 | | 51,848.22 |
| 04/19/24 | ACH Electronic Credit   PERSHING   BROKERAGE | | 23,000.00 | 74,848.22 |
| 04/19/24 | ACH Electronic Debit   AT&T Services   PAYMENTS  0000002250 | 15.29 | | 74,832.93 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 01:30p #1472<br>AMAZON PRIME*LR83V6Sß3 888-802-3080  WA 24109 | 0.49 | | 74,832.44 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 05:17p #1472<br>Amazon Tips*5Y46H10X8 Amzn.com/bill WA 24109<br>Specialty Retail stores | 7.00 | | 74,825.44 |
| 04/19/24 | Debit Card Purchase 04/17 07:57p #1472   APPLE.COMBILL   866-712-7753  CA 24109 | 9.23 | | 74,816.21 |
| 04/19/24 | Mobile Purchase Sign Based 04/16 12:42p #1472<br>AMZN Mktp US*t980TT3DV3 Amzn.com/bill WA 24109<br>Specialty Retail stores | 41.35 | | 74,774.86 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 02:05p #1472<br>AMZN Mktp US*O39O92R33 Amzn.com/bill WA 24109<br>Specialty Retail stores | 115.86 | | 74,659.00 |
| 04/19/24 | Debit Card Purchase 04/17 02:57p #1472   B&H PHOTO 800-606-6969 NEW YORK   NY 24109<br>Specialty Retail stores | 195.98 | | 74,463.02 |
| 04/19/24 | Cash Withdrawal 09:25a #1472   ATM RT.15 MERRITT PKWY   GREENWICH  00TUS051 | 200.00 | | 74,263.02 |
| 04/22/24 | Debit Card Purchase 04/17 10:23p #1472   APPLE.COMBILL   866-712-7753  CA 24110 | 9.79 | | 74,253.23 |
| 04/22/24 | Debit Card Purchase 04/18 05:36p #1472   METRO INTEGRATIVE PHAR NEW YORK   NY 24110<br>Food & Beverages | 127.25 | | 74,125.98 |
| 04/22/24 | Check # 2242 | 11,000.00 | | 63,125.98 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 08:11p #1472<br>AMAZON PRIME*NC9DM12Q3 888-802-3080  WA 24112 | 3.99 | | 63,121.99 |
| 04/23/24 | Debit Card Purchase 04/19 09:28a #1472   DUNKIN #349416   GREENWICH   CT 24111<br>Restaurant/Bar | 13.49 | | 63,108.50 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 01:54a #1472<br>AMZN Mktp US*1A6GG6B23 Amzn.com/bill WA 24112<br>Specialty Retail stores | 21.38 | | 63,087.12 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 01:04p #1472<br>Amazon.com*7F4RV40E3  Amzn.com/bill WA 24112<br>Specialty Retail stores | 21.70 | | 63,065.42 |
| 04/23/24 | Debit Card Purchase 04/20 07:41p #1472   LONGHORN STEAK 0125141 MANCHESTER   NH 24113<br>Restaurant/Bar | 73.12 | | 62,992.30 |
| 04/23/24 | Check # 2252 | 148.52 | | 62,843.78 |
| 04/24/24 | ACH Electronic Debit   VERIZON   PAYMENTREC | 256.79 | | 62,586.99 |
| 04/24/24 | Mobile Purchase Sign Based 04/22 11:54a #1472<br>AMAZON PRIME*E12XG8WA3 888-802-3080  WA 24114 | 11.99 | | 62,575.00 |

Defendant's anticipated exhibits 163

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6E97BC

DEFENDANTS EXHIBIT 1/6/2025 166

## Checking | Continued

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account

Page 6 of 10

### Citigold Interest Checking

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 04/24/24 | Debit Card Purchase 04/22 10:29a #1472   AUNTIE ANNE'S CHARLTON SUDBURY      MA 24114<br>Restaurant/Bar | 26.91 | | 62,548.09 |
| 04/24/24 | Mobile Purchase Sign Based 04/19 11:05p #1472<br>AMZN Mktp US*UT0OX4KC3 Amzn.com/bill WA 24114<br>Specialty Retail stores | 33.18 | | 62,514.91 |
| 04/24/24 | Debit Card Purchase 04/21 06:18p #1472   CARMELINAS          BOSTON       MA 24114<br>Restaurant/Bar | 140.40 | | 62,374.51 |
| 04/25/24 | Mobile Purchase Sign Based 04/23 05:56p #1472   Prime Video Channels   amzn.com/bill WA 24115 | 7.99 | | 62,366.52 |
| 04/25/24 | Mobile Purchase Sign Based 04/23 04:18p #1472<br>AMAZON MAR* 112-228736 SEATTLE        WA 24115<br>Specialty Retail stores | 97.97 | | 62,268.55 |
| 04/25/24 | Debit Card Purchase 04/23 #1472   AMAZON GROCE*KL5QO8DJ3 SEATTLE       WA 24115<br>Food & Beverages | 211.45 | | 62,057.10 |
| 04/25/24 | Check # 2254 | 900.00 | | 61,157.10 |
| 04/25/24 | Check # 2249 | 1,355.00 | | 59,802.10 |
| 04/26/24 | Debit Card Purchase 04/23 10:39p #1472   APPLE.COM/BILL       CUPERTINO      CA 24116<br>Specialty Retail stores | 1.62 | | 59,800.48 |
| 04/26/24 | Mobile Purchase Sign Based 04/24 08:06p #1472<br>Amazon Tips*3W1L72sO3 Amzn.com/bill WA 24116<br>Specialty Retail stores | 10.00 | | 59,790.48 |
| 04/26/24 | Debit Card Purchase 04/24 11:03a #1472   METRO INTEGRATIVE PHAR NEW YORK      NY 24116<br>Food & Beverages | 43.99 | | 59,746.49 |
| 04/26/24 | Debit Card Purchase 04/24 05:18p #1472   COMCAST/XFINITY    800-266-2278  FL 24116<br>Phones, Cable & Utilities | 185.00 | | 59,561.49 |
| 04/29/24 | Debit Card Purchase 04/24 07:27a #1472   APPLE.COM/BILL    866-712-7753  CA 24117 | 40.27 | | 59,521.22 |
| 04/29/24 | Debit Card Purchase 04/24 05:36p #1472   ATT* BILL PAYMENT    DALLAS       TX 24117<br>Phones, Cable & Utilities | 243.47 | | 59,277.75 |
| 04/30/24 | Mobile Purchase Sign Based 04/27 03:25p #1472   Prime Video Channels   amzn.com/bill WA 24119 | 6.99 | | 59,270.76 |
| 04/30/24 | Debit Card Purchase 04/26 08:31a #1472   CROSSIAN* DENILUXE.COM LEWES       DE 24118<br>Misc Business Services | 48.87 | | 59,221.89 |
| 04/30/24 | Interest paid for 30 days,   Annual Percentage Yield Earned 0.01% | | 0.35 | 59,222.24 |
| | **Total Subtracted/Added** | 30,468.73 | 55,243.57 | |
| 04/30/24 | Closing Balance | | | 59,222.24 |

*All transaction times and dates reflected are based on Eastern Time.*

*\*\* See your brokerage account statement for full transactional detail.*

*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

Defendant's anticipated exhibits 164

Checking Activity Continued

010/R1/20F00C
c

DEFENDANTS EXHIBIT 1/6/2025 167

010/R1/20F00C

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account

## Checking    Continued

**Checks Paid**

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2242 | 04/22 | 11,000.00 | 2244* | 04/04 | 10,000.00 | 2249* | 04/25 | 1,355.00 | 2252* | 04/23 | 148.52 |
| 2254* | 04/25 | 900.00 | | | | | | | | | |

* indicates gap in check number sequence

Number Checks Paid: 5          Totaling: $23,403.52

## Savings

**Citi® Savings**

**Citi®**
**Savings**
**Account Activity**

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| 04/01/24 | Opening Balance | | | | 351.99 |
| 04/30/24 | Interest paid for 30 days, Annual Percentage Yield Earned 0.10% | | | 0.03 | 352.02 |
| 04/30/24 | Closing Balance | | | | 352.02 |

## Retirement Accounts

This reports your retirement account balances and activity from Apr. 1 through Apr. 30, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh Plan are held as deposits of Citibank, N.A.  Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

> **INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**
> - **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
> - **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
> - **Subject to investment risks, including possible loss of the principal amount invested.**

Defendant's anticipated exhibits 165

Docusign Envelope ID: C3394853-2914-48EB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 168

Page 8 of 10

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account

**Retirement Accounts** Continued

Defendant's anticipated exhibits 166

Docusign Envelope ID: C3394853-2914-48FB-8B03-DBACED65F97BC

Defendant's anticipated exhibits 167

Page 9 of 10

**April 1 - April 30, 2024**

## Important Disclosures

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

### CITIBANK ACCOUNTS
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

### CERTIFICATES OF DEPOSIT
Certificate of Deposit (CD) information may show dashes in certain fields if the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and the federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number; (2) the dollar amount of the suspected error (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of the transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy. If you contact your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error (for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

### IRAs AND KEOGH Plans
Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

### CHECKING PLUS DISCLOSURES
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days that this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these numbers together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
**Payment Instructions:** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**
**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Billing Rights Summary** - *What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may not have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### CREDIT CARDS
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement. You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

Citibank, N.A. Member FDIC

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6F97BC

**April 1 - April 30, 2024**

**This page has been intentionally left blank.**

010/R1/20F00C

**May 1 - May 19, 2024**

**CITIGOLD SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

*Citigold Dedicated Servicing: 888-248-4465*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

4-2-24 amendments to your applicable customer agreement include updates to interest rate exceptions & the promotional rate feature for new Citi Savings accounts. Please visit www.citi.com/accountagreementsandnotices for more information.

**RUDOLPH W. GIULIANI**
45 E. 66TH ST APT 10W
NEW YORK NY          10065-6159

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 59,222.24 | 71,816.71 |
| **Savings** | | |
| Insured Money Market Accounts | 352.02 | 352.04 |
| **Citigold Relationship Total** | **$59,574.26** | **$72,168.75** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.37 | 1.92 |
| **Savings** | | |
| Insured Money Market Accounts | 0.02 | 0.16 |
| **Citigold Relationship Total** | **$0.39** | **$2.08** |

* To ensure quality service, calls are randomly monitored and may be recorded.

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 173

010/R1/20F00C

## Checking | Continued

### Citigold Interest Checking

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/02/24 | Debit Card Purchase 04/30 10:31a #1472   AMZN Mktp US*2N7TG4OU3 Amzn.com/bill WA 24122<br>Specialty Retail stores | 24.38 | | 58,762.58 |
| 05/02/24 | Debit Card Purchase 04/30 02:44p #1472   AMZN Mktp US*BX1QE8JD3 Amzn.com/bill WA 24122<br>Specialty Retail stores | 112.77 | | 58,649.81 |
| 05/03/24 | Debit Card Purchase 05/01 11:46a #1472   MERRY MAIDS #1319      561-493-8455   FL 24123<br>Misc Business Services | 195.00 | | 58,454.81 |
| 05/06/24 | Incoming Wire Transfer   WIRE FROM RICCI AND COMPANY, CPA, P.C. | | 12,000.00 | 70,454.81 |
| 05/06/24 | Debit Card Purchase 05/02 04:59p #1472   MINT ECO CAR WASH - SO WEST PALM BEA FL 24124<br>Autos (rental, service, gas) | 43.00 | | 70,411.81 |
| 05/06/24 | Mobile Purchase Sign Based 05/02 12:44a #1472<br>AMZN Mktp US*I1DG37R3 Amzn.com/bill WA 24124<br>Specialty Retail stores | 148.08 | | 70,263.73 |
| 05/07/24 | Incoming Wire Transfer   WIRE FROM GIULIANI COMMUNICATIONS LLC | | 20,000.00 | 90,263.73 |
| 05/07/24 | Mobile Purchase Sign Based 05/04 08:20p #1472   APPLE.COM/BILL      866-712-7753  CA 24126 | 1.62 | | 90,262.11 |
| 05/07/24 | Debit Card Purchase 05/02 08:45a #1472   GO GREEN DRY CLEANERS  PALM BEACH    FL 24125<br>Misc Personal Services | 87.73 | | 90,174.38 |
| 05/07/24 | Debit Card Purchase 05/03 #1472   IC* INSTACART*159      San Francisco CA 24125<br>Food & Beverages | 177.84 | | 89,996.54 |
| 05/09/24 | Debit Card Purchase 05/04 01:09p #1472   B2P*TAX COLL DMV PALM  WEST PALM BEA FL 24129<br>Specialty Retail stores | 50.15 | | 89,946.39 |
| 05/09/24 | Debit Card Purchase 05/06 09:22a #1472   GO GREEN DRY CLEANERS  PALM BEACH    FL 24129<br>Misc Personal Services | 120.79 | | 89,825.60 |
| 05/10/24 | Debit Card Purchase 05/08 04:21a #1472   APPLE.COM/BILL      866-712-7753  CA 24130 | 9.99 | | 89,815.61 |
| 05/10/24 | Mobile Purchase Sign Based 05/07 05:18p #1472<br>AMZN Mktp US*D98VU5VB3 Amzn.com/bill WA 24130<br>Specialty Retail stores | 137.56 | | 89,678.05 |
| 05/10/24 | Check # 2251 | 15,995.43 | | 73,682.62 |
| 05/13/24 | Mobile Purchase Sign Based 05/09 05:06p #1472<br>AMZN Mktp US*O98189XL3 Amzn.com/bill WA 24131<br>Specialty Retail stores | 556.40 | | 73,126.22 |
| 05/14/24 | Mobile Purchase Sign Based 05/13 12:04a #1472<br>AMAZON PRIME*AY9W09ML3 888-802-3080  WA 24134 | 3.79 | | 73,122.43 |
| 05/14/24 | Mobile Purchase Sign Based 05/12 10:20p #1472<br>AMAZON PRIME*R219E3K33 888-802-3080  WA 24134 | 3.79 | | 73,118.64 |
| 05/14/24 | Mobile Purchase Sign Based 05/10 11:06p #1472   Prime Video Channels   amzn.com/bill WA 24132 | 8.99 | | 73,109.65 |
| 05/14/24 | Debit Card Purchase 05/11 12:21p #1472   APPLE.COM/BILL      CUPERTINO    CA 24134 | 8.99 | | 73,100.66 |
| 05/14/24 | Debit Card Purchase 05/10 12:26p #1472   APPLE.COM/BILL      866-712-7753  CA 24132 | 9.99 | | 73,090.67 |
| 05/14/24 | Debit Card Purchase 05/10 06:05p #1472   RAV-LOCALS      CENTENNIAL    CO 24132 | 50.00 | | 73,040.67 |
| 05/14/24 | Debit Card Purchase 05/10 06:57p #1472   CITY PIZZA      WEST PALM BCH FL 24132<br>Restaurant/Bar | 113.23 | | 72,927.44 |

Defendant's anticipated exhibits 171

Page 4 of 6

**May 1 - May 19, 2024**
**RUDOLPH W. GIULIANI**
Citigold Account

## Checking — Continued

### Citigold Interest Checking

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/14/24 | Debit Card Purchase 05/11 06:03p #1472 TST* BICE PALM BEACH Palm Beach FL 24133 Restaurant/Bar | 119.07 | | 72,808.37 |
| 05/14/24 | Mobile Purchase Sign Based 05/09 09:55p #1472 Amazon.com*GY1369KU3 Amzn.com/bill WA 24132 Specialty Retail stores | 149.70 | | 72,658.67 |
| 05/14/24 | Debit Card Purchase 05/10 03:11p #1472 METRO INTEGRATIVE PHAR NEW YORK NY 24132 Food & Beverages | 159.98 | | 72,498.69 |
| 05/14/24 | Debit Card Purchase 05/09 06:22p #1472 BRICKTOP'S PALM BEACH PALM BEACH FL 24133 Restaurant/Bar | 166.96 | | 72,331.73 |
| 05/16/24 | Debit Card Purchase 05/14 01:09a #1472 APPLE.COM/BILL 866-712-7753 CA 24136 | 87.06 | | 72,244.67 |
| 05/16/24 | Mobile Purchase Sign Based 05/15 #1472 IC* INSTACART*159 San Francisco CA 24136 Food & Beverages | 171.64 | | 72,073.03 |
| 05/17/24 | Mobile Purchase Sign Based 05/16 12:41a #1472 AMAZON PRIME*CN2NU3OFF3 888-802-3080 WA 24137 | 3.79 | | 72,069.24 |
| 05/17/24 | Mobile Purchase Sign Based 05/14 07:41p #1472 AMZN Mktp US*4G5YSUL03 Amzn.com/bill WA 24137 Specialty Retail stores | 12.99 | | 72,056.25 |
| 05/17/24 | Debit Card Purchase 05/15 10:39a #1472 AMAZON.COM*1X01C7DL3 SEATTLE WA 24137 Specialty Retail stores | 32.18 | | 72,024.07 |
| 05/17/24 | Mobile Purchase Sign Based 05/15 04:39p #1472 AMZN Mktp US*3J8SD3K3 Amzn.com/bill WA 24137 Specialty Retail stores | 34.98 | | 71,989.09 |
| 05/17/24 | Debit Card Purchase 05/14 07:22p #1472 AMZN Mktp US*QU8486OO3 Amzn.com/bill WA 24137 Specialty Retail stores | 172.75 | | 71,816.34 |
| 05/17/24 | Interest paid for 19 days, Annual Percentage Yield Earned 0.01% | | 0.37 | 71,816.71 |
| 05/19/24 | Total Subtracted/Added | 19,405.90 | 32,000.37 | |
| 05/19/24 | Closing Balance | | | 71,816.71 |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

## Savings

### Citi® Savings

Citi® Savings Account Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/01/24 | Opening Balance | | | 352.02 |
| 05/17/24 | Interest paid for 19 days, Annual Percentage Yield Earned 0.11% | | 0.02 | 352.04 |
| 05/19/24 | Closing Balance | | | 352.04 |

Defendant's anticipated exhibits 172

010/R120F00C

Defendant's anticipated exhibits 173

**May 1 - May 19, 2024**
**RUDOLPH W. GIULIANI**

**Important Disclosures**

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
FDIC Insurance:
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields until the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
In Case of Errors or Questions about Your Electronic Fund Transfers:
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first statement** on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Give us the following information:** (1) your name and account number; (2) the dollar amount of the suspected error; and (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information (1) your name, address and account number; (2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
Checking Plus Line of Credit - Fixed Rate and Variable Rate
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these numbers together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
*Payment Instructions:* You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003
*Other Information:* Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**    Citibank, N.A. Member FDIC

Docusign Envelope ID: C3394863-2914-48FB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 176

**May 1 - May 19, 2024**
**RUDOLPH W. GIULIANI**

**This page has been intentionally left blank.**

Defendant's anticipated exhibits 174

Docusign Envelope ID: C3394853-2914-48FB-8B93-DBACED6F97BC
DEFENDANTS EXHIBIT 1/6/2025 177

010/R1/20F00C

**May 20 - May 31, 2024**

Page 1 of 8

**CITIGOLD PRIVATE CLIENT SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

*For Citigold Private Client Servicing: 888-500-5008*
For banking, call your Relationship Manager:
    *Scott Borg, 718-492-2703\**
For investments, call your Financial Advisor:
    *James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

**RUDOLPH W. GIULIANI**
45 E. 66TH ST APT 10W
NEW YORK NY      10065-6159

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 76,967.91 | 93,154.52 |
| **Citibank Total** | **$76,967.91** | **$93,154.52** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.00 | 2.12 |
| **Citibank Total** | **$0.00** | **$2.12** |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | 2,229.79 | 14,435.69 |
| **Citi Personal Wealth Management Total** | **$2,229.79** | **$14,435.69** |
| **Citigold Private Client Relationship Total** | **$2,229.79** | **$14,437.81** |

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

\* To ensure quality service, calls are randomly monitored and may be recorded.
[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
  •  **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
  •  **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
  •  **Subject to investment risks, including possible loss of the principal amount invested.**
[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

Defendant's anticipated exhibits 175

Docusign Envelope ID: C3394853-2911-48FB-8BD3-DBACED6F07BC

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

Page 2 of 8

## Messages From Citigold Private Client

Unless you enroll in Tier Acceleration, your CAMB is reviewed on the last calendar day of the month, which may be before your Statement Period Date. If you join a Relationship Tier before your Statement Period Date, you will receive a partial-month Account Statement beginning on your existing Statement Period start date and ending on the day before you join a Relationship Tier ("Partial Month" statement). Unless you are eligible for a fee waiver as shown on your Partial Month statement, you will be charged Monthly Service Fees and Non-Citi ATM Fees.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-500-5008(TTY: We accept 711 or other Relay Service).

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | | None | None | N/A | No Fee - CPC Waiver |
| Regular Checking | | None | None | N/A | No Fee - CPC Waiver |
| Total | | None | None | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

010/R1120F00C

Docusign Envelope ID: C3394853-2914-48FB-8B93-DBACED6F97BC

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Checking

### Checking Activity

**Regular Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/20/24 | Opening Balance | | | 5,151.20 |
| 05/20/24 | Reimagine Product Conversion: from Int Checking to Reg Chec | | | 5,151.20 |
| 05/22/24 | ACH Electronic Credit  XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 9,868.20 |
| | Total Subtracted/Added | 0.00 | 4,717.00 | |
| 05/31/24 | Closing Balance | | | 9,868.20 |

### Checking Activity

**Regular Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/20/24 | Opening Balance | | | 71,816.71 |
| 05/20/24 | Reimagine Product Conversion: from Int Checking to Reg Chec | | | 71,816.71 |
| 05/20/24 | Debit Card Purchase 05/16 12:26a #1472   AMZN Mktp US*7C0WU7P53 Amzn.com/bill WA 24138 Specialty Retail stores | 128.39 | | 71,688.32 |
| 05/21/24 | Incoming Wire Transfer  WIRE FROM GIULIANI COMMUNICATIONS LLC | | 25,000.00 | 96,688.32 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 12:28a #1472 AMAZON PRIME*EG21M8jGN3 888-802-3080 WA 24139 | 3.79 | | 96,684.53 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 10:24a #1472 Amazon.com*3732M2T13  Amzn.com/bill WA 24140 Specialty Retail stores | 10.99 | | 96,673.54 |
| 05/21/24 | Mobile Purchase Sign Based 05/16 06:53p #1472 AMZN Mktp US*2303X5RB3 Amzn.com/bill WA 24139 Specialty Retail stores | 24.60 | | 96,648.94 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 07:38a #1472 Amazon.com*DL4PP27VN3  Amzn.com/bill WA 24140 Specialty Retail stores | 37.95 | | 96,610.99 |
| 05/22/24 | Mobile Purchase Returns 05/20 #1472   AMZN Mktp US   Amzn.com/bill WA 24142 Specialty Retail stores | | 24.60 | 96,635.59 |
| 05/23/24 | Mobile Purchase Sign Based 05/21 10:58a #1472   ATT* BILL PAYMENT      DALLAS      TX 24143 Phones, Cable & Utilities | 228.36 | | 96,407.23 |
| 05/24/24 | ACH Electronic Debit  VERIZON      PAYMENTREC | 256.79 | | 96,150.44 |
| 05/24/24 | Mobile Purchase Sign Based 05/22 11:43a #1472 AMAZON PRIME*XR20492B3 888-802-3080 WA 24144 | 11.99 | | 96,138.45 |
| 05/24/24 | Debit Card Purchase 05/22 03:16p #1472   METRO INTEGRATIVE PHAR NEW YORK      NY 24144 Food & Beverages | 69.99 | | 96,068.46 |
| 05/28/24 | Mobile Purchase Sign Based 05/23 05:25p #1472   Prime Video Channels  amzn.com/bill WA 24145 | 9.05 | | 96,059.41 |
| 05/28/24 | Debit Card Purchase 05/23 06:42p #1472   CITY PIZZA      WEST PALM BCH FL 24145 Restaurant/Bar | 114.40 | | 95,945.01 |
| 05/29/24 | Mobile Purchase Sign Based 05/27 03:13p #1472   Prime Video Channels  amzn.com/bill WA 24149 | 7.92 | | 95,937.09 |

010/R1/20F00C

Defendant's anticipated exhibits 178

## Checking | Continued

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account  1371428

Page 4 of 8

### Regular Checking

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/29/24 | Mobile Purchase Sign Based 05/27 03:42p #1472<br>AMZN Mktp US*AL7WA6JY3 Amzn.com/bill WA 24149<br>Specialty Retail stores | 14.03 | | 95,923.06 |
| 05/29/24 | Debit Card Purchase 05/24 07:27a #1472  APPLE.COM/BILL  866-712-7753  CA 24146 | 49.50 | | 95,873.56 |
| 05/29/24 | Debit Card Purchase 05/24 01:37p #1472  BURGERFI CITY PLACE WP WEST PALM BEA FL 24146<br>Restaurant/Bar | 52.04 | | 95,821.52 |
| 05/29/24 | Mobile Purchase Sign Based 05/27 01:25a #1472<br>AMZN Mktp US*XG1WF8WH3 Amzn.com/bill WA 24149<br>Specialty Retail stores | 82.16 | | 95,739.36 |
| 05/29/24 | Check # 2327 | 12,000.00 | | 83,739.36 |
| 05/30/24 | Debit Card Purchase 05/27 08:30a #1472  APPLE.COM/BILL  866-712-7753  CA 24150 | 1.62 | | 83,737.74 |
| 05/30/24 | Mobile Purchase Sign Based 05/27 03:42p #1472<br>AMZN Mktp US*E129W1D63 Amzn.com/bill WA 24150<br>Specialty Retail stores | 13.99 | | 83,723.75 |
| 05/30/24 | Debit Card Purchase 05/27 08:30a #1472  APPLE.COM/BILL  866-712-7753  CA 24150 | 130.64 | | 83,593.11 |
| 05/30/24 | Debit Card Purchase 05/28 #1472  AMAZON GROCE*FJ11X2903 SEATTLE    WA 24150<br>Food & Beverages | 138.82 | | 83,454.29 |
| 05/31/24 | Mobile Purchase Sign Based 05/29 10:49p #1472  Prime Video Channels   amzn.com/bill WA 24151 | 4.99 | | 83,449.30 |
| 05/31/24 | Mobile Purchase Sign Based 05/29 12:00p #1472<br>Amazon Tips*OS73L86C3  Amzn.com/bill WA 24151<br>Specialty Retail stores | 10.00 | | 83,439.30 |
| 05/31/24 | Debit Card Purchase 05/29 02:03p #1472  MILANO        NEW YORK     NY 24151<br>Food & Beverages | 52.98 | | 83,386.32 |
| 05/31/24 | Debit Card Purchase 05/29 05:47p #1472  EXXON BISMA SERVICE CE NEW YORK    NY 24151<br>Autos (rental, service, gas) | 100.00 | | 83,286.32 |
| | Total Subtracted/Added | 13,554.99 | 25,024.60 | |
| 05/31/24 | Closing Balance | | | 83,286.32 |

All transaction times and dates reflected are based on Eastern Time.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

Docusign Envelope ID: C3394863-2914-48FB-8B93-DBACED6F97BC

010/R1/20F00C

Defendant's anticipated exhibits 179

## Retirement Accounts

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

Page 5 of 8

This reports your retirement account balances and activity from May 1 through May 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

---

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:

- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

---

**Citi Personal Wealth Management Retirement Plans**

May 20 - May 31, 2024
RUDOLPH W. GIULIANI

## Important Disclosures

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

### CITIBANK ACCOUNTS

The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of the individual products reported here may be different from the addressee(s) on the first page.

### CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT

**FDIC Insurance:**
The products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.

**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627- 3999. For TTY: we accept 711 or other Relay Service.

### CERTIFICATES OF DEPOSIT

Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS

**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following paragraph applies to our savings and international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy. If your account is an account that we have given an error resolution notice and you request an amount necessary to resolve the error for those cases where bank error is found, we will determine whether an error occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

### IRAs AND KEOGH Plans

Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

### CHECKING PLUS DISCLOSURES

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**

**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid Interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days in the billing cycle and (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Payment Instructions:** Make your payment online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of the Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in *writing*. You may call us, but if you do do we are not required to investigate any potential errors and you may not have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### CREDIT CARDS

Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and the other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

Citibank, N.A. Member FDIC

010/R120F00C

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

*Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

*Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3. CAMB Balance Range Chart

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

Docusign Envelope ID: C3394853-2914-48FB-8BB3-DBACED6F97BC

Case 1:24-cv-06563-LJL    Document 169-24    Filed 01/07/25    Page 123 of 163

DEFENDANTS EXHIBIT 1/6/2025 184

**May 20 - May 31, 2024**
**RUDOLPH W. GIULIANI**

4. Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

### Account Fees and Waiver Eligibility

| Description | Account Fees | | Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply | | |
| --- | --- | --- | --- | --- | --- |
| | Monthly Service Fee | Non-Citi ATM Fee | Activity | Citigold Private Client, Citigold or Citi Priority Relationship Tiers | Month of account opening and for the first 3 full calendar months after account opening. |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

Defendant's anticipated exhibits 182

010/R1/20F00C

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 185

010/R1120F00C

Page 1 of 10

**June 1 - June 30, 2024**

**CITIGOLD PRIVATE CLIENT SERVICES**
PO Box 6201
Sioux Falls, SD 57117-6201

*For Citigold Private Client Servicing: 888-500-5008*
For banking, call your Relationship Manager:
    *Scott Borg, 718-492-2703\**
For investments, call your Financial Advisor:
    *James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

Effective May 7, 2024, the Certificate of Deposit (CD) terms within your corresponding agreement are updated to reiterate that you agree to leave your funds in the CD account for the first six days after account opening or renewal. Please refer to your corresponding agreement for more information.

**RUDOLPH W. GIULIANI**
45 E. 66TH ST APT 10W
NEW YORK NY     10065-6159

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Under SIPC: Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

## Value of Accounts

| | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 93,154.52 | 34,195.60 |
| **Citibank Total** | **$93,154.52** | **$34,195.60** |

## Earnings Summary

| | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.00 | 2.12 |
| **Citibank Total** | **$0.00** | **$2.12** |
| **Citi Personal Wealth Management Accounts [1]** | | |
| Total IRA Account Value[2] | 2,853.91 | 17,774.85 |
| **Citi Personal Wealth Management Total** | **$2,853.91** | **$17,774.85** |
| **Citigold Private Client Relationship Total** | **$2,853.91** | **$17,776.97** |

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

Defendant's anticipated exhibits 183

010/R1/20F00C

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI

## Messages From Citigold Private Client

Effective June 27, 2024, the following sentence is added as a second paragraph to the Wire Transfer Fee Chart introduction within Appendix 1: Fee Schedule section of the Consumer Deposit Account Agreement: Please note, fees and charges may apply for wire transfers initiated from a consumer account through CitiBusiness® Online.  Please refer to the fees and charges displayed on CitiBusiness® Online at the time of the transaction.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-500-5008(TTY: We accept 711 or other Relay Service).

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking |  | None | None | N/A | No Fee - CPC Waiver |
| Regular Checking |  | None | None | N/A | No Fee - CPC Waiver |
| Total |  | None | None |  |  |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

Docusign Envelope ID: C3394853-2914-48FB-8B93-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 187

## Checking

**June 1 - June 30, 2024**
**RUDOLPH W GIULIANI**

### Regular Checking

| Checking Activity | Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| | 06/01/24 | Opening Balance | | | 9,868.20 |
| | 06/26/24 | ACH Electronic Credit  XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 14,585.20 |
| | 06/30/24 | Closing Balance | | | 14,585.20 |

### Regular Checking

| Checking Activity | Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| | 06/01/24 | Opening Balance | | | 83,286.32 |
| | 06/03/24 | Debit Card Purchase 05/30 12:20a #1472  APPLE.COM/BILL      CUPERTINO    CA 24152<br>Specialty Retail stores | 10.88 | | 83,275.44 |
| | 06/04/24 | Mobile Purchase Sign Based 05/31 03:57p #1472  APPLE.COM/BILL  amzn.com/bill WA 24153 | 1.99 | | 83,273.45 |
| | 06/05/24 | ACH Electronic Debit  ConEd of NY    CHECK PYMT 0000002330 | 106.21 | | 83,167.24 |
| | 06/05/24 | Mobile Purchase Sign Based 06/03 06:19p #1472  UBER  EATS      8005928996    CA 24156<br>Restaurant/Bar | 78.12 | | 83,089.12 |
| | 06/06/24 | Mobile Purchase Sign Based 06/03 07:46p #1472<br>Amazon.com*9E4ON3CS3  Amzn.com/bill WA 24157<br>Specialty Retail stores | 46.04 | | 83,043.08 |
| | 06/06/24 | Debit Card Purchase 06/03 12:20p #1472  GO GREEN DRY CLEANERS  PALM BEACH    FL 24157<br>Misc Personal Services | 62.30 | | 82,980.78 |
| | 06/06/24 | Debit Card Purchase 06/03 12:20p #1472  GO GREEN DRY CLEANERS  PALM BEACH    FL 24157<br>Misc Personal Services | 62.32 | | 82,918.46 |
| | 06/06/24 | Debit Card Purchase 06/04 #1472  AMAZON GROCE*8W4ZEZ243 SEATTLE      WA 24157<br>Food & Beverages | 92.39 | | 82,826.07 |
| | 06/06/24 | ACH Check  AT&T Services  PAYMENTS  0000002329 | 23.49 | | 82,802.58 |
| | 06/07/24 | Mobile Purchase Sign Based 06/05 11:24a #1472<br>Amazon Tips*M775D2TE5  Amzn.com/bill WA 24158<br>Specialty Retail stores | 7.00 | | 82,795.58 |
| | 06/07/24 | Debit Card Purchase 06/06 12:20a #1472  APPLE.COM/BILL      866-712-7753 CA 24158 | 12.50 | | 82,783.08 |
| | 06/07/24 | Check # 2331 | | | 67,783.08 |
| | 06/10/24 | Debit Card Purchase 06/06 06:48p #1472  TARGET      00032847 NEW YORK    NY 24159<br>Retail stores | 407.53 | | 67,375.55 |
| | 06/11/24 | Debit Card Purchase 06/08 04:17a #1472  APPLE.COM/BILL      866-712-7753  CA 24161 | 9.99 | | 67,365.56 |
| | 06/11/24 | Mobile Purchase Sign Based 06/09 08:49p #1472  UBER  TRIP      8005928996    CA 24162<br>Misc Transportation | 10.09 | | 67,355.47 |
| | 06/11/24 | Mobile Purchase Sign Based 06/09 08:40p #1472  UBER  TRIP      8005928996    CA 24162<br>Misc Transportation | 37.57 | | 67,317.90 |
| | 06/11/24 | Mobile Purchase Sign Based 06/07 08:07a #1472  UBER  TRIP      8005928996    CA 24160<br>Misc Transportation | 97.43 | | 67,220.47 |
| | 06/12/24 | Mobile Purchase Sign Based 06/10 11:07p #1472  Prime Video Channels  amzn.com/bill WA 24163 | 6.78 | | 67,213.69 |

Defendant's anticipated exhibits 185

010R1i20F00C

Docusign Envelope ID: C3394853-2011-48EB-8BD3-DBACED6F97BC

**June 1 - June 30, 2024**
**RUDOLPH W. GIULIANI**
Citigold Private Client Account

## Checking    Continued

Checking
Activity
Continued

### Regular Checking 6

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/12/24 | Debit Card Purchase 06/10 12:26p #1472   APPLE.COM/BILL   866-712-7753 CA 24163 | 9.99 | | 67,203.70 |
| 06/12/24 | Mobile Purchase Sign Based 06/11 12:28a #1472   UBER  TRIP   8005928996   CA 24163<br>Misc Transportation | 21.74 | | 67,181.96 |
| 06/13/24 | Debit Card Purchase 06/11 12:20p #1472   APPLE.COM/BILL   866-712-7753 CA 24164 | 8.99 | | 67,172.97 |
| 06/14/24 | Debit Card Purchase 06/11 06:34p #1472   MARIELLA PIZZA   NEW YORK   NY 24165<br>Restaurant/Bar | 121.67 | | 67,051.30 |
| 06/17/24 | Debit Card Purchase 06/13 07:10p #1472   APPLE.COM/BILL   866-712-7753 CA 24166 | 1.62 | | 67,049.68 |
| 06/17/24 | Debit Card Purchase 06/13 07:10p #1472   APPLE.COM/BILL   866-712-7753 CA 24166 | 10.88 | | 67,038.80 |
| 06/17/24 | Debit Card Purchase 06/13 #1472   AMAZON GROCE*PH7IV7C03 SEATTLE   WA 24166<br>Food & Beverages | 127.17 | | 66,911.63 |
| 06/17/24 | Mobile Purchase Sign Based 06/10 06:01p #1472<br>AMAZON MKTPL*5J4FU6K63 Amzn.com/bill WA 24166<br>Specialty Retail stores | 212.04 | | 66,699.59 |
| 06/18/24 | Mobile Purchase Sign Based 06/16 05:59p #1472<br>AMAZON PRIME*YQ5GB0IL3 888-802-3080 WA 24169 | 4.07 | | 66,695.52 |
| 06/18/24 | Mobile Purchase Sign Based 06/16 01:02p #1472<br>AMAZON PRIME*AF1ON3G53 888-802-3080 WA 24169 | 4.52 | | 66,691.00 |
| 06/18/24 | Mobile Purchase Sign Based 06/14 04:06p #1472<br>Amazon Tips*6L9GH9LF3  Amzn.com/bill WA 24167<br>Specialty Retail stores | 7.00 | | 66,684.00 |
| 06/18/24 | Mobile Purchase Sign Based 06/15 05:05a #1472<br>AMAZON PRIME*NY9R4ARP3 888-802-3080 WA 24167 | 9.88 | | 66,674.12 |
| 06/18/24 | Debit Card Purchase 06/15 10:45a #1472   ACTIONTOURGUIDE   BARRINGTON   RI 24168<br>Misc Transportation | 14.99 | | 66,659.13 |
| 06/18/24 | Debit Card Purchase 06/15 12:02p #1472   LOVE'S #0358 OUTSIDE   HAMBURG   PA 24168<br>Autos (rental, service, gas) | 45.58 | | 66,613.55 |
| 06/18/24 | Debit Card Purchase 06/15 09:32p #1472   BP#2142941HOLLAND LOPS JERSEY CITY   NJ 24168<br>Autos (rental, service, gas) | 51.00 | | 66,562.55 |
| 06/18/24 | Debit Card Purchase 06/15 06:15a #1472   COMCAST/XFINITY   800-266-2278 FL 24168<br>Phones, Cable & Utilities | 85.00 | | 66,477.55 |
| 06/18/24 | Check # 2243 | 323.00 | | 66,154.55 |
| 06/18/24 | Check # 2248 | 3,250.00 | | 62,904.55 |
| 06/20/24 | Incoming Wire Transfer   WIRE FROM RICCI AND COMPANY, CPA, P.C. | | 3,250.00 | 66,154.55 |
| 06/20/24 | Debit Card Purchase 06/17 02:58p #1472   UBER *EATS HELP.UBER.C San Francisco CA 24170<br>Restaurant/Bar | 64.80 | | 66,089.75 |
| 06/20/24 | Debit Card Purchase 06/17 04:22p #1472   METRO INTEGRATIVE PHAR NEW YORK   NY 24170<br>Food & Beverages | 133.98 | | 65,955.77 |
| 06/20/24 | Mobile Purchase Sign Based 06/16 06:47p #1472   UBER   EATS   8005928996   CA 24170<br>Restaurant/Bar | 137.54 | | 65,818.23 |
| 06/20/24 | Check # 2241 | 148.52 | | 65,669.71 |

Defendant's anticipated exhibits 186

Case 1:24-cv-06563-LJL    Document 169-24    Filed 01/07/25    Page 128 of 163

DEFENDANTS EXHIBIT 1/6/2025 189

Defendant's anticipated exhibits 187

## Checking    Continued

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

Checking
Activity
Continued

### Regular Checking

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/21/24 | Debit Card Purchase 06/18 12:35p #1472   TST* PG - 3503 - CHARL CHARLTON      MA 24172<br>Restaurant/Bar | 6.55 | | 65,663.16 |
| 06/21/24 | Debit Card Purchase 06/18 12:34p #1472   AUNTIE ANNES - CHARLTON CHARLTON      MA 24172<br>Restaurant/Bar | 18.17 | | 65,644.99 |
| 06/24/24 | Debit Card Purchase 06/19 10:07p #1472   APPLE.COMBILL     866-712-7753 CA 24173 | 63.66 | | 65,581.33 |
| 06/24/24 | Mobile Purchase Sign Based 06/20 06:58p #1472   UBER   EATS      8005928996   CA 24173<br>Restaurant/Bar | 91.02 | | 65,490.31 |
| 06/25/24 | ACH Electronic Debit   VERIZON        PAYMENTREC | 256.79 | | 65,233.52 |
| 06/25/24 | ACH Electronic Debit   ConEd of NY      CHECK PYMT 0000002256 | 472.40 | | 64,761.12 |
| 06/25/24 | Mobile Purchase Sign Based 06/23 06:24p #1472   Prime Video Channels   amzn.com/bill WA 24176 | 9.05 | | 64,752.07 |
| 06/25/24 | Mobile Purchase Sign Based 06/22 12:11p #1472<br>AMAZON PRIME*F37EH6YL3 888-802-3080  WA 24175 | 11.99 | | 64,740.08 |
| 06/25/24 | Debit Card Purchase 06/23 01:09p #1472   METRO INTEGRATIVE PHAR NEW YORK      NY 24176<br>Food & Beverages | 43.99 | | 64,696.09 |
| 06/25/24 | Debit Card Purchase 06/23 03:14p #1472   COME & SEE FOUNDATION RALEIGH       NC 24176<br>Membership & organizations | 103.00 | | 64,593.09 |
| 06/25/24 | Debit Card Purchase 06/22 01:14p #1472<br>PURITAN BACKROOM RESTA MANCHESTER   NH 24175<br>Restaurant/Bar | 104.97 | | 64,488.12 |
| 06/25/24 | Mobile Purchase Sign Based 06/21 12:24p #1472   ATT* BILL PAYMENT       DALLAS      TX 24174<br>Phones, Cable & Utilities | 228.36 | | 64,259.76 |
| 06/25/24 | ACH Check   AT&T Services   PAYMENTS      0000002255 | 54.39 | | 64,205.37 |
| 06/26/24 | Debit Card Purchase 06/24 07:27a #1472   APPLE.COMBILL     866-712-7753 CA 24177 | 52.77 | | 64,152.60 |
| 06/27/24 | Debit Card Purchase 06/24 11:42a #1472   AUNTIE ANNES - CHARLTON CHARLTON      MA 24178<br>Restaurant/Bar | 8.34 | | 64,144.26 |
| 06/27/24 | Debit Card Purchase 06/24 11:40a #1472   AUNTIE ANNES - CHARLTON CHARLTON      MA 24178<br>Restaurant/Bar | 22.74 | | 64,121.52 |
| 06/27/24 | Mobile Purchase Sign Based 06/25 02:34p #1472<br>Amazon.com*RC5011OT2  Amzn.com/bill WA 24178<br>Specialty Retail stores | 45.60 | | 64,075.92 |
| 06/27/24 | Debit Card Purchase 06/25 02:34p #1472   AMAZON.COM*RC7G66V20  SEATTLE      WA 24178<br>Specialty Retail stores | 52.27 | | 64,023.65 |
| 06/28/24 | Outgoing Domestic Wire Transfer ONLINE 8123874673379S5 0628[1] | 44,361.26 | | 19,662.39 |
| 06/28/24 | Debit Card Purchase 06/26 02:05p #1472   TST* WRAP CITY - MANCH Manchester   NH 24179<br>Restaurant/Bar | 51.99 | | 19,610.40 |
| | **Total Subtracted/Added** | 66,925.92 | 3,250.00 | |
| 06/30/24 | **Closing Balance** | | | 19,610.40 |

*All transaction times and dates reflected are based on Eastern Time.*
[1] *This date reflects the actual date your transaction was credited to your account.*

Docusign Envelope ID: C3394863-2914-48FB-8BD3-DBACED6F97BC

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Checking    Continued

*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 2241 | 06/20 | 148.52 | 2243* | 06/18 | 323.00 | 2248* | 06/18 | 3,250.00 | 2331* | 06/07 | 15,000.00 |

* indicates gap in check number sequence

Number Checks Paid: 4          Totaling: $18,721.52

## Retirement Accounts

This reports your retirement account balances and activity from June 1 through June 30, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGM are affiliated companies under the common control of Citigroup, Inc.

**INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**

- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

Defendant's anticipated exhibits 188

Docusign Envelope ID: C3394853-2014-48FB-8BD2-DBACED6F97BC

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

**Important Disclosures**
**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**
**FDIC Insurance:**
The products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.
**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627-3999. For TTY: we accept 711 or other Relay Service.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The International Transfers paragraph applies to International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (you may change your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is involved). We will determine whether an error occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid Interest or other finance charges and any payments or credits. This gives us the "daily balance". You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days in the statement period and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Payment Instructions:** You may make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**.

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
  - We cannot try to collect the amount in question, or report you as delinquent on that amount.
  - The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
  - While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  - We can apply any unpaid amount against your credit limit.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do do we are not required to investigate any potential errors and you may not have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. Advertised on Citi as a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and all other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**

Citibank, N.A. Member FDIC

EQUAL HOUSING LENDER

DEFENDANTS EXHIBIT 1/6/2025 191

010/R1120F00C

e 8 of 10

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you view converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

*Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

*Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3. **CAMB Balance Range Chart**

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000.999,999.99 | $800,000 or more |

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6F97BC

Case 1:24-cv-06563-LJL    Document 116-24    Filed 01/27/24    Page 132 of 163

DEFENDANTS EXHIBIT 1/6/2025 193

**June 1 - June 30, 2024**
**RUDOLPH W. GIULIANI**
Citigold Private Client Account

4.  Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

### Account Fees and Waiver Eligibility

| Description | Account Fees | | Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply | | |
| --- | --- | --- | --- | --- | --- |
| | Monthly Service Fee | Non-Citi ATM Fee | Activity | Citigold Private Client, Citigold or Citi Priority Relationship Tiers | Month of account opening and for the first 3 full calendar months after account opening. |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

Defendant's anticipated exhibits 191

Docusign Envelope ID: C3394863-2914-48FB-8BD3-DBACED6F97BC

**June 1 - June 30, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

**This page has been intentionally left blank.**

Docusign Envelope ID: C3394853-2914-48FB-8BP3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 195

**July 1 - July 31, 2024**
**Citigold Private Client Account**
**CPWM ACCOUNT**

CITIGOLD PRIVATE CLIENT SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201

*For Citigold Private Client Servicing: 888-500-5008*
For banking, call your Relationship Manager:
    *Scott Borg, 718-492-2703\**
For investments, call your Financial Advisor:
    *James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

6-27-24 amendments to your applicable customer agreement include
various updates to the Promotional Rate Feature for new Citi Savings
accounts section along with a new subparagraph under Deposit
Minimum Balance. Please visit
www.citi.com/accountagreementsandnotices for more information.

**RUDOLPH W. GIULIANI**
**45 E. 66TH ST APT 10W**
**NEW YORK NY**        **10065-6159**

### Value of Accounts

| | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 34,195.60 | 45,328.52 |
| **Citibank Total** | **$34,195.60** | **$45,328.52** |

### Earnings Summary

| | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.00 | 2.12 |
| **Citibank Total** | **$0.00** | **$2.12** |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | 2,399.81 | 20,604.51 |
| **Citi Personal Wealth Management Total** | **$2,399.81** | **$20,604.51** |
| **Citigold Private Client Relationship Total** | **$2,399.81** | **$20,606.63** |

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank
- Subject to investment risks, including possible loss of the principal amount invested.

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

Defendant's anticipated exhibits 193

Docusign Envelope ID: C3394863-2914-48FB-8BD3-DBACED6F07BC

DEFENDANTS EXHIBIT 1/6/2025 196

010/R1/20F00C

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Messages From Citigold Private Client

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-500-5008(TTY: We accept 711 or other Relay Service).

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | | None | None | N/A | No Fee - CPC Waiver |
| Regular Checking | | None | $4.00 | N/A | No Fee - CPC Waiver |
| Total | | None | $4.00 | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

## Checking

Checking
Activity

**Regular Checking**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/01/24 | Opening Balance | | | 14,585.20 |
| 07/24/24 | ACH Electronic Credit  xxSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 19,302.20 |
| 07/31/24 | Closing Balance | | | 19,302.20 |

Defendant's anticipated exh

Docusign Envelope ID: C3394852-2914-48FB-8BD2-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 197

010/R120/F00C

## Checking — Continued

### Checking Activity

#### Regular Checking

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/01/24 | Opening Balance | | | 19,610.40 |
| 07/01/24 | Incoming Wire Transfer WIRE FROM GIULIANI COMMUNICATIONS LLC | | 55,000.00 | 74,610.40 |
| 07/01/24 | Mobile Purchase Sign Based 06/27 03:31p #1472 Prime Video Channels amzn.com/bill WA 24180 | 7.92 | | 74,602.48 |
| 07/01/24 | Debit Card Purchase 06/26 03:19p #1472 LENSCRAFTERS 0271 MANCHESTER NH 24180 / Medical Services | 15.98 | | 74,586.50 |
| 07/01/24 | Debit Card Purchase 06/27 01:24p #1472 CIRCLE K 07258 HOOKSETT NH 24180 / Autos (rental, service, gas) | 45.00 | | 74,541.50 |
| 07/01/24 | Debit Card Purchase 06/27 02:40p #1472 IHOP #3328 BEDFORD NH 24180 / Restaurant/Bar | 60.25 | | 74,481.25 |
| 07/01/24 | Debit Card Purchase 06/28 03:26a #1472 KONSCIOUS.US EMMA MATAWAN NJ 24180 / Food & Beverages | 147.00 | | 74,334.25 |
| 07/01/24 | Debit Card Purchase 06/28 03:36a #1472 KONSCIOUS.US EMMA MATAWAN NJ 24180 / Food & Beverages | 234.00 | | 74,100.25 |
| 07/01/24 | Debit Card Purchase 06/28 03:36a #1472 KONSCIOUS.US EMMA MATAWAN NJ 24180 / Food & Beverages | 261.00 | | 73,839.25 |
| 07/02/24 | Debit Card Purchase 06/30 11:29a #1472 APPLE.COMBILL CUPERTINO CA 24183 / Specialty Retail stores | 1.62 | | 73,837.63 |
| 07/02/24 | Mobile Purchase Sign Based 06/29 10:15p #1472 Prime Video Channels amzn.com/bill WA 24182 | 5.65 | | 73,831.98 |
| 07/02/24 | Debit Card Purchase 06/30 05:03a #1472 APPLE.COMBILL 866-712-7753 CA 24183 | 10.88 | | 73,821.10 |
| 07/02/24 | Mobile Purchase Sign Based 06/30 03:58p #1472 Prime Video Channels amzn.com/bill WA 24183 | 11.31 | | 73,809.79 |
| 07/03/24 | Debit Card Purchase 07/01 12:11p #1472 APPLE.COMBILL 866-712-7753 CA 24184 | 31.56 | | 73,778.23 |
| 07/08/24 | Debit Card Purchase 07/04 12:09p #1472 APPLE.COMBILL 866-712-7753 CA 24184 / Kindle Svcs*R71F400C2 888-802-3080 WA 24187 | 16.99 | | 73,761.24 |
| 07/08/24 | Mobile Purchase Sign Based 07/03 04:34a #1472 AMAZON MAR*11-031T60 SEATTLE WA 24186 / Specialty Retail stores | 35.69 | | 73,725.55 |
| 07/10/24 | Debit Card Purchase 07/08 04:18a #1472 APPLE.COMBILL | 9.99 | | 73,715.56 |
| 07/11/24 | Mobile Purchase Sign Based 07/09 11:48a #1472 Amazon.com*RY2JK32YT Amzn.com/bill WA 24192 / Specialty Retail stores | 18.49 | | 73,697.07 |
| 07/12/24 | Mobile Purchase Sign Based 07/10 11:58p #1472 Prime Video Channels amzn.com/bill WA 24193 | 8.99 | | 73,688.08 |
| 07/12/24 | Debit Card Purchase 07/10 12:26p #1472 APPLE.COMBILL 866-712-7753 CA 24193 | 9.99 | | 73,678.09 |
| 07/12/24 | Mobile Purchase Sign Based 07/10 11:50a #1472 AMAZON RET*11-342369 SEATTLE WA 24193 / Retail stores | 18.49 | | 73,659.60 |
| 07/12/24 | Check # 2257 | 14,825.25 | | 58,834.35 |
| 07/15/24 | Outgoing Domestic Wire Transfer ONLINE 7648566177724249 0715[1] | 25,000.00 | | 33,834.35 |
| 07/15/24 | Debit Card Purchase 07/11 12:20p #1472 APPLE.COMBILL 866-712-7753 CA 24194 | 8.99 | | 33,825.36 |

Defendant's anticipated exhibits 195

010/R120/F00C

**Checking** | Continued

Checking
Activity
Continued

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Regular Checking

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/15/24 | Debit Card Purchase 07/11 05:36a #1472    APPLE.COM/BILL    866-712-7753  CA 24194 | 12.50 | | 33,812.86 |
| 07/15/24 | Mobile Purchase Sign Based 07/10 09:55a #1472<br>AMAZON MKTPL*RY5X6820 Amzn.com/bill WA 24194<br>Specialty Retail stores | 136.99 | | 33,675.87 |
| 07/15/24 | Cash Withdrawal 07/14 11:13a #1472    Non Citi ATM PAI ISO    MILWAUKEE    WIUS051 | 204.00 | | 33,471.87 |
| 07/16/24 | Mobile Purchase Sign Based 07/14 10:20a #1472    UBER  TRIP    8005928996    CA 24197<br>Misc Transportation | 8.60 | | 33,463.27 |
| 07/16/24 | Debit Card Purchase 07/12 09:47p #1472    Audible*RY7K53U20    8882835051  NJ 24195<br>Misc Mail & Phone orders | 14.95 | | 33,448.32 |
| 07/16/24 | Debit Card Purchase 07/13 02:42p #1472    BUDGET GAS WEBSTER    MANCHESTER    NH 24196<br>Autos (rental, service, gas) | 36.13 | | 33,412.19 |
| 07/16/24 | Mobile Purchase Sign Based 07/14 10:39a #1472    UBER  TRIP    8005928996    CA 24197<br>Misc Transportation | 50.70 | | 33,361.49 |
| 07/16/24 | Mobile Purchase Sign Based 07/14 06:17a #1472    UBER  TRIP    8005928996    CA 24197<br>Misc Transportation | 80.46 | | 33,281.03 |
| 07/16/24 | Debit Card Purchase 07/14 04:39p #1472    IN *SKYLINE SOLUTIONS  917-7313543  NY 24197<br>Misc Transportation | 2,400.00 | | 30,881.03 |
| 07/17/24 | Debit Card Purchase 07/14 04:10p #1472    TST* AMBASSADOR HOTEL  Milwaukee    WI 24198<br>Restaurant/Bar | 20.42 | | 30,860.61 |
| 07/17/24 | Mobile Purchase Sign Based 07/15 08:06p #1472<br>Amazon.com*RS5JR1PE0  Amzn.com/bill WA 24198<br>Specialty Retail stores | 32.54 | | 30,828.07 |
| 07/17/24 | Debit Card Purchase 07/15 07:49a #1472    COMCAST/XFINITY    800-266-2278  FL 24198<br>Phones, Cable & Utilities | 75.00 | | 30,753.07 |
| 07/18/24 | Debit Card Purchase 07/14 03:16p #1472    APPLE.COM/BILL    866-712-7753  CA 24199 | 12.50 | | 30,740.57 |
| 07/18/24 | Mobile Purchase Sign Based 07/16 01:31a #1472    UBER  TRIP    8005928996    CA 24199<br>Misc Transportation | 66.01 | | 30,674.56 |
| 07/18/24 | Debit Card Purchase 07/15 01:45p #1472    MERIT CLEANERS    NEW YORK    NY 24199<br>Misc Personal Services | 803.00 | | 29,871.56 |
| 07/19/24 | Debit Card Purchase 07/16 10:59p #1472    TST* AMBASSADOR HOTEL  Milwaukee    WI 24200<br>Restaurant/Bar | 62.41 | | 29,809.15 |
| 07/19/24 | Debit Card Purchase 07/16 10:19a #1472    TST* AMBASSADOR HOTEL  Milwaukee    WI 24200<br>Restaurant/Bar | 70.60 | | 29,738.55 |
| 07/22/24 | Mobile Purchase Sign Based 07/18 02:33a #1472    UBER  TRIP    8005928996    CA 24201<br>Misc Transportation | 9.90 | | 29,728.65 |
| 07/22/24 | Mobile Purchase Sign Based 07/18 04:23a #1472    UBER  TRIP    8005928996    CA 24201<br>Misc Transportation | 16.89 | | 29,711.76 |
| 07/23/24 | Mobile Purchase Sign Based 07/19 04:24a #1472    UBER  TRIP    8005928996    CA 24202<br>Misc Transportation | 1.00 | | 29,710.76 |
| 07/23/24 | Mobile Purchase Sign Based 07/20 07:30p #1472    UBER  TRIP    8005928996    CA 24203<br>Misc Transportation | 7.28 | | 29,703.48 |
| 07/23/24 | Debit Card Purchase 07/20 12:17p #1472    TST* ESS-A-BAGEL - 3RD NEW YORK    NY 24203<br>Restaurant/Bar | 11.51 | | 29,691.97 |

Docusign Envelope ID: C3394853-2914-48FB-8BB3-DBACED6F97BC

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account

## Checking  Continued

Checking Activity Continued

### Regular Checking

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/20/24 | Debit Card Purchase 07/18 11:11a #1472  APPLE.COM/BILL  866-712-7753 CA 24202 | 18.49 | | 29,673.48 |
| 07/23/24 | Mobile Purchase Sign Based 07/20 08:01a #1472  AMZN Mktp US*RJ0UGA3W2 Amzn.com/bill WA 24203 / Specialty Retail stores | 18.52 | | 29,654.96 |
| 07/23/24 | Mobile Purchase Sign Based 07/21 09:14a #1472  AMAZON MKTPL*RJ0Y90E2 Amzn.com/bill WA 24204 / Specialty Retail stores | 62.98 | | 29,591.98 |
| 07/23/24 | Debit Card Purchase 07/18 09:01a #1472  TST* AMBASSADOR HOTEL  Milwaukee  WI 24202 / Restaurant/Bar | 71.97 | | 29,520.01 |
| 07/23/24 | Mobile Purchase Sign Based 07/20 08:19p #1472  AMAZON MKTPL*RJ3EU6321 Amzn.com/bill WA 24204 / Specialty Retail stores | 104.36 | | 29,415.65 |
| 07/23/24 | Debit Card Purchase 07/19 04:20p #1472  HARLEY MUSEUM  MILWAUKEE  WI 24203 / Restaurant/Bar | 143.49 | | 29,272.16 |
| 07/23/24 | Debit Card Purchase 07/20 02:18p #1472  METRO INTEGRATIVE PHAR NEW YORK  NY 24203 / Food & Beverages | 213.13 | | 29,059.03 |
| 07/23/24 | Mobile Purchase Sign Based 07/21 08:47a #1472  ATT* BILL PAYMENT  DALLAS  TX 24204 / Phones, Cable & Utilities | 228.99 | | 28,830.04 |
| 07/24/24 | ACH Electronic Debit  VERIZON  PAYMENTREC | 268.03 | | 28,562.01 |
| 07/24/24 | Mobile Purchase Sign Based 07/22 12:15p #1472  Kindle Unltd*RJ1Y978C0 888-802-3080 WA 24205 | 11.99 | | 28,550.02 |
| 07/24/24 | Mobile Purchase Sign Based 07/22 11:16a #1472  AMAZON MKTPL*RJ0LY4B82 Amzn.com/bill WA 24205 / Specialty Retail stores | 116.36 | | 28,433.66 |
| 07/24/24 | Debit Card Purchase 07/22 10:47a #1472  NATIONAL PASSPORT  PORTSMOUTH  NH 24205 / Specialty Retail stores | 220.00 | | 28,213.66 |
| 07/24/24 | Mobile Purchase Sign Based 07/21 02:13p #1472  Amazon.com*RJ8VQ8GW2  Amzn.com/bill WA 24205 / Food & Beverages | 293.82 | | 27,919.84 |
| 07/25/24 | ACH Electronic Debit  AT&T Services  PAYMENTS  0000002261 | 0.54 | | 27,919.30 |
| 07/25/24 | ACH Electronic Debit  ConEd of NY  CHECK PYMT 0000002258 | 708.20 | | 27,211.10 |
| 07/25/24 | Mobile Purchase Sign Based 07/23 05:03p #1472  Prime Video Channels  amzn.com/bill WA 24206 | 7.99 | | 27,203.11 |
| 07/25/24 | Mobile Purchase Sign Based 07/23 10:33a #1472  Amazon Tips*RJ1BK122 Amzn.com/bill WA 24206 | 10.00 | | 27,193.11 |
| 07/25/24 | Debit Card Purchase 07/22 12:17p #1472  CUMBERLAND FARMS 5408 MANCHESTER  NH 24206 / Autos (rental, service, gas) | 56.69 | | 27,136.42 |
| 07/25/24 | Debit Card Purchase 07/23 11:57a #1472  AMAZON MKTPL*RJ0H227D0 Amzn.com/bill WA 24206 / Specialty Retail stores | 100.90 | | 27,035.52 |
| 07/25/24 | Mobile Purchase Sign Based 07/23 11:34a #1472  AMAZON MKTPL*RJ31F2SB2 Amzn.com/bill WA 24206 / Specialty Retail stores | 164.90 | | 26,870.62 |

Defendant's anticipated exhibits 197

010/R1/z0F00C

Docusign Envelope ID: C3394853-2914-48EB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 200

## Checking    Continued

Page 6 of 10

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account  1

### Regular Checking

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/25/24 | Mobile Purchase Sign Based 07/22 11:36p #1472<br>AMAZON MKTPL*RJ4KS89H0 Amzn.com/bill WA 24206<br>Specialty Retail stores | 266.39 | | 26,604.23 |
| 07/25/24 | Check # 2259 | 15.00 | | 26,589.23 |
| 07/26/24 | Debit Card Purchase 07/24 11:38a #1472   Peacock FA16A Premium New York    NY 24207<br>Phones, Cable & Utilities | 7.99 | | 26,581.24 |
| 07/26/24 | Mobile Purchase Sign Based 07/24 08:59p #1472   UBER   EATS      8005928996   CA 24207<br>Food & Beverages | 32.25 | | 26,548.99 |
| 07/26/24 | Debit Card Purchase 07/24 07:27a #1472   APPLE.COMBILL      866-712-7753 CA 24207 | 41.89 | | 26,507.10 |
| 07/26/24 | Mobile Purchase Sign Based 07/24 08:37p #1472   UBER   EATS      8005928996   CA 24207<br>Restaurant/Bar | 63.76 | | 26,443.34 |
| 07/29/24 | Debit Card Purchase 07/25 05:07p #1472<br>HEAVEN'S NORTH END MAR MANCHESTER   NH 24208<br>Autos (rental, service, gas) | 49.04 | | 26,394.30 |
| 07/29/24 | Check # 2262 | 356.00 | | 26,038.30 |
| 07/30/24 | Debit Card Purchase Return 07/28 #1472   AMAZON MKTPLACE PMTS   Amzn.com/bill WA 24211<br>Specialty Retail stores | | 23.99 | 26,062.29 |
| 07/30/24 | Debit Card Purchase Return 07/28 #1472   AMAZON MKTPLACE PMTS   Amzn.com/bill WA 24211<br>Specialty Retail stores | | 23.99 | 26,086.28 |
| 07/30/24 | Mobile Purchase Sign Based 07/27 03:00p #1472   Prime Video Channels   amzn.com/bill WA 24210 | 6.99 | | 26,079.29 |
| 07/30/24 | Mobile Purchase Sign Based 07/26 #1472   AMAZON MKTPL*RV1O79A5JS2 Amzn.com/bill WA 24209<br>Specialty Retail stores | 23.99 | | 26,055.30 |
| 07/30/24 | Mobile Purchase Sign Based 07/22 10:35p #1472<br>AMAZON MKTPL*RV07N6JV2 Amzn.com/bill WA 24209<br>Specialty Retail stores | 23.99 | | 26,031.31 |
| 07/31/24 | Mobile Purchase Sign Based 07/29 10:49p #1472   Prime Video Channels   amzn.com/bill WA 24212 | 4.99 | | 26,026.32 |
| | **Total Subtracted/Added** | 48,632.06 | 55,047.98 | |
| 07/31/24 | Closing Balance | | | 26,026.32 |

*All transaction times and dates reflected are based on Eastern Time.*
¹ *This date reflects the actual date your transaction was credited to your account.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

Defendant's anticipated exhibits 198

Docusign Envelope ID: C3394853-2914-48FB-8B93-DBACED6F07BC

DEFENDANTS EXHIBIT 1/6/2025 201

**July 1 - July 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account  1

Page 7 of 10

## Retirement Accounts

This reports your retirement account balances and activity from July 1 through July 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A.  Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:

- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

Docusign Envelope ID: C3394853-2914-48FB-8BD2-DBACED6F97BC

## July 1 - July 31, 2024
RUDOLPH W. GIULIANI
Citigold Private Client Account

### Important Disclosures
**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of the individual products reported here may be different from the addressee(s) on the first page.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**

**FDIC Insurance:**
The products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.

**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627-3999. For TTY: we accept 711 or other Relay Service.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**

**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so the you will have use of the money during the time it takes us to complete our investigation.

**The following information applies to international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy. Once your account is in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is involved. We will determine whether an error occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**

**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid Interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days in the billing cycle, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Payment Processing:** Your payments can be made online via www.citibank.com, or at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-9003**

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Billing Rights Summary - What To Do If You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do do we are not required to investigate any potential errors and you may not have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. Advertisements in *Citibank* is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**    Citibank, N.A. Member FDIC

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 203

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

   Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in a Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

   You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

   Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

   *Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

   *Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3. CAMB Balance Range Chart

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

Defendant's anticipated exhibits 201

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 204

**July 1 - July 31, 2024**
**RUDOLPH W. GIULIANI**
Citigold Private Client Account

4.  Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

### Account Fees and Waiver Eligibility

| Description | Account Fees | | Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply | | |
| --- | --- | --- | --- | --- | --- |
| | Monthly Service Fee | Non-Citi ATM Fee | Activity | Citigold Private Client, Citigold or Citi Priority Relationship Tiers | Month of account opening and for the first 3 full calendar months after account opening. |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

Defendant's anticipated exhibits 202



**Business Platinum Card**
GIULIANI PARTNERSLLC
RYAN MEDRANO
Closing Date 02/20/24    Next Closing Date 03/22/24
Account Ending 6-33000

p. 1/8

| | |
|---|---|
| **Customer Care:** | 1-800-492-8468 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

**New Balance** ▬

**Minimum Payment Due** ▬

**Payment Due Date** ▬

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 03/16/24 , you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 22 years | ▬ |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

(i) **New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Please refer to the **IMPORTANT NOTICES** section on **pages 7 - 8.**

For information on your Pay Over Time feature and limit, see **page 5**

Continued on page 3

**Membership Rewards® Points**
Available and Pending as of 01/31/24
**85,905**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

**Pay In Full Portion**
Previous Balance
Payments/Credits
New Charges
Fees
New Balance    =

**Pay Over Time Portion**
Previous Balance
Payments/Credits
New Charges
Fees
Interest Charged
New Balance    =
Minimum Due

**Account Total**
**Previous Balance**
Payments/Credits
New Charges
Fees
Interest Charged

**New Balance**
**Minimum Payment Due**

**Pay Over Time Limit**
**Available Pay Over Time Limit**
Days in Billing Period: 29

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending 6-33000**
Enter 15 digit account # on all payments.
Make check payable to American Express.

RYAN MEDRANO
GIULIANI PARTNERSLLC
1 IRVING PLACE
UPHC
NEW YORK NY 10003-9701

Payment Due Date
**03/16/24**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____.____
**Amount Enclosed**

0000349991036375780  009929690000078700  18  H

**Defendant's Exhibit**
**H-RTX – 16**
Case No. 24-cv-6563(LJL)

RYAN MEDRANO                    Account Ending 6-33000                              p. 2/8

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**
What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

Defendant's anticipated exhibits 337

Docusign Envelope ID: C3394853-2914-48FB-8BD3-DBACED6F97BC



**Business Platinum Card**
GIULIANI PARTNERSLLC
RYAN MEDRANO
Closing Date 02/20/24

p. 3/8

Account Ending 6-33000

**Customer Care & Billing Inquiries**
International Collect
Express Cash
**Large Print & Braille Statements**

1-800-492-8468
1-623-492-7719
1-800-CASH-NOW
1-800-492-8468

 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 1270
NEWARK NJ 07101-1270

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468**

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening deposit. 24/7 customer support. Help meet your savings goals with an American Express High Yield Savings Account. Terms apply. Member FDIC. Learn more by visiting **americanexpress.com/save**

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | $0.00 | | |
| Credits | $0.00 | | |
| **Total Payments and Credits** | **$0.00** | | |

### Detail  *Indicates posting date                                    ♦ - denotes Pay Over Time activity

| Payments | | Amount |
|---|---|---|
| 02/16/24* | ONLINE PAYMENT - THANK YOU | |
| Credits | | |

## New Charges

### Summary

| | Pay In Full | | |
|---|---|---|---|
| **Total New Charges** | **$0.00** | | |

### Detail                                                            ♦ - denotes Pay Over Time activity

**RYAN MEDRANO**
Card Ending 6-33000

Amount

Continued on reverse

RYAN MEDRANO                    Account Ending 6-33000                    p. 4/8

| **Detail Continued** | ♦ - denotes Pay Over Time activity |

███████████████████████████████████████████████████████████████

| 02/04/24 | DELTA AIR LINES | | ATLANTA | | | $1,416.20 ♦ |
| | DELTA AIR LINES | | | | | |
| | From: | To: | | Carrier: | Class: | |
| | NEW YORK LA GUARDI | PALM BEACH INTERNA | | DL | D | |
| | | NEW YORK LA GUARDI | | DL | I | |
| | Ticket Number: 00622085267580 | | Date of Departure: 02/10 | | | |
| | Passenger Name: RYAN/MARIA | | | | | |
| | Document Type: PASSENGER TICKET | | | | | |

| 02/04/24 | DELTA AIR LINES | | ATLANTA | | | $338.20 ♦ |
| | DELTA AIR LINES | | | | | |
| | From: | To: | | Carrier: | Class: | |
| | NEW YORK LA GUARDI | PALM BEACH INTERNA | | DL | T | |
| | | NEW YORK LA GUARDI | | DL | X | |
| | Ticket Number: 00622087894735 | | Date of Departure: 02/10 | | | |
| | Passenger Name: GOODMAN/THEODORE | | | | | |
| | Document Type: PASSENGER TICKET | | | | | |

| 02/04/24 | DELTA AIR LINES | | ATLANTA | | | $1,416.20 ♦ |
| | DELTA AIR LINES | | | | | |
| | From: | To: | | Carrier: | Class: | |
| | NEW YORK LA GUARDI | PALM BEACH INTERNA | | DL | D | |
| | | NEW YORK LA GUARDI | | DL | I | |
| | Ticket Number: 00622085267591 | | Date of Departure: 02/10 | | | |
| | Passenger Name: GIULIANI/RUDOLPH | | | | | |
| | Document Type: PASSENGER TICKET | | | | | |

███████████████████████████████████████████████████████████████

| **Fees** | |

| | | Amount |
|---|---|---|
| 02/20/24 | ANNUAL MEMBERSHIP FEE | $695.00 |
| **Total Fees for this Period** | | **$695.00** |

Defendant's anticipated exhibits 339                    Continued on next page

Docusign Envelope ID: C3394853-2914-48FB-8BB3-DBACED6F97BC



**Business Platinum Card**
GIULIANI PARTNERSLLC
RYAN MEDRANO
Closing Date 02/20/24

DEFENDANTS EXHIBIT 1/6/2025 343

p. 5/8

Account Ending 6-33000

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $695.00 |
| Total Interest in 2024 | $140.14 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 23.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |
| (v) Variable Rate | | | |

### Information on Pay Over Time

#### There is a no pre-set spending limit on your Card
No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.

#### Pay Over Time Limit
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $35,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

#### Available Pay Over Time Limit
Your Available Pay Over Time Limit is $25,765.31 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

#### Pay Over Time Setting:   ON
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

RYAN MEDRANO                  Account Ending 6-33000                    p. 6/8



GIULIANI PARTNERSLLC
RYAN MEDRANO                    Closing Date 02/20/24         p.7/8
                                                      Account Ending 6-33000

**IMPORTANT NOTICES**

## EFT Error Resolution Notice
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/ inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## Notice of Change to the Membership Rewards® Program
**Effective June 12, 2024**
The 'Shop with Points at MembershipRewards.com' redemption option will no longer be available. All other Membership Rewards program redemption options are unaffected by this notice and will remain available to eligible Card Members unless otherwise noted, including 'Pay with Points at Checkout' with participating partners.

## Updates to your Delta Sky Club benefit
We want to inform you of the following changes to the Delta Sky Club benefit available through the American Express Global Lounge Collection Program. Previously announced changes communicated earlier this year to take effect on February 1, 2025, have been updated further, as stated below:

**Effective January 1, 2024**: Eligible Business Platinum Card® Members traveling on a same-day Delta-operated flight with Basic Economy (E) fare tickets will not have access to the Delta Sky Club or to Grab and Go.

**Effective February 1, 2025**: Business Platinum Card Members and Additional Platinum Card Members on the Account will each receive **(10) ten Visits per year to Delta Sky Clubs**, and each Visit will **now be valid for 24-hours** starting upon the first Delta Sky Club entry or Grab and Go usage. Here are additional details:

- A "Visit" is an entry to one or more Delta Sky Clubs or usage of the Delta Sky Club Grab and Go feature, at one or more airports, for a period of up to 24-hours starting upon the first Delta Sky Club entry or Grab and Go usage, during an Eligible Platinum Card Member's travel on a same-day Delta-operated flight.
- Card Members can earn an unlimited number of Visits ("Unlimited Sky Club Access") after making $75,000 in eligible purchases between January 1, 2024, and December 31, 2024, and each calendar year thereafter. This will unlock unlimited access for the calendar year in which it became effective, plus the following calendar year, and until January 31 of the next calendar year.
- Once all 10 Visits have been used, and before reaching Unlimited Delta Sky Club Access, Eligible Platinum Card Members will have access to the Delta Sky Club at a per-Visit rate of $50 per person using the Card.
- Visits will be issued beginning on February 1, 2025, and will expire on January 31, 2026. Visits issued in subsequent years will expire on January 31 of each calendar year thereafter.
- Visits are non-transferable and may not be used for guest access.

Additional terms apply; see
**global.americanexpress.com/card-benefits/detail/the-lounge-collection/business-platinum**.

## Corrected Car Rental Loss and Damage Insurance Phone Numbers
The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

Docusign Envelope ID: C3394852-3014-48FB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 346

GIULIANI PARTNERSLLC
RYAN MEDRANO            Closing Date 02/20/24          p. 8/8
                                                       Account Ending 6-33000

**IMPORTANT NOTICES continued**

## Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

Defendant's anticipated exhibits 343        *End of Important Notices.*

Docusign Envelope ID: C3394863-2914-48FB-8BB3-DBACED6F97BC
Case 1:24-cv-05565-LMJ-1 Document 116-28 Filed 01/07/24/25 Page 152 of 163

DEFENDANTS EXHIBIT 1/6/2025 347



**Business Platinum Card**
GIULIANI PARTNERSLLC
RYAN MEDRANO
Closing Date 07/22/24

p. 3/12

Account Ending 6-33000

| Customer Care & Billing Inquiries | | Website: americanexpress.com | |
|---|---|---|---|
| International Collect | 1-800-492-8468 | | |
| Express Cash | 1-623-492-7719 | | |
| Large Print & Braille Statements | 1-800-CASH-NOW | **Customer Care** | **Payments** |
| | 1-800-492-8468 | **& Billing Inquiries** | P.O. BOX 1270 |
| | | P.O. BOX 981535 | NEWARK NJ 07101- |
| | | EL PASO, TX | 1270 |
| | | 79998-1535 | |

**Hearing Impaired**
Online chat at americanexpress.com or use Relay dial 711 and 1-800-492-8468

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | $0.00 | | |
| Credits | -$248.08 | | |
| Total Payments and Credits | -$248.08 | | |

### Detail  *Indicates posting date

♦ - Pay Over Time activity

**Payments**

| | | Amount |
|---|---|---|
| 06/29/24* | ONLINE PAYMENT - THANK YOU | |

Credits

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Total New Charges | | | |

### Detail  *Indicates posting date

♦ - Pay Over Time activity

**RYAN MEDRANO**
Card Ending 6-33000

| | Amount |
|---|---|

DEFENDANTS EXHIBIT 1/6/2025 348

RYAN MEDRANO                          Account Ending 6-33000                          p. 4/12

| **Detail Continued**   *Indicates posting date | ♦ - Pay Over Time activity |
|---|---|



                                                                    Amount

| | | | | | |
|---|---|---|---|---|---|
| 06/28/24 | DELTA AIR LINES | | ATLANTA | | $915.96 ♦ |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | BOSTON LOGAN INTER | PALM BEACH INTERNA | DL | I | |
| | | BOSTON LOGAN INTER | DL | Z | |
| | Ticket Number: 00622462996746 | | Date of Departure: 06/29 | | |
| | Passenger Name: GIULIANI/RUDOLPH WILLIAM | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 06/28/24 | DELTA AIR LINES | | ATLANTA | | $515.95 ♦ |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | BOSTON LOGAN INTER | PALM BEACH INTERNA | DL | K | |
| | | BOSTON LOGAN INTER | DL | T | |
| | Ticket Number: 00622460498881 | | Date of Departure: 06/29 | | |
| | Passenger Name: GOODMAN/THEODORE | | | | |
| | Document Type: PASSENGER TICKET | | | | |
| 06/28/24 | DELTA AIR LINES | | ATLANTA | | $915.96 ♦ |
| | DELTA AIR LINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | BOSTON LOGAN INTER | PALM BEACH INTERNA | DL | I | |
| | | BOSTON LOGAN INTER | DL | Z | |
| | Ticket Number: 00622462996735 | | Date of Departure: 06/29 | | |
| | Passenger Name: RYAN/MARIA | | | | |
| | Document Type: PASSENGER TICKET | | | | |



Defendant's anticipated exhibits 345

Continued on next page

**Business Platinum Card**
GIULIANI PARTNERSLLC
RYAN MEDRANO
Closing Date 07/22/24

p. 5/12

Account Ending 6-33000

| Detail Continued | *Indicates posting date | ♦ - Pay Over Time activity |
| --- | --- | --- |

Amount

DEFENDANTS EXHIBIT 1/6/2025 350

RYAN MEDRANO        Account Ending 6-33000        p. 6/12

**Detail Continued**   *Indicates posting date       ◆ - Pay Over Time activity

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

### Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

### 2024 Fees and Interest Totals Year-to-Date

| | |
|---|---|
| Total Fees in 2024 | |
| Total Interest in 2024 | |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 23.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |
| (v) Variable Rate | | | |

### Information on Pay Over Time

**There is a no pre-set spending limit on your Card**
No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.

**Pay Over Time Limit**
Your Pay Over Time Limit is $35,000.00. Your Pay Over Time Limit is the maximum amount you can revolve at any given time. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full by the Payment Due Date any charge or portion of a charge that is not added to a Pay Over Time balance.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $24,206.68 and is accurate as of your statement date. The Available Pay Over Time Limit is your Pay Over Time Limit minus your Pay Over Time balance. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

DEFENDANTS EXHIBIT 1/6/2025 351

 **Business Platinum Card**
GIULIANI PARTNERSLLC
RYAN MEDRANO
Closing Date 07/22/24

p. 7/12

Account Ending 6-33000

## Information on Pay Over Time continued

**Pay Over Time Setting:   ON**

This setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges are automatically added to your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

Docusign Envelope ID: C3394853-2914-48FB-8BB3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 352

RYAN MEDRANO                    Account Ending 6-33000

p. 8/12

DEFENDANTS EXHIBIT 1/6/2025 353



GIULIANI PARTNERSLLC
RYAN MEDRANO                      Closing Date 07/22/24              p. 9/12
                                                         Account Ending 6-33000

**IMPORTANT NOTICES**

## Notice of Important Changes to Your Cardmember Agreement

We are making changes to your American Express Cardmember Agreement *(Agreement)* for the account referenced with this notice. We encourage you to read this notice, share it with Additional Card Members on your account, and file it for future reference. The detailed changes to your Agreement can be found after the below summary chart.

**Effective September 21, 2024**, we are increasing the Annual Percentage Rate *(APR)* for new and existing Pay Over Time balances.

Please be assured that your new APR is no higher than the Pay Over Time rate that you would receive if you applied for the same or similar card product today. We are making this change based on your FICO® score.

| Important Change to Your Account Terms |
|---|
| The following is a summary of the changes that are being made to your account terms. For more information, please refer to the Detail of Changes to Your Cardmember Agreement that can be found on the following page. |

We are increasing the Annual Percentage Rate *(APR)* for your new and existing Pay Over Time balances as follows:

| Revised Terms, as of September 21, 2024 | |
|---|---|
| Annual Percentage Rate (APR) for Pay Over Time Feature | **26.49%** (Prime Rate + 17.99%) <br><br> This APR will vary with the market based on the Prime Rate. |

ID 13491

Variable APRs will not exceed 29.99%

The APRs and Daily Periodic Rates *(DPRs)* are based on a Prime Rate and accurate as of the date of this communication. See *Determining the Prime Rate* in Part 2 of your Cardmember Agreement for more details on how we determine the Prime Rate. If the Prime Rate changes after the date of this communication, the APRs and DPRs will change accordingly.

*See the following page(s) for the Detail of Changes to Your Agreement*

CMLENGDPRUS0015

*Important Notices continued on next page.*

Defendant's anticipated exhibits 350

Docusign Envelope ID: C3394863-2914-48FB-8BD3-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 354

GIULIANI PARTNERSLLC
RYAN MEDRANO                                   Closing Date 07/22/24                          p. 10/12
                                                                                      Account Ending 6-33000

## IMPORTANT NOTICES continued

## Detail of Changes to Your Cardmember Agreement

This notice amends your Agreement as described below. Any terms and conditions in the Agreement conflicting with these changes are completely replaced. Terms and conditions not changed by this notice continue to apply. If you have any questions, please call the number on the back of your Card.

**Annual Percentage Rate for Pay Over Time Feature**

**Effective September 21, 2024,** we are amending the *Rates and Fees* Table on page 1 of Part 1 of your Agreement as follows:

> The Annual Percentage Rate *(APR)* for the Pay Over Time Feature is deleted and replaced with 26.49%. This APR will vary with the market based on the Prime Rate.

In addition, on **September 21, 2024,** we are replacing the Margin, APR and Daily Periodic Rate *(DPR)* for Pay Over Time balances in the *Calculating APRs and DPRs* section of the *How Rates and Fees Work* table on page 2 of Part 1 of your Agreement with the following:

| Calculating APRs and DPRs | Rate Description | Prime + Margin | APR | DPR |
|---|---|---|---|---|
| | Annual Percentage Rate | Prime + 17.99% | 26.49% | 0.0726% |

As described above, we are increasing your APR for the Pay Over Time feature on this account and we want to explain why.

**Reason(s) for Our Decision**

- Your APR for the Pay Over Time feature is lower than the APR on the same or similar Card products currently offered by American Express for Card Members with similar FICO scores.
- Your FICO Credit Score as provided by Experian.

**Information About Your FICO® Score**

We obtained your FICO score from Experian and used it in making our decision. Your FICO score is a number that reflects the information in your credit report. Your FICO score can change depending on how the information in your credit report changes. On June 25, 2024, your FICO score was 778. The FICO score ranges from 300 to 850. The following are the key factors that contributed to your FICO score:

- Lack of recent installment loan information
- Ratio of balance to limit on bank revolving or other revolving accts too high
- Too few accounts currently paid as agreed
- Amount owed on revolving accounts is too high
-

If you have any questions about your FICO score, please contact the credit agency listed on the following page.

---

FICO is a registered trademark of Fair Isaac Corporation in the United States and in other countries.

*Important Notices continued on next page.*

Defendant's anticipated exhibits 351



| GIULIANI PARTNERS LLC | | |
|---|---|---|
| RYAN MEDRANO | Closing Date 07/22/24 | p. 11/12 |
| | | Account Ending 6-33000 |

**IMPORTANT NOTICES continued**

## Information About Your Consumer Rights

**Your Right to Get Your Credit Report**
Our decision was based in whole or in part on information obtained in a report from the consumer reporting agency identified below. Please know that the consumer reporting agency played no part in our decision and cannot supply you with the specific reasons for our decision. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. It can be obtained by contacting them directly. You also have a right to a free copy of your report from the consumer reporting agency if you request it within 60 days after you receive this notice. If you find that any information contained in the consumer report you receive is inaccurate or incomplete, you have the right to dispute the matter directly with the reporting agency.

Experian
701 Experian Parkway
PO Box 2002
Allen, TX 75013
8883973742
http://www.experian.com/help/

The creditor for this account is American Express National Bank.

**Notice to U.S. Residents.**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express National Bank is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 (the "Bureau"). The federal agencies that administer compliance with this law concerning American Express Travel Related Services Company, Inc. are the Bureau (address above) and the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580.

If you have any questions about this notice, please call us at the number on the back of your Card or write to us at American Express, P.O. Box 981535, El Paso, TX 79998-1535.

*Important Notices continued on next page.*

Defendant's anticipated exhibits 352

Docusign Envelope ID: C3394853-2914-48FB-8B93-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 356

GIULIANI PARTNERS LLC
RYAN MEDRANO                    Closing Date 07/22/24

p. 12/12
Account Ending 6-33000

## IMPORTANT NOTICES continued

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

### Updates to Wireless Reward Category

**Effective June 21, 2024**, Google Fi is not an eligible U.S. Wireless telephone service provider and purchases of Google Fi will not be eligible for additional rewards or statement credits under the wireless reward category.

### Update to your Membership Rewards® 1.5X Points Bonus

**Effective September 5, 2024**, purchases eligible for multiple additional point bonuses will only receive the highest eligible additional point bonus. For example, the 1.5X bonus on eligible purchases of $5,000 or more for Business Platinum Card Members may not be combined with the 5X bonus on flights and prepaid hotels booked at **amextravel.com** or 2X on other eligible purchases with **amextravel.com**. For instance, if you make a single eligible purchase of $10,000 on a scheduled flight made online at **amextravel.com**, you will get a total of 50,000 points, or 5X points per dollar.

### Corrected Car Rental Loss and Damage Insurance Phone Numbers

The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*

Defendant's anticipated exhibits 353

DEFENDANTS EXHIBIT 1/6/2025 358



**Defendant's Exhibit**

**H-RTX – 17**

**Case No. 24-cv-6563(LJL)**

Docusign Envelope ID: C3394853-2914-48E8-8B93-DBACED6F97BC

DEFENDANTS EXHIBIT 1/6/2025 359

