# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

January 7, 2025

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Freeman et al. v. Giuliani*, No. 24-cv-6563 (LJL)

Dear Judge Liman:

Plaintiffs Ruby Freeman and Wandrea' Moss respectfully submit this letter to notify the Court of the filing of corrected versions of their Proposed Findings of Fact and Conclusions of Law (ECF Nos. 196, 197), and to explain the corrections made to their earlier-filed versions (ECF Nos. 193, 194). The earlier-filed versions inadvertently omitted certain cross-references within the proposed findings of fact to the proposed conclusions of law. The corrected versions accordingly incorporate the following changes:

- In paragraph 58, "PFOF ___" was corrected to read "PFOF ¶¶ 4, 8–9, 18–19, 22."

- In paragraph 60, at the end of the first sentence, "PFOF ___" was corrected to read "PFOF ¶¶ 4-5, 9."

- In paragraph 60, at the end of the second sentence "PFOF " was corrected to read "PFOF §§ III.A–B."

The corrected versions are otherwise unchanged.

Respectfully submitted,

s/ Aaron E. Nathan