# EXHIBIT B

| Defendant's Trial Ex. No. | Date | Description | Plaintiffs' Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| H-RTX 1 | 2/11/2010 | Deed for the real property located at and known as Condominium Unit 5D, 315 S. Lake Drive, Palm Beach, Florida | * | | |
| H-RTX 2 | 7/12/2023 | Deed for the real property located at and known as Condominium Unit 5D, 315 S. Lake Drive, Palm Beach, Florida | * | | |
| H-RTX 3 | 7/12/2023 | Exclusive Right to Sell – Cooperative Agreement entered into between Defendant and Sotheby's International Realty | * | | |
| H-RTX 4 | 10/16/2024 | Invoice #416642 from Corporate Transfer & Storage Inc. | FRE 802; FRE 602 | | |
| H-RTX 5 | 5/18/2024 | Application for Homestead and Related Tax Exemption | * | | |
| H-RTX 6 | | Notice of Proposed Property Taxes and Proposed or Adopted Non-Ad Valorem Assessments | * | | |
| H-RTX 7 | | Real Estate Tax Bill from the Palm Beach County Tax Assessor / Collector | * | | |
| H-RTX 8 | | Declaration of Domicile | * | | |
| H-RTX 9 | 2/22/2024 | Defendant's Florida driver's license | FRE 106 | | |
| H-RTX 10 | | Registration for 1980 Mercedes Benz | FRE 402; FRE 1002 | | |
| H-RTX 11 | 5/17/2024 | Voting Registration | FRE 901; FRE 602 | | |
| H-RTX 12 | | Defendant's Federal Income Tax Return for 2023 | FRE 106 | | |
| H-RTX 13 | | Defendant's calendar | FRE 1006; FRE 1002 | | |
| H-RTX 14 | | Photographs | FRE 106; FRE 1002 | | |
| H-RTX 15 | | Citibank bank statements | FRE 106 | | |
| H-RTX 16 | | American Express bills | FRE 106 | | |
| H-RTX 17 | | Notes | FRE 106; FRE 1002 | | |
| H-PTX 7 | 2003.07.28 | NYC Department of Finance Office of the City Register Property Data for 45 East 66th Street Apt. 10W, New York, New York 10021 | * | | |
| H-PTX 17 | 2023.07.00 | Corporate Transfer & Storage Inc. Invoice for July 2023 Charges | FRE 802; FRE 602; FRE 1002 | | |
| H-PTX 25 | 2023.12.00 | Rudolph W. Giuliani, American Express, 5002, October 2023 - November 2023 | * | | |
| H-PTX 37 | 2023.12.31 | Rudolph W. Giuliani, Citibank, 5812, December 2023 | FRE 1002 | | |

| Defendant's Trial Ex. No. | Date | Description | Plaintiffs' Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| H-PTX 46 | 2024.01.00 | Rudolph W. Giuliani, American Express, 5002, November 2023 - December 2023) | * | | |
| H-PTX 49 | 2024.01.02 | Rudolph W. Giuliani, Discover Bank, 5467, November 2023 - December 2023) | * | | |
| H-PTX 50 | 2024.01.05 | Rudolph W. Giuliani, Discover Bank, 5467, January 2024 (A04083-0018-001070 pg. 4-6) | * | | |
| H-PTX 62 | 2024.01.31 | Rudolph W. Giuliani, Citibank, 5812, January 2024 | * | | |
| H-PTX 63 | 2024.02.00 | Rudolph W. Giuliani, American Express, 5002, December 2023 - January 2024 | * | | |
| H-PTX 64 | 2024.02.00 | Rudolph W. Giuliani, American Express, 5002, January 2024 - February 2024 | * | | |
| H-PTX 65 | 2024.02.00 | Rudolph W. Giuliani, Citibank, 5812, February 2024 | * | | |
| H-PTX 68 | 2024.02.05 | Rudolph W. Giuliani, Discover Bank, 5467, February 2024 (A04083-0018-001070 pg. 7-8) | * | | |
| H-PTX 76 | 2024.03.00 | Rudolph W. Giuliani, American Express, 1004, February 2024 - March 2024 | * | | |
| H-PTX 77 | 2024.03.00 | Rudolph W. Giuliani, American Express, 5002, February 2024 - March 2024 | * | | |
| H-PTX 93 | 2024.05.19 | Rudolph W. Giuliani, Citibank, 1428, May 1, 2024 - May 19, 2024 | * | | |
| H-PTX 94 | 2024.05.19 | Rudolph W. Giuliani, Citibank, 5812, May 1, 2024 - May 19, 2024 | * | | |
| H-PTX 96 | 2024.05.31 | Rudolph W. Giuliani, Citibank, 1428, May 20, 2024 - May 31, 2024 | * | | |
| H-PTX 114 | 2024.07.31 | Rudolph W. Giuliani, Citibank, 1428, July 2024 | * | | |
| H-PTX 127 | 2024.08.31 | Rudolph W. Giuliani, Citibank, 1428, August 2024 | * | | |
| H-PTX 128 | 2024.09.00 | Corporate Transfer & Storage Inc. Invoice for September and October 2024 Charges | FRE 802; FRE 602; FRE 1002 | | |
| H-PTX 131 | 2024.09.30 | Rudolph W. Giuliani, Citibank, 1428, September 2024 | * | | |
| H-PTX 132 | 2024.10.00 | Corporate Transfer & Storage Inc. Invoice for October 2024 Charges, Inventory of items, and pictures | FRE 802; FRE 602 | | |
| H-PTX 135 | 2024.10.14 | 2023 Rudolph W. Giuliani Tax Return (A04083-0021-001015) | * | | Confidential |

| Defendant's Trial Ex. No. | Date | Description | Plaintiffs' Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| H-PTX 139 | 2024.11.13 | CTS Inventory | FRE 802; FRE 602; FRE 1002 | | |
| H-PTX 149 | 2024.11.05 | Rudolph W. Giuliani Amended Answer to Complaint [Homestead Dkt. 62] | FRE 802 | | |
| H-PTX 150 | 2024.11.11 | Amended Response to Information Subpoena | FRE 802 | | |
| H-PTX 155 | 2024.12.01 | Defendants' Response to Plaintiffs' First Set of Interrogatories, *Freeman et al v. Giuliani*, (Case No. 24-cv-06563-MMG S.D.N.Y.) | FRE 802 | | |
| H-PTX 158 | 2024.12.08 | Defendant's Amended Initial Disclosures Pursuant to Federal Rules of Civil Procedure Rule 26(a)(1) | FRE 802 | | |
| H-PTX 159 | 2024.12.08 | Defendant's Response to Plaintiffs First RFPs | FRE 802 | | |
| H-PTX 168 | 2024.12.26 | Defendant's Second Amended Initial Disclosures Pursuant to Federal Rules of Civil Procedure Rule 26(a)(1) | FRE 802 | | |
| H-PTX 177 | 2024.12.31 | Defendants' Third Amended Response to Plaintiffs' First Set of Interrogatories | FRE 802 | | |