UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>                          Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>                          Defendant. | No. 24-cv-6563 (LJL) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ruby Freeman and Wandrea' Moss and Defendant Rudolph W. Giuliani hereby stipulate that this action is dismissed.

Dated: February 25, 2025

| | |
|---|---|
| s/ Joseph M. Cammarata* | s/ Aaron E. Nathan |
| Joseph M. Cammarata, Esq. | Aaron E. Nathan |
| Cammarata & DeMeyer P.C. | Willkie Farr & Gallagher LLP |
| 456 Arlene Street | 787 Seventh Avenue |
| Staten Island, New York 10314 | New York, NY 10019 |
| (718) 417-0020 | (212) 728-8000 |
| Joe@CammarataLawPC.com | anathan@willkie.com |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |

*Electronic signature affixed with permission.