UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBY FREEMAN and WANDREA' MOSS,

                Plaintiffs,

v.

RUDOLPH W. GIULIANI,

                Defendant.

No. 24-cv-6563 (LJL)

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ruby Freeman and Wandrea' Moss and Defendant Rudolph W. Giuliani hereby stipulate that this action is dismissed.

Dated: February 24, 2025

_____
Joseph M. Cammarata, Esq.
Cammarata & DeMeyer P.C.
456 Arlene Street
Staten Island, New York 10314
(718) 417-0020
Joe@CammarataLawPC.com

*Counsel for Defendant*

_____
Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

*Counsel for Plaintiffs*